Excellence Simply Delivered





**Company information: Khidmat Trident Company (KTC Group)**

**AISA Number: D-31827**

**D-U-N-S Number:  557735697**

**NCAGE CODE: U0BJ5 (NSPA- NATO Supplier Code)**

**JCCS Company ID: 68480**

**SAM Government contracting Registered Firm,**

# KTC Group LSA Agreement: Constellis

LSA agreement between provider (KTC Group) and constellis, USA

Excellence Simply Delivered

## Table of Contents

CONTRACT NO. _GM3041_.............................................................................................3

1.0 Line Item pricing schedule:..................................................................................4

2.0 STATE OF WORK....................................................................................................4

3.0 CONTRACT PERIOD OF PERFORMANCE ................................................... **Error! Bookmark not defined.**

4.0 EXECUTION IN COUNTERPARTS ............................................................. **Error! Bookmark not defined.**

Excellence Simply Delivered

## CONTRACT NO. _GM3043_

**THIS CONTRACT**, effective upon signing by both parties, is made by and between:

**Khidmat Trident Company (KTC Group).** A corporation organized and existing under the laws of Afghanistan, and having its principal offices at Kabul International Cargo Yard (KICY). (Hereinafter "KTC GROUP" and

***CONSTELLIS, office and operation based in, church road, south, Skegness, Lincolnshire, PE25 3RS, United Kingdom,***

**WITNESSETH**

**WHEREAS** KTC GROUP   and wishes to enter into this CONTRACT Agreement (hereinafter the "CONTRACT" or "Agreement") with the CONSTELLIS  to perform the Contracted work (the "Work"), as defined herein; and

**WHEREAS** KTC GROUP and *CONSTELLIS*   have agreed that this document represents the complete Agreement of the Parties governing the performance of the Work;

**NOW, THEREFORE,** in consideration of the mutual promises contained herein, and intending to be legally
Bound hereby, the Parties agree as follows:

**Section 1**

**ENTIRE AGREEMENT**

This CONTRACT constitutes the entire agreement and understanding of KTC GROUP and Constellis   with  respect to the subject matter hereof, and supersedes and prevails over any prior oral or written agreements, commitments, understandings, or communications with respect to the subject matter of this Agreement.  No recourse may be had to any prior course of dealing or verbal understanding.  This agreement may only be modified by a written modification hereto signed by an Authorized representative of each Party. This CONTRACT includes the following documents, which are made a part hereof and incorporated herein by reference:

**1.0 – Line Item Pricing Schedule below**
**2.0 – Statement of Work below**
**3.0 – Period of Performance**
**4.0 - The acceptance of Agreement and signatures (section 4 of this document)(page 6)**

ORYX 5AC-053

Excellence Simply Delivered

1.3 The general provisions, titled: "GENERAL PROVISIONS AND FAR FLOWDOWN PROVISIONSFOR INTERNATIONAL CONTRACTS/PURCHASE ORDERS (ALL AGENCIES) FOR NONCOMMERCIAL SERVICES

**Section 2**
**ORDER OF PRECEDENCE**
The following order of precedence, in descending order from dominant to subordinate, shall be used in Interpretation of any conflicts or ambiguities herein: A. Duly executed CONTRACT Modifications, in chronological order, the more recent dominating the less recent B. The signatures bearing Section C, The solicitation addenda acknowledged in the KTC Group's proposal, in chronological order, the more recent dominating the less recent. This contract can be terminated or extended by both parties with 30 days' notice to execute decisions.

**1.0 Line Item pricing schedule:**

| Item | Descriptions of services | Service | Quantity | Daily rate | Total cost |
|------|--------------------------|---------|----------|-----------|------------|
| 001 | Accommodation rooms, + 3 times meal per person, | Rooms | Daily | $108.00 | Total monthly cost |
| 002 | Office space (single) | Office | monthly | $45.00 | Total monthly cost |
| 003 | Containers space 10ft | 10fit | Daily | $1.5.00 | Total monthly cost |
| 004 | Containers space 20ft | 20ft | Daily | $1.5.00 | Total monthly cost |
| 005 | Containers space 40ft | 40ft | Daily | $4.00 | Total monthly cost |

Above price will be calculated in total at end of month as per the usage occurs, except the indefinite footprint such as office, and accommodation.

 **Terms of payment: the payment should be payable to KTC account, attached to this contract, on net 30 days, late payment will have 10% daily late fees charges.**

**2.0 STATE OF WORK**

 KTC Group (Khidmat Trident Company) will provide complete life support services for CONSTELLIS  employee which will be resident at KICY, the services will include, 3 times meal, Breakfast, Lunch and Dinner, as per the initial agreement made between both companies.

Excellence Simply Delivered

The services will also include, laundry services, cleaning of accommodations, MWR by mid night hours as required.

CONSTELLIS shall designate in writing, its representative who shall be responsible to coordinate all CONTRACT issues with KTC GROUP's Technical Representative or CONTRACTs Administrator.   KTC GROUP's facility Manager or other technical representatives may, from time-to-time, provide performance and technical direction to CONSTELLIS in connection with the adequacy, performance and quality of the Contracted work.  KTC Group shall coordinate its services and procedures with CONSTELLIS 's Technical Representative. In the event a CONSTELLIS  technical representative directs KTC Group to take any immediate action Within the general Scope of Work, KTC Group shall immediately comply with such reasonable direction And notify CONSTELLIS  's CONTRACT Administrator as soon as practicable thereafter.

 **In the event a CONSTELLIS technical representative directs KTC Group to change its work or provide Additional out of scope work beyond existing requirements, KTC shall immediately notify CONSTELLIS's CONTRACTs Administrator.  Any such change in, or addition to the scope of work shall only be performed at the written direction from a BOTH parties CONTRACT Administrator,** KTC Group maintain records of licenses, resumes, diplomas, training certificates and other such documentation sufficient to establish that its personnel assigned to work under this CONTRACT are qualified to perform assigned duties. Any such documentation shall be provided to CONSTELLIS if requested.  KTC Group shall prepare and submit to CONSTELLIS  such plans and/or procedures that are reasonably Requested from time-to-time, if client requires the leave the compound upon ending the mission in Afghanistan, the refund process will be executed. CONSTELLIS (CONSTELLIS) agrees to have all their assets, registered with afghan government, and they take full responsibility of their assets on KICY with the framework of afghan government, and KTC Group and the facility owners are not responsible for any liabilities and government endorsements in regards to CONSTELLIS activities and assets.

Excellence Simply Delivered

## Section 4

### 3.0 CONTRACT PERIOD OF PERFORMANCE

The period of performance for this CONTRACT is from the final execution of the contract which is October/13/2018 **through the time the customer uses the facility,** unless amended in writing by mutual agreement of the parties.

Option Period shall be as follows:

### 4.0 EXECUTION IN COUNTERPARTS

This CONTRACT Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. This contract is drafted as per the Afghan government rules and regulations.

CONTRACT NO. GM304I Continued:

For KTC Group

Signature

Farhan Yusefzai

Title-
CEO / Landlord

Date- Oct/13/201

for (CONSTELLIS)

Signature

Title
BUSSINESS DEVELOPMENT MANAGER
for COUNTRY
MANAGEMENT
TEAM

Date

**ORYX 5AC-056**

EXHIBIT

**B**

YOUR MISSION IS OUR MOTIVATION 

### CONTRACT NO.  LSA – Triple Canopy LLC -001

**November/9/2018**

**ORYX Afghanistan is a Subsidiary of**



**CAMP ORYX LSA Agreement**

| | |
|---|---|
| DUNS Number: | 561234674 |
| NCAGE CODE: | SFFL4 |
| JCCS Company ID | 91918 |
| Business license No | 41352 |
| SAM account | Active |

Oryx Afghanistan Point of Contact:

Jeffrey Burns

Phone Number: 0093 - 700 056 5683

US Number: +1 (760) 889-5306

Email: ceo@Oryxafg.com / info@oryxafg.com

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
**Email - info@oryxafg.com**
**WWW.ORYXAFG.COM**

## YOUR MISSION IS OUR MOTIVATION



### Table of Contents

CONTRACT NO.  LSA-TRIPLE CANOPY LLC GROUP - TRIPLE CANOPY -LSA-001 ...........................................3

1.0 SCOPE OF WORK .................................................................................................................6

Camp Oryx security policies and procedures: ......................................................................8

2-   Line Item pricing schedule: ..........................................................................................3

3.0 – Period of Performance .....................................................................................................3

3.0 CONTRACT PERIOD OF PERFORMANCE ...............................................................................3

4.0 EXECUTION IN COUNTERPARTS ..........................................................................................3

**THIS CONTRACT**, effective upon signing by both parties, is made by and between: 10/11/2018 for base period of 12 months with option years to commerce once both parties agreed.

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
**Email - info@oryxafg.com**
**WWW.ORYXAFG.COM**

**ORYX 5AC-059**

YOUR MISSION IS OUR MOTIVATION 

**ORYX Afghanistan** corporation organized and existing under the laws of Afghanistan, and having its principal offices at camp Oryx (Hereinafter "ORYX AFGHANISTAN" or "service provider"

*(Triple Canopy LLC)*, a company organized and existing under the laws of the State of
*(_Afghanistan & UAE)* and having its principal offices at *(*UAE, UK, USA (hereinafter referred to as "*(- TRIPLE CANOPY"* or "buyer,"

**WITNESSETH**

**WHEREAS** ORYX AFGHANISTAN   and wishes to enter into this CONTRACT Agreement (hereinafter the "CONTRACT" or "Agreement") with the Triple Canopy to perform the Contracted work (the "Work"), as defined herein; and

**WHEREAS** ORYX AFGHANISTAN and *(TRIPLE CANOPY)* have agreed that this document represents the complete Agreement of the Parties governing the performance of the Work;

**NOW, THEREFORE,** in consideration of the mutual promises contained herein, and intending to be legally bound hereby, the Parties agree as follows:

**Section 1**
**ENTIRE AGREEMENT**

This CONTRACT constitutes the entire agreement and understanding of ORYX AFGHANISTAN and - TRIPLE CANOPY   with respect to the subject matter hereof, and supersedes and prevails over any prior oral or written agreements, commitments, understandings, or communications with respect to the subject matter of this Agreement.  No recourse may be had to any prior course of dealing or verbal understanding.  This agreement may only be modified by a written modification hereto signed by an Authorized representative of each Party. This CONTRACT includes the following documents, which are made a part hereof and incorporated herein by reference:

**1.0– Statement of Work below**
**2.0 Line Item Pricing Schedule below**
**3.0 – Period of Performance**
**4.0 - The acceptance of Agreement and signatures (section 4 of this document. Oryx and TRIPLE CANOPY)**

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
Email - **info@oryxafg.com**
**WWW.ORYXAFG.COM**

YOUR MISSION IS OUR MOTIVATION



The general provisions, titled: "GENERAL PROVISIONS AND FAR FLOWDOWN PROVISIONS FOR INTERNATIONAL CONTRACTS/PURCHASE ORDERS (ALL AGENCIES) FOR NONCOMMERCIAL SERVICES

**Section 2**
**ORDER OF PRECEDENCE**
The following order of precedence, in descending order from dominant to subordinate, shall be used in Interpretation of any conflicts or ambiguities herein: A. Duly executed CONTRACT Modifications, in chronological order, the more recent dominating the less recent B. The signatures bearing Section C, The solicitation addenda acknowledged in the Oryx Afghanistan's proposal, in chronological order, the more recent dominating the less recent.

**1.0 SCOPE OF WORK**

Oryx Afghanistan shall provide a dedicated risk management & logistical support solutions in Kabul, Afghanistan namely at Camp Oryx. The line items below define the specific life support and additional details are added here for clarity: MEALS Will be of western standard food for residents with a hot and cold option for breakfast, lunch and dinner, including choices of bottled water, juices or cans of fizzy drinks.

The menu is to have at least a variety of cereals and hot options for breakfast; a variety of 10 hot options rotated regularly and sandwiches for lunches and a minimum 14 menu items rotated across a 2-week period for dinners. Timings of meals to be arranged with camp manager but initial expectation is for 0700-0800, 1230-1330, 1800-2000hrs.

OFFICES a secure office will be provided with 4 work stations including chairs and desks, cleaning on a daily bases, air-condition/heaters, power, and toilet access.
ROOMS will come furnished with single beds or double beds, linen, towels, heater/cooler, desk, chair, TV with connection, shower, toilet; toilet roll replenished regularly, weekly cleanings services included as a minimum, shared internet service.

PROVISION OF SITE SECURITY will be conducted to international standards of PSC1 and/or ISO 18788:2015 with proven external annual audits. A minimum of ED Dog search and physical inspection of personnel and vehicles, secure barricaded ECP/ACP airlocks is required with an ability to book in visitors and external vehicles with due notice to be agreed with the camp management. A badging office is available to issue approved visitors with badges during working hours.

Site Security plan is to be provided to Triple Canopy on contract signing and to be reviewed monthly with the Triple Canopy project manager to enable discussion and

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
Email - info@oryxafg.com
WWW.ORYXAFG.COM

**ORYX 5AC-061**

## YOUR MISSION IS OUR MOTIVATION



input although it is accepted that for security matters retains primacy. The Company will provide all new Triple Canopy employees with Security Protocol training upon arrival at Camp Oryx. A safe room will be maintained fully stocked with water, food, weapons and ammunition (if permitted), basic toilet facilities, independent power & ventilation able to comfortably fit all Triple Canopy on site Pax.

**MEDICAL**: On site facilities will be provided by **RFI medical Group**, emergency, injuries will be treated by **onsite medic**. In the event of medical emergency customer's personnel will be evacuated to HKIA hospital for further treatment (RS badge required).

**MWR** Triple Canopy will have access to all Morale Welfare and Recreational facilities on Camp Oryx to include the gym, laundry, postal services and recreational areas.

**Workshop area (warehouse space):** Customer will have access to a secure warehouse. The workshop, water and electricity (UK standards) will be provided for the customer. Furthermore, Oryx Afghanistan (Free of charge) will do modifications as per customer desires.

**Dedicated Internet services: "**standard" Internet will be provided free of charge, but as customer requires "dedicated" Internet 15MB uplink and 15MB downlink will be provided on additional services to customer.

**Camp Oryx LN policy:** Camp Oryx expat resident areas are to be used by Expats and residents only. All LNs operating at camp Oryx are **not allowed at,**

- **Bar area**
- **Expat dinning facility and kitchen (except the cooks) and cleaning ladies.**
- **The shooting range**
- **Expat housing areas ( except cleaning ladies)**
- **Expat SAFE room**
- **Security command center (Except security supervisor and CCTV personnel)**
- **Helipad – during operation**
- **Security towers and restricted security areas**

Notice – all local nationals are to operate from 0700 to 1800 hours, if customer requires the personnel to stay beyond this time, they must be registered and escorted by customer expat or TCN management team.

**Additional services** will be provided as per add on services and customer can be billed on agreed pricing at end of each calendrer month.

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
**Email - info@oryxafg.com**
**WWW.ORYXAFG.COM**

YOUR MISSION IS OUR MOTIVATION 

**Oryx security policies and procedures are attached with this agreement.**

Illegal goods storage and usage: Camp Oryx owners (entire facility and land is owned by camp Oryx), Triple Canopy is requested to inform the facility and security managers if there are hazards equipment stored at the facility including firearms. Unregistered firearms and equipment will be the sole responsibility of customer.

**Any an all equipment or firearms stored on Camp Oryx on behalf of Triple Canopy are solely the responsibility of Triple Canopy. Oryx Afghanistan reserves the right to investigate and remove any and all equipment deemed illegal or found to not have the proper registration and licensing. Oryx Afghanistan will not tolerate violations of this policy. If Oryx Afghanistan discovers this policy has been violated, Oryx Afghanistan reserves the right to terminate this contract immediately and remove all personnel and equipment form Camp Oryx.**

**Camp Oryx security policies and procedures:**

- All customers must respond to security alert (this includes drills conducted once a week) the drill will help the security manager and his team to ensure everyone is moved to the safe Rooms. And he will time the duration that takes everyone to be at the site. It's the responsibility of customer to deploy physical fit individuals to get from resident / office area to safe room in less than four minutes. The camp is designed with huge buffer (empty space) to enable QRF team react to any attacks at the front gate to enable all personnel are positioned at the safe room.

- **Food allergies- all** residents and personnel using the dining facility must inform the facility manager with any food allergies they might have, so the head chef can provide tailored menu for individual.

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
**Email - info@oryxafg.com**
**WWW.ORYXAFG.COM**

**ORYX 5AC-063**



## YOUR MISSION IS OUR MOTIVATION

- **Camp Oryx Recreation Area and Bar-** most customers might have zero alcohol usage policy for their personnel resident at camp Oryx. The customer senior management must inform Oryx facility manager to ensure zero alcohol usage is enforced. The bar and recreation area is operational 24/7, this includes the cinema room and game room.

- **Gym – Fitness room:** complete gym and fitness equipment is provided at camp Oryx, all residents are permitted to use. Camp Oryx is 1KM facility and running out in the yard is permitted as long as visibility belt is used.

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
Email - **info@oryxafg.com**
**WWW.ORYXAFG.COM**



**INTEGRITY & DELIVERY**

**4.0 EXECUTION IN COUNTERPARTS**

This CONTRACT Agreement may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument.

CONTRACT NO. Continued:

For Oryx Afghanistan
Name:
Farhan Yusefzai

_____
Signature-

_____
Title-
Landlord CEO

November/01/2018
_____
Date-

For Triple Canopy LLC
Name:
David Marshall

_____
Signature-

_____
Title-
Business Development Manager

November/01/2018
_____
Date-

Camp Oryx, Kabul Jalalabad Road, Next to IEC- UNOCA, PD 09, Kabul Afghanistan
**Phone +93799606040**
**Email - info@oryxafg.com**
**WWW.ORYXAFG.COM**

**ORYX 5AC-065**

EXHIBIT
C



CODE OF
**BUSINESS ETHICS & CONDUCT**

CONSTELLISAFG_0732612



**A LETTER FROM THE CHIEF EXECUTIVE OFFICER**

To Constellis Personnel and Partners Worldwide:

I am honored to work for a company that, at its core, focuses on making the world a little bit safer. Constellis combines a diverse set of companies that provide risk assessment, missions support, training and security solutions worldwide. Our people help shape security conditions in some of the world's most dangerous places, and contribute to the training of first responders and security personnel across the globe. Continued growth and success cannot happen unless the highest standards of integrity remain central to our company. A solid commitment to compliance and ethical behavior is the foundation of our company. Our shared commitment to ethical behavior is a fundamental element of the value we bring to our customers, partners, contractors, suppliers, and each other.

A culture of integrity requires establishing relationships based on trust with our clients, suppliers, communities, and personnel; compliance with laws and regulations; and personal commitment and responsibility to maintain the highest ethical standards of business conduct. Our Code of Business Ethics and Conduct is designed to assist us along that path. The Code communicates our context and intent and reiterates our expectations for all personnel, contractors, agents, consultants, members of the Board of Directors, and anyone else representing or acting on behalf of Constellis.

Because ethical conduct is critical to our company's success, each of you should keep this Code in a convenient place for easy reference. I invite all of you to read it and, while doing so, to reflect on your role in helping the Company uphold the highest standards of ethics and integrity.

Our mission requires a risk-informed and learning organization, and our goal is for the Code to meet the challenges of our dynamic environment. Please communicate your comments, and any recommended improvements and enhancements to the Code to the Legal Department. If you have questions, please discuss with your manager, a member of the Legal Department, or any member of the leadership team. If you know of something that conflicts with a stated principle in this Code, you are obligated to report it. We commit to you that Constellis will honor the courage of those who identify existing or potential issues, and we will not tolerate retaliation against personnel who raise legitimate ethical concerns.

Everybody I know wants to be part of a team bigger than themselves – you are on that team. Protecting and helping people as they try to shape and save lives in difficult environments gives each of us a sense of purpose. Thank you for always striving for excellence; doing what is legally, morally, and ethically sound; and treating people with dignity and respect.

Sincerely,

Timothy J. Reardon
Chief Executive Officer

CONSTELLISAFG_0732613



| | Document No. CH-001 | Page Page 5 of 35 |
|---|---|---|
| **Code of Business Ethics and Conduct** | Version No. 2.0 | Effective Date 11/21/2018 |

## 1.0    A Culture of Integrity

Constellis Holdings, LLC and its affiliates  (herein , "Constellis" or the "Company") are committed to conducting business honestly, ethically, and in accordance with applicable laws and regulations of the United States and other countries and jurisdictions in which we operate. We are also committed to the highest ethical standards, and all employees and applicable third parties are expected to adhere strictly to our Code of Business Ethics and Conduct (the "Code").

Legal and ethical business practices form the core of the Company's values and mission. Our goal is to be the market leader in all of our service offerings, while never compromising our commitment to our core values and our reputation. A substantial portion of the Company's business is with the United States government via its affiliated companies. This Code addresses Company policy relating to such government business, as well as to our commercial business. This Code of Business Ethics and Conduct applies to all affiliates, as well as officers, employees, and members of the Board of Directors, and also "third parties," which include independent contractors, subcontractors, agents, consultants; and anyone representing or acting on behalf of the Company (collectively, "personnel").

All Constellis and affiliated company personnel or third parties acting on behalf of Constellis who receive this Code are obligated to follow its provisions. If there are any questions, personnel and third-party service providers should seek assistance or clarification in order to avoid unethical or illegal business conduct.

Company managers and supervisors are responsible for ensuring that this Code is understood and followed by their subordinates. Compliance with all applicable laws, regulations, this Code, Company policies, and sound ethical practices will be taken into account when reviewing the performance of all personnel. Failure to follow all laws, regulations, this Code, or applicable Company policies can subject an employee to discipline, up to and including termination of employment.

Lastly, this Code is not intended to be a complete discussion of all laws and regulations under which Constellis and its personnel and third parties operate. It is also not intended to account for all situations that an employee might face. It is the duty of each employee to seek out answers within the Company to any questions that they might have regarding ethical responsibilities.

### 1.1    Our Mission

Constellis delivers advisory, security, training, mission support and technology solutions to its clients enabling them to succeed in challenging environments around the world.  Our elite training and security solutions are primarily focused on counterterrorism, force protection, law enforcement, and security operations.  We provide training at our world-class facilities and through mobile training teams around the world. Constellis is committed to supplying its services to the highest standards in line with our legal, regulatory and voluntary commitments as well as its own high standards and our client's requirements.

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732617



| | Document No. CH-001 | Page Page 9 of 35 |
|---|---|---|
| **Code of Business Ethics and Conduct** | Version No. 2.0 | Effective Date 11/21/2018 |

- For personnel or third parties in the **United Arab Emirates**, use an outside line and dial the direct access number as provided below for your location and then at the English prompt dial **844-637-6751**:

  ▪ **UAE—8000-021**
  ▪ **UAE (du)—8000-555-66**
  ▪ **UAE (Military-USO and cellular)—8000-061**

**1.8    Non-Retaliation**

Enforcing this Code is impossible without the participation and support of all personnel at all levels. Constellis may not be aware of a serious breach of the Code or other Policy or legal violations unless personnel fulfill their duty to bring such matters to the attention of management or the Chief Legal Officer or his or her designee. Retaliation by any employee against another individual who reports a violation of law or Company Policy is strictly prohibited. No hardship, loss of benefit, or penalty—which may include downgrading an employee's performance rating, limiting an employee's opportunities for assignments or advancement, excluding an employee from corporate or departmental functions, or general mistreatment—may be imposed on an employee as punishment for filing or responding to a good faith complaint or cooperating in an investigation.

It is contrary to Company Policy for any person to request, pressure, or direct a Constellis employee to act in violation of law, regulation, contract requirement, this Code, Company policy, or any other obligation. Any such request or direction should be brought to the immediate attention of management or the Chief Legal Officer or his or her designee.

**1.9    Statement of Conformance (Management System for Quality of Private Security Company Operations)**

As a leading provider of security services, Constellis is committed to providing high-quality services to its clients in a manner that complies with applicable national and international laws, and protects the safety, security, human rights, and fundamental freedoms of all internal and external stakeholders, including Constellis personnel, its clients, third parties that act on behalf of Constellis, suppliers, and the local populations in areas where Constellis operates. To that end, Constellis has developed and implemented a set of policies, procedures, and controls that incorporate and conform to the principles and values of applicable international humanitarian law, international human rights law, and customary international law, and to ensure the company conforms to standards included under the ANSI/ASIS PSC.1 Management System for Quality of Private Security Company Operations and the requirements of ISO 18788. This system supports the objectives of the *Montreux Document on Pertinent International Legal Obligations and Good Practices for States Related to Operations of Private Military and Security Companies During Armed Conflict* and also gives effect to principles set out in the International Code of Conduct for Private Security Service Providers (ICOC) as they apply to companies.  In addition, the Constellis

CONSTELLISAFG_0732621

| | **Constellis** | Code of Business Ethics and Conduct | **Document No.** CH-001 | **Page** Page 20 of 35 |
|---|---|---|---|---|
| | | | **Version No.** 2.0 | **Effective Date** 11/21/2018 |

**5.5**    **Marketing and Advertising Materials**

In preparing and using Constellis marketing and advertising materials, we must ensure that (1) no false or misleading statements are used; (2) all Company proprietary data are properly marked with the appropriate legends; (3) information or photos that identify clients or programs are used correctly and with the express permission of the client or program manager; and (4) trademarks of another company are used correctly and with appropriate authorization, and their owners are given proper attribution. All disclosures made in materials released to the public must be current, accurate, complete, and timely.

**5.6**    **Suppliers and Contractors**

Constellis shall engage in business with suppliers that have exhibited high standards of ethics and business integrity and have demonstrated compliance with all applicable laws and regulations. The manner in which Constellis selects suppliers requires the utmost care and due diligence. The character of the suppliers that we select is highly reflective of the way that we conduct business. As such, all suppliers or contractors that do business with or on behalf of the Company must undergo a thorough review before any business is undertaken.

Additionally, U.S. federal law requires that certain government acquisition rules related to ethics and business conduct are passed down to subcontractors performing work for or pursuant to a U.S. government contract. These regulations include the prohibition of discrimination against qualified individuals based on their status as protected veterans or individuals with disabilities, and prohibit discrimination against all individuals based on their race, color, religion, sex, sexual orientation, gender identity or national origin. Moreover, these regulations require certain suppliers and contractors take affirmative action to employ and advance in employment individuals without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status or disability.

The Company must exercise continuous and diligent oversight of the operations and practices of the suppliers and subcontractors that we select. Suppliers and subcontractors shall make representations that they will abide by and be held responsible for delivering quality services and materials, meeting contractual requirements, operating with ethical business principles, and complying with applicable laws and regulations.

**5.7**    **Retention of Consultants**

Constellis only works with those consultants, business representatives, and other third parties who share a commitment to upholding the highest standards of ethics and business integrity. The actions of consultants, business representatives, and other third parties reflect on and impact the reputation of Constellis. Business integrity and commitment to compliance with applicable laws and regulations are key considerations in the selection and retention of those who represent Constellis. Personnel should be mindful to inform any consultants of all applicable laws and regulations to which their conduct should adhere. The Company can be held accountable for

CONSTELLISAFG_0732632



| | Code of Business Ethics and Conduct | Document No. CH-001 | Page Page 26 of 35 |
|---|---|---|---|
| | | Version No. 2.0 | Effective Date 11/21/2018 |

### 6.7    Contract Costs

Only costs properly chargeable to a contract may be billed to or reimbursed by the U.S. government. Intentionally overbilling the Company's customers is strictly prohibited. Cost and pricing information must be current, accurate, and complete. Billing of charges must be accurate and strictly limited to allowable costs in accordance with the Federal Acquisition Regulation. Improper charging of costs may arise from various causes, including false or otherwise incorrect entries on time cards, subcontractor charges, classification of costs between direct and indirect categories, expense accounts, or charges of time or materials to a work order or other cost account.

### 6.8    Performance Obligations

During the course of contract performance, government contractors must meet numerous obligations unique to U.S. government contracting, including strict compliance with the terms of the contract, as well as strict adherence to specifications, delivery schedules, milestones, and other performance commitments. Indeed, when the Company submits an invoice for payment or signs a certification of conformance, it is certifying that it has met all contract obligations, no matter how seemingly insignificant. Therefore, personnel should consult with Contracts and/or management to ensure that all contractual obligations have been met prior to seeking payment from a customer. Program management must ensure that all deviations from the letter of the contract are approved by the Government Contracting Officer in writing.

### 6.9    False Claims and False Statements

The submission of false claims and the making of false statements to the government is strictly prohibited by the Company as well as U.S. law and subjects the originator to criminal and civil sanctions.

### 6.10    Reporting Obligations

The Company has certain self-disclosure requirements to the U.S. Federal Government when there is credible evidence of a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity, or a violation of the Civil False Claims Act in connection with Government contracts. These disclosure requirements for individual contracts continue until at least three years after final payment on the contract. Any employee with knowledge of any suspected or actual failure to meet this disclosure requirement must provide immediate notice to the Chief Legal Officer.

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732638



| | **Code of Business Ethics and Conduct** | **Document No.** CH-001 | **Page** Page 29 of 35 |
|---|---|---|---|
| | | **Version No.** 2.0 | **Effective Date** 11/21/2018 |

Unless expressly granted the authority to arrest or otherwise apprehend or detain individuals by virtue of their work on a particular contract, Constellis personnel shall not take, hold, detain, or apprehend any persons, except as a necessary use of force to defend themselves or others against an imminent threat of violence or following an attack or crime committed by such persons against Company personnel, clients, or property under the Company's protection. Any power to apprehend granted any personnel is temporary and pending the handover of such apprehended persons to the competent authority at the earliest opportunity. Any use of force or apprehension shall be consistent with applicable national or international law and shall be reported to management and the client without delay.

All apprehended persons shall be treated humanely, consistent with their status and protections under applicable human rights law and international humanitarian law. The Company is committed to highest ethical standards, and all personnel are required to adhere strictly to the Company's Code of Business Ethics and Conduct and applicable policies when using any level of force.

**7.2    Management of Firearms**

When a contract requires Constellis personnel to carry firearms, the Company will acquire and maintain authorizations required by applicable law for the possession and use of any firearms and ammunition. Constellis personnel are prohibited from purchasing, possessing, using, or selling privately owned firearms, ammunition, or explosives in the area of operation. No firearms, munitions, or military equipment obtained or acquired by any means other than official issue by Constellis or the U.S. government may be retained for personal use or shipped out of the area of operation for personal retention or control.

Constellis personnel shall not possess nor use firearms or ammunition that are illegal under any applicable law.

Constellis personnel shall not engage in any illegal firearms transfers and will conduct any firearms transactions in accordance with applicable laws and United Nations Security Council requirements, including sanctions. Firearms and ammunition may not be altered in any way that contravenes applicable national or international law.

The Company will exercise due diligence to determine the suitability of applicants and personnel to carry firearms as part of their duties. At a minimum, this will include checks that applicants or personnel have not:

- been convicted of a crime that would indicate that the individual lacks the character and fitness to perform security services;
- been dishonorably discharged from the Armed Forces;
- had other employment or engagement contracts terminated for documented violations of ethical conduct or applicable laws and regulations; or

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732641



| | **Document No.** | **Page** |
|---|---|---|
| **Code of Business Ethics and Conduct** | CH-001 | Page 30 of 35 |
| | **Version No.** | **Effective Date** |
| | 2.0 | 11/21/2018 |

- had a history of other conduct that, according to an objectively reasonable standard, brings into question their fitness to carry a firearm.

Personnel who are to carry firearms will be granted authorization to do so on completion or verification of appropriate training with regard to the type and model of firearm to be carried.

Personnel will not carry a firearm until they have successfully completed firearm-specific training. Personnel carrying firearms must receive regular, verifiable, and recurrent training specific to the firearms that they carry and Rules for Use of Force (RUF) governing their work for the Company. This training may be based on a variety of relevant standards, but should be based, at a minimum, on the principles contained in the International Code of Conduct for Private Security Service Providers (2010), the United Nations Basic Principles on the Use of Force and Firearms by Law Enforcement Officials (1990), and national laws or regulations in effect in the area where duties will be performed.

## 7.3    Export and Import Compliance

The United States, the United Kingdom, and many other countries have export/import control laws governing strategically necessary technologies and products. Violations of these laws can harm U.S. national security and undermine foreign policy. Penalties for violations for both Constellis and the individuals involved are severe and can include monetary penalties, imprisonment, and suspension of export/import and government contracting privileges. All Constellis personnel must abide by all applicable U.S. export, import, and re-export laws and regulations. Any required authorizations must be obtained prior to exporting, importing, or re-exporting controlled goods, technology, or services.

Personnel should be aware that information contained on their Company computers as well as information that may be saved or accessed via their smartphones can be sensitive information controlled by export control laws.  Whenever personnel are travelling to a foreign country, they must seek approval to take their Company laptop or other device in advance of travel.  When seeking an import or export authorization, early coordination with the relevant Empowered Official and the Chief Legal Officer or his or her designee is critical. The applicable regulatory regime depends on the type of goods, technology, or services being exported or imported and the intended destination.

Constellis personnel shall not make export, import, and re-export decisions on their own. All such decisions shall be made by the relevant Empowered Official and/or the Chief Legal Officer or his or her designee dedicated to the review of applicable laws and regulations and determination of appropriate U.S. government authorizations.

It is the responsibility of Constellis personnel to report suspected non-compliance or suspicions of unauthorized exports, imports, or re-exports.  If any Constellis employee knows or reasonably suspects that unauthorized transfers of technical data, training, or defense services

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732642



| | Document No. CH-001 | Page Page 34 of 35 |
|---|---|---|
| **Code of Business Ethics and Conduct** | **Version No.** 2.0 | **Effective Date** 11/21/2018 |

The statute also permits federal prosecution where the victim's service was compelled by confiscation of documents, such as passports or birth certificates. Accordingly, similar to the U.S. Government, Constellis has adopted a "zero tolerance" policy for trafficking in humans and will not tolerate the practice in any form, as prohibited by U.S. federal and international laws and regulations. Any employee or third party acting on behalf of the Company who directly or indirectly engages in human trafficking will be immediately terminated, and their actions will be reported to the appropriate authorities for prosecution. Constellis is obligated to notify the Government Contracting Officer of any violations and corrective actions taken. Human trafficking has a broad definition and the Company's commitment to eradicate it goes beyond extreme forms of trafficking. Any actions by subcontractors that appear to violate the Company's anti-trafficking provisions, including service compelled by the confiscation of travel or work documents, requests for payment of fees in exchange for employment, or improper recruitment tactics, should be immediately reported to program management or the Chief Legal Officer or his or her designee.

**7.10    Sexual Exploitation and Abuse or Gender-Based Violence**

Constellis will not tolerate sexual exploitation (including, for these purposes, prostitution), sexual abuse, or gender-based violence in any form. Company personnel shall not engage in or tolerate sexual exploitation (including, for these purposes, prostitution) and abuse or gender-based violence or crimes, including rape, sexual harassment, or any other form of sexual abuse or violence, either within the Company or externally. Company personnel must remain vigilant against all instances of sexual or gender-based exploitation or violence and, where discovered, report such instances to the Company and the appropriate authorities.

**8.0    Dissemination, Review and Waiver of the Code**

Constellis distributes this Code to all of its personnel and personnel of its affiliates and applicable third parties. This distribution is supplemented with appropriate training on ethics and compliance. New personnel receive a copy of the Code and are required to familiarize themselves with it. Agents, representatives, and consultants working for, or on behalf of, Constellis are bound by the Code.

Each individual or entity receiving this Code is responsible for reading and understanding its contents; any questions or clarifications should be addressed to managers, supervisors, or the Chief Legal Officer or his or her designee. Each individual or entity is also responsible for affirming compliance with the Code by signing the Attestation or Certification of Compliance with the Code of Business Ethics and Conduct, a sample of which is attached here.

This Code is a statement of the Company's ongoing commitment to ethical behavior, and Constellis may make periodic changes to the Code, as requirements dictate in its sole discretion. Personnel will be responsible for complying with all such changes. Suggestions for improvement should be directed to the Chief Legal Officer or his or her designee.

CONSTELLISAFG_0732646



| Code of Business Ethics and Conduct | Document No. CH-001 | Page Page 35 of 35 |
|---|---|---|
| | Version No. 2.0 | Effective Date 11/21/2018 |

While the Code is meant to foster a fair and consistent administration and concern for all personnel, it does not create an employment contract between any employee and Constellis. **Unless otherwise specified in a written agreement signed by the Chief Executive Officer, the Board of Directors or their designee(s), or unless required under applicable law, all personnel of Constellis, regardless of their classification or position, are employed on an "at-will" basis**.

No officer, agent, representative or employee of Constellis, except its Chief Executive Officer or the Board of Directors, has any authority to enter into any agreement for employment for any specific period of time or to make any agreement setting forth terms and conditions of employment.

No provision of the Code can be waived, including implicit waiver or pre-approval, unless reviewed and approved in writing by the Chief Legal Officer, the Chief Executive Officer, or the Board of Directors or a Board committee. This includes a conflict of interest or corporate opportunity, in any material respect, for the Chief Executive Officer or President, principal financial officer, principal accounting officer or controller, any other executive officer, or a member of the Board of Directors.

## 9.0     Ethics and Compliance Training

Constellis expects all personnel to participate in regular ethics and compliance training. Personnel are required to complete ethics training annually and compliance training as assigned. Completion of annual ethics and compliance training is a condition of continued employment with Constellis. Personnel who fail to complete assigned training in a timely manner will be subject to discipline, up to and including termination of employment.

\*\*\*

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732647



| Code of Business Ethics and Conduct |
|---|

### SUBCONTRACTOR'S CERTIFICATION OF COMPLIANCE WITH THE CODE OF BUSINESS ETHICS AND CONDUCT

As set forth in its Code of Business Ethics and Conduct, Constellis is committed to the highest standards of integrity, ethical behavior, and compliance with all applicable laws. As a subcontractor of Constellis, my company/I support these objectives and affirm the following:

I have read and understand the Code of Business Ethics and Conduct, including the Statement of Conformance to international standards, including but not limited to the PSC.1 Standard and ISO 18788.. My company/I understand that the Code sets forth the minimum standards of conduct with which my company/I must comply.

My company is/I am responsible for complying with all sections of the Code of Business Ethics and Conduct and acting ethically and with integrity at all times.

It is my company's/my duty and responsibility to report any known or reasonably suspected violations of the Code of Business Ethics and Conduct or Constellis policies. My company/I may report such violations to its/my Constellis point of contact, the Chief Legal Officer, or the Ethics Hotline, and my company/I may do so anonymously.

It is my company's/my responsibility to understand the Code of Business Ethics and Conduct, and my company/I should direct any questions to its/my Constellis point of contact or the Chief Legal Officer.

I also attest that nothing in my company's/my past or present conduct contradicts the Code of Business Ethics and Conduct, Statement of Conformance, or adherence to the clauses of the PSC.1 Standard.

_____        **16/01/2019**
Signature                               Date

_____        _____
Print Name                              Title and Company

| This certification must be completed and returned to your Constellis point of contact. |
|---|

CONSTELLIS PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0732649





# VENDOR SERVICES AGREEMENT
## VSA-FY19-ORYXAFGHAN-011

This Vendor Services Agreement ("Agreement") is entered into as of the last date signed below ("Effective Date") by Constellis, LLC or the entity signing this Agreement and any of its affiliates that issue Work Orders under this Agreement (the "Company" or "Constellis") and the contracting entity indicated on the signature page ("Contractor").

## 1. SERVICES, WORK ORDERS.

**1.1.    Services.**  Contractor will provide services to Constellis as the parties may agree from time to time ("Services") specified in purchase orders issued by Constellis ("Purchase Orders") or work orders in the form attached as Exhibit A ("Work Order"), which definition includes Purchase Orders, unless otherwise specified), in accordance with the terms and conditions of this Agreement.  The parties acknowledge and agree that, as of the Effective Date, they are entering into Work Order No. 1, attached hereto as Exhibit A .  Any affiliate of Constellis will also have the right to enter into Work Orders with Contractor pursuant to this Agreement, and with respect to such Work Orders only such affiliate will become a party to this Agreement and references to Constellis in this Agreement are deemed to be references to such affiliate.  With respect to Constellis, each Work Order is a separate obligation of the Constellis entities or entity that execute(s) such Work Order and no other Constellis entity has any obligation under such Work Order.  Except as expressly set forth herein or agreed upon by Constellis in writing, Contractor will provide all equipment and supplies required to perform the Services.  Services under a particular Work Order are called a "Project".  Contractor will, at no cost to Constellis, promptly and satisfactorily correct any Services or Work Product found to be defective or not in conformity with the requirements of this Agreement and the applicable Work Order; provided that such deficiency or non-conformity is brought to Contractor's attention within thirty (30) days after delivery to Constellis; provided further that Constellis' failure to so notify Contractor within such thirty (30) day period will not limit any other right or remedy that is available to Constellis with respect to such deficiency or non-conformity hereunder, at law or in equity.

**1.2.    Work Orders.**  This Agreement governs each Work Order, except that any conflict or inconsistency between the terms of this Agreement and a Work Order will be resolved in favor of this Agreement.  This Agreement does not obligate Constellis to engage Contractor to perform any Services or Contractor to perform any Services, until both parties have signed a Work Order and then only for the Project specified in the Work Order.  Both parties must sign a Work Order for it to be effective.  A Purchase Order is binding on both parties if Contractor:  (a) signs and returns it to Constellis;  (b) begins performance; or (c) acknowledges it by email, facsimile or any other commercially reasonable means.  If Contractor commences Services for Constellis in the absence of a Work Order, this Agreement will nevertheless apply, unless the parties agree otherwise in a writing signed by both parties.

**1.3.    Payment/Records.**  Constellis will pay the service fees expressly set forth in the Work Order.  Contractor is entitled to no other compensation or reimbursement for the Services.  Contractor will provide monthly invoices to Constellis for service fees for the prior month.  Each invoice will be in form and content reasonably acceptable to Constellis and will describe, with respect to the relevant payment period, (a) the Services performed, itemized by task, (b) the number of hours expended performing Services, (c) the work product created, and (d) any agreed-upon reimbursable expenses.  Contractor will furnish such receipts, documents and other supporting materials as Constellis reasonably may request to verify the contents of any invoice.  Constellis will pay Contractor's properly submitted invoice within forty-five (45) days after receipt of such invoice.  Contractor will, in accordance with generally accepted accounting standards, keep copies of all books and records relating to the Services during the term of this Agreement and for three (3) years thereafter.  Constellis may upon reasonable notice and during normal business hours examine and make copies of all books and records relating to the Services.

**2.    TERM.**  This Agreement begins on the Effective Date and, unless earlier terminated pursuant to this Agreement, continues for a period of one year.  Upon expiration of such period, this Agreement will automatically renew on a month-to-month basis until either party provides at least ten (10) days prior written notice of termination.  Constellis may terminate any Work Order or any portion thereof, with or without cause, by giving at least ten (10) days prior written notice to Contractor.  Upon any such termination, Constellis is only liable to pay for Services performed and liabilities incurred prior to expiration or termination; provided that if the fee set forth in the Work Order is a fixed amount, Constellis will pay the fee to the extent the Project/Work Order is complete.  In addition, Constellis may terminate this Agreement or any applicable Work Order or any portion of the Services not then performed immediately upon written notice for Contractor's material breach of this Agreement, including any breach of Section 7 below.    Contractor may terminate this Agreement immediately upon written notice if Constellis fails to cure a nonpayment of amounts due within thirty (30) days after written notice of such nonpayment to Constellis.

**3.    REPRESENTATIONS, WARRANTIES, AND COVENANTS.**  Contractor represents, warrants and covenants that:  (a) it will perform the Services in a competent and workmanlike manner in accordance with the level of professional care customarily observed by highly skilled professionals rendering similar services; (b) the Services will not violate



or infringe any third party's rights to proprietary or confidential information; (c) it and its Personnel will comply with all laws, rules, regulations and orders of any governmental authority having jurisdiction over Contractor's performance of the Services and will hold and fully comply with all required licenses, permits and approvals; (d) it is duly incorporated or otherwise established, validly existing, and in good standing as a company under the laws of the state or other applicable jurisdiction of its formation; (e) it has all rights necessary for (and is not subject to any restriction, penalty, agreement, commitment, law, rule, regulation or order which is violated by) its execution and delivery of this Agreement and performance of its obligations under this Agreement and (f) THE FOREGOING EXPRESS WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESSED OR IMPLIED, ORAL OR WRITTEN, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The parties specifically disclaim application of the UN Convention on the International Sale of Goods.

## 4.   DEFENSE AND INDEMNITY.

**4.1.    General.**    Contractor will defend, indemnify and hold harmless Constellis and its directors, officers, employees, successors, assigns and agents from any allegation or claim based on, or any loss, direct damage, settlement, cost, expense and any other liability (including reasonable attorneys' fees and expenses) arising out of: (a) any allegation or claim of negligence, strict liability or misconduct of Contractor or its agents or subcontractors; (b) the Services; or (c) any breach of this Agreement by Contractor or its agents or subcontractors; provided, however, that this paragraph shall not be construed so as to require Contractor to defend, indemnify or hold harmless Constellis to the extent such claims, damages, losses, or expenses are caused by or resulting from the negligent or intentional misconduct of Constellis, its directors, officers, employees, successors, assigns and/or agents (provided that Contractor and its agents will not be deemed to be "agents" for purposes of this proviso).  To the extent that such loss, direct damage, settlement, cost, expense or any other liability arises from the concurrent negligence or intentional misconduct of Constellis, Contractor and/or any third party, it is expressly agreed that Contractor's obligations of indemnity under this paragraph shall be effective only to the extent of Contractor's responsibility as set forth in this Section.

**4.2.    Duty to Defend.**  Contractor's duty to defend is independent of its duty to indemnify. Contractor's obligations under this Section are independent of any other obligation of Contractor under this Agreement. Contractor will use counsel reasonably satisfactory to the indemnified parties to defend each indemnified claim, and the indemnified parties will cooperate (at Contractor's expense) with Contractor in the defense.  Neither party will consent to the entry of any judgment or enter into any settlement without the other party's prior written consent, which may not be unreasonably withheld.

**4.3.    Waiver of Certain Rights.**  In connection with any action to enforce Contractor's obligations under this Section with respect to any claim arising out of any bodily injury (including death) to any person directly or indirectly employed by Contractor, Contractor waives any immunity, defense or protection under any workers' compensation, industrial insurance or similar laws and assumes liability for such claim.  This Section will not be interpreted or construed as a waiver of Contractor's right to assert any such immunity, defense or protection directly against any of its own employees or such employee's estate or other representatives.

## 5.   INSURANCE.  Contractor shall maintain any insurance as may be specified in the applicable Work Order.  Contractor shall provide evidence of such insurance coverage to the Company upon its request.

## 6.   PERSONNEL; INDEPENDENT CONTRACTORS.

**6.1.    In General.**  Contractor and Constellis are independent contractors.  Contractor has exclusive control over its Personnel, its labor and employee relations and its policies relating to wages, hours, working conditions and other employment conditions.  Contractor has the exclusive right to hire, transfer, suspend, lay off, recall, promote, discipline, discharge and adjust grievances with its employees, subcontractors and agents ("Personnel"). Contractor is solely responsible for all salaries and other compensation of its Personnel who provide Services. Contractor is solely responsible for making all deductions and withholdings from its employees' salaries and other compensation and paying all contributions, taxes and assessments.  Contractor's Personnel are not eligible to participate in any employment benefit plans or other benefits available to Constellis employees.  Contractor has no authority to bind Constellis to any agreement or obligation.  Contractor will not subcontract any Services without Constellis' prior written consent.

**6.2.    Delegation.**  Contractor will not delegate any of its obligations under any Work Order to one or more subcontractors or affiliates without the prior written consent of Constellis, such consent with respect to affiliates not to be unreasonably withheld.  If Constellis so consents, then Contractor will cause and ensure that any such subcontractor or affiliate will be bound to the terms of this Agreement.  Notwithstanding the existence or terms of any subcontract, Contractor will remain responsible for the full performance of the Services.

## 7.   CONFIDENTIALITY/PUBLICITY.

**7.1.    Confidentiality.**  Contractor will comply with the terms of any nondisclosure agreement between Contractor and Constellis (or Constellis' affiliates) ("NDA") and the terms of such NDA are hereby incorporated in this Agreement.  If no such agreement exists, Contractor and its representatives:  (a) will protect and keep confidential the existence of this Agreement (including all Work Orders), its terms and conditions and any other information obtained from Constellis in connection with this Agreement that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure,



reasonably should be considered confidential or proprietary (including all information relating to Constellis' technology, customers, business plans, marketing activities and finances); (b) will use such information only for the purposes of fulfilling its obligations under this Agreement; and (c) will return all such information to Constellis promptly upon the termination of this Agreement. All such information will remain Constellis' exclusive property, and Contractor will have no rights to use such information except as expressly provided herein.

**7.2.    Publicity.**  Contractor will not use any trade name, trademark, service mark, logo or commercial symbol, or any other proprietary rights of Constellis or any of its affiliates in any manner (including use in any client list, press release, advertisement or other promotional material) without prior written authorization of such use by a Vice President of Constellis.

## 8.   WORK FOR HIRE AND PROPRIETARY RIGHTS.

**8.1.    Work Product, Proprietary Rights and Pre-Existing Work.**  If Contractor delivers or is required to deliver to Constellis any work product in connection with the Services, including concepts, works, inventions, information, drawings, designs, programs, or software (whether developed by Contractor or any of its Personnel, either alone or with others, and whether completed or in-progress) (collectively, "Work Product"), then Constellis owns, or upon assignment by the creator will own, all right, title and interest (including all trademarks, trade secrets, copyrights, patents and any other intellectual property rights) (collectively, "Proprietary Rights") in such Work Product, except that Work Product does not include: (a) any inventions or developments made by Contractor prior to the Effective Date; or (b) any improvements Contractor may make to its own proprietary software or any of its internal processes as a result of any Work Order ("Pre-Existing Work").

**8.2.    Work for Hire.**  The Work Product has been specially ordered and commissioned by Constellis. Contractor agrees that the Work Product is a "work made for hire" for copyright purposes, with all copyrights in the Work Product owned by Constellis.

**8.3.    Assignment of Work Product.**  To the extent that the Work Product does not qualify as a work made for hire under applicable law, and to the extent that the Work Product includes material subject to copyright, patent, trade secret, or any Proprietary Rights protection, Contractor hereby assigns to Constellis, its successors and assigns, all right, title and interest in and to the Work Product, including all rights in and to any inventions and designs embodied in the Work Product or developed in the course of Contractor's creation of the Work Product. The foregoing assignment includes a license under any current and future patents owned or licensable by Contractor to the extent necessary to combine the Work Product or any derivative works thereof with any hardware and software Constellis. Contractor will execute any documents in connection with such assignment that Constellis may reasonably request. Contractor will enter into agreements

with its Personnel or any other party as necessary to establish Constellis' sole ownership in Work Product, and upon Constellis' request, Contractor will provide Constellis with copies of such agreements. Contractor appoints Constellis as its attorney-in-fact to execute assignments of, and register all rights to, the Work Product and the Proprietary Rights in Work Product. This appointment is coupled with an interest. At any time upon request from Constellis and upon termination or expiration of this Agreement, Contractor will deliver to Constellis in tangible form all materials containing Work Product, whether complete or in process.

**8.4.    License to Pre-Existing Work.**  To the extent Pre-Existing Work of Contractor is embodied in any Work Product, deliverables or Proprietary Rights, Contractor hereby grants Constellis a non-exclusive, worldwide, perpetual, irrevocable, royalty free license to: (a) use, reproduce, perform, display, and distribute such Pre-Existing Work, (b) adapt, modify, re-format, and create derivative works of such Pre-Existing Work, and (c) sublicense the foregoing rights to any affiliates of Constellis.

## 9.   COMPLIANCE WITH LAWS AND REGULATIONS

**9.1.** Contractor shall at all times comply with all federal, state, local and foreign laws, rules, and regulations applicable to the performance of the Services, and shall be responsible for any registrations, filings, fees or permits that may be required by law as a result of Contractor's provision of the Services. Contractor acknowledges that its activities on behalf of the Company may be governed by federal criminal and civil statutes and regulations, including but not limited to the laws on bribery, conflict of interest, and access to source selection information and trade secrets. Contractor further acknowledges that violation of such laws and regulations related to the performance of this Contractor could cause significant financial and reputational harm to the Company. Contractor also acknowledges that the Company intends Contractor to comply with all applicable legal and regulatory obligations to the same extent as if the Company were performing the services contemplated under this Agreement. Further, Contractor warrants that it has internal systems in place to ensure that each individual assigned to perform services under this Agreement for the Company is informed of and agrees to comply with all applicable legal and regulatory requirements.

**9.2.** Each individual under Contractor's control or employ who performs Services under this Agreement shall adhere to and be subject to the Constellis Code of Ethics and Business Conduct and to all laws and regulations referenced therein, as well as all Company Policies applicable to Contractor's services. Contractor shall be responsible for ensuring that each such individual is briefed on and aware of the information contained in the Constellis Code of Ethics and Business Conduct and Company Policies.

**9.3.** If the Services to be performed by Contractor include the receiving, handling, or developing of any Government classified material, Contractor agrees that



it and that any/all persons/entities in its employ or control shall comply with all applicable security regulations and requirements. Contractor agrees to immediately submit a confidential report to Company whenever, for any cause, it has reason to believe that there is an active danger of espionage or sabotage affecting any work performed for or by the Company.

9.4.    If applicable, Contractor represents and warrants that Contractor and its employees are familiar with laws, rules, orders and regulations applicable to the proper conduct of procurement activities with the U.S. Government; and that Contractor and its employees will abide by all such laws, rules, orders and regulations.

9.5.    If Contractor's services relate to competition, award, or execution under a U.S. Government contract, Contractor represents and warrants the following:

(1) It is familiar with the obligations set forth in 31 U.S.C. Section 1352, 48 C.F.R. Part 3.8, and the clauses located at 48 C.F.R. 52.203-11 and 52.203-12 with regard to certification and disclosure of payments to influence certain federal transactions. As a condition precedent to Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement that the definitions and prohibitions contained in the clauses at 48 C.F.R. 52.203.11 and 52.203-12 are being adhered to by Contractor and each individual under Contractor's control or employ who performs Services under this Agreement. Contractor agrees to provide the Company with a written report within one week of engaging in direct communication with any officer or employee of any U.S. Federal Agency, Member of U.S. Congress or such member's staff regarding the awarding to the Company of any U.S. Federal contract, or extension, continuation, renewal, amendment or modification thereof.

(2) It is familiar with the obligations set forth in 31 U.S.C. Section 1352 and 48 C.F.R. 52.209-5 with regard to certification regarding debarment, suspension, proposed debarment, and other responsibility matters. As a condition precedent to the Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement, to the best of its knowledge and belief, that:

(a) Contractor and/or any of its Principals are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any U.S. Federal agency; (b) have not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (c) are not presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in this provision;

(3) The Contractor and/or any of its Principals has not, within a three-year period preceding this offer, had one or

more contracts terminated for default by any U.S. Federal agency; and

(4) The Contractor and/or any of its Principals or employees has not been listed on and is not currently listed on the U.S. Bureau of Industry and Security "Denied Persons" list or the U.S. Office of Foreign Assets Control "Specially Designated Nationals" list, and is not subject to any other similar restrictions on dealings applicable to U.S. companies.

"Principals" for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). If Contractor becomes aware of allegations or charges after the execution of this Agreement that would alter Contractor's representation under Sections 9.5.1 or 9.5.2, Contractor shall notify the Company immediately in writing of such allegations or charges. This Certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under 18 U.S.C. Section 1001.

9.6.    In no event does the Company authorize Contractor to expend monies for entertainment of, or otherwise offer as a gratuity or other payment to, any official, employee, or agent of the Federal Government or member of Congress, or any official of a foreign government, or any foreign political party or official thereof, or any candidate for foreign political office, and the Company's payments to Contractor under this Agreement are not intended nor shall they be construed to represent payment for or reimbursement of any such expense incurred by Contractor. Contractor agrees to abide by the criminal gratuities and bribery statutes (18 U.S.C. § 201), as well as the implementing regulations and guidance issued by the Office of Government Ethics (5 C.F.R. Part 2635) and the U.S. House of Representatives and U.S. Senate ("gift rules").

9.7.    Contractor hereby certifies that no consideration will be paid to any third party in an attempt to obtain a contract or in any way which would violate the U.S. Foreign Corrupt Practices Act (FCPA). Contractor shall carry out the efforts contemplated by this Agreement in accordance with all applicable laws and regulations governing the award of contracts including, without limitation, the U.S. Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), the Arms Export Control Act ("AECA"); the Export Administration Act ("EAA"), as amended; the Antiboycott Regulations and Guidelines issued under the Export Administration Act, as amended; Section 999 of the Internal Revenue Code (Antiboycott Regulations), and compliance with FCPA. By signing this Agreement, Contractor warrants that it has reviewed and understands its obligations under the FCPA.

9.8.    If applicable, Contractor warrants that it is familiar with the bans on retaining and hiring individuals convicted of fraud or other felonies arising out of a Department of Defense contract under 10 U.S.C. § 2408, as



implemented in 48 C.F.R. 203.570-2. Contractor warrants that neither it nor anyone it assigns to perform work under this agreement has been so convicted under the prohibitions contained in the statute and regulation.

9.9. Contractor hereby represents and warrants that it is aware and familiar with the U.S. Government's zero tolerance policy regarding trafficking in persons, specifically FAR Subpart 22.17 (amended 2015) and FAR 52.222-50, which prohibit contractors and subcontractors from denying employees identity or immigration documents; using misleading or fraudulent recruitment practices; charging employees recruitment fees; using recruiters that do not comply with local labor laws of the country from which they were recruited; providing or arranging housing that fails to meet the host country's housing and safety standards. Contractor also represents and warrants that it is aware and familiar with the requirement for all contractors and subcontractors to pay for or provide transportation of foreign workers back to their home country at the end of their employment if they were brought to the work-country for the purpose of working on a U.S. Government contract or subcontract. Contractor hereby represents and warrants that it will at all times comply with FAR Subpart 22.17 and FAR 52.222-50 and agrees to incorporate the provisions of these clauses in all lower-tier subcontracts pertaining to this order. Contractor agrees that it will, at the request of Constellis, and at least annually, certify compliance with FAR Subpart 22.17 and FAR 52.222-50. Contractor agrees that it will, upon request, provide its FAR Subpart 22.17 and FAR 52.222-50 compliance plan. Contractor further agrees that should it learn of information regarding any possible violation of any Trafficking in Persons laws and/or regulations in connection with the transactions that are the subject of this Agreement, Contractor will immediately advise Constellis and/or the U.S. Government of such knowledge or suspicion.

9.10. The Contractor shall comply with the standards and clauses set forth in ANSI/ASIS PSC.1-2012, the management standard for quality of private security company operations. In order to meet this standard of conformance, the Contractor shall execute the Constellis Group's Subcontractor's Certification of Compliance with the Code of Business Ethics and Conduct, prior to the award of this Vendor Services Agreement.

## 10. GENERAL.

10.1. **Assignment.** Contractor will not assign any part or all of this Agreement, or subcontract or delegate any of Contractor's rights under this Agreement, without Constellis' prior written consent. Any attempt by Contractor to assign, subcontract or delegate in violation of this Section is void in each instance.

10.2. **Governing Law/Venue.** This Agreement is governed by laws of the Commonwealth of Virginia, excluding its conflicts of law rules. Contractor irrevocably submits to venue and exclusive personal jurisdiction in the federal and state courts in Fairfax County, Commonwealth of Virginia, for any dispute arising out of this Agreement, and waives all objections to jurisdiction and venue of such courts.

10.3. **Jury Trial Waiver.** The Contractor and Constellis knowingly and voluntarily agree to waive their respective rights to a jury trial on any claim arising out of or relating to Contractor's agreement with Company and thereby agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement.

10.4. **Government Contract Provisions.** If Contractor will be providing the Services in connection with the Company's performance under a U.S. Government contract, Contractor aggress to comply with all relevant provisions of the applicable prime contract and subcontracts, which shall be set forth in applicable Work Orders.

10.5. **Notices.** Notices under this Agreement are sufficient if given by nationally recognized overnight courier service, certified mail (return receipt requested), facsimile with electronic confirmation or personal delivery to the other party at the address below the party's signature line below. If no address is listed for Contractor, notice to Contractor will be effective if given to the last known address. Notice is effective: (a) when delivered personally, (b) three (3) business days after sent by certified mail; (c) on the business day after sent by a nationally recognized courier service, or (d) on the business day after sent by facsimile with electronic confirmation to the sender. A party may change its notice address by giving notice in accordance with this Section.

10.6. **Severability.** If any provision of this Agreement is determined to be unenforceable, the parties intend that this Agreement be enforced as if the unenforceable provisions were not present and that any partially valid and enforceable provisions be enforced to the extent that they are enforceable.

10.7. **No Waiver.** A party does not waive any right under this Agreement by failing to insist on compliance with any of the terms of this Agreement or by failing to exercise any right hereunder. Any waivers granted hereunder are effective only if recorded in a writing signed by the party granting such waiver.

10.8. **Cumulative Rights.** The rights and remedies of the parties under this Agreement are cumulative, and either party may enforce any of its rights or remedies under this Agreement or other rights and remedies available to it at law or in equity.

10.9. **Construction.** The Section headings of this Agreement are for convenience only and have no interpretive value. Whenever used in this Agreement, unless otherwise specified, the terms "includes", "including", "e.g.,", "for example", "for instance" and other similar terms are deemed to include the term "without limitation" immediately thereafter. This Agreement and any Work Order may be executed by facsimile and in counterparts, which together will constitute one and the same agreement. Each party to this Agreement acknowledges that it has had the opportunity to

review this Agreement with legal counsel of its choice, and there will be no presumption that ambiguities will be construed or interpreted against the drafter, and no presumptions made or inferences drawn because of the inclusion of a term not contained in a prior draft or the deletion of a term contained in a prior draft.

**10.10. Survival.** The provisions of Sections 1.3 (relating to records), 3, 4, 7, 8, 9 and 10 (together with any other provisions of this Agreement, including any Work Order, may reasonably be construed to survive any expiration or termination of this Agreement) will survive any expiration or termination of this Agreement.

**10.11. Injunctive Relief.** Contractor acknowledges that any material breach of Section 7 or Section 8 by Contractor may cause Constellis irreparable harm for which Constellis has no adequate remedies at law. Accordingly, Constellis is entitled to seek specific performance or injunctive relief for any such breach.

**10.12. LIMITATION OF LIABILITIES.** EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), 4, 7, 8 or 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER PARTY WILL BE LIABLE TO THE OTHER UNDER ANY CIRCUMSTANCES FOR CONSEQUENTIAL (INCLUDING LOST OPPORTUNITIES OR PROFITS) OR PUNITIVE DAMAGES.* EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), 4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER PARTY WILL BE LIABLE TO THE OTHER FOR ANY DIRECT DAMAGES IN AN AMOUNT IN EXCESS OF THE FEES PAID HEREUNDER .*

**10.13. No Lien.** Contractor and any subcontractor or third party utilized by Contractor has no lien, and hereby waive any right to any lien upon any Constellis property.

**10.14. Entire Agreement.** This Agreement and the Work Orders, together with all associated exhibits and schedules, which are incorporated by this reference, and NDA, constitute the complete and final agreement of the parties pertaining to the Services and supersede the parties' prior agreements, understandings and discussions relating to the Services. No modification of this Agreement or any Work Order is binding unless it is in writing and signed by Constellis and Contractor.

**10.15. Use of Forms.** The parties may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement. *NEITHER PARTY WILL BE BOUND BY, AND EACH SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED VERBALLY OR IN ANY QUOTATION, INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE), UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN A WRITING SIGNED BY BOTH PARTIES.*

**10.16. Constellis Obligations.** Constellis will use reasonable efforts to: (i) provide Contractor with reasonable access to, and use of Constellis facilities and resources requested by Contractor in order to provide the Services, provided that, at all times that Contractor or its personnel are on Constellis premises, Contractor will comply with all of Constellis' workplace rules and regulations, (ii) appoint a representative who will provide professional and prompt liaison with Contractor, (iii) be available at all times when Contractor's personnel are at the project site (or designate an alternate with the same level of authority in the event of unavailability caused by illness or other valid reasons), and (iv) confer with the Contractor representative at regular intervals to review progress and resolve any issues relating to the services.

IN WITNESS HEREOF, the parties have executed this Agreement as of the last date signed below, and represent and warrant that they have the authority and power to execute this Agreement.

| Constellis, LLC | Contractor: ORYX Afghanistan (a subsidiary of Khidmat Holding Group) |
|---|---|
| *[signature]* | *Suliman Sulimankhil* |
| Signature | Signature |
| Teri Smith | Suliman Sulimankhil |
| Print Name | Print Name |
| Sr. Director, Procurement | S/VP |
| Title | Title |
| July 10, 2019 | July/06/2019 |
| Date | Date |
| Notices to Constellis: | Notices to ORYX Afghanistan |



| By mail/courier/personal delivery: | By mail/courier/personal delivery: |
|---|---|
| 12018 Sunrise Valley Drive | Camp ORYX |
| Suite 140 | Kabul Jalalabad Road |
| Reston, VA  20191 | Next to IEC – UNOCA, PD09 |
| ATTN: Teri Smith, Sr. Director, Procurement | Kabul, Afghanistan |
|  | ATTN:  Eva Schwartz |
| By fax: |  |
| (703) 673-5001 |  |
|  | By Email: |
|  | ceo@oryxafg.com; info@oryxafg.com |
|  |  |
|  | By Telephone: |
|  | Phone:  0093-700 056 5677 |
|  | Fax: |



**EXHIBIT A**
**Work Order No. ORYXAFG-FY19-001**

This Work Order is entered into as of July 2, 2019 and made a part of the Vendor Services Agreement (the "VSA") between Constellis and the Contractor noted ("_Contractor_"), to apply to the Constellis entity noted below for the Project described below.  All capitalized terms not defined in this Work Order have the respective meanings set forth in the VSA.  To the extent that the terms of this Work Order are inconsistent with any of the terms of the VSA, the terms of the VSA supersede the terms of this Work Order and govern.

**1. Description of Project Services:**

Oryx Afghanistan shall provide complete life support services to Longdon Services Limited employees residing at KICY.

The services will include the following:
- Three (3) meals per day (Breakfast, Lunch and Dinner)
- Laundry services, claeining of accomodations and offices, MWR twenty-four (24) hours as required.
- Provide dedicated/secured and protected parking space for six (6) vehicles. The space will be allocated for easy access for Longdon Services Limited personnel, and the cost excludes any additional services, such as: washing, fueling, and monthly servicing

Any additional rooms/food/fuel as required by Longdon Services Limited will be invoiced on a monthly basis as additional services and shall so specifiy within the invoice as submitted.

Longdon Services Limited shall designate in writing, a representative who will coordinate  any issues, and scope in work changes with the ORYX Afghanistan Technical Representative or Contracts Administrator. Any and all contractual issues/items will be coordinated with the Longdon Services Limited Subcontracts Representative. Oryx Afghanistan shall coordinate its services and procedures with the Longdon Services Limited Project Manager on site.

Oryx Afghanistan shall maintain all records of licenses, resumes, diplomas, training certificates and other such documentation sufficient to establish that its personnel assigned to work under this Work Order are qualified to perofrm their assigned duties. Any such documentation shall be provide to Longdon Services Limited upon request.

**Site Security & Man-Guarding Requirements:**

- **Expat Security Manager -**
- Armed Guard Force
- Manned Towers
- ECP Control
- Safe Room
- Security Enhancements
- Approach Road Security



**2. Location(s) Where Services Will Be Provided:**

Camp ORYX, Afghanistan.

**3. Start Date Of Services:**

July 2, 2019

**4. Period of Performance/Required Completion Date:**

July 2, 2019 through July 1, 2020

**5. Contractor Fees/Payment Terms:**

Constellis will pay Oryx Afghanistanthe following amount for the Services performed by Contractor in accordance with the Agreement:

| CLIN | DESCRIPTION | # REQUIRED | UNIT | TOTAL COST |
|------|-------------|------------|------|------------|
|      |             |            |      |            |
| 0001 | *Single Occupancy Room (EXPAT) | 1 | DAILY | $90.00 PER DAY |
| 0002 | *Open Bay Occupancy Room (TCN) | 1 | DAILY | $50.00 PER DAY |
| 0003 | *Helipad | 1 | MONTHLY | $7,000.00 PER MONTH |
| 0004 | *Storage | 1 | MONTHLY | $300.00 PER MONTH |
|      |          |   |         |      |

**\*NOTES:**
- Single Occupancy Room Details: Rate includes 3 full meals per day, 1 case (500mlX6) bottler drinking water per person per day as needed. Three (3) times per week laundry services, 24/7 internet, 6 days per week room cleaning. Fully furnished living quarters
- Open Bay Occupancy Details: Rate includes 3 full meals per day, 1 case (500mlX6) bottler drinking water per person per day as needed. Six (6) days per week room cleaning. Full laundry services (Bedding only). Fully furnished living quarters
- Helipad Details: Helipad for ISO project, landing, storage of helicopter in event of maintenance
- Storage Details: Use of secured storage inside warehouse

**6. Invoice Requirements**

Invoices submitted directly to Constellis under this Agreement:

- Contractor shall be paid for performance hereunder, upon submission of proper invoices or vouchers, the price stipulated in this Work Order for services rendered and accepted, less applicable deductions, if any. Unless otherwise specified, payment will be made upon delivery and acceptance of any portion of the work delivered or rendered for which a price is separately stated in the Work Order. Invoices shall be specific to the Program/location of the individual.
- The Contractor shall maintain separate accounting of costs for its work performed in support of each Work Order line item to the lowest level identified and in accordance with any additional requirements as may be outlined. In no case will the billing for a line item exceed the amount on the Work Order line item for that line item.



- The Contractor shall submit their invoice for medical services, rendered on a monthly basis, for services rendered and costs incurred during the authorized billing period (the previous calendar month).  Contractor shall be paid only for actual work performed.

    o All invoices shall be reviewed for accuracy and allowable costs.  Any discrepancies that cannot be resolved between Constellis and the Contractor shall be formally noted and deducted from the invoice.  Any undisputed amount contained within the invoice shall be remitted to the Contractor, in accordance with the payment terms herein.  If discrepancies are found after an invoice has been paid by Constellis, Constellis shall notify the Contractor of the discrepancy and deduct the amount of the discrepancy from a subsequent invoice.  (Discrepancies may include amounts disallowed by the Government under the prime contract.)  If any discrepancy is found on the Contractor's final invoice, the Contractor agrees to issue a refund to Constellis for any amount disallowed within thirty (30) days of the written notification.

- Each invoice shall be certified as to its accuracy by an authorized representative of the Contractor. Each invoice shall specify the Contractor's name and business address, date of invoice, description of services, Work Order number, the period of performance being billed, the amount due by line item, and the current and cumulative amount being billed.
- Payment for the actual performance shall be at the rate(s) established and included in this Work Order.
- Notwithstanding any other provision, the Contractor shall maintain sufficient accounting records for verification of costs to include the costs incurred in the performance of this Agreement. It is further understood and agreed that these accounting records shall be available for Constellis review during the performance of this Agreement and until three years after final payment of this Agreement.

Payments to the Contractor shall be made upon receipt of properly completed invoices for items under this Agreement provided by the Contractor. Payment terms are as follows:

(1) All invoices will be processed net thirty (30) days after receipt of an approved proper invoice by Constellis.   An invoice is deemed proper if Constellis does not notify Contractor within ten (10) days of receipt of an invoice that the invoice is improper.

The Contractor shall forward invoices to the individual identified below.

Constellis
12018 Sunrise Valley Drive Suite 140
Reston, VA  20191
Attn:   Teri Smith, teri.smith@constellis.com

Electronic submission is acceptable.
Each invoice shall contain the following information:

- Invoice date
- Period of performance
- Name of individual screened



- Work order number
- Invoice amount
- Invoice description
- Remittance address
- Electronic banking institution routing number
- Project/program name

Final payment under this Work Order shall be predicated upon receipt and acceptance by Constellis of all services called for hereunder and the release discharging Constellis from any liabilities.

## 7. Insurance Requirements

Contractor shall be solely responsible for all matters relating to employment including, without limitation, compliance with all applicable worker's compensation, unemployment compensation, medical, dental and disability insurance, social security laws and all withholding and all other federal, state, and local laws governing such matters. Contractor is not entitled to any medical coverage, life insurance, participation in any Constellis savings plan, stock plan or other benefits afforded to Constellis employees or employees of Constellis affiliated companies.

Contractor shall within ten (10) days of signing any subsequent Work Order submit Certificates of Insurance evidencing coverage for DBA Insurance (as needed), Professional Liability, Liability Insurance, General Liability for Bodily Injury, and Property Damage Insurance in accordance with the greater of the amounts in the following table or any applicable Prime Contract requirements:

| Required Policy/Coverage | Required Limits |
|---|---|
| General / Professional Liability Insurance | $2,000,000 |
| Automobile Liability Insurance | $1,000,000 |
| Workmen's Compensation Insurance | Coverage for statutory obligations imposed by laws of any State in which the work is to be performed |
| Employers Liability Insurance | $1,000,000 |

## 8. Additional Requirements

The Contractor shall maintain all the necessary licensing and registrations for all of the services it performs under this Work Order, and Subcontractor shall without additional reimbursement pay and remit all necessary taxes owed relating to such services in the localities where such services are being performed.  In addition, Contractor shall be solely responsible for the payment of all third parties with whom it deals in providing such services including any necessary tax withholdings. Contractor indemnifies and shall be liable to Constellis for all losses, costs, and expenses attributable to any acts of commission or omission by Contractor, its employees, or its agents relating to the Contractor's breach of the work to be performed or Contractor's failure to comply with any applicable local or international laws relating to the Services, including, but not limited to, any fines, penalties, or corrective measures.



9. **Additional Terms & Conditions**

   a) **FORCE MAJEURE.** In the event of a Force Majeure, defined as Acts of God, Civil Unrest, Strikes, Government Actions, Military Actions or other events outside the control of the parties hereto, that affects the performance of the work under this Order, the affected party shall within 24 hours notify the other party.  In the event the Force Majeure continues for a period exceeding seven (7) days, the parties shall cooperate to mitigate the impact of the Force Majeure by all reasonable means and negotiate in good faith to reach agreement on alternative means to continue performance of the work under this Order.  In the event no mutually agreeable resolution is reached within 21 days of the start of the Force Majeure, Buyer shall have the right to terminate this Order without further obligation or liability, excepting payment for work previously performed.

   b) By its signature hereto, Contractor affirms that, under FAR 52.209-6 and subsequent replacements, it is not debarred, suspended, or proposed for debarment by the Federal Government.

   c) Constellis, by written notice, may terminate this Work Order for default, in whole or in part, if Contractor: (a) fails to comply with any of the material terms (defined as Subcontract provisions dealing with significant issues such as subject matter, price, payment terms, quantity, quality, duration, or the work to be done) of this Work Order; (b) fails to make progress so as to endanger performance of this Work Order; or (c) fails to provide adequate assurance of future performance. Contractor shall have ten (10) calendar days (or such longer period as Constellis may authorize in writing) to cure any such failure after receipt of notice from CONSTELLIS. Default involving delivery schedule delays shall not be subject to the cure provision and at Constellis' sole option may result in the immediate termination of all or a portion of the work for cause. Contractor shall be compensated only for Work actually delivered and accepted where applicable.  Contractor shall continue all Work not terminated. If after termination under (a) above, it is determined that Contractor was not in default, such termination shall be deemed a Termination for Convenience.

IN WITNESS HEREOF, the parties have executed this Work Order as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Work Order.

| Longdon Services Limited | Contractor: Oryx Afghanistan (a subsidiary of Khidmat Holding Group) |
|---|---|
| *[signature]* | *Suliman Sulimankhil* |
| Signature | Signature |
| Teri Smith | Suliman Sulimankhil |
| Print Name | Print Name |
| Sr. Director, Procurement | S/VP |
| Title | Title |
| July 10, 2019 | 06/July/2019 |
| Date | Date |





## VENDOR SERVICES AGREEMENT
## VSA21-0006

This **Vendor Services Agreement** (this "Agreement") is made as of the date listed below (the "Effective Date of Agreement") by and between **Constellis, LLC**, a Delaware limited liability company, with offices at **13530 Dulles Technology Dr., Herndon,** VA 21071 (Constellis or the "Company") and the undersigned company, with offices at the address listed below (the "Contractor").   For each of the Company and the Customer, their respective affiliates, as defined as entities with the same controlling beneficial ownership as such Party, shall be construed to be included in the definition of the Company and the Contractor, respectively.

| Name of Contractor: | Oryx Afghanistan | |
|---|---|---|
| Place of Incorporation/Organization: | Afghanistan | |
| Address of Contractor: | Camp ORYX, Kabul Jalalabad Road Next to IEC-UNOCA Kabul, Afghanistan | |
| Effective Date of Agreement: | February 19, 2021 | |
| Scope of Services: (*check all that apply*) | X | Lodging |
| | X | Meals |
| | X | Container Laydown |
| | X | Office Space |
| | X | Helipad |

WHEREAS, the Company wishes to engage the Contractor to provide certain services and deliverables and Contractor desires to provide such services and deliverables to the Company under the terms and conditions of this Agreement and any resulting Statement of Work, which shall be each document agreed upon by the Company and the Contractor.

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises set forth herein, and intending to be legally bound, the parties hereby agree as follows:

### Terms and Conditions

**1.    SERVICES, TASK ORDERS.**

**1.1.    Services.**    Contractor will provide services to Constellis as the parties may agree from time to time ("Services") specified in Task Orders in the attached as <u>Exhibit A</u> ("Task Order"), which definition includes Purchase Orders, unless otherwise specified), in accordance with the terms and conditions of this Agreement.    The parties acknowledge and agree that, as of the Effective Date, they are entering into Task Order No. 1, attached hereto as <u>Exhibit A</u>.  Any affiliate of Constellis will also have the right to enter into Task Orders with Contractor pursuant to this Agreement, and with respect to such Task Orders only such affiliate will become a party to this Agreement and references to Constellis in this Agreement are deemed to be references to such affiliate.  With respect to Constellis, each Task Order is a separate obligation of the Constellis entities or entity that execute(s) such Task Order and no other Constellis entity has any

obligation under such Task Order.  Except as expressly set forth herein or agreed upon by Constellis in writing, Contractor will provide all equipment and supplies required to perform the Services.  Services under a particular Task Order are called a "<u>Project</u>".  Contractor will, at no cost to Constellis, promptly and satisfactorily correct any Services or Work Product found to be defective or not in conformity with the requirements of this Agreement and the applicable Task Order; provided that such deficiency or non-conformity is brought to Contractor's attention within thirty (30) days after delivery to Constellis; provided further that Constellis' failure to so notify Contractor within such thirty (30) day period will not limit any other right or remedy that is available to Constellis with respect to such deficiency or non-conformity hereunder, at law or in equity.

**1.2.    Task Orders.**  This Agreement governs each Task Order, except that any conflict or inconsistency between the terms of this Agreement

and a Task Order will be resolved in favor of this Agreement. This Agreement does not obligate Constellis to engage Contractor to perform any Services or Contractor to perform any Services, until both parties have signed a Task Order and then only for the Project specified in the Task Order. Both parties must sign a Task Order for it to be effective. A Purchase Order is binding on both parties if Contractor: (a) signs and returns it to Constellis; (b) begins performance; or (c) acknowledges it by email, facsimile or any other commercially reasonable means. If Contractor commences Services for Constellis in the absence of a Task Order, this Agreement will nevertheless apply, unless the parties agree otherwise in a writing signed by both parties.

**1.3. Payment/Records.** Constellis will pay the service fees expressly set forth in the Task Order. Contractor is entitled to no other compensation or reimbursement for the Services. Contractor will provide monthly invoices to Constellis for service fees for the prior month. Each invoice will be in form and content reasonably acceptable to Constellis and will describe, with respect to the relevant payment period, (a) the Services performed, itemized by task, (b) the number of hours expended performing Services, (c) the work product created, and (d) any agreed-upon reimbursable expenses. Contractor will furnish such receipts, documents and other supporting materials as Constellis reasonably may request to verify the contents of any invoice. Constellis will pay Contractor's properly submitted invoice within thirty (30) days after receipt of such invoice. Contractor will, in accordance with generally accepted accounting standards, keep copies of all books and records relating to the Services during the term of this Agreement and for three (3) years thereafter. Constellis may upon reasonable notice and during normal business hours examine and make copies of all books and records relating to the Services.

**2. TERM.** This Agreement begins on the Effective Date cited above and, unless earlier terminated pursuant to this Agreement, continues for a period of one year. Upon expiration of such period, this Agreement will automatically renew on a month-to-month basis until either party provides at least thirty (30) days prior written notice of termination. Constellis may terminate any Task Order or any portion thereof, with or without cause, by giving at least fourteen (14) days prior written notice to Contractor. Upon any such termination, Constellis is only liable to pay for Services performed and liabilities incurred prior to expiration or termination; provided that if the fee set forth in the Task Order is a fixed amount, Constellis will pay the fee to the

extent the Project/Task Order is complete. In addition, Constellis may terminate this Agreement or any applicable Task Order or any portion of the Services not then performed immediately upon written notice for Contractor's material breach of this Agreement, including any breach of Section 7 below. Contractor may terminate this Agreement immediately upon written notice if Constellis fails to cure a nonpayment of amounts due within thirty (30) days after written notice of such nonpayment to Constellis.

**3. REPRESENTATIONS, WARRANTIES, AND COVENANTS.** Contractor represents, warrants and covenants that: (a) it will perform the Services in a competent and workmanlike manner in accordance with the level of professional care customarily observed by highly skilled professionals rendering similar services; (b) the Services will not violate or infringe any third party's rights to proprietary or confidential information; (c) it and its Personnel will comply with all laws, rules, regulations and orders of any governmental authority having jurisdiction over Contractor's performance of the Services and will hold and fully comply with all required licenses, permits and approvals; (d) it is duly incorporated or otherwise established, validly existing, and in good standing as a company under the laws of the state or other applicable jurisdiction of its formation; (e) it has all rights necessary for (and is not subject to any restriction, penalty, agreement, commitment, law, rule, regulation or order which is violated by) its execution and delivery of this Agreement and performance of its obligations under this Agreement and (f) THE FOREGOING EXPRESS WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESSED OR IMPLIED, ORAL OR WRITTEN, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The parties specifically disclaim application of the UN Convention on the International Sale of Goods.

**4. DEFENSE AND INDEMNITY.**

**4.1. General.** Contractor will defend, indemnify and hold harmless Constellis and its directors, officers, employees, successors, assigns and agents from any allegation or claim based on, or any loss, direct damage, settlement, cost, expense and any other liability (including reasonable attorneys' fees and expenses) arising out of: (a) any allegation or claim of negligence, strict liability or misconduct of Contractor or its agents or subcontractors; (b) the



Services; or (c) any breach of this Agreement by Contractor or its agents or subcontractors; provided, however, that this paragraph shall not be construed so as to require Contractor to defend, indemnify or hold harmless Constellis to the extent such claims, damages, losses, or expenses are caused by or resulting from the negligent or intentional misconduct of Constellis, its directors, officers, employees, successors, assigns and/or agents (provided that Contractor and its agents will not be deemed to be "agents" for purposes of this proviso). To the extent that such loss, direct damage, settlement, cost, expense or any other liability arises from the concurrent negligence or intentional misconduct of Constellis, Contractor and/or any third party, it is expressly agreed that Contractor's obligations of indemnity under this paragraph shall be effective only to the extent of Contractor's responsibility as set forth in this Section.

**4.2.    Duty to Defend.** Contractor's duty to defend is independent of its duty to indemnify. Contractor's obligations under this Section are independent of any other obligation of Contractor under this Agreement. Contractor will use counsel reasonably satisfactory to the indemnified parties to defend each indemnified claim, and the indemnified parties will cooperate (at Contractor's expense) with Contractor in the defense. Neither party will consent to the entry of any judgment or enter into any settlement without the other party's prior written consent, which may not be unreasonably withheld.

**4.3.    Waiver of Certain Rights.** In connection with any action to enforce Contractor's obligations under this Section with respect to any claim arising out of any bodily injury (including death) to any person directly or indirectly employed by Contractor, Contractor waives any immunity, defense or protection under any workers' compensation, industrial insurance or similar laws and assumes liability for such claim. This Section will not be interpreted or construed as a waiver of Contractor's right to assert any such immunity, defense or protection directly against any of its own employees or such employee's estate or other representatives.

**5.  INSURANCE.** Contractor shall maintain any insurance as may be specified in the applicable Task Order. Contractor shall provide evidence of such insurance coverage to the Company upon its request.

**6.  PERSONNEL; INDEPENDENT CONTRACTORS.**

**6.1.    In General.** Contractor and Constellis are independent contractors. Contractor has exclusive control over its Personnel, its labor and employee relations and its policies relating to wages, hours, working conditions and other employment conditions. Contractor has the exclusive right to hire, transfer, suspend, lay off, recall, promote, discipline, discharge and adjust grievances with its employees, subcontractors and agents ("Personnel"). Contractor is solely responsible for all salaries and other compensation of its Personnel who provide Services. Contractor is solely responsible for making all deductions and withholdings from its employees' salaries and other compensation and paying all contributions, taxes and assessments. Contractor's Personnel are not eligible to participate in any employment benefit plans or other benefits available to Constellis employees. Contractor has no authority to bind Constellis to any agreement or obligation. Contractor will not subcontract any Services without Constellis' prior written consent.

**6.2.    Delegation.** Contractor will not delegate any of its obligations under any Task Order to one or more subcontractors or affiliates without the prior written consent of Constellis, such consent with respect to affiliates not to be unreasonably withheld. If Constellis so consents, then Contractor will cause and ensure that any such subcontractor or affiliate will be bound to the terms of this Agreement. Notwithstanding the existence or terms of any subcontract, Contractor will remain responsible for the full performance of the Services.

**7.  CONFIDENTIALITY/PUBLICITY.**

**7.1.    Confidentiality.** Contractor will comply with the terms of any nondisclosure agreement between Contractor and Constellis (or Constellis' affiliates) ("NDA") and the terms of such NDA are hereby incorporated in this Agreement. If no such agreement exists, Contractor and its representatives:    (a) will protect and keep confidential the existence of this Agreement (including all Task Orders), its terms and conditions and any other information obtained from Constellis in connection with this Agreement that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including all information relating to Constellis' technology, customers, business plans, marketing activities and finances); (b) will use such information only for the purposes of fulfilling its obligations under this Agreement; and (c) will return all such information to Constellis promptly upon the termination of this Agreement. All such information will remain Constellis' exclusive property, and Contractor will have no rights to use such information except as expressly provided herein.



**7.2.    Publicity.**  Contractor will not use any trade name, trademark, service mark, logo or commercial symbol, or any other proprietary rights of Constellis or any of its affiliates in any manner (including use in any client list, press release, advertisement or other promotional material) without prior written authorization of such use by a Vice President of Constellis.

## 8.   WORK FOR HIRE AND PROPRIETARY RIGHTS.

**8.1.    Work Product, Proprietary Rights and Pre-Existing Work.**  If Contractor delivers or is required to deliver to Constellis any work product in connection with the Services, including concepts, works, inventions, information, drawings, designs, programs, or software (whether developed by Contractor or any of its Personnel, either alone or with others, and whether completed or in-progress) (collectively, "Work Product"), then Constellis owns, or upon assignment by the creator will own, all right, title and interest (including all trademarks, trade secrets, copyrights, patents and any other intellectual property rights) (collectively, "Proprietary Rights") in such Work Product, except that Work Product does not include:  (a) any inventions or developments made by Contractor prior to the Effective Date; or (b) any improvements Contractor may make to its own proprietary software or any of its internal processes as a result of any Task Order ("Pre-Existing Work").

**8.2.    Work for Hire.**  The Work Product has been specially ordered and commissioned by Constellis.  Contractor agrees that the Work Product is a "work made for hire" for copyright purposes, with all copyrights in the Work Product owned by Constellis.

**8.3.    Assignment of Work Product.**  To the extent that the Work Product does not qualify as a work made for hire under applicable law, and to the extent that the Work Product includes material subject to copyright, patent, trade secret, or any Proprietary Rights protection, Contractor hereby assigns to Constellis, its successors and assigns, all right, title and interest in and to the Work Product, including all rights in and to any inventions and designs embodied in the Work Product or developed in the course of Contractor's creation of the Work Product.  The foregoing assignment includes a license under any current and future patents owned or licensable by Contractor to the extent necessary to combine the Work Product or any derivative works thereof with any hardware and software Constellis.  Contractor will execute any documents in connection with such assignment that Constellis may reasonably request.  Contractor will enter into agreements with

its Personnel or any other party as necessary to establish Constellis' sole ownership in Work Product, and upon Constellis' request, Contractor will provide Constellis with copies of such agreements.  Contractor appoints Constellis as its attorney-in-fact to execute assignments of, and register all rights to, the Work Product and the Proprietary Rights in Work Product.  This appointment is coupled with an interest.  At any time upon request from Constellis and upon termination or expiration of this Agreement, Contractor will deliver to Constellis in tangible form all materials containing Work Product, whether complete or in process.

**8.4.    License to Pre-Existing Work.**  To the extent Pre-Existing Work of Contractor is embodied in any Work Product, deliverables or Proprietary Rights, Contractor hereby grants Constellis a non-exclusive, worldwide, perpetual, irrevocable, royalty free license to:  (a) use, reproduce, perform, display, and distribute such Pre-Existing Work, (b) adapt, modify, re-format, and create derivative works of such Pre-Existing Work, and (c) sublicense the foregoing rights to any affiliates of Constellis.

## 9.   COMPLIANCE WITH LAWS AND REGULATIONS

**9.1.    Contractor shall at all times comply with all federal, state, local and foreign laws, rules, and regulations applicable to the performance of the Services, and shall be responsible for any registrations, filings, fees or permits that may be required by law as a result of Contractor's provision of the Services.  Contractor acknowledges that its activities on behalf of the Company may be governed by federal criminal and civil statutes and regulations, including but not limited to the laws on bribery, conflict of interest, and access to source selection information and trade secrets.  Contractor further acknowledges that violation of such laws and regulations related to the performance of this Contractor could cause significant financial and reputational harm to the Company.  Contractor also acknowledges that the Company intends Contractor to comply with all applicable legal and regulatory obligations to the same extent as if the Company were performing the services contemplated under this Agreement.  Further, Contractor warrants that it has internal systems in place to ensure that each individual assigned to perform services under this Agreement for the Company is informed of and agrees to comply with all applicable legal and regulatory requirements.

**9.2.    Each individual under Contractor's control or employ who performs Services under this Agreement shall adhere to and be subject to the

**ORYX 5AC-018**



Constellis Code of Ethics and Business Conduct and to all laws and regulations referenced therein, as well as all Company Policies applicable to Contractor's services. Contractor shall be responsible for ensuring that each such individual is briefed on and aware of the information contained in the Constellis Code of Ethics and Business Conduct and Company Policies.

9.3. If the Services to be performed by Contractor include the receiving, handling, or developing of any Government classified material, Contractor agrees that it and that any/all persons/entities in its employ or control shall comply with all applicable security regulations and requirements. Contractor agrees to immediately submit a confidential report to Company whenever, for any cause, it has reason to believe that there is an active danger of espionage or sabotage affecting any work performed for or by the Company.

9.4. If applicable, Contractor represents and warrants that Contractor and its employees are familiar with laws, rules, orders and regulations applicable to the proper conduct of procurement activities with the U.S. Government; and that Contractor and its employees will abide by all such laws, rules, orders and regulations.

9.5. If Contractor's services relate to competition, award, or execution under a U.S. Government contract, Contractor represents and warrants the following:

(1) It is familiar with the obligations set forth in 31 U.S.C. Section 1352, 48 C.F.R. Part 3.8, and the clauses located at 48 C.F.R. 52.203-11 and 52.203-12 with regard to certification and disclosure of payments to influence certain federal transactions. As a condition precedent to Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement that the definitions and prohibitions contained in the clauses at 48 C.F.R. 52.203.11 and 52.203-12 are being adhered to by Contractor and each individual under Contractor's control or employ who performs Services under this Agreement. Contractor agrees to provide the Company with a written report within one week of engaging in direct communication with any officer or employee of any U.S. Federal Agency, Member of U.S. Congress or such member's staff regarding the awarding to the Company of any U.S. Federal contract, or extension, continuation, renewal, amendment or modification thereof.

(2) It is familiar with the obligations set forth in 31 U.S.C. Section 1352 and 48 C.F.R. 52.209-5 with regard to certification regarding debarment, suspension, proposed debarment, and other responsibility matters. As a condition precedent to

the Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement, to the best of its knowledge and belief, that: (a) Contractor and/or any of its Principals are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any U.S. Federal agency; (b) have not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (c) are not presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in this provision;

(3) The Contractor and/or any of its Principals has not, within a three-year period preceding this offer, had one or more contracts terminated for default by any U.S. Federal agency; and

(4) The Contractor and/or any of its Principals or employees has not been listed on and is not currently listed on the U.S. Bureau of Industry and Security "Denied Persons" list or the U.S. Office of Foreign Assets Control "Specially Designated Nationals" list, and is not subject to any other similar restrictions on dealings applicable to U.S. companies.

"Principals" for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). If Contractor becomes aware of allegations or charges after the execution of this Agreement that would alter Contractor's representation under Sections 9.5.1 or 9.5.2, Contractor shall notify the Company immediately in writing of such allegations or charges. This Certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under 18 U.S.C. Section 1001.

9.6. In no event does the Company authorize Contractor to expend monies for entertainment of, or otherwise offer as a gratuity or other payment to, any official, employee, or agent of the Federal Government or member of Congress, or any official of a foreign government, or any foreign political party or official thereof, or any candidate for

**TRIPLE CANOPY**
A CONSTELLIS COMPANY

foreign political office, and the Company's payments to Contractor under this Agreement are not intended nor shall they be construed to represent payment for or reimbursement of any such expense incurred by Contractor.    Contractor agrees to abide by the criminal gratuities and bribery statutes (18 U.S.C. § 201), as well as the implementing regulations and guidance issued by the Office of Government Ethics (5 C.F.R. Part 2635) and the U.S. House of Representatives and U.S. Senate ("gift rules").

9.7.    Contractor hereby certifies that no consideration will be paid to any third party in an attempt to obtain a contract or in any way which would violate the U.S. Foreign Corrupt Practices Act (FCPA).    Contractor shall carry out the efforts contemplated by this Agreement in accordance with all applicable laws and regulations governing the award of contracts including, without limitation, the U.S. Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), the Arms Export Control Act ("AECA"); the Export Administration Act ("EAA"), as amended; the Antiboycott Regulations and Guidelines issued under the Export Administration Act, as amended; Section 999 of the Internal Revenue Code (Antiboycott Regulations), and compliance with FCPA.  By signing this Agreement, Contractor warrants that it has reviewed and understands its obligations under the FCPA.

9.8.    If applicable, Contractor warrants that it is familiar with the bans on retaining and hiring individuals convicted of fraud or other felonies arising out of a Department of Defense contract under 10 U.S.C. § 2408, as implemented in 48 C.F.R. 203.570-2. Contractor warrants that neither it nor anyone it assigns to perform work under this agreement has been so convicted under the prohibitions contained in the statute and regulation.

9.9.    Contractor hereby represents and warrants that it is aware and familiar with the U.S. Government's zero tolerance policy regarding trafficking in persons, specifically FAR Subpart 22.17 (amended 2015) and FAR 52.222-50, which prohibit contractors and subcontractors from denying employees identity or immigration documents; using misleading or fraudulent recruitment practices; charging employees recruitment fees; using recruiters that do not comply with local labor laws of the country from which they were recruited; providing or arranging housing that fails to meet the host country's housing and safety standards. Contractor also represents and warrants that it is aware and familiar with the requirement for all contractors and subcontractors to pay for or provide transportation of foreign workers back to their home country at the end

of their employment if they were brought to the work-country for the purpose of working on a U.S. Government contract or subcontract. Contractor hereby represents and warrants that it will at all times comply with FAR Subpart 22.17 and FAR 52.222-50 and agrees to incorporate the provisions of these clauses in all lower-tier subcontracts pertaining to this order. Contractor agrees that it will, at the request of Constellis, and at least annually, certify compliance with FAR Subpart 22.17 and FAR 52.222-50. Contractor agrees that it will, upon request, provide its FAR Subpart 22.17 and FAR 52.222-50 compliance plan. Contractor further agrees that should it learn of information regarding any possible violation of any Trafficking in Persons laws and/or regulations in connection with the transactions that are the subject of this Agreement, Contractor will immediately advise Constellis and/or the U.S. Government of such knowledge or suspicion.

9.10.    The Contractor shall comply with the standards and clauses set forth in ANSI/ASIS PSC.1-2012, the management standard for quality of private security company operations.  In order to meet this standard of conformance, the Contractor shall execute the Constellis Group's Subcontractor's Certification of Compliance with the Code of Business Ethics and Conduct, prior to the award of this Vendor Services Agreement.

## 10. GENERAL.

10.1.    **Assignment.**    Contractor will not assign any part or all of this Agreement, or subcontract or delegate any of Contractor's rights under this Agreement, without Constellis' prior written consent.    Any attempt by Contractor to assign, subcontract or delegate in violation of this Section is void in each instance.

10.2.    **Governing Law/Venue.**    This Agreement is governed by laws of the Commonwealth of Virginia, excluding its conflicts of law rules. Contractor irrevocably submits to venue and exclusive personal jurisdiction in the federal and state courts in Fairfax County, Commonwealth of Virginia, for any dispute arising out of this Agreement, and waives all objections to jurisdiction and venue of such courts.

10.3.    **Jury Trial Waiver.**  The Contractor and Constellis knowingly and voluntarily agree to waive their respective rights to a jury trial on any claim arising out of or relating to Contractor's agreement with Company and thereby agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement.

ORYX 5AC-020



**10.4.  Government Contract Provisions.**  If Contractor will be providing the Services in connection with the Company's performance under a U.S. Government contract, Contractor aggress to comply with all relevant provisions of the applicable prime contract and subcontracts, which shall be set forth in applicable Task Orders.

**10.5.  Notices.**  Notices under this Agreement are sufficient if given by nationally recognized overnight courier service, certified mail (return receipt requested), facsimile with electronic confirmation or personal delivery to the other party at the address below the party's signature line below.  If no address is listed for Contractor, notice to Contractor will be effective if given to the last known address.  Notice is effective:  (a) when delivered personally, (b) three (3) business days after sent by certified mail; (c) on the business day after sent by a nationally recognized courier service, or (d) on the business day after sent by facsimile with electronic confirmation to the sender.  A party may change its notice address by giving notice in accordance with this Section.

**10.6.  Severability.**  If any provision of this Agreement is determined to be unenforceable, the parties intend that this Agreement be enforced as if the unenforceable provisions were not present and that any partially valid and enforceable provisions be enforced to the extent that they are enforceable.

**10.7.  No Waiver.**  A party does not waive any right under this Agreement by failing to insist on compliance with any of the terms of this Agreement or by failing to exercise any right hereunder.  Any waivers granted hereunder are effective only if recorded in a writing signed by the party granting such waiver.

**10.8.  Cumulative Rights.**  The rights and remedies of the parties under this Agreement are cumulative, and either party may enforce any of its rights or remedies under this Agreement or other rights and remedies available to it at law or in equity.

**10.9.  Construction.**  The Section headings of this Agreement are for convenience only and have no interpretive value.  Whenever used in this Agreement, unless otherwise specified, the terms "includes", "including", "e.g.,", "for example", "for instance" and other similar terms are deemed to include the term "without limitation" immediately thereafter.  This Agreement and any Task Order may be executed by facsimile and in counterparts, which together will constitute one and the same agreement.  Each party to this Agreement acknowledges that it has had the opportunity to review this Agreement with legal counsel of its choice, and there will be no

presumption that ambiguities will be construed or interpreted against the drafter, and no presumptions made or inferences drawn because of the inclusion of a term not contained in a prior draft or the deletion of a term contained in a prior draft.

**10.10.  Survival.**  The provisions of Sections 1.3 (relating to records), 3, 4, 7, 8, 9  and 10 (together with any other provisions of this Agreement, including any Task Order, may reasonably be construed to survive any expiration or termination of this Agreement) will survive any expiration or termination of this Agreement.

**10.11.  Injunctive Relief.**  Contractor acknowledges that any material breach of Section 7 or Section 8 by Contractor may cause Constellis irreparable harm for which Constellis has no adequate remedies at law.  Accordingly, Constellis is entitled to seek specific performance or injunctive relief for any such breach.

**10.12.  LIMITATION OF LIABILITIES.**  EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), <u>4, 7, 8 or 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT</u>, *NEITHER PARTY WILL  BE LIABLE TO THE OTHER UNDER ANY CIRCUMSTANCES FOR CONSEQUENTIAL (INCLUDING LOST OPPORTUNITIES OR PROFITS) OR PUNITIVE DAMAGES.*  EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), <u>4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT</u>, *NEITHER PARTY WILL BE LIABLE TO THE OTHER FOR ANY DIRECT DAMAGES IN AN AMOUNT IN EXCESS OF THE FEES PAID HEREUNDER .*

**10.13.  No Lien.**  Contractor and any subcontractor or third party utilized by Contractor has no lien, and hereby waive any right to any lien upon any Constellis property.

**10.14.  Entire Agreement.**  This Agreement and the Task Orders, together with all associated exhibits and schedules, which are incorporated by this reference, and NDA, constitute the complete and final agreement of the parties pertaining to the Services and supersede the parties' prior agreements, understandings and discussions relating to the Services.  No modification of this Agreement or any Task Order is binding unless it is in writing and signed by Constellis and Contractor.

**10.15.  Use of Forms.**  The parties may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement.  *NEITHER PARTY WILL BE BOUND BY, AND EACH SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED  VERBALLY  OR  IN  ANY  QUOTATION,*

ORYX 5AC-021



*INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE), UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN A WRITING SIGNED BY BOTH PARTIES.*

**10.16. <u>Constellis Obligations.</u>** Constellis will use reasonable efforts to: (i) provide Contractor with reasonable access to, and use of Constellis facilities and resources requested by Contractor in order to provide the Services, provided that, at all times when Contractor or its personnel are on Constellis premises, Contractor will comply with all of Constellis'

workplace rules and regulations, (ii) appoint a representative who will provide professional and prompt liaison with Contractor, (iii) be available at all times when Contractor's personnel are at the project site (or designate an alternate with the same level of authority in the event of unavailability caused by illness or other valid reasons), and (iv) confer with the Contractor representative at regular intervals to review progress and resolve any issues relating to the services.

IN WITNESS HEREOF, the parties have executed this Agreement as of the last date signed below, and represent and warrant that they have the authority and power to execute this Agreement.

| Oryx Afghanistan | Triple Canopy |
|---|---|
| | |
| Signature | Signature |
| | Jennifer Imhoff |
| Print Name Farhan Yusefzai | Print Name |
| | Director, Subcontracts |
| Title: CEO | Title |
| | 2-23-2021 |
| Date: Feb/20/2021 | Date |
| Notices to Oryx Afghanistan:<br><br><u>By mail/courier/personal delivery:</u><br>Camp ORYX<br>Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan<br>ATTN: Eva Schwartz<br><br><u>By Email</u>:<br>CEO@Oryxafg.com; info@oryxafg.com | Notices to Triple Canopy:<br><br><u>By mail/courier/personal delivery:</u><br>13530 Dulles Technology Dr.<br>Herndon, VA 21071<br>ATTN: Stephanie Moser<br><br> <u>By Email:</u><br><br>Stephanie.Moser@constellis.com |





## VENDOR SERVICES AGREEMENT
### VSA21-0007

This **Vendor Services Agreement** (this "Agreement") is made as of the date listed below (the "Effective Date of Agreement") by and between **Constellis, LLC**, a Delaware limited liability company, with offices at **13530 Dulles Technology Dr.**, **Herndon**, VA 21071 and the undersigned company, with offices at the address listed below. For each of the Company and the Customer, their respective affiliates, as defined as entities with the same controlling beneficial ownership as such Party, shall be construed to be included in the definition of the Company and the Contractor, respectively.

| | |
|---|---|
| **Name of Contractor:** | Oryx Afghanistan |
| **Place of Incorporation/Organization:** | Afghanistan |
| **Address of Contractor:** | Camp ORYX, Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan |
| **Effective Date of Agreement:** | February 19, 2021 |
| **Scope of Services:**<br>(*check all that apply*) | X Lodging<br>X Meals<br>X Container laydown<br>X Office lease |

WHEREAS, the Company wishes to engage the Contractor to provide certain services and deliverables and Contractor desires to provide such services and deliverables to the Company under the terms and conditions of this Agreement and any resulting Statement of Work, which shall be each document agreed upon by the Company and the Contractor.

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises set forth herein, and intending to be legally bound, the parties hereby agree as follows:

### Terms and Conditions

**1. SERVICES, TASK ORDERS.**

**1.1. Services.** Contractor will provide services to Constellis as the parties may agree from time to time ("Services") specified in Task Orders in the attached as Exhibit A ("Task Order"), which definition includes Purchase Orders, unless otherwise specified), in accordance with the terms and conditions of this Agreement. The parties acknowledge and agree that, as of the Effective Date, they are entering into Task Order No. 1, attached hereto as Exhibit A. Any affiliate of Constellis will also have the right to enter into Task Orders with Contractor pursuant to this Agreement, and with respect to such Task Orders only such affiliate will become a party to this Agreement and references to Constellis in this Agreement are deemed to be references to such affiliate. With respect to Constellis, each Task Order is a separate obligation of the Constellis entities or entity that execute(s) such Task Order and no other Constellis entity has any obligation under such Task Order. Except as expressly

set forth herein or agreed upon by Constellis in writing, Contractor will provide all equipment and supplies required to perform the Services. Services under a particular Task Order are called a "Project". Contractor will, at no cost to Constellis, promptly and satisfactorily correct any Services or Work Product found to be defective or not in conformity with the requirements of this Agreement and the applicable Task Order; provided that such deficiency or non-conformity is brought to Contractor's attention within thirty (30) days after delivery to Constellis; provided further that Constellis' failure to so notify Contractor within such thirty (30) day period will not limit any other right or remedy that is available to Constellis with respect to such deficiency or non-conformity hereunder, at law or in equity.

**1.2. Task Orders.** This Agreement governs each Task Order, except that any conflict or inconsistency between the terms of this Agreement and a Task Order will be resolved in favor of this Agreement. This Agreement does not obligate



Constellis to engage Contractor to perform any Services or Contractor to perform any Services, until both parties have signed a Task Order and then only for the Project specified in the Task Order. Both parties must sign a Task Order for it to be effective. A Purchase Order is binding on both parties if Contractor: (a) signs and returns it to Constellis; (b) begins performance; or (c) acknowledges it by email, facsimile or any other commercially reasonable means. If Contractor commences Services for Constellis in the absence of a Task Order, this Agreement will nevertheless apply, unless the parties agree otherwise in a writing signed by both parties.

   **1.3.    Payment/Records.**  Constellis will pay the service fees expressly set forth in the Task Order. Contractor is entitled to no other compensation or reimbursement for the Services. Contractor will provide monthly invoices to Constellis for service fees for the prior month. Each invoice will be in form and content reasonably acceptable to Constellis and will describe, with respect to the relevant payment period, (a) the Services performed, itemized by task, (b) the number of hours expended performing Services, (c) the work product created, and (d) any agreed-upon reimbursable expenses. Contractor will furnish such receipts, documents and other supporting materials as Constellis reasonably may request to verify the contents of any invoice. Constellis will pay Contractor's properly submitted invoice within thirty (30) days after receipt of such invoice. Contractor will, in accordance with generally accepted accounting standards, keep copies of all books and records relating to the Services during the term of this Agreement and for three (3) years thereafter. Constellis may upon reasonable notice and during normal business hours examine and make copies of all books and records relating to the Services.

**2.    TERM.**  This Agreement begins on the Effective Date cited above and, unless earlier terminated pursuant to this Agreement, continues for a period of one year.   Upon expiration of such period, this Agreement will automatically renew on a month-to-month basis until either party provides at least  thirty (30) days prior written notice of termination. Constellis may terminate any Task Order or any portion thereof, with or without cause, by giving at least fourteen (14) days prior written notice to Contractor. Upon any such termination, Constellis is only liable to pay for Services performed and liabilities incurred prior to expiration or termination; provided that if the fee set forth in the Task Order is a fixed amount, Constellis will pay the fee to the extent the Project/Task Order is complete.   In addition, Constellis may terminate this Agreement or

any applicable Task Order or any portion of the Services not then performed immediately upon written notice for Contractor's material breach of this Agreement, including any breach of Section 7 below. Contractor may terminate this Agreement immediately upon written notice if Constellis fails to cure a nonpayment of amounts due within thirty (30) days after written notice of such nonpayment to Constellis.

**3.    REPRESENTATIONS,    WARRANTIES,    AND COVENANTS.**  Contractor represents, warrants and covenants that: (a) it will perform the Services in a competent and workmanlike manner in accordance with the level of professional care customarily observed by highly skilled professionals rendering similar services; (b) the Services will not violate or infringe any third party's rights to proprietary or confidential information; (c) it and its Personnel will comply with all laws, rules, regulations and orders of any governmental authority having jurisdiction over Contractor's performance of the Services and will hold and fully comply with all required licenses, permits and approvals; (d) it is duly incorporated or otherwise established, validly existing, and in good standing as a company under the laws of the state or other applicable jurisdiction of its formation; (e) it has all rights necessary for (and is not subject to any restriction, penalty, agreement, commitment, law, rule, regulation or order which is violated by) its execution and delivery of this Agreement and performance of its obligations under this Agreement and (f) THE FOREGOING EXPRESS WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESSED OR IMPLIED, ORAL OR WRITTEN, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.    The parties specifically disclaim application of the UN Convention on the International Sale of Goods.

**4.    DEFENSE AND INDEMNITY.**

   **4.1.    General.**  Contractor will defend, indemnify and hold harmless Constellis and its directors, officers, employees, successors, assigns and agents from any allegation or claim based on, or any loss, direct damage, settlement, cost, expense and any other liability (including reasonable attorneys' fees and expenses) arising out of: (a) any allegation or claim of negligence, strict liability or misconduct of Contractor or its agents or subcontractors; (b) the Services; or (c) any breach of this Agreement by Contractor or its agents or subcontractors; provided,

**ORYX 5AC-025**



however, that this paragraph shall not be construed so as to require Contractor to defend, indemnify or hold harmless Constellis to the extent such claims, damages, losses, or expenses are caused by or resulting from the negligent or intentional misconduct of Constellis, its directors, officers, employees, successors, assigns and/or agents (provided that Contractor and its agents will not be deemed to be "agents" for purposes of this proviso). To the extent that such loss, direct damage, settlement, cost, expense or any other liability arises from the concurrent negligence or intentional misconduct of Constellis, Contractor and/or any third party, it is expressly agreed that Contractor's obligations of indemnity under this paragraph shall be effective only to the extent of Contractor's responsibility as set forth in this Section.

**4.2.    Duty to Defend.**  Contractor's duty to defend is independent of its duty to indemnify. Contractor's obligations under this Section are independent of any other obligation of Contractor under this Agreement.  Contractor will use counsel reasonably satisfactory to the indemnified parties to defend each indemnified claim, and the indemnified parties will cooperate (at Contractor's expense) with Contractor in the defense.  Neither party will consent to the entry of any judgment or enter into any settlement without the other party's prior written consent, which may not be unreasonably withheld.

**4.3.    Waiver of Certain Rights.**  In connection with any action to enforce Contractor's obligations under this Section with respect to any claim arising out of any bodily injury (including death) to any person directly or indirectly employed by Contractor, Contractor waives any immunity, defense or protection under any workers' compensation, industrial insurance or similar laws and assumes liability for such claim.  This Section will not be interpreted or construed as a waiver of Contractor's right to assert any such immunity, defense or protection directly against any of its own employees or such employee's estate or other representatives.

**5.  INSURANCE.**    Contractor shall maintain any insurance as may be specified in the applicable Task Order.  Contractor shall provide evidence of such insurance coverage to the Company upon its request.

**6.  PERSONNEL; INDEPENDENT CONTRACTORS.**

**6.1.    In General.**  Contractor and Constellis are independent contractors.  Contractor has exclusive control over its Personnel, its labor and employee relations and its policies relating to wages, hours, working conditions and other employment conditions.  Contractor has the exclusive right to hire,

transfer, suspend, lay off, recall, promote, discipline, discharge and adjust grievances with its employees, subcontractors and agents ("Personnel").  Contractor is solely responsible for all salaries and other compensation of its Personnel who provide Services. Contractor is solely responsible for making all deductions and withholdings from its employees' salaries and other compensation and paying all contributions, taxes and assessments.  Contractor's Personnel are not eligible to participate in any employment benefit plans or other benefits available to Constellis employees.  Contractor has no authority to bind Constellis to any agreement or obligation. Contractor will not subcontract any Services without Constellis' prior written consent.

**6.2.    Delegation.**    Contractor will not delegate any of its obligations under any Task Order to one or more subcontractors or affiliates without the prior written consent of Constellis, such consent with respect to affiliates not to be unreasonably withheld.  If Constellis so consents, then Contractor will cause and ensure that any such subcontractor or affiliate will be bound to the terms of this Agreement. Notwithstanding the existence or terms of any subcontract, Contractor will remain responsible for the full performance of the Services.

**7.  CONFIDENTIALITY/PUBLICITY.**

**7.1.    Confidentiality.**    Contractor will comply with the terms of any nondisclosure agreement between Contractor and Constellis (or Constellis' affiliates) ("NDA") and the terms of such NDA are hereby incorporated in this Agreement.  If no such agreement exists, Contractor and its representatives:      (a) will protect and keep confidential the existence of this Agreement (including all Task Orders), its terms and conditions and any other information obtained from Constellis in connection with this Agreement that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including all information relating to Constellis' technology, customers, business plans, marketing activities and finances); (b) will use such information only for the purposes of fulfilling its obligations under this Agreement; and (c) will return all such information to Constellis promptly upon the termination of this Agreement.  All such information will remain Constellis' exclusive property, and Contractor will have no rights to use such information except as expressly provided herein.

**7.2.    Publicity.**  Contractor will not use any trade name, trademark, service mark, logo or

ACADEMI
A CONSTELLIS COMPANY

commercial symbol, or any other proprietary rights of Constellis or any of its affiliates in any manner (including use in any client list, press release, advertisement or other promotional material) without prior written authorization of such use by a Vice President of Constellis.

## 8. WORK FOR HIRE AND PROPRIETARY RIGHTS.

**8.1.** **Work Product, Proprietary Rights and Pre-Existing Work.** If Contractor delivers or is required to deliver to Constellis any work product in connection with the Services, including concepts, works, inventions, information, drawings, designs, programs, or software (whether developed by Contractor or any of its Personnel, either alone or with others, and whether completed or in-progress) (collectively, "Work Product"), then Constellis owns, or upon assignment by the creator will own, all right, title and interest (including all trademarks, trade secrets, copyrights, patents and any other intellectual property rights) (collectively, "Proprietary Rights") in such Work Product, except that Work Product does not include: (a) any inventions or developments made by Contractor prior to the Effective Date; or (b) any improvements Contractor may make to its own proprietary software or any of its internal processes as a result of any Task Order ("Pre-Existing Work").

**8.2.** **Work for Hire.** The Work Product has been specially ordered and commissioned by Constellis. Contractor agrees that the Work Product is a "work made for hire" for copyright purposes, with all copyrights in the Work Product owned by Constellis.

**8.3.** **Assignment of Work Product.** To the extent that the Work Product does not qualify as a work made for hire under applicable law, and to the extent that the Work Product includes material subject to copyright, patent, trade secret, or any Proprietary Rights protection, Contractor hereby assigns to Constellis, its successors and assigns, all right, title and interest in and to the Work Product, including all rights in and to any inventions and designs embodied in the Work Product or developed in the course of Contractor's creation of the Work Product. The foregoing assignment includes a license under any current and future patents owned or licensable by Contractor to the extent necessary to combine the Work Product or any derivative works thereof with any hardware and software Constellis. Contractor will execute any documents in connection with such assignment that Constellis may reasonably request. Contractor will enter into agreements with its Personnel or any other party as necessary to establish Constellis' sole ownership in Work Product,

and upon Constellis' request, Contractor will provide Constellis with copies of such agreements. Contractor appoints Constellis as its attorney-in-fact to execute assignments of, and register all rights to, the Work Product and the Proprietary Rights in Work Product. This appointment is coupled with an interest. At any time upon request from Constellis and upon termination or expiration of this Agreement, Contractor will deliver to Constellis in tangible form all materials containing Work Product, whether complete or in process.

**8.4.** **License to Pre-Existing Work.** To the extent Pre-Existing Work of Contractor is embodied in any Work Product, deliverables or Proprietary Rights, Contractor hereby grants Constellis a non-exclusive, worldwide, perpetual, irrevocable, royalty free license to: (a) use, reproduce, perform, display, and distribute such Pre-Existing Work, (b) adapt, modify, re-format, and create derivative works of such Pre-Existing Work, and (c) sublicense the foregoing rights to any affiliates of Constellis.

## 9. COMPLIANCE WITH LAWS AND REGULATIONS

**9.1.** Contractor shall at all times comply with all federal, state, local and foreign laws, rules, and regulations applicable to the performance of the Services, and shall be responsible for any registrations, filings, fees or permits that may be required by law as a result of Contractor's provision of the Services. Contractor acknowledges that its activities on behalf of the Company may be governed by federal criminal and civil statutes and regulations, including but not limited to the laws on bribery, conflict of interest, and access to source selection information and trade secrets. Contractor further acknowledges that violation of such laws and regulations related to the performance of this Contractor could cause significant financial and reputational harm to the Company. Contractor also acknowledges that the Company intends Contractor to comply with all applicable legal and regulatory obligations to the same extent as if the Company were performing the services contemplated under this Agreement. Further, Contractor warrants that it has internal systems in place to ensure that each individual assigned to perform services under this Agreement for the Company is informed of and agrees to comply with all applicable legal and regulatory requirements.

**9.2.** Each individual under Contractor's control or employ who performs Services under this Agreement shall adhere to and be subject to the Constellis Code of Ethics and Business Conduct and to all laws and regulations referenced therein, as well as

ACADEMI
A CONSTELLIS COMPANY

all Company Policies applicable to Contractor's services. Contractor shall be responsible for ensuring that each such individual is briefed on and aware of the information contained in the Constellis Code of Ethics and Business Conduct and Company Policies.

**9.3.** If the Services to be performed by Contractor include the receiving, handling, or developing of any Government classified material, Contractor agrees that it and that any/all persons/entities in its employ or control shall comply with all applicable security regulations and requirements. Contractor agrees to immediately submit a confidential report to Company whenever, for any cause, it has reason to believe that there is an active danger of espionage or sabotage affecting any work performed for or by the Company.

**9.4.** If applicable, Contractor represents and warrants that Contractor and its employees are familiar with laws, rules, orders and regulations applicable to the proper conduct of procurement activities with the U.S. Government; and that Contractor and its employees will abide by all such laws, rules, orders and regulations.

**9.5.** If Contractor's services relate to competition, award, or execution under a U.S. Government contract, Contractor represents and warrants the following:

(1) It is familiar with the obligations set forth in 31 U.S.C. Section 1352, 48 C.F.R. Part 3.8, and the clauses located at 48 C.F.R. 52.203-11 and 52.203-12 with regard to certification and disclosure of payments to influence certain federal transactions. As a condition precedent to Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement that the definitions and prohibitions contained in the clauses at 48 C.F.R. 52.203.11 and 52.203-12 are being adhered to by Contractor and each individual under Contractor's control or employ who performs Services under this Agreement. Contractor agrees to provide the Company with a written report within one week of engaging in direct communication with any officer or employee of any U.S. Federal Agency, Member of U.S. Congress or such member's staff regarding the awarding to the Company of any U.S. Federal contract, or extension, continuation, renewal, amendment or modification thereof.

(2) It is familiar with the obligations set forth in 31 U.S.C. Section 1352 and 48 C.F.R. 52.209-5 with regard to certification regarding debarment, suspension, proposed debarment, and other responsibility matters. As a condition precedent to the Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this

Agreement, to the best of its knowledge and belief, that: (a) Contractor and/or any of its Principals are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any U.S. Federal agency; (b) have not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (c) are not presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in this provision;

(3) The Contractor and/or any of its Principals has not, within a three-year period preceding this offer, had one or more contracts terminated for default by any U.S. Federal agency; and

(4) The Contractor and/or any of its Principals or employees has not been listed on and is not currently listed on the U.S. Bureau of Industry and Security "Denied Persons" list or the U.S. Office of Foreign Assets Control "Specially Designated Nationals" list, and is not subject to any other similar restrictions on dealings applicable to U.S. companies.

"Principals" for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). If Contractor becomes aware of allegations or charges after the execution of this Agreement that would alter Contractor's representation under Sections 9.5.1 or 9.5.2, Contractor shall notify the Company immediately in writing of such allegations or charges. This Certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under 18 U.S.C. Section 1001.

**9.6.** In no event does the Company authorize Contractor to expend monies for entertainment of, or otherwise offer as a gratuity or other payment to, any official, employee, or agent of the Federal Government or member of Congress, or any official of a foreign government, or any foreign political party or official thereof, or any candidate for foreign political office, and the Company's payments to Contractor under this Agreement are not intended

**ACADEMI**
A CONSTELLIS COMPANY

nor shall they be construed to represent payment for or reimbursement of any such expense incurred by Contractor. Contractor agrees to abide by the criminal gratuities and bribery statutes (18 U.S.C. § 201), as well as the implementing regulations and guidance issued by the Office of Government Ethics (5 C.F.R. Part 2635) and the U.S. House of Representatives and U.S. Senate ("gift rules").

9.7. Contractor hereby certifies that no consideration will be paid to any third party in an attempt to obtain a contract or in any way which would violate the U.S. Foreign Corrupt Practices Act (FCPA). Contractor shall carry out the efforts contemplated by this Agreement in accordance with all applicable laws and regulations governing the award of contracts including, without limitation, the U.S. Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), the Arms Export Control Act ("AECA"); the Export Administration Act ("EAA"), as amended; the Antiboycott Regulations and Guidelines issued under the Export Administration Act, as amended; Section 999 of the Internal Revenue Code (Antiboycott Regulations), and compliance with FCPA. By signing this Agreement, Contractor warrants that it has reviewed and understands its obligations under the FCPA.

9.8. If applicable, Contractor warrants that it is familiar with the bans on retaining and hiring individuals convicted of fraud or other felonies arising out of a Department of Defense contract under 10 U.S.C. § 2408, as implemented in 48 C.F.R. 203.570-2. Contractor warrants that neither it nor anyone it assigns to perform work under this agreement has been so convicted under the prohibitions contained in the statute and regulation.

9.9. Contractor hereby represents and warrants that it is aware and familiar with the U.S. Government's zero tolerance policy regarding trafficking in persons, specifically FAR Subpart 22.17 (amended 2015) and FAR 52.222-50, which prohibit contractors and subcontractors from denying employees identity or immigration documents; using misleading or fraudulent recruitment practices; charging employees recruitment fees; using recruiters that do not comply with local labor laws of the country from which they were recruited; providing or arranging housing that fails to meet the host country's housing and safety standards. Contractor also represents and warrants that it is aware and familiar with the requirement for all contractors and subcontractors to pay for or provide transportation of foreign workers back to their home country at the end of their employment if they were brought to the work-country for the purpose of working on a U.S.

Government contract or subcontract. Contractor hereby represents and warrants that it will at all times comply with FAR Subpart 22.17 and FAR 52.222-50 and agrees to incorporate the provisions of these clauses in all lower-tier subcontracts pertaining to this order. Contractor agrees that it will, at the request of Constellis, and at least annually, certify compliance with FAR Subpart 22.17 and FAR 52.222-50. Contractor agrees that it will, upon request, provide its FAR Subpart 22.17 and FAR 52.222-50 compliance plan. Contractor further agrees that should it learn of information regarding any possible violation of any Trafficking in Persons laws and/or regulations in connection with the transactions that are the subject of this Agreement, Contractor will immediately advise Constellis and/or the U.S. Government of such knowledge or suspicion.

9.10. The Contractor shall comply with the standards and clauses set forth in ANSI/ASIS PSC.1-2012, the management standard for quality of private security company operations. In order to meet this standard of conformance, the Contractor shall execute the Constellis Group's Subcontractor's Certification of Compliance with the Code of Business Ethics and Conduct, prior to the award of this Vendor Services Agreement.

## 10. GENERAL.

10.1. **Assignment.** Contractor will not assign any part or all of this Agreement, or subcontract or delegate any of Contractor's rights under this Agreement, without Constellis' prior written consent. Any attempt by Contractor to assign, subcontract or delegate in violation of this Section is void in each instance.

10.2. **Governing Law/Venue.** This Agreement is governed by laws of the Commonwealth of Virginia, excluding its conflicts of law rules. Contractor irrevocably submits to venue and exclusive personal jurisdiction in the federal and state courts in Fairfax County, Commonwealth of Virginia, for any dispute arising out of this Agreement, and waives all objections to jurisdiction and venue of such courts.

10.3. **Jury Trial Waiver.** The Contractor and Constellis knowingly and voluntarily agree to waive their respective rights to a jury trial on any claim arising out of or relating to Contractor's agreement with Company and thereby agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement.

10.4. **Government Contract Provisions.** If Contractor will be providing the Services in connection with the Company's performance under a

U.S. Government contract, Contractor aggress to comply with all relevant provisions of the applicable prime contract and subcontracts, which shall be set forth in applicable Task Orders.

**10.5.    Notices.**    Notices under this Agreement are sufficient if given by nationally recognized overnight courier service, certified mail (return receipt requested), facsimile with electronic confirmation or personal delivery to the other party at the address below the party's signature line below.  If no address is listed for Contractor, notice to Contractor will be effective if given to the last known address.  Notice is effective:  (a) when delivered personally, (b) three (3) business days after sent by certified mail; (c) on the business day after sent by a nationally recognized courier service, or (d) on the business day after sent by facsimile with electronic confirmation to the sender.  A party may change its notice address by giving notice in accordance with this Section.

**10.6.    Severability.**  If any provision of this Agreement is determined to be unenforceable, the parties intend that this Agreement be enforced as if the unenforceable provisions were not present and that any partially valid and enforceable provisions be enforced to the extent that they are enforceable.

**10.7.    No Waiver.**  A party does not waive any right under this Agreement by failing to insist on compliance with any of the terms of this Agreement or by failing to exercise any right hereunder.  Any waivers granted hereunder are effective only if recorded in a writing signed by the party granting such waiver.

**10.8.    Cumulative Rights.**  The rights and remedies of the parties under this Agreement are cumulative, and either party may enforce any of its rights or remedies under this Agreement or other rights and remedies available to it at law or in equity.

**10.9.    Construction.**  The Section headings of this Agreement are for convenience only and have no interpretive value.   Whenever used in this Agreement, unless otherwise specified, the terms "includes", "including", "e.g.,", "for example", "for instance" and other similar terms are deemed to include the term "without limitation" immediately thereafter.  This Agreement and any Task Order may be executed by facsimile and in counterparts, which together will constitute one and the same agreement.  Each party to this Agreement acknowledges that it has had the opportunity to review this Agreement with legal counsel of its choice, and there will be no presumption that ambiguities will be construed or interpreted against the drafter, and no presumptions made or inferences drawn because of the inclusion of

a term not contained in a prior draft or the deletion of a term contained in a prior draft.

**10.10.    Survival.**    The provisions of Sections 1.3 (relating to records), 3, 4, 7, 8, 9  and 10 (together with any other provisions of this Agreement, including any Task Order, may reasonably be construed to survive any expiration or termination of this Agreement) will survive any expiration or termination of this Agreement.

**10.11.    Injunctive Relief.**    Contractor acknowledges that any material breach of Section 7 or Section 8 by Contractor may cause Constellis irreparable harm for which Constellis has no adequate remedies at law.  Accordingly, Constellis is entitled to seek specific performance or injunctive relief for any such breach.

**10.12.    LIMITATION OF LIABILITIES.**  EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), 4, 7, 8 or 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER PARTY WILL  BE LIABLE TO THE OTHER UNDER ANY CIRCUMSTANCES FOR CONSEQUENTIAL (INCLUDING LOST OPPORTUNITIES OR PROFITS) OR PUNITIVE DAMAGES.*  EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), 4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER PARTY WILL BE LIABLE TO THE OTHER FOR ANY DIRECT DAMAGES IN AN AMOUNT IN EXCESS OF THE FEES PAID HEREUNDER* .

**10.13.    No Lien.**    Contractor and any subcontractor or third party utilized by Contractor has no lien, and hereby waive any right to any lien upon any Constellis property.

**10.14.    Entire Agreement.**  This Agreement and the Task Orders, together with all associated exhibits and schedules, which are incorporated by this reference, and NDA, constitute the complete and final agreement of the parties pertaining to the Services and supersede the parties' prior agreements, understandings and discussions relating to the Services.  No modification of this Agreement or any Task Order is binding unless it is in writing and signed by Constellis and Contractor.

**10.15.    Use of Forms.**  The parties may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement.  *NEITHER PARTY WILL BE BOUND BY, AND EACH SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED VERBALLY OR IN ANY QUOTATION, INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE),*

**ORYX 5AC-030**



*UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN A WRITING SIGNED BY BOTH PARTIES.*

**10.16.** **Constellis Obligations.** Constellis will use reasonable efforts to: (i) provide Contractor with reasonable access to, and use of Constellis facilities and resources requested by Contractor in order to provide the Services, provided that, at all times that Contractor or its personnel are on Constellis premises, Contractor will comply with all of Constellis' workplace rules and regulations, (ii) appoint a representative who will provide professional and prompt liaison with Contractor, (iii) be available at all times when Contractor's personnel are at the project site (or designate an alternate with the same level of authority in the event of unavailability caused by illness or other valid reasons), and (iv) confer with the Contractor representative at regular intervals to review progress and resolve any issues relating to the services.

IN WITNESS HEREOF, the parties have executed this Agreement as of the last date signed below, and represent and warrant that they have the authority and power to execute this Agreement.

| Oryx Afghanistan | Academi |
|---|---|
|  |  |
| Signature | Signature |
|  | Jennifer Imhoff |
| Print Name Farhan Yusefzai | Print Name |
|  | Director, Subcontracts |
| Title: CEO | Title |
|  |  |
| Date: Feb/20/2021 | Date 2-23-2021 |
| Notices to Oryx Afghanistan: <br><br> By mail/courier/personal delivery: <br> Camp ORYX <br> Kabul Jalalabad Road <br> Next to IEC-UNOCA <br> Kabul, Afghanistan <br> ATTN: Eva Schwartz <br><br> By Email: <br> CEO@Oryxafg.com; info@oryxafg.com | Notices to Academi: <br><br> By mail/courier/personal delivery: <br> 13530 Dulles Technology Dr. <br> Herndon, VA 21071 <br> ATTN: Stephanie Moser <br><br> By Email: <br><br> Stephanie.Moser@constellis.com |



**EXHIBIT G**



**Edinburgh International**

A CONSTELLIS COMPANY

**VENDOR SERVICES AGREEMENT**
**VSA21-0001**

This **Vendor Services Agreement** (this "Agreement") is made as of the date listed below (the "Effective Date of Agreement") by and between **Constellis, LLC**, a Delaware limited liability company, with offices at **13530 Dulles Technology D**r**., Herndon**, VA 21071 and the undersigned company, with offices at the address listed below (the "Contractor").  For each of the Company and the Customer, their respective affiliates, as defined as entities with the same controlling beneficial ownership as such Party, shall be construed to be included in the definition of the Company and the Contractor, respectively.

| Name of Contractor: | Oryx Afghanistan | |
|---|---|---|
| Place of Incorporation/Organization: | Afghanistan | |
| Address of Contractor: | Camp ORYX, Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan | |
| Effective Date of Agreement: | February 19, 2021 | |
| Scope of Services:<br>(check all that apply) | X | Lodging |
| | X | Meals |
| | X | Container Laydown |
| | X | Office Space |

WHEREAS, the Company wishes to engage the Contractor to provide certain services and deliverables and Contractor desires to provide such services and deliverables to the Company under the terms and conditions of this Agreement and any resulting Statement of Work, which shall be each document agreed upon by the Company and the Contractor.

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises set forth herein, and intending to be legally bound, the parties hereby agree as follows:

### Terms and Conditions

### 1. SERVICES, TASK ORDERS.

**1.1. Services.** Contractor will provide services to Constellis as the parties may agree from time to time ("Services") specified in Task Orders in the attached as Exhibit A ("Task Order"), which definition includes Purchase Orders, unless otherwise specified), in accordance with the terms and conditions of this Agreement.  The parties acknowledge and agree that, as of the Effective Date, they are entering into Task Order No. 1, attached hereto as Exhibit A.  Any affiliate of Constellis will also have the right to enter into Task Orders with Contractor pursuant to this Agreement, and with respect to such Task Orders only such affiliate will become a party to this Agreement and references to Constellis in this Agreement are deemed to be references to such affiliate.  With respect to Constellis, each Task Order is a separate obligation of the Constellis entities or entity that execute(s) such Task Order and no other Constellis entity has any obligation under such Task Order.  Except as expressly set forth herein or agreed upon by Constellis in writing, Contractor will provide all equipment and supplies required to perform the Services.  Services under a particular Task Order are called a "Project".  Contractor will, at no cost to Constellis, promptly and satisfactorily correct any Services or Work Product found to be defective or not in conformity with the requirements of this Agreement and the applicable Task Order; provided that such deficiency or non-conformity is brought to Contractor's attention within thirty (30) days after delivery to Constellis; provided further that Constellis' failure to so notify Contractor within such thirty (30) day period will not limit any other right or remedy that is available to Constellis with respect to such deficiency or non-conformity hereunder, at law or in equity.

**1.2. Task Orders.** This Agreement governs each Task Order, except that any conflict or inconsistency between the terms of this Agreement and a Task Order will be resolved in favor of this Agreement.  This Agreement does not obligate

**ORYX 5AC-033**

**Edinburgh International**

A CONSTELLIS COMPANY

Constellis to engage Contractor to perform any Services or Contractor to perform any Services, until both parties have signed a Task Order and then only for the Project specified in the Task Order. Both parties must sign a Task Order for it to be effective. A Purchase Order is binding on both parties if Contractor: (a) signs and returns it to Constellis; (b) begins performance; or (c) acknowledges it by email, facsimile or any other commercially reasonable means. If Contractor commences Services for Constellis in the absence of a Task Order, this Agreement will nevertheless apply, unless the parties agree otherwise in a writing signed by both parties.

**1.3.     Payment/Records.** Constellis will pay the service fees expressly set forth in the Task Order. Contractor is entitled to no other compensation or reimbursement for the Services. Contractor will provide monthly invoices to Constellis for service fees for the prior month. Each invoice will be in form and content reasonably acceptable to Constellis and will describe, with respect to the relevant payment period, (a) the Services performed, itemized by task, (b) the number of hours expended performing Services, (c) the work product created, and (d) any agreed-upon reimbursable expenses. Contractor will furnish such receipts, documents and other supporting materials as Constellis reasonably may request to verify the contents of any invoice. Constellis will pay Contractor's properly submitted invoice within thirty (30) days after receipt of such invoice. Contractor will, in accordance with generally accepted accounting standards, keep copies of all books and records relating to the Services during the term of this Agreement and for three (3) years thereafter. Constellis may upon reasonable notice and during normal business hours examine and make copies of all books and records relating to the Services.

**2.   TERM.** This Agreement begins on the Effective Date cited above and, unless earlier terminated pursuant to this Agreement, continues for a period of one year. Upon expiration of such period, this Agreement will automatically renew on a month-to-month basis until either party provides at least thirty (30) days prior written notice of termination. Constellis may terminate any Task Order or any portion thereof, with or without cause, by giving at least fourteen (14) days prior written notice to Contractor. Upon any such termination, Constellis is only liable to pay for Services performed and liabilities incurred prior to expiration or termination; provided that if the fee set forth in the Task Order is a fixed amount, Constellis will pay the fee to the extent the Project/Task Order is complete. In addition, Constellis may terminate this Agreement or

any applicable Task Order or any portion of the Services not then performed immediately upon written notice for Contractor's material breach of this Agreement, including any breach of Section 7 below. Contractor may terminate this Agreement immediately upon written notice if Constellis fails to cure a nonpayment of amounts due within thirty (30) days after written notice of such nonpayment to Constellis.

**3.   REPRESENTATIONS,     WARRANTIES,     AND COVENANTS.** Contractor represents, warrants and covenants that: (a) it will perform the Services in a competent and workmanlike manner in accordance with the level of professional care customarily observed by highly skilled professionals rendering similar services; (b) the Services will not violate or infringe any third party's rights to proprietary or confidential information; (c) it and its Personnel will comply with all laws, rules, regulations and orders of any governmental authority having jurisdiction over Contractor's performance of the Services and will hold and fully comply with all required licenses, permits and approvals; (d) it is duly incorporated or otherwise established, validly existing, and in good standing as a company under the laws of the state or other applicable jurisdiction of its formation; (e) it has all rights necessary for (and is not subject to any restriction, penalty, agreement, commitment, law, rule, regulation or order which is violated by) its execution and delivery of this Agreement and performance of its obligations under this Agreement and (f) THE FOREGOING EXPRESS WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESSED OR IMPLIED, ORAL OR WRITTEN, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The parties specifically disclaim application of the UN Convention on the International Sale of Goods.

**4.   DEFENSE AND INDEMNITY.**

**4.1.     General.** Contractor will defend, indemnify and hold harmless Constellis and its directors, officers, employees, successors, assigns and agents from any allegation or claim based on, or any loss, direct damage, settlement, cost, expense and any other liability (including reasonable attorneys' fees and expenses) arising out of: (a) any allegation or claim of negligence, strict liability or misconduct of Contractor or its agents or subcontractors; (b) the Services; or (c) any breach of this Agreement by Contractor or its agents or subcontractors; provided,

**ORYX 5AC-034**



however, that this paragraph shall not be construed so as to require Contractor to defend, indemnify or hold harmless Constellis to the extent such claims, damages, losses, or expenses are caused by or resulting from the negligent or intentional misconduct of Constellis, its directors, officers, employees, successors, assigns and/or agents (provided that Contractor and its agents will not be deemed to be "agents" for purposes of this proviso). To the extent that such loss, direct damage, settlement, cost, expense or any other liability arises from the concurrent negligence or intentional misconduct of Constellis, Contractor and/or any third party, it is expressly agreed that Contractor's obligations of indemnity under this paragraph shall be effective only to the extent of Contractor's responsibility as set forth in this Section.

**4.2.    Duty to Defend.**  Contractor's duty to defend is independent of its duty to indemnify. Contractor's obligations under this Section are independent of any other obligation of Contractor under this Agreement.  Contractor will use counsel reasonably satisfactory to the indemnified parties to defend each indemnified claim, and the indemnified parties will cooperate (at Contractor's expense) with Contractor in the defense.  Neither party will consent to the entry of any judgment or enter into any settlement without the other party's prior written consent, which may not be unreasonably withheld.

**4.3.    Waiver of Certain Rights.**  In connection with any action to enforce Contractor's obligations under this Section with respect to any claim arising out of any bodily injury (including death) to any person directly or indirectly employed by Contractor, Contractor waives any immunity, defense or protection under any workers' compensation, industrial insurance or similar laws and assumes liability for such claim.  This Section will not be interpreted or construed as a waiver of Contractor's right to assert any such immunity, defense or protection directly against any of its own employees or such employee's estate or other representatives.

**5.  INSURANCE.**    Contractor shall maintain any insurance as may be specified in the applicable Task Order.  Contractor shall provide evidence of such insurance coverage to the Company upon its request.

**6.  PERSONNEL; INDEPENDENT CONTRACTORS.**

**6.1.    In General.**  Contractor and Constellis are independent contractors.    Contractor has exclusive control over its Personnel, its labor and employee relations and its policies relating to wages, hours, working conditions and other employment conditions.  Contractor has the exclusive right to hire, transfer, suspend, lay off, recall, promote, discipline, discharge and adjust grievances with its employees, subcontractors and agents ("<u>Personnel</u>").  Contractor is solely responsible for all salaries and other compensation of its Personnel who provide Services.  Contractor is solely responsible for making all deductions and withholdings from its employees' salaries and other compensation and paying all contributions, taxes and assessments.  Contractor's Personnel are not eligible to participate in any employment benefit plans or other benefits available to Constellis employees.  Contractor has no authority to bind Constellis to any agreement or obligation. Contractor will not subcontract any Services without Constellis' prior written consent.

**6.2.    Delegation.**    Contractor will not delegate any of its obligations under any Task Order to one or more subcontractors or affiliates without the prior written consent of Constellis, such consent with respect to affiliates not to be unreasonably withheld.  If Constellis so consents, then Contractor will cause and ensure that any such subcontractor or affiliate will be bound to the terms of this Agreement. Notwithstanding the existence or terms of any subcontract, Contractor will remain responsible for the full performance of the Services.

**7.  CONFIDENTIALITY/PUBLICITY.**

**7.1.    Confidentiality.**    Contractor will comply with the terms of any nondisclosure agreement between Contractor and Constellis (or Constellis' affiliates) ("<u>NDA</u>") and the terms of such NDA are hereby incorporated in this Agreement. If no such agreement exists, Contractor and its representatives:    (a) will protect and keep confidential the existence of this Agreement (including all Task Orders), its terms and conditions and any other information obtained from Constellis in connection with this Agreement that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including all information relating to Constellis' technology, customers, business plans, marketing activities and finances); (b) will use such information only for the purposes of fulfilling its obligations under this Agreement; and (c) will return all such information to Constellis promptly upon the termination of this Agreement.  All such information will remain Constellis' exclusive property, and Contractor will have no rights to use such information except as expressly provided herein.

**7.2.    Publicity.**  Contractor will not use any trade name, trademark, service mark, logo or

**Edinburgh International**

A CONSTELLIS COMPANY

commercial symbol, or any other proprietary rights of Constellis or any of its affiliates in any manner (including use in any client list, press release, advertisement or other promotional material) without prior written authorization of such use by a Vice President of Constellis.

## 8.  WORK FOR HIRE AND PROPRIETARY RIGHTS.

**8.1.    Work Product, Proprietary Rights and Pre-Existing Work.**  If Contractor delivers or is required to deliver to Constellis any work product in connection with the Services, including concepts, works, inventions, information, drawings, designs, programs, or software (whether developed by Contractor or any of its Personnel, either alone or with others, and whether completed or in-progress) (collectively, "Work Product"), then Constellis owns, or upon assignment by the creator will own, all right, title and interest (including all trademarks, trade secrets, copyrights, patents and any other intellectual property rights) (collectively, "Proprietary Rights") in such Work Product, except that Work Product does not include:  (a) any inventions or developments made by Contractor prior to the Effective Date; or (b) any improvements Contractor may make to its own proprietary software or any of its internal processes as a result of any Task Order ("Pre-Existing Work").

**8.2.    Work for Hire.**  The Work Product has been specially ordered and commissioned by Constellis.  Contractor agrees that the Work Product is a "work made for hire" for copyright purposes, with all copyrights in the Work Product owned by Constellis.

**8.3.    Assignment of Work Product.**  To the extent that the Work Product does not qualify as a work made for hire under applicable law, and to the extent that the Work Product includes material subject to copyright, patent, trade secret, or any Proprietary Rights protection, Contractor hereby assigns to Constellis, its successors and assigns, all right, title and interest in and to the Work Product, including all rights in and to any inventions and designs embodied in the Work Product or developed in the course of Contractor's creation of the Work Product.  The foregoing assignment includes a license under any current and future patents owned or licensable by Contractor to the extent necessary to combine the Work Product or any derivative works thereof with any hardware and software Constellis.  Contractor will execute any documents in connection with such assignment that Constellis may reasonably request.  Contractor will enter into agreements with its Personnel or any other party as necessary to establish Constellis' sole ownership in Work Product,

and upon Constellis' request, Contractor will provide Constellis with copies of such agreements.  Contractor appoints Constellis as its attorney-in-fact to execute assignments of, and register all rights to, the Work Product and the Proprietary Rights in Work Product.  This appointment is coupled with an interest.  At any time upon request from Constellis and upon termination or expiration of this Agreement, Contractor will deliver to Constellis in tangible form all materials containing Work Product, whether complete or in process.

**8.4.    License to Pre-Existing Work.**  To the extent Pre-Existing Work of Contractor is embodied in any Work Product, deliverables or Proprietary Rights, Contractor hereby grants Constellis a non-exclusive, worldwide, perpetual, irrevocable, royalty free license to:  (a) use, reproduce, perform, display, and distribute such Pre-Existing Work, (b) adapt, modify, re-format, and create derivative works of such Pre-Existing Work, and (c) sublicense the foregoing rights to any affiliates of Constellis.

## 9.  COMPLIANCE WITH LAWS AND REGULATIONS

**9.1.**    Contractor shall at all times comply with all federal, state, local and foreign laws, rules, and regulations applicable to the performance of the Services, and shall be responsible for any registrations, filings, fees or permits that may be required by law as a result of Contractor's provision of the Services.  Contractor acknowledges that its activities on behalf of the Company may be governed by federal criminal and civil statutes and regulations, including but not limited to the laws on bribery, conflict of interest, and access to source selection information and trade secrets.  Contractor further acknowledges that violation of such laws and regulations related to the performance of this Contractor could cause significant financial and reputational harm to the Company.  Contractor also acknowledges that the Company intends Contractor to comply with all applicable legal and regulatory obligations to the same extent as if the Company were performing the services contemplated under this Agreement.  Further, Contractor warrants that it has internal systems in place to ensure that each individual assigned to perform services under this Agreement for the Company is informed of and agrees to comply with all applicable legal and regulatory requirements.

**9.2.**    Each individual under Contractor's control or employ who performs Services under this Agreement shall adhere to and be subject to the Constellis Code of Ethics and Business Conduct and to all laws and regulations referenced therein, as well as

**ORYX 5AC-036**



all Company Policies applicable to Contractor's services. Contractor shall be responsible for ensuring that each such individual is briefed on and aware of the information contained in the Constellis Code of Ethics and Business Conduct and Company Policies.

9.3. If the Services to be performed by Contractor include the receiving, handling, or developing of any Government classified material, Contractor agrees that it and that any/all persons/entities in its employ or control shall comply with all applicable security regulations and requirements. Contractor agrees to immediately submit a confidential report to Company whenever, for any cause, it has reason to believe that there is an active danger of espionage or sabotage affecting any work performed for or by the Company.

9.4. If applicable, Contractor represents and warrants that Contractor and its employees are familiar with laws, rules, orders and regulations applicable to the proper conduct of procurement activities with the U.S. Government; and that Contractor and its employees will abide by all such laws, rules, orders and regulations.

9.5. If Contractor's services relate to competition, award, or execution under a U.S. Government contract, Contractor represents and warrants the following:

(1) It is familiar with the obligations set forth in 31 U.S.C. Section 1352, 48 C.F.R. Part 3.8, and the clauses located at 48 C.F.R. 52.203-11 and 52.203-12 with regard to certification and disclosure of payments to influence certain federal transactions. As a condition precedent to Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement that the definitions and prohibitions contained in the clauses at 48 C.F.R. 52.203.11 and 52.203-12 are being adhered to by Contractor and each individual under Contractor's control or employ who performs Services under this Agreement. Contractor agrees to provide the Company with a written report within one week of engaging in direct communication with any officer or employee of any U.S. Federal Agency, Member of U.S. Congress or such member's staff regarding the awarding to the Company of any U.S. Federal contract, or extension, continuation, renewal, amendment or modification thereof.

(2) It is familiar with the obligations set forth in 31 U.S.C. Section 1352 and 48 C.F.R. 52.209-5 with regard to certification regarding debarment, suspension, proposed debarment, and other responsibility matters. As a condition precedent to the Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement, to the best of its knowledge and belief, that: (a) Contractor and/or any of its Principals are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any U.S. Federal agency; have not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (c) are not presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in this provision;

(3) The Contractor and/or any of its Principals has not, within a three-year period preceding this offer, had one or more contracts terminated for default by any U.S. Federal agency; and

(4) The Contractor and/or any of its Principals or employees has not been listed on and is not currently listed on the U.S. Bureau of Industry and Security "Denied Persons" list or the U.S. Office of Foreign Assets Control "Specially Designated Nationals" list, and is not subject to any other similar restrictions on dealings applicable to U.S. companies.

"Principals" for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). If Contractor becomes aware of allegations or charges after the execution of this Agreement that would alter Contractor's representation under Sections 9.5.1 or 9.5.2, Contractor shall notify the Company immediately in writing of such allegations or charges. This Certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under 18 U.S.C. Section 1001.

9.6. In no event does the Company authorize Contractor to expend monies for entertainment of, or otherwise offer as a gratuity or other payment to, any official, employee, or agent of the Federal Government or member of Congress, or any official of a foreign government, or any foreign political party or official thereof, or any candidate for foreign political office, and the Company's payments to Contractor under this Agreement are not intended



nor shall they be construed to represent payment for or reimbursement of any such expense incurred by Contractor. Contractor agrees to abide by the criminal gratuities and bribery statutes (18 U.S.C. § 201), as well as the implementing regulations and guidance issued by the Office of Government Ethics (5 C.F.R. Part 2635) and the U.S. House of Representatives and U.S. Senate ("gift rules").

9.7.    Contractor hereby certifies that no consideration will be paid to any third party in an attempt to obtain a contract or in any way which would violate the U.S. Foreign Corrupt Practices Act (FCPA). Contractor shall carry out the efforts contemplated by this Agreement in accordance with all applicable laws and regulations governing the award of contracts including, without limitation, the U.S. Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), the Arms Export Control Act ("AECA"); the Export Administration Act ("EAA"), as amended; the Antiboycott Regulations and Guidelines issued under the Export Administration Act, as amended; Section 999 of the Internal Revenue Code (Antiboycott Regulations), and compliance with FCPA. By signing this Agreement, Contractor warrants that it has reviewed and understands its obligations under the FCPA.

9.8.    If applicable, Contractor warrants that it is familiar with the bans on retaining and hiring individuals convicted of fraud or other felonies arising out of a Department of Defense contract under 10 U.S.C. § 2408, as implemented in 48 C.F.R. 203.570-2. Contractor warrants that neither it nor anyone it assigns to perform work under this agreement has been so convicted under the prohibitions contained in the statute and regulation.

9.9.    Contractor hereby represents and warrants that it is aware and familiar with the U.S. Government's zero tolerance policy regarding trafficking in persons, specifically FAR Subpart 22.17 (amended 2015) and FAR 52.222-50, which prohibit contractors and subcontractors from denying employees identity or immigration documents; using misleading or fraudulent recruitment practices; charging employees recruitment fees; using recruiters that do not comply with local labor laws of the country from which they were recruited; providing or arranging housing that fails to meet the host country's housing and safety standards. Contractor also represents and warrants that it is aware and familiar with the requirement for all contractors and subcontractors to pay for or provide transportation of foreign workers back to their home country at the end of their employment if they were brought to the work-country for the purpose of working on a U.S.

Government contract or subcontract. Contractor hereby represents and warrants that it will at all times comply with FAR Subpart 22.17 and FAR 52.222-50 and agrees to incorporate the provisions of these clauses in all lower-tier subcontracts pertaining to this order. Contractor agrees that it will, at the request of Constellis, and at least annually, certify compliance with FAR Subpart 22.17 and FAR 52.222-50. Contractor agrees that it will, upon request, provide its FAR Subpart 22.17 and FAR 52.222-50 compliance plan. Contractor further agrees that should it learn of information regarding any possible violation of any Trafficking in Persons laws and/or regulations in connection with the transactions that are the subject of this Agreement, Contractor will immediately advise Constellis and/or the U.S. Government of such knowledge or suspicion.

9.10.    The Contractor shall comply with the standards and clauses set forth in ANSI/ASIS PSC.1-2012, the management standard for quality of private security company operations. In order to meet this standard of conformance, the Contractor shall execute the Constellis Group's Subcontractor's Certification of Compliance with the Code of Business Ethics and Conduct, prior to the award of this Vendor Services Agreement.

**10. GENERAL.**

10.1.    **Assignment.**    Contractor will not assign any part or all of this Agreement, or subcontract or delegate any of Contractor's rights under this Agreement, without Constellis' prior written consent. Any attempt by Contractor to assign, subcontract or delegate in violation of this Section is void in each instance.

10.2.    **Governing Law/Venue.**    This Agreement is governed by laws of the Commonwealth of Virginia, excluding its conflicts of law rules. Contractor irrevocably submits to venue and exclusive personal jurisdiction in the federal and state courts in Fairfax County, Commonwealth of Virginia, for any dispute arising out of this Agreement, and waives all objections to jurisdiction and venue of such courts.

10.3.    **Jury Trial Waiver.**    The Contractor and Constellis knowingly and voluntarily agree to waive their respective rights to a jury trial on any claim arising out of or relating to Contractor's agreement with Company and thereby agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement.

10.4.    **Government Contract Provisions.**    If Contractor will be providing the Services in connection with the Company's performance under a

**ORYX 5AC-038**



U.S. Government contract, Contractor aggress to comply with all relevant provisions of the applicable prime contract and subcontracts, which shall be set forth in applicable Task Orders.

**10.5.    Notices.**    Notices under this Agreement are sufficient if given by nationally recognized overnight courier service, certified mail (return receipt requested), facsimile with electronic confirmation or personal delivery to the other party at the address below the party's signature line below.  If no address is listed for Contractor, notice to Contractor will be effective if given to the last known address.   Notice is effective:   (a) when delivered personally, (b) three (3) business days after sent by certified mail; (c) on the business day after sent by a nationally recognized courier service, or (d) on the business day after sent by facsimile with electronic confirmation to the sender.  A party may change its notice address by giving notice in accordance with this Section.

**10.6.    Severability.**  If any provision of this Agreement is determined to be unenforceable, the parties intend that this Agreement be enforced as if the unenforceable provisions were not present and that any partially valid and enforceable provisions be enforced to the extent that they are enforceable.

**10.7.    No Waiver.**  A party does not waive any right under this Agreement by failing to insist on compliance with any of the terms of this Agreement or by failing to exercise any right hereunder.  Any waivers granted hereunder are effective only if recorded in a writing signed by the party granting such waiver.

**10.8.    Cumulative Rights.**  The rights and remedies of the parties under this Agreement are cumulative, and either party may enforce any of its rights or remedies under this Agreement or other rights and remedies available to it at law or in equity.

**10.9.    Construction.**  The Section headings of this Agreement are for convenience only and have no interpretive value.   Whenever used in this Agreement, unless otherwise specified, the terms "includes", "including", "e.g.,", "for example", "for instance" and other similar terms are deemed to include the term "without limitation" immediately thereafter.  This Agreement and any Task Order may be executed by facsimile and in counterparts, which together will constitute one and the same agreement.  Each party to this Agreement acknowledges that it has had the opportunity to review this Agreement with legal counsel of its choice, and there will be no presumption that ambiguities will be construed or interpreted against the drafter, and no presumptions made or inferences drawn because of the inclusion of

a term not contained in a prior draft or the deletion of a term contained in a prior draft.

**10.10.    Survival.**       The provisions of Sections 1.3 (relating to records), 3, 4, 7, 8, 9  and 10 (together with any other provisions of this Agreement, including any Task Order, may reasonably be construed to survive any expiration or termination of this Agreement) will survive any expiration or termination of this Agreement.

**10.11.    Injunctive    Relief.**    Contractor acknowledges that any material breach of Section 7 or Section 8  by  Contractor  may  cause  Constellis irreparable harm for which Constellis has no adequate remedies at law.  Accordingly, Constellis is entitled to seek specific performance or injunctive relief for any such breach.

**10.12.    LIMITATION OF LIABILITIES.**  EXCEPT TO  THE  EXTENT  ARISING  UNDER  SECTIONS  3(b) THROUGH 3(e), 4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER  PARTY  WILL   BE  LIABLE  TO  THE  OTHER UNDER  ANY  CIRCUMSTANCES  FOR  CONSEQUENTIAL (INCLUDING  LOST  OPPORTUNITIES  OR  PROFITS)  OR PUNITIVE DAMAGES.*  EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), 4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT, *NEITHER PARTY WILL BE LIABLE TO  THE  OTHER  FOR  ANY  DIRECT  DAMAGES  IN  AN AMOUNT IN EXCESS OF THE FEES PAID HEREUNDER* .

**10.13.    No    Lien.**    Contractor  and  any subcontractor or third party utilized by Contractor has no lien, and hereby waive any right to any lien upon any Constellis property.

**10.14.    Entire    Agreement.**    This Agreement and the Task Orders, together with all associated exhibits and schedules, which are incorporated by this reference, and NDA, constitute the complete and final agreement of the parties pertaining to the Services and  supersede  the  parties'  prior  agreements, understandings  and  discussions  relating  to  the Services.   No modification of this Agreement or any Task Order is binding unless it is in writing and signed by Constellis and Contractor.

**10.15.    Use of Forms.**  The parties may use standard business forms or other communications, but use of such forms is for convenience only and does not alter  the  provisions  of  this  Agreement.    *NEITHER PARTY WILL BE BOUND BY, AND EACH SPECIFICALLY OBJECTS  TO,  ANY  PROVISION  THAT  IS  DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED  VERBALLY  OR  IN  ANY  QUOTATION, INVOICE,    SHIPPING    DOCUMENT,    ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE),*

**Edinburgh International**

A CONSTELLIS COMPANY

*UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN A WRITING SIGNED BY BOTH PARTIES.*

    **10.16. Constellis Obligations.** Constellis will use reasonable efforts to: (i) provide Contractor with reasonable access to, and use of Constellis facilities and resources requested by Contractor in order to provide the Services, provided that, at all times that Contractor or its personnel are on Constellis premises, Contractor will comply with all of Constellis' workplace rules and regulations, (ii) appoint a representative who will provide professional and prompt liaison with Contractor, (iii) be available at all times when Contractor's personnel are at the project site (or designate an alternate with the same level of authority in the event of unavailability caused by illness or other valid reasons), and (iv) confer with the Contractor representative at regular intervals to review progress and resolve any issues relating to the services.

IN WITNESS HEREOF, the parties have executed this Agreement as of the last date signed below, and represent and warrant that they have the authority and power to execute this Agreement.

| Oryx Afghanistan | Edinburgh International |
|---|---|
|  |  |
| Signature | Signature |
|  | Jennifer Imhoff |
| Print Name: Farhan Yusefzai | Print Name |
|  | Director, Subcontracts |
| Title: CEO | Title |
|  |  |
| Date: 20/02/2021 | Date 2-23-2021 |
| Notices to Oryx Afghanistan:<br><br>By mail/courier/personal delivery:<br>Camp ORYX<br>Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan<br>ATTN: Eva Schwartz<br><br>By Email:<br>CEO@Oryxafg.com; info@oryxafg.com | Notices to Edinburgh International:<br><br>By mail/courier/personal delivery:<br>13530 Dulles Technology Dr.<br>Herndon, VA 21071<br>ATTN: Stephanie Moser<br><br>By Email:<br><br>Stephanie.Moser@constellis.com |

**ORYX 5AC-040**





## VENDOR SERVICES AGREEMENT
### VSA21-0002

This **Vendor Services Agreement** (this "Agreement") is made as of the date listed below (the "Effective Date of Agreement") by and between **Constellis, LLC**, a Delaware limited liability company, with offices at **13530 Dulles Technology Dr., Herndon,** VA 21071 (Constellis or the "Company") and the undersigned company, with offices at the address listed below (the "Contractor"). For each of the Company and the Customer, their respective affiliates, as defined as entities with the same controlling beneficial ownership as such Party, shall be construed to be included in the definition of the Company and the Contractor, respectively.

| Name of Contractor: | Oryx Afghanistan | |
|---|---|---|
| Place of Incorporation/Organization: | Afghanistan | |
| Address of Contractor: | Camp ORYX, Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan | |
| Effective Date of Agreement: | February 19, 2021 | |
| Scope of Services:<br>(*check all that apply*) | X | Lodging |
| | X | Meals |
| | X | Container Laydown |
| | X | Office Space |

WHEREAS, the Company wishes to engage the Contractor to provide certain services and deliverables and Contractor desires to provide such services and deliverables to the Company under the terms and conditions of this Agreement and any resulting Statement of Work, which shall be each document agreed upon by the Company and the Contractor.

NOW, THEREFORE, in consideration of the foregoing and of the mutual promises set forth herein, and intending to be legally bound, the parties hereby agree as follows:

### Terms and Conditions

**1. SERVICES, TASK ORDERS.**

**1.1. Services.** Contractor will provide services to Constellis as the parties may agree from time to time ("Services") specified in Task Orders in the attached as Exhibit A ("Task Order"), which definition includes Purchase Orders, unless otherwise specified), in accordance with the terms and conditions of this Agreement. The parties acknowledge and agree that, as of the Effective Date, they are entering into Task Order No. 1, attached hereto as Exhibit A. Any affiliate of Constellis will also have the right to enter into Task Orders with Contractor pursuant to this Agreement, and with respect to such Task Orders only such affiliate will become a party to this Agreement and references to Constellis in this Agreement are deemed to be references to such affiliate. With respect to Constellis, each Task Order is a separate obligation of the Constellis entities or entity that execute(s) such Task Order and no other Constellis entity has any obligation under such Task Order. Except as expressly

set forth herein or agreed upon by Constellis in writing, Contractor will provide all equipment and supplies required to perform the Services. Services under a particular Task Order are called a "Project". Contractor will, at no cost to Constellis, promptly and satisfactorily correct any Services or Work Product found to be defective or not in conformity with the requirements of this Agreement and the applicable Task Order; provided that such deficiency or non-conformity is brought to Contractor's attention within thirty (30) days after delivery to Constellis; provided further that Constellis' failure to so notify Contractor within such thirty (30) day period will not limit any other right or remedy that is available to Constellis with respect to such deficiency or non-conformity hereunder, at law or in equity.

**1.2. Task Orders.** This Agreement governs each Task Order, except that any conflict or inconsistency between the terms of this Agreement and a Task Order will be resolved in favor of this Agreement. This Agreement does not obligate

**ORYX 5AC-042**



Constellis to engage Contractor to perform any Services or Contractor to perform any Services, until both parties have signed a Task Order and then only for the Project specified in the Task Order. Both parties must sign a Task Order for it to be effective. A Purchase Order is binding on both parties if Contractor:  (a) signs and returns it to Constellis; (b) begins performance; or (c) acknowledges it by email, facsimile or any other commercially reasonable means.   If Contractor commences Services for Constellis in the absence of a Task Order, this Agreement will nevertheless apply, unless the parties agree otherwise in a writing signed by both parties.

 **1.3.** **Payment/Records.**  Constellis will pay the service fees expressly set forth in the Task Order. Contractor is entitled to no other compensation or reimbursement for the Services.   Contractor will provide monthly invoices to Constellis for service fees for the prior month.  Each invoice will be in form and content reasonably acceptable to Constellis and will describe, with respect to the relevant payment period, (a) the Services performed, itemized by task, (b) the number of hours expended performing Services, (c) the work product created, and (d) any agreed-upon reimbursable expenses.  Contractor will furnish such receipts, documents and other supporting materials as Constellis reasonably may request to verify the contents of any invoice.  Constellis will pay Contractor's properly submitted invoice within thirty (30) days after receipt of such invoice.  Contractor will, in accordance with generally accepted accounting standards, keep copies of all books and records relating to the Services during the term of this Agreement and for three (3) years thereafter. Constellis may upon reasonable notice and during normal business hours examine and make copies of all books and records relating to the Services.

**2.  TERM.**  This Agreement begins on the Effective Date cited above and, unless earlier terminated pursuant to this Agreement, continues for a period of one year.   Upon expiration of such period, this Agreement will automatically renew on a month-to-month basis until either party provides at least thirty (30) days prior written notice of termination. Constellis may terminate any Task Order or any portion thereof, with or without cause, by giving at least fourteen (14) days prior written notice to Contractor.  Upon any such termination, Constellis is only liable to pay for Services performed and liabilities incurred prior to expiration or termination; provided that if the fee set forth in the Task Order is a fixed amount, Constellis will pay the fee to the extent the Project/Task Order is complete.   In addition, Constellis may terminate this Agreement or

any applicable Task Order or any portion of the Services not then performed immediately upon written notice for Contractor's material breach of this Agreement, including any breach of Section 7 below. Contractor may terminate this Agreement immediately upon written notice if Constellis fails to cure a nonpayment of amounts due within thirty (30) days after written notice of such nonpayment to Constellis.

**3.  REPRESENTATIONS,  WARRANTIES,  AND COVENANTS.**  Contractor represents, warrants and covenants that:  (a) it will perform the Services in a competent and workmanlike manner in accordance with the level of professional care customarily observed by highly skilled professionals rendering similar services; (b) the Services will not violate or infringe any third party's rights to proprietary or confidential information; (c) it and its Personnel will comply with all laws, rules, regulations and orders of any governmental authority having jurisdiction over Contractor's performance of the Services and will hold and fully comply with all required licenses, permits and approvals; (d) it is duly incorporated or otherwise established, validly existing, and in good standing as a company under the laws of the state or other applicable jurisdiction of its formation; (e) it has all rights necessary for (and is not subject to any restriction, penalty, agreement, commitment, law, rule, regulation or order which is violated by) its execution and delivery of this Agreement and performance of its obligations under this Agreement and (f) THE FOREGOING EXPRESS WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES AND CONDITIONS EXPRESSED OR IMPLIED, ORAL OR WRITTEN, CONTRACTUAL OR STATUTORY, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.   The parties specifically disclaim application of the UN Convention on the International Sale of Goods.

**4.  DEFENSE AND INDEMNITY.**

 **4.1.** **General.**  Contractor will defend, indemnify and hold harmless Constellis and its directors, officers, employees, successors, assigns and agents from any allegation or claim based on, or any loss, direct damage, settlement, cost, expense and any other liability (including reasonable attorneys' fees and expenses) arising out of:  (a) any allegation or claim of negligence, strict liability or misconduct of Contractor or its agents or subcontractors; (b) the Services; or (c) any breach of this Agreement by Contractor or its agents or subcontractors; provided,

**ORYX 5AC-043**

however, that this paragraph shall not be construed so as to require Contractor to defend, indemnify or hold harmless Constellis to the extent such claims, damages, losses, or expenses are caused by or resulting from the negligent or intentional misconduct of Constellis, its directors, officers, employees, successors, assigns and/or agents (provided that Contractor and its agents will not be deemed to be "agents" for purposes of this proviso). To the extent that such loss, direct damage, settlement, cost, expense or any other liability arises from the concurrent negligence or intentional misconduct of Constellis, Contractor and/or any third party, it is expressly agreed that Contractor's obligations of indemnity under this paragraph shall be effective only to the extent of Contractor's responsibility as set forth in this Section.

**4.2.    Duty to Defend.** Contractor's duty to defend is independent of its duty to indemnify. Contractor's obligations under this Section are independent of any other obligation of Contractor under this Agreement. Contractor will use counsel reasonably satisfactory to the indemnified parties to defend each indemnified claim, and the indemnified parties will cooperate (at Contractor's expense) with Contractor in the defense. Neither party will consent to the entry of any judgment or enter into any settlement without the other party's prior written consent, which may not be unreasonably withheld.

**4.3.    Waiver of Certain Rights.** In connection with any action to enforce Contractor's obligations under this Section with respect to any claim arising out of any bodily injury (including death) to any person directly or indirectly employed by Contractor, Contractor waives any immunity, defense or protection under any workers' compensation, industrial insurance or similar laws and assumes liability for such claim. This Section will not be interpreted or construed as a waiver of Contractor's right to assert any such immunity, defense or protection directly against any of its own employees or such employee's estate or other representatives.

**5.  INSURANCE.** Contractor shall maintain any insurance as may be specified in the applicable Task Order. Contractor shall provide evidence of such insurance coverage to the Company upon its request.

**6.  PERSONNEL; INDEPENDENT CONTRACTORS.**

**6.1.    In General.** Contractor and Constellis are independent contractors. Contractor has exclusive control over its Personnel, its labor and employee relations and its policies relating to wages, hours, working conditions and other employment conditions. Contractor has the exclusive right to hire,

transfer, suspend, lay off, recall, promote, discipline, discharge and adjust grievances with its employees, subcontractors and agents ("Personnel"). Contractor is solely responsible for all salaries and other compensation of its Personnel who provide Services. Contractor is solely responsible for making all deductions and withholdings from its employees' salaries and other compensation and paying all contributions, taxes and assessments. Contractor's Personnel are not eligible to participate in any employment benefit plans or other benefits available to Constellis employees. Contractor has no authority to bind Constellis to any agreement or obligation. Contractor will not subcontract any Services without Constellis' prior written consent.

**6.2.    Delegation.** Contractor will not delegate any of its obligations under any Task Order to one or more subcontractors or affiliates without the prior written consent of Constellis, such consent with respect to affiliates not to be unreasonably withheld. If Constellis so consents, then Contractor will cause and ensure that any such subcontractor or affiliate will be bound to the terms of this Agreement. Notwithstanding the existence or terms of any subcontract, Contractor will remain responsible for the full performance of the Services.

**7.  CONFIDENTIALITY/PUBLICITY.**

**7.1.    Confidentiality.** Contractor will comply with the terms of any nondisclosure agreement between Contractor and Constellis (or Constellis' affiliates) ("NDA") and the terms of such NDA are hereby incorporated in this Agreement. If no such agreement exists, Contractor and its representatives:    (a) will protect and keep confidential the existence of this Agreement (including all Task Orders), its terms and conditions and any other information obtained from Constellis in connection with this Agreement that is identified as confidential or proprietary or that, given the nature of such information or the manner of its disclosure, reasonably should be considered confidential or proprietary (including all information relating to Constellis' technology, customers, business plans, marketing activities and finances); (b) will use such information only for the purposes of fulfilling its obligations under this Agreement; and (c) will return all such information to Constellis promptly upon the termination of this Agreement. All such information will remain Constellis' exclusive property, and Contractor will have no rights to use such information except as expressly provided herein.

**7.2.    Publicity.** Contractor will not use any trade name, trademark, service mark, logo or

Olive Group
A CONSTELLIS COMPANY

commercial symbol, or any other proprietary rights of Constellis or any of its affiliates in any manner (including use in any client list, press release, advertisement or other promotional material) without prior written authorization of such use by a Vice President of Constellis.

## 8.   WORK FOR HIRE AND PROPRIETARY RIGHTS.

**8.1.   Work Product, Proprietary Rights and Pre-Existing Work.**  If Contractor delivers or is required to deliver to Constellis any work product in connection with the Services, including concepts, works, inventions, information, drawings, designs, programs, or software (whether developed by Contractor or any of its Personnel, either alone or with others, and whether completed or in-progress) (collectively, "Work Product"), then Constellis owns, or upon assignment by the creator will own, all right, title and interest (including all trademarks, trade secrets, copyrights, patents and any other intellectual property rights) (collectively, "Proprietary Rights") in such Work Product, except that Work Product does not include:  (a) any inventions or developments made by Contractor prior to the Effective Date; or (b) any improvements Contractor may make to its own proprietary software or any of its internal processes as a result of any Task Order ("Pre-Existing Work").

**8.2.   Work for Hire.**  The Work Product has been specially ordered and commissioned by Constellis.  Contractor agrees that the Work Product is a "work made for hire" for copyright purposes, with all copyrights in the Work Product owned by Constellis.

**8.3.   Assignment of Work Product.**  To the extent that the Work Product does not qualify as a work made for hire under applicable law, and to the extent that the Work Product includes material subject to copyright, patent, trade secret, or any Proprietary Rights protection, Contractor hereby assigns to Constellis, its successors and assigns, all right, title and interest in and to the Work Product, including all rights in and to any inventions and designs embodied in the Work Product or developed in the course of Contractor's creation of the Work Product.  The foregoing assignment includes a license under any current and future patents owned or licensable by Contractor to the extent necessary to combine the Work Product or any derivative works thereof with any hardware and software Constellis. Contractor will execute any documents in connection with such assignment that Constellis may reasonably request.  Contractor will enter into agreements with its Personnel or any other party as necessary to establish Constellis' sole ownership in Work Product,

and upon Constellis' request, Contractor will provide Constellis with copies of such agreements.  Contractor appoints Constellis as its attorney-in-fact to execute assignments of, and register all rights to, the Work Product and the Proprietary Rights in Work Product. This appointment is coupled with an interest.  At any time upon request from Constellis and upon termination or expiration of this Agreement, Contractor will deliver to Constellis in tangible form all materials containing Work Product, whether complete or in process.

**8.4.   License to Pre-Existing Work.**  To the extent Pre-Existing Work of Contractor is embodied in any Work Product, deliverables or Proprietary Rights, Contractor hereby grants Constellis a non-exclusive, worldwide, perpetual, irrevocable, royalty free license to:  (a) use, reproduce, perform, display, and distribute such Pre-Existing Work, (b) adapt, modify, re-format, and create derivative works of such Pre-Existing Work, and (c) sublicense the foregoing rights to any affiliates of Constellis.

## 9.   COMPLIANCE WITH LAWS AND REGULATIONS

**9.1.**     Contractor shall at all times comply with all federal, state, local and foreign laws, rules, and regulations applicable to the performance of the Services, and shall be responsible for any registrations, filings, fees or permits that may be required by law as a result of Contractor's provision of the Services.  Constellis acknowledges that its activities on behalf of the Company may be governed by federal criminal and civil statutes and regulations, including but not limited to the laws on bribery, conflict of interest, and access to source selection information and trade secrets.  Contractor further acknowledges that violation of such laws and regulations related to the performance of this Contractor could cause significant financial and reputational harm to the Company.  Contractor also acknowledges that the Company intends Contractor to comply with all applicable legal and regulatory obligations to the same extent as if the Company were performing the services contemplated under this Agreement.  Further, Contractor warrants that it has internal systems in place to ensure that each individual assigned to perform services under this Agreement for the Company is informed of and agrees to comply with all applicable legal and regulatory requirements.

**9.2.**     Each individual under Contractor's control or employ who performs Services under this Agreement shall adhere to and be subject to the Constellis Code of Ethics and Business Conduct and to all laws and regulations referenced therein, as well as

Olive Group
A CONSTELLIS COMPANY

all Company Policies applicable to Contractor's services. Contractor shall be responsible for ensuring that each such individual is briefed on and aware of the information contained in the Constellis Code of Ethics and Business Conduct and Company Policies.

9.3. If the Services to be performed by Contractor include the receiving, handling, or developing of any Government classified material, Contractor agrees that it and that any/all persons/entities in its employ or control shall comply with all applicable security regulations and requirements. Contractor agrees to immediately submit a confidential report to Company whenever, for any cause, it has reason to believe that there is an active danger of espionage or sabotage affecting any work performed for or by the Company.

9.4. If applicable, Contractor represents and warrants that Contractor and its employees are familiar with laws, rules, orders and regulations applicable to the proper conduct of procurement activities with the U.S. Government; and that Contractor and its employees will abide by all such laws, rules, orders and regulations.

9.5. If Contractor's services relate to competition, award, or execution under a U.S. Government contract, Contractor represents and warrants the following:

(1) It is familiar with the obligations set forth in 31 U.S.C. Section 1352, 48 C.F.R. Part 3.8, and the clauses located at 48 C.F.R. 52.203-11 and 52.203-12 with regard to certification and disclosure of payments to influence certain federal transactions. As a condition precedent to Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this Agreement that the definitions and prohibitions contained in the clauses at 48 C.F.R. 52.203.11 and 52.203-12 are being adhered to by Contractor and each individual under Contractor's control or employ who performs Services under this Agreement. Contractor agrees to provide the Company with a written report within one week of engaging in direct communication with any officer or employee of any U.S. Federal Agency, Member of U.S. Congress or such member's staff regarding the awarding to the Company of any U.S. Federal contract, or extension, continuation, renewal, amendment or modification thereof.

(2) It is familiar with the obligations set forth in 31 U.S.C. Section 1352 and 48 C.F.R. 52.209-5 with regard to certification regarding debarment, suspension, proposed debarment, and other responsibility matters. As a condition precedent to the Company's acceptance of this Agreement and its validity, Contractor certifies by execution of this

Agreement, to the best of its knowledge and belief, that: (a) Contractor and/or any of its Principals are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any U.S. Federal agency; (b) have not, within a three-year period preceding this Agreement, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and (c) are not presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in this provision;

(3) The Contractor and/or any of its Principals has not, within a three-year period preceding this offer, had one or more contracts terminated for default by any U.S. Federal agency; and

(4) The Contractor and/or any of its Principals or employees has not been listed on and is not currently listed on the U.S. Bureau of Industry and Security "Denied Persons" list or the U.S. Office of Foreign Assets Control "Specially Designated Nationals" list, and is not subject to any other similar restrictions on dealings applicable to U.S. companies.

"Principals" for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions). If Contractor becomes aware of allegations or charges after the execution of this Agreement that would alter Contractor's representation under Sections 9.5.1 or 9.5.2, Contractor shall notify the Company immediately in writing of such allegations or charges. This Certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under 18 U.S.C. Section 1001.

9.6. In no event does the Company authorize Contractor to expend monies for entertainment of, or otherwise offer as a gratuity or other payment to, any official, employee, or agent of the Federal Government or member of Congress, or any official of a foreign government, or any foreign political party or official thereof, or any candidate for foreign political office, and the Company's payments to Contractor under this Agreement are not intended

ORYX 5AC-046



nor shall they be construed to represent payment for or reimbursement of any such expense incurred by Contractor. Contractor agrees to abide by the criminal gratuities and bribery statutes (18 U.S.C. § 201), as well as the implementing regulations and guidance issued by the Office of Government Ethics (5 C.F.R. Part 2635) and the U.S. House of Representatives and U.S. Senate ("gift rules").

**9.7.** Contractor hereby certifies that no consideration will be paid to any third party in an attempt to obtain a contract or in any way which would violate the U.S. Foreign Corrupt Practices Act (FCPA). Contractor shall carry out the efforts contemplated by this Agreement in accordance with all applicable laws and regulations governing the award of contracts including, without limitation, the U.S. Export Administration Regulations (EAR), International Traffic in Arms Regulations (ITAR), the Arms Export Control Act ("AECA"); the Export Administration Act ("EAA"), as amended; the Antiboycott Regulations and Guidelines issued under the Export Administration Act, as amended; Section 999 of the Internal Revenue Code (Antiboycott Regulations), and compliance with FCPA. By signing this Agreement, Contractor warrants that it has reviewed and understands its obligations under the FCPA.

**9.8.** If applicable, Contractor warrants that it is familiar with the bans on retaining and hiring individuals convicted of fraud or other felonies arising out of a Department of Defense contract under 10 U.S.C. § 2408, as implemented in 48 C.F.R. 203.570-2. Contractor warrants that neither it nor anyone it assigns to perform work under this agreement has been so convicted under the prohibitions contained in the statute and regulation.

**9.9.** Contractor hereby represents and warrants that it is aware and familiar with the U.S. Government's zero tolerance policy regarding trafficking in persons, specifically FAR Subpart 22.17 (amended 2015) and FAR 52.222-50, which prohibit contractors and subcontractors from denying employees identity or immigration documents; using misleading or fraudulent recruitment practices; charging employees recruitment fees; using recruiters that do not comply with local labor laws of the country from which they were recruited; providing or arranging housing that fails to meet the host country's housing and safety standards. Contractor also represents and warrants that it is aware and familiar with the requirement for all contractors and subcontractors to pay for or provide transportation of foreign workers back to their home country at the end of their employment if they were brought to the work-country for the purpose of working on a U.S.

Government contract or subcontract. Contractor hereby represents and warrants that it will at all times comply with FAR Subpart 22.17 and FAR 52.222-50 and agrees to incorporate the provisions of these clauses in all lower-tier subcontracts pertaining to this order. Contractor agrees that it will, at the request of Constellis, and at least annually, certify compliance with FAR Subpart 22.17 and FAR 52.222-50. Contractor agrees that it will, upon request, provide its FAR Subpart 22.17 and FAR 52.222-50 compliance plan. Contractor further agrees that should it learn of information regarding any possible violation of any Trafficking in Persons laws and/or regulations in connection with the transactions that are the subject of this Agreement, Contractor will immediately advise Constellis and/or the U.S. Government of such knowledge or suspicion.

**9.10.** The Contractor shall comply with the standards and clauses set forth in ANSI/ASIS PSC.1-2012, the management standard for quality of private security company operations. In order to meet this standard of conformance, the Contractor shall execute the Constellis Group's Subcontractor's Certification of Compliance with the Code of Business Ethics and Conduct, prior to the award of this Vendor Services Agreement.

**10. GENERAL.**

**10.1. Assignment.** Contractor will not assign any part or all of this Agreement, or subcontract or delegate any of Contractor's rights under this Agreement, without Constellis' prior written consent. Any attempt by Contractor to assign, subcontract or delegate in violation of this Section is void in each instance.

**10.2. Governing Law/Venue.** This Agreement is governed by laws of the Commonwealth of Virginia, excluding its conflicts of law rules. Contractor irrevocably submits to venue and exclusive personal jurisdiction in the federal and state courts in Fairfax County, Commonwealth of Virginia, for any dispute arising out of this Agreement, and waives all objections to jurisdiction and venue of such courts.

**10.3. Jury Trial Waiver.** The Contractor and Constellis knowingly and voluntarily agree to waive their respective rights to a jury trial on any claim arising out of or relating to Contractor's agreement with Company and thereby agree not to demand a trial by jury in any action, proceeding or counterclaim arising out of or relating to this Agreement.

**10.4. Government Contract Provisions.** If Contractor will be providing the Services in connection with the Company's performance under a

U.S. Government contract, Contractor aggress to comply with all relevant provisions of the applicable prime contract and subcontracts, which shall be set forth in applicable Task Orders.

**10.5. Notices.** Notices under this Agreement are sufficient if given by nationally recognized overnight courier service, certified mail (return receipt requested), facsimile with electronic confirmation or personal delivery to the other party at the address below the party's signature line below. If no address is listed for Contractor, notice to Contractor will be effective if given to the last known address. Notice is effective: (a) when delivered personally, (b) three (3) business days after sent by certified mail; (c) on the business day after sent by a nationally recognized courier service, or (d) on the business day after sent by facsimile with electronic confirmation to the sender. A party may change its notice address by giving notice in accordance with this Section.

**10.6. Severability.** If any provision of this Agreement is determined to be unenforceable, the parties intend that this Agreement be enforced as if the unenforceable provisions were not present and that any partially valid and enforceable provisions be enforced to the extent that they are enforceable.

**10.7. No Waiver.** A party does not waive any right under this Agreement by failing to insist on compliance with any of the terms of this Agreement or by failing to exercise any right hereunder. Any waivers granted hereunder are effective only if recorded in a writing signed by the party granting such waiver.

**10.8. Cumulative Rights.** The rights and remedies of the parties under this Agreement are cumulative, and either party may enforce any of its rights or remedies under this Agreement or other rights and remedies available to it at law or in equity.

**10.9. Construction.** The Section headings of this Agreement are for convenience only and have no interpretive value. Whenever used in this Agreement, unless otherwise specified, the terms "includes", "including", "e.g.,", "for example", "for instance" and other similar terms are deemed to include the term "without limitation" immediately thereafter. This Agreement and any Task Order may be executed by facsimile and in counterparts, which together will constitute one and the same agreement. Each party to this Agreement acknowledges that it has had the opportunity to review this Agreement with legal counsel of its choice, and there will be no presumption that ambiguities will be construed or interpreted against the drafter, and no presumptions made or inferences drawn because of the inclusion of

a term not contained in a prior draft or the deletion of a term contained in a prior draft.

**10.10. Survival.** The provisions of Sections 1.3 (relating to records), 3, 4, 7, 8, 9 and 10 (together with any other provisions of this Agreement, including any Task Order, may reasonably be construed to survive any expiration or termination of this Agreement) will survive any expiration or termination of this Agreement.

**10.11. Injunctive Relief.** Contractor acknowledges that any material breach of Section 7 or Section 8 by Contractor may cause Constellis irreparable harm for which Constellis has no adequate remedies at law. Accordingly, Constellis is entitled to seek specific performance or injunctive relief for any such breach.

**10.12. LIMITATION OF LIABILITIES.** EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), <u>4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT</u>, *NEITHER PARTY WILL BE LIABLE TO THE OTHER UNDER ANY CIRCUMSTANCES FOR CONSEQUENTIAL (INCLUDING LOST OPPORTUNITIES OR PROFITS) OR PUNITIVE DAMAGES.* EXCEPT TO THE EXTENT ARISING UNDER SECTIONS 3(b) THROUGH 3(e), <u>4, 7, 8 OR 9, OR AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT</u>, *NEITHER PARTY WILL BE LIABLE TO THE OTHER FOR ANY DIRECT DAMAGES IN AN AMOUNT IN EXCESS OF THE FEES PAID HEREUNDER* .

**10.13. No Lien.** Contractor and any subcontractor or third party utilized by Contractor has no lien, and hereby waive any right to any lien upon any Constellis property.

**10.14. Entire Agreement.** This Agreement and the Task Orders, together with all associated exhibits and schedules, which are incorporated by this reference, and NDA, constitute the complete and final agreement of the parties pertaining to the Services and supersede the parties' prior agreements, understandings and discussions relating to the Services. No modification of this Agreement or any Task Order is binding unless it is in writing and signed by Constellis and Contractor.

**10.15. Use of Forms.** The parties may use standard business forms or other communications, but use of such forms is for convenience only and does not alter the provisions of this Agreement. *NEITHER PARTY WILL BE BOUND BY, AND EACH SPECIFICALLY OBJECTS TO, ANY PROVISION THAT IS DIFFERENT FROM OR IN ADDITION TO THIS AGREEMENT (WHETHER PROFFERED VERBALLY OR IN ANY QUOTATION, INVOICE, SHIPPING DOCUMENT, ACCEPTANCE, CONFIRMATION, CORRESPONDENCE, OR OTHERWISE),*

ORYX 5AC-048



*UNLESS SUCH PROVISION IS SPECIFICALLY AGREED TO IN A WRITING SIGNED BY BOTH PARTIES.*

**10.16.** **Constellis Obligations.** Constellis will use reasonable efforts to: (i) provide Contractor with reasonable access to, and use of Constellis facilities and resources requested by Contractor in order to provide the Services, provided that, at all times that Contractor or its personnel are on Constellis premises, Contractor will comply with all of Constellis' workplace rules and regulations, (ii) appoint a representative who will provide professional and prompt liaison with Contractor, (iii) be available at all times when Contractor's personnel are at the project site (or designate an alternate with the same level of authority in the event of unavailability caused by illness or other valid reasons), and (iv) confer with the Contractor representative at regular intervals to review progress and resolve any issues relating to the services.

IN WITNESS HEREOF, the parties have executed this Agreement as of the last date signed below, and represent and warrant that they have the authority and power to execute this Agreement.

| Oryx Afghanistan | Olive Group |
|---|---|
|  |  |
| Signature | Signature |
|  | Jennifer Imhoff |
| Print Name Farhan Yusefzai | Print Name |
|  | Director, Subcontracts |
| Title CEO | Title |
|  | 2-23-2021 |
| Date Feb/20/2021 | Date |
| Notices to Oryx Afghanistan:<br><br>By mail/courier/personal delivery:<br>Camp ORYX<br>Kabul Jalalabad Road<br>Next to IEC-UNOCA<br>Kabul, Afghanistan<br>ATTN: Eva Schwartz<br><br>By Email:<br>CEO@Oryxafg.com; info@oryxafg.com | Notices to Olive Group:<br><br>By mail/courier/personal delivery:<br>13530 Dulles Technology Dr.<br>Herndon, VA 21071<br>ATTN: Stephanie Moser<br><br>By Email:<br><br>Stephanie.Moser@constellis.com |

**EXHIBIT I**



ASIS INTERNATIONAL

# Management System for Quality of Private Security Company Operations– Requirements with Guidance

**ANSI/ASIS PSC.1-2012**

# AMERICAN NATIONAL
# STANDARD





ASIS
INTERNATIONAL
*Advancing Security Worldwide*®

### 9.2.3  Selection, Background Screening, and Vetting of Subcontractors

When the organization subcontracts activities, functions, and operations on a temporary or continuing basis, this work shall be placed with a competent subcontractor. The organization is responsible for the subcontractor's work and is liable, as appropriate and within applicable law, for the conduct of these subcontractors. The organization shall:

a) Ensure appropriate written contractual agreements with the subcontractor;

b) Advise the client of the arrangement in writing, and when appropriate obtain approval of the client;

c) Maintain a register of all subcontractors it uses;

d) Communicate the responsibilities of this *Standard* to the subcontractor; and

e) Maintain a record of evidence of conformance with this *Standard* for work subcontracted.

### 9.2.4  Financial and Administrative Procedures

The organization shall develop financial and administrative procedures to support quality assurance management program before, during, and after a disruptive or undesirable event. Procedures shall be:

a) Established to ensure that fiscal decisions can be expedited; and

b) In accordance with established authority levels and accounting principles; and

c) Established in consultation and coordination with the client.

### 9.2.5  Procurement and Management of Weapons, Hazardous Materials, and Munitions

The organization shall establish documented procedures and records for procurement and management of weapons, hazardous materials, explosives, and munitions, based on local and international legal and regulatory requirements and mission objectives and risks identified, including:

a) Compliance with registrations, certifications, and permits;

b) Acquisition;

c) Secure storage;

d) Controls over their identification, issue, use, maintenance, return, and loss;

e) Records regarding to whom and when weapons are issued;

f) Identification and accounting of all ammunition and weapons; and

g) Proper disposal with verification.

Provision of weapons shall be for self-defense, or the defense of others, and appropriate to the task and operations in accordance with accepted weaponry used by law enforcement agencies and consistent with appropriate international and national law.

## 9.3 Competence, Training, and Awareness

The organization shall ensure that all persons performing tasks on its behalf, including employees, subcontractors, and outsource partners, who have the potential to prevent, cause, respond to, mitigate, or be affected by identified risks are competent (on the basis of appropriate education, training, and experience), and shall retain associated records.

The organization shall identify competencies and training needs associated with quality assurance management, particularly the performance of each individual's functions, consistent with respect for legal obligations and human rights. It shall provide training or take other action to meet these needs, and shall retain associated records.

The organization shall establish, implement, and maintain procedures to ensure all persons performing tasks on its behalf are aware of:

a)  The parameters of performance of their functions;
b)  The significant hazards, threats, risks, and potential impacts associated with their work;
c)  Applicable local and international laws, including criminal, human rights, and international humanitarian laws; including but not limited to:

   - Prohibition of torture or other cruel, inhuman, or degrading treatment;
   - Prohibition and awareness of sexual exploitation and abuse or gender based violence;
   - Recognition and prevention of human trafficking and slavery; and
   - Measures against bribery, corruption, and similar crimes.

d)  The procedures to reduce the likelihood and/or consequences of a disruptive or undesirable event, including procedures to respond to and report events;
e)  The use of weapons and force that is reasonably necessary, proportional, and lawful;
f)  Communications protocols and procedures;
g)  The culture, such as customs and religion, of the environment in which they are operating;
h)  Receiving and transmitting complaints from civilian populations to the appropriate authority;
i)  The importance of conformity with the QAMS policy and procedures, and with the requirements of the QAMS;
j)  Their roles and responsibilities in achieving conformity with the requirements of the QAMS; and
k)  The potential consequences of departure from specified procedures.

**EXHIBIT J**



# Edinburgh International

A CONSTELLIS COMPANY

# TASK ORDER

| | |
|---|---|
| SELLER: ORYX AFGHANISTAN | TASK ORDER # PO21-00130 |
| CAMP ORYX, KABUL JALALABAD ROAD | T.O. MODIFICATION # N/A |
| NEXT TO IEC – UNOCA, PD09 | VENDOR SERVICES AGREEMENT #: VSA21-0001 |
| KABUL, AFGHANISTAN | TYPE:  FIXED UNIT PRICE |
| PRIME CONTRACT No.: N/A | T.O. VALUE: $38,844.00 |
| DPAS RATING: N/A | T.O.  FUNDING: $19,422.00 |

This Task Order, entered into as of February 19, 2021 between Edinburgh International and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA") No.VSA21-0001.   To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Edinburgh International

Project Name: Commercial Overhead

## SECTION 1: TASK ORDER PROVISONS

1) **TYPE OF ORDER:**  This order is issued on a **Fixed Unit Price** basis.

2)   **PRICES/RATES:**

The total price/cost for the work to be performed under this Task Order is $38,844.00.

| Line | Description | U/M | Unit price |
|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 |
| 3 | *Container Laydown (each) | Month | $600.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 |

CONSTELLISAFG_1170759

**Edinburgh International**

A CONSTELLIS COMPANY

### 3) FUNDING:

This Task Order is incrementally funded in the amount of $19,422.00 which is anticipated to cover expenses through July 18, 2021.

The Funding Value shown in the table below is the current available funding provided to this supplier. The Ceiling Value shown in the table below is the estimated amount for the entire Period of Performance.

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|---------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 4 | $2,400.00 | $14,400.00 | $28,800.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| *As utilized | | | | | Totals | $19,422.00 | $38,844.00 |

### 4) PERIOD OR PERFORMANCE

The period of performance for this Task Order is February 19, 2021 – February 18, 2022, unless amended by mutual agreement of the parties. Supplier is not obligated to continue work or provide services and Buyer is not obligated to compensate Seller for expenses incurred or commitments made before or after these dates.

### 5) PLACE OF PERFORMANCE

Kabul, Afghanistan

### 6) INVOICE REQUIREMENTS/PAYMENT TERMS:

The Buyer shall pay the Seller upon the submission of invoices approved by the Buyer as follows:
Seller shall invoice Buyer and Buyer shall pay Seller in accordance with the invoicing instructions contained herein, unless superseded by other invoicing and payment instructions included within a Task Order issued pursuant to this IDIQ.

Buyer will pay the fees expressly set forth in this Agreement. Seller is entitled to no other compensation or reimbursement.

Invoices shall be emailed to apinvoice@constellis.com in accordance with the Agreement's Invoicing Schedule, if applicable. Invoices shall be in form and content reasonably acceptable to Buyer. The following information must be included on the invoice for it to be processed for payment approval:

- Subcontract/Purchase Order number
- Description of goods/services, itemized by Agreement line item
- Hours expended performing service (if applicable)
- Period of performance

CONSTELLISAFG_1170760

**Edinburgh International**

A CONSTELLIS COMPANY

- Previous billed amount, current invoice amount, and cumulative billed amount (recurring purchases on the same Agreement only)
- Edinburgh International Representative Names
- Provide signed and accepted backup documents by subcontractor and Edinburgh International representative for products and services provided (such as DD250 or similar receipt). The invoice and backup documentation must clearly correlate the products or services including quantities and unit prices delivered to the amount of the invoice broken down by the Agreement line item. General statements like, "As provided in the Agreement" or "for goods rendered" and etc. are not acceptable and will be grounds for invoice rejection. Failure to provide this information and in clear and understandable language shall constitute grounds for invoice rejection.
- Cost Reimbursable expenses (to include travel) related receipts and supporting documentation (if applicable)
- Re-invoicing for the same service is unauthorized. Once an invoice is submitted and for whatever reason requires a resubmission the subcontractor must state that the original invoice is canceled by the resubmission and assigned a revision number. The subcontractor shall clearly indicate the date and number of the original invoice and state on the invoice that this is a revision of the original invoice and why the invoice is resubmitted. This is to preclude time and effort in researching invoices which results in delayed invoice payment. Resubmissions for the same service are grounds for invoice rejection.
- Applicable federal, state, and local taxes, duties, tariffs, and similar fees imposed by any government, all of which shall be listed separately
- Payment number based upon the Invoicing Schedule (if applicable)
- Wire instructions (non-US bank accounts only)
- The following certification shall be provided with each invoice submitted:

> *"I certify, to the best of my knowledge and belief that the above bill is made in good faith; that the bill is accurate; and the payment has not been received. The supplies and services set forth herein were performed during the period stated and are allowable and allocable in the performance of this subcontract."*

Please note that you may not invoice for compensation or reimbursement that is not expressly set forth in your agreement nor in excess of value or funding ceilings identified in your Agreement or specific line item(s).

In addition to the requirements herein, you may be requested to furnish additional receipts, documents and/or other supporting materials to verify the contents of any invoice.

Edinburgh International shall pay invoices, once approved, in accordance with Edinburgh International standard payment term of net 45 days from the date of submission of a "correctly presented" invoice as set forth above, unless otherwise specified in your Agreement.

All payments will be made in US dollars, unless otherwise specified in your Agreement.

Unless otherwise specified in your Agreement, payment shall be made electronically via direct deposit (ACH). If you are not already signed up to receive payment via ACH, please contact apinvoice@constellis.com for further direction. Insurance Requirements

**7) INSURANCE REQUIREMENTS**

Contractor shall within ten (10) days of signing any subsequent Task Order submit Certificates of Insurance evidencing coverage for DBA Insurance (as needed), Professional Liability, Liability Insurance, and General Liability for Bodily Injury, and Property Damage Insurance in accordance with the greater of the amounts in the following table:

CONSTELLISAFG_1170761

**Edinburgh International**

A CONSTELLIS COMPANY

| Required Policy/Coverage | Required Limits |
|---|---|
| Commercial General Liability Insurance | Provide bodily injury insurance coverage of at least $500,000 per occurrence |
| Automobile Liability Insurance | Provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with the performance of this Task Order. The amount of liability coverage shall be commensurate with any legal requirements of the locality and sufficient to meet moral and customary claims.<br><br>Extensions:<br>Policy shall apply to all vehicles including owned, leased, hired, and non-owned used in connection with the Subcontract. Edinburgh International, its officers, and employees shall be named as an additional insured. |
| Workmen's Compensation Insurance | Per Host Nation Statutory Limits required |
| Employers Liability Insurance | Per Host Nation Statutory Limits required |

8) **ADDITIONAL TERMS & CONDITIONS**

a) The Contractor shall maintain all the necessary licensing and registrations for all of the services it performs under this Task Order, and Subcontractor shall without additional reimbursement pay and remit all necessary taxes owed relating to such services in the localities where such services are being performed. In addition, Contractor shall be solely responsible for the payment of all third parties with whom it deals in providing such services including any necessary tax withholdings. Contractor indemnifies and shall be liable to Edinburgh International for all losses, costs, and expenses attributable to any acts of commission or omission by Contractor, its employees, or its agents relating to the Contractor's breach of the work to be performed or Contractor's failure to comply with any applicable local or international laws relating to the Services, including, but not limited to, any fines, penalties, or corrective measures.

b) Contractor agrees that the Contractor is solely responsible for paying all applicable Contractor withholding tax. Contractor understands that as per article 72 of Afghanistan Income Tax Law, Edinburgh International will be withholding the required Contractor withholding tax from each payment. If Contractor has a current tax exemption certificate and provides a copy, no tax shall be withheld.

c) **FORCE MAJEURE**. In the event of a Force Majeure, defined as Acts of God, Civil Unrest, Strikes, Government Actions, Military Actions or other events outside the control of the parties hereto, that affects the performance of the work under this Order, the affected party shall within 24 hours notify the other party.  In the event the Force Majeure continues for a period exceeding seven (7) days, the parties shall cooperate to mitigate the impact of the Force Majeure by all reasonable means and negotiate in good faith to reach agreement on alternative means to continue performance of the work under this Order.  In the event no mutually agreeable resolution is reached within 21 days of the start of the Force Majeure, Buyer shall have the right to terminate this Order without further obligation or liability, excepting payment for work previously performed.

CONSTELLISAFG_1170762

**Edinburgh International**

A CONSTELLIS COMPANY

# SECTION II: STATEMENT OF WORK

1) **Background and Purpose:**

   a) Background:

   Edinburgh International provides protective services OCONUS for USAID facilities, buildings, property and employees and their accompanying eligible household members, as well as any Diplomatic Security Services/Regional Security Officer-designated US and foreign dignitaries, diplomats, officials, employees, and others. Camp Oryx will provide the logistical hub for the Afghanistan operation as well as an office which will be registered as EI HQ in accordance with Afghanistan law.

   b) Purpose:

   Oryx Afghanistan shall provide complete life support, office facilities and storage to Edinburgh International and its employees residing at Kabul International container Yard (KICY).

2) **Period of Performance and Performance Locations:**

   a) Period of Performance

   February 19, 2021 – February 18, 2022

   b) Performance Location

   Kabul, Afghanistan

3) **Requirements:**

   The services provided will include the following:
   - Furnished office space
   - Single occupancy room (on request). Rate includes:
     - 3 full meals per day
     - 1 case (500mlX6) bottled drinking water per person/per day as needed
     - Three times per week laundry services
     - 24/7 internet
     - 6 days per week room cleaning
     - Fully furnished living quarters
   - Open Bay occupancy room (on request). Rate includes
     - 3 full meals per day
     - 1 case (500mlx6) bottled drinking water per person per day as need,
     - Six days per week room cleaning.
     - Full laundry service (bedding only)
     - Fully furnished living quarters
   - Laundry services, cleaning of accommodations and offices, MWR twenty-four (24) hours as required.
   - Provide dedicated/secured and protected parking space for six (6) vehicles. The space will be

CONSTELLISAFG_1170763



allocated for easy access for Edinburgh International personnel, and the cost excludes any additional services, such as washing, fueling, and monthly servicing

- Storage:
    o Use of secured storage inside warehouse and laydown yard.

4) **Reference Documents:**

Procedure for Regulating Activities of Private Security Companies in Afghanistan, Chapter Three – Obligations of a Security Company (Attachment A)

5) **Quantity and Schedule:**

| Line | Description | U/M | QTY Per Month |
|------|-------------|-----|---------------|
| 1 | *Single Occupancy Room | Day | 2 |
| 2 | *Open Bay Occupancy Room (per person) | Day | 3 |
| 3 | *Container Laydown (each) | Month | 4 |
| 4 | *Casual Meals (meals only/per person) | Each | 3 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | 1 |

6) **Security**

a) The contractor will provide the following security services:
- Expat Security Manager
- Armed Guard Force
- Manned Towers
- ECP Control
- Safe Room
- Security Enhancements
- Approach Road Security

7) **Task Coordinators:**

| | Oryx Afghanistan | Edinburgh International |
|------|------------------|------------------------|
| | Technical | |
| Name | Farhan Yusefzai | |
| Title | CEO | |
| Phone | 00093-700565666 | |
| Email | CEO@Oryx.com | |
| | Contractual | |



| Name | Eva Schwartz | Stephanie Moser |
|------|--------------|-----------------|
| Title | | Subcontract Administrator |
| Phone | | 703-673-5103 |
| Email | info@oryxafg.com | Stephanie.Moser@constellis .com |

The base Task Order and any prior modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and a pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order.

| Oryx Afghanistan: | Edinburgh International: |
|-------------------|-------------------------|
| | |
| Signature | Signature |
| | Jennifer Imhoff |
| Print Name: Farhan Yusefzai | Print Name |
| | Director, Subcontracts |
| Title: CEO | Title |
| | 2-23-2021 |
| Date: Feb/20/2021 | Date |

EXHIBIT

K

Islamic Republic of Afghanistan
Ministry of Interior



**Procedure for**

**Regulating Activities of Private Security Companies in Afghanistan**

Kabul, Afghanistan

Feb 2008 (Dalw 1386)

Prepared and arranged by: Joint Secretariat of Disarmament and Reintegration Commission for Ministry of Interior

1

CONSTELLISAFG_1435052

## Introduction

In order to fill the existing legal gaps for regulating the activities of private security companies, this [ procedure  nd guideline is enacted pursuant to the Private Security Companies draft law which was approved by the Council of Ministers in their meeting on 7 Jan 08 and which has been submitted to the parliament.

This  procedure is comprised of two major parts: the first part includes general provisions regulating activities of private security companies and the second part is composed of guidance to implement this TOR, which will continue to be  promoting after the enactment of the law.

The goal behind arranging this  procedure and guideline is to ensure transparency, accountability and quality services by private security companies in accordance with the laws of Afghanistan. In addition, this TOR and guidelines shall ensure that both employers and beneficiaries of these private security companies are satisfied with the quality of the provided service, and shall remove the public and government concerns over their illegal actions.

It is crucial for the private security companies to make sure that their services meet professional standards and that their services are not misused. To ease people's fears and doubt, the government of Afghanistan can not allow illegal armed groups to transform into private security companies and people need to be completely assured that illegally armed groups will not re-emerge in the form of such companies. Also the public need to be convinced that if such groups are involved in illegal activities, such as criminal activity , smuggling weapons and trafficking narcotics,  their activity  hall be stopped.

Ensuring the security of international institutions and development projects is one of the priorities of the government. Considering the current priorities of the country and the need for providing security services to the people of Afghanistan for which the Police, National Army and National Department of Security have direct responsibility, currently the government has given conditional permission to hire reliable and professional private security companies that can adhere to Afghanistan's laws and accepted international standards to provide security to the ISAF military bases, embassies, and large economic projects, so that Afghanistan's reconstruction process is not disrupted.

Standards mentioned in the guideline, attached to this  procedure , pave the ground for private security companies to provide their services in a more improved and professional manner; thus they can present a positive and reliable image of their services, and particularly they can hire and train capable and professional individuals to provide their services. At the same time, this  procedure and guideline prevents those irresponsible acts of security  institutions that undermine the credibility of the government.

Afghanistan, as a war-torn country, cannot tolerate irresponsible acts of private security companies, as there is no serious relevant regulation. The Government of Afghanistan will not under any circumstances allow private security companies to violate the laws of the country, the provisions of this procedure the guideline attached,  and  international human rights declaration.

2

CONSTELLISAFG_1435053

All private security companies operating in Afghanistan should apply for extending their operational permit, and adapt their performances in accordance with this procedure and guideline.

In addition, if an application for a permit or permit extension contradicts this procedure and guideline, or the required documents are not provided, the application will not be processed. It is to be noted that the possession of an investment permit from AISA (which is the legal body for investment in Afghanistan) is not sufficient to operate in the security sector without an operational license from the Ministry of Interior PSC Board.

Also, operations of the private security companies shall be assessed in a transparent process, based on the information provided. This assessment shall assist in identifying eligible companies that meet the standards, principles and laws of Afghanistan, and issue them an operational permit.

After the formally declaration approval of this procedure private security companies currently operating in Afghanistan will be given a 45-day deadline to complete and provide their documents and information to the Ministry of Interior to be processed. The PSC Coordination Board of the Ministry of Interior shall process the applications based on the chronological order/date that they were submitted to the secretariat of the board.


Ministry of Interior, Islamic Republic of Afghanistan

                Disarmament and Reintegration Commission

3

CONSTELLISAFG_1435054

Terms of Reference
Regulating Activities of Private Security Companies in Afghanistan

**In the Name of Allah, Most Gracious, Most Merciful**

**procedure  or Regulating Activities of Security Companies**

**Chapter One**

**General Provisions**

**Article 1:**

This   procedure is enacted based on Paragraph 4, Article 6 of the Law on Weapons, Ammunitions and Explosives, for the purpose of regulating the activities of security companies in the country in order to fill the legal vacuum until the enactment of the relevant law.

**Article 2:**

Provisions of this  procedure are applicable only to those security companies that have been active in the country prior to the enactment of this  Procedure

**Autrothority for  Regulating Activities**

**Article 3:**

The Ministry of Interior is the only authority that regulates activities and other affairs of the security companies throughout the country, and it shall  control  their activities.

**Definitions**

**Article 4:**

Terms used in this procedure shall have the following meanings:

1. **Security Company**: A   profit making , non-political and non-governmental company that functions according to the provisions of this  procedure to establish security of natural and real persons.
2. **National  Security Company**: A security company established by Afghan citizen or citizens or by partnership of Afghan/s and foreign citizen/s in accordance with the laws of Afghanistan and which have acquired a security activity license based on the provisions of this  Procedure
3. **Foreign Security Company**: A security company established in accordance with the law of a foreign state to provide security services in Afghanistan, having its head office in a foreign country and which have acquired a security activity license in Afghanistan according to the provisions of this  Procedure

4

CONSTELLISAFG_1435055

4. **Security Services**: Activities performed in accordance with the provisions of this procedure for the purpose of establishing security of real and natural persons, logistics, transportation, goods and equipments, training security employees. and warning services

5. **Security employee**: A natural person appointed by a security company according to the provisions of this procedure in order to perform activities provided n paragraph 4 of this Article.

6. **Operation license**: A written document issued in accordance with the provisions of this procedure in order to perform the activities provided in paragraph 4 of this Article.

## Contraction

### Article 5:

Private Security Company shall be referred to as "Security Company" hereinafter in this procedure.

### illicit Activities

### Article 6:

(1) A Security Company is not allowed to perform the following activities:
1. Protect the borders of the country.
2. Provide the security of governmental offices, properties and facilities.
3. Provide the security of highways (private road construction companies, convoys of companies, international organizations, official delegations and political agencies of the foreign states are exempted)
4. Provide the security of holy places
5. Provide the security of historical areas, mines and forests unless such areas are transferred to the private sector in accordance with the provisions of the law.
6. Other issues as decided by the Ministers' Council

(2) In emergency cases, security can be provided for important facilities or big governmental and mixed economic facilities as recommended by the ministries or relevant departments and with the approval of the Ministers' Council; subsequently, the Ministry of Interior shall monitor the process.

### Observing provisions of valid Laws and this procedure Article 7:

A Security Company is obliged to observe the provisions of the valid laws of the country and this Procedure

### High Coordination Board

### Article 8:

(1) In order to regulate the affairs of, and coordinate the activities of, the security companies and issue operational licenses for the applicants, the High Coordination Board (HCB) of security companies' affairs shall have the following composition, based on the proposal of the Interior Ministry and approved by the President:

5

CONSTELLISAFG_1435056

1.  Minister of Interior - as the director
2.  First Deputy of Defense Ministry as a member
3.  Deputy Minister of Foreign Affairs Ministry as a member
4.  Deputy Minister of Finance Ministry as a member
5.  Deputy Minister of Commercial and Industries Ministry as a member
6.  Deputy of the National Directorate of Security as a member
7.  Head of Criminal Investigation Department as a member
8.  Head of Counter-Terrorism Department as a member
9.  Head of Intelligence Department of Interior Ministry as a member
10.  Authorized representative of the National Security Council of Islamic Republic of Afghanistan as a member
11.  Head of the Afghanistan Investment Support Agency as a member

(2) The administrative and executive affairs of the HCB shall be regulated by the department which has been established under the framework of the MoI Counter-Terrorism Department and whose structure has been approved by the President.

## Duties and Authorities of the HCB

**Article 9:**

(1) Duties and authorities of the HCB are as follows:
1.  verifying   the application of the applicant.
2.  Proposing the issuance of the operational license to the Council of Ministers.
3.  Issuing licenses for carriage of weapons, munitions, armored vehicles and other related equipments.
4.  Determining the number and type of weapons.
5.  Determining the number of the staff of a Security Company and any necessary decreases.
6.  Rejecting the application of applicants who do not meet the requirements for providing security services.
7.  Monitoring the operations and structure of each Security Company, as well as the number of weapons, munitions,  of the central  offices of the company.
8.  Giving advice to improve the quality of services.
9.  Investigating violations made by a Security Company.
10. Annulling the license and stopping the operation of a Security Company.
11. Proposing more limitations regarding the issuance of the operational licenses of security companies to the Council of Ministers.
12. Regulating other issues related to the security companies as recommended by Council of Ministers.

(2) The operation of the HCB shall be regulated in a separate by-law.
(3) Hereafter the High Coordination Board of security companies' affairs shall be referred to as "HCB" in this TOR.

CONSTELLISAFG_1435057

**Number of Staff**

**Article 10:**

The number of staff of each Security Company shall not be more the 500 people, unless the Council of Ministers agrees an increased number of staff.

## Chapter Two

## Operational License

**Possession of an Operational License**

**Article 11:**

The real and natural persons (nationals and foreigners) shall not establish a security company or provide security services mentioned in the paragraph 4 of this procedure   without having an operational license in accordance with the provisions of this procedure.

**Scopes and Types of Operation of Security Company**

**Article 12:**

The operational license of a Security Company shall be issued through the Secretariat of the HCB, with consideration as to the scope and type of operation of the Security Company, based on the recommendation of the board after the approval of Council of Ministers.

**Contents of the Application Form**

**Article 13:**

(1) Applicants who want to obtain an operational license for a Security Company shall submit their request to the Ministry of Interior, using the correct form No-1 and the guidance attached to this procedure   having filled in the appropriate forms.
(2) A Foreign Security Company, in addition to completing the information form mentioned in paragraph 1 of this article, is obliged to submit the following documents:
    1. Copy of the documents of incorporation and operational license of the company established in the relevant country.
    2. Copy of documents about the security operations in other countries (if applicable).
    3. Other documents which prove security activities of the Security Company.
(3) The documents mentioned in paragraph (2) of this Article should be  certified by the official bodies of that country and the Embassy of Afghanistan in that country.  The Ministry of Foreign Affairs of Afghanistan shall present these documents to Ministry of Interior.

7

CONSTELLISAFG_1435058

(4) Based on the provisions of this procedure the HCB shall thoroughly review the documents according to the paragraph (1 & 2) of this Article within a month. If the applicant is considered qualified, a proposal to issue the operational license shall be presented to Ministers' Council.

(5) In a case where the HCB finds the applicant unqualified, the applicant shall be notified of the reasons within two months of the submission date.

(6) In a case where the HCB rejects the application without any acceptable reason , the applicant can complain to the Ministers' Council. The Ministers' Council shall review the issue and make a decision. This decision shall be final.

## Conditions of Issuance of License to a Foreign Security Company

### Article 14:

Besides observing paragraph (1, 2, and 3) of Article 13 of this procedure an operational license shall be issued to a Foreign Security Company under the following conditions:

1- Having a Security Operation License from another country, as well as the home country.
2- Having a charter containing goals, structure and scope of activity of the company.
3- Providing a document showing transparency of security activities of the company with the confirmation of competent authorities of the countries which the company is operating in, through Ministry of Foreign Affairs of Afghanistan.
4-  Foreign staff of security company should have stay visa in Afghanistan
5- The Operations Manager of the Security Company should have a military training certificate.
6- The Operations Manager should have a background check certificate on non existence of criminal record from Interpol and the police administration of the home country.
7- Providing information about present and future programs.
8- Having committed to observe IPOA standards.
9- Having a minimum of 30 years of age for the Operations Manager in Afghanistan
10- Giving a written commitment to observe the provisions of this procedure and other valid legal documents of Afghanistan, as per the attached guideline.
11- Paying the license fee according to the attached guideline to the state income account in Da Afghanistan Bank.
12- Presenting a legitimate bank guarantee according to the attached guideline of this TOR.

## Conditions of Issuance of License to a Local Security Company

### Article 15

Besides observing paragraph (1) of Article 13 of this TOR, an operational license shall be issued to a Local Security Company under the following conditions:

1-  Having a charter containing goals, structure and scope of activity of the company.
2- Director, members and the Operations Manager have not been convicted of a misdemeanor or felony not been suspect or accused of such crimes.
3- Operations Manager of security Company should have a military training certificate.
4- Staff not be suspected of or accused of human rights violations, as confirmed by the Afghanistan Independent Human Rights Commission.

8

CONSTELLISAFG_1435059

5- Providing information about present and future programs.

6- Having committed to observe IPOA standards

7- The Operations Manager being at least 30 years of age

8- Giving a written commitment to observe the provisions of this procedure and other valid legal documents of Afghanistan, as per the attached guideline.

9- Paying the license fee according to the attached guideline to the state income account of Da Afghanistan Bank.

10- Presenting a legitimate bank guarantee not less than 10 million Afghanis.


## The Period of Validity of an Operational License

Article 16

The validity period of a security company operational license is for one year and when the period of validity is ended, the security company must renew its license in order to continue operations.

## Presenting Operational License Renewal Request

Article 17

(1) The security company must request the renewal of its operational license to the Ministry of Interior Affairs a month before the period of validity is ended.

(2) During the renewal of the operation license, foreign and local security companies must pay the amounts included in section (11) of the article 14 and section (9) of article 15 of this TOR to cover administrative expenses.

(3) The amounts mentioned in paragraph (2) of this article shall be submitted to Da Afghanistan Bank state income account.

## Terms and Conditions of Employment

Article 18

(1) Any Afghan that has the following qualifications can be employed as security staff of a security company:

1- Having national ID card.

2- At least 25 years old

3- Having a graduation certificate from military training school or of military short term training from a Security Company.

4- Not being suspected or accused of human rights violations, as confirmed by the Afghanistan Independent Human Rights Commission.

5- Being neither convicted of any crimes of misdemeanor or felony nor being suspect or accused of Such crimes

(2) A foreign citizen who has the following qualifications can be employed as security staff of a security company:

1- Having a work/residence permit in Afghanistan

2- Having the qualifications included in section (2, 3 and 4) paragraph (1) of this article.

9

CONSTELLISAFG_1435060

3-

   3 – submitting a certified document by the home country or Interpol on non existence of criminal record whenever needed with the expense of employer company

## License for Carrying Weapon

Article 19

(1) The staff of the security company can not carry weapons, ammunitions and other equipments out of the areas mentioned in the operational license and can not move with unlicenced armored vehicles.
(2) The license cards for weapons, ammunitions, other equipment, and armored vehicles included in paragraph (1) of this article are prepared and distributed by the High Coordination Board according to the attached guideline; the security company must pay the appropriate fee. The fee table is included in the guideline as Table 4.
(3) The amounts mentioned in Table 4 should be submitted to Da Afghanistan Bank state income account.
(4) The validation period of the licenses of this article, that are separately issued for each weapon or armored vehicle, is for one year; after one year the license can be renewed through paying the appropriate fee.

## Prohibition of ownership or partnership

Article 20

Based on the decision of Ministers' Council issued on 7th January 2008, the President, Vice-presidents, directors, members of the lower house, Chief Justice and members of the Supreme Court, judges, ministers, Attorney General and his deputies, prosecutors, directors of commissions and independent governmental administrations, directors and high ranks of political parties, officials of Ministry of Defense and Ministry of Interior and Directorate of National Security and their relatives up to the second degree can not be the owner or partner of a security company.

10

CONSTELLISAFG_1435061

**Chapter Three**
**Obligations of a Security Company**

<u>**Prohibitions**</u>

<u>Article 21</u>

The responsible officials and the staff of the security company must refrain from the following acts.

1- Participation in political activities.

2- Provision of funds for parties and candidates of political parties and other electoral candidates.

3- Using funds for religious activities.

4- Recruiting people collectively from one tribe or party.

5- Use film and  tinted  glass in the vehicles without a license

6- Providing services contrary to those on the operational license.

7- Buying, selling and distributing weapons, ammunitions and explosives.

8-  keeping  carrying, transferring and making use of heavy and medium weapons and heavily armored vehicles.

9- Making use of police or national army uniform or uniforms similar to them.

10- Recruiting the serving officers, sergeants, soldiers and other active officials of the Ministry of Defense and Ministry of Interior and other state departments.

11-  keeping or using non-registered light weapons and non-registered ammunition.

12- Carrying the weapon, ammunitions and equipment out of the areas of operation.

13- Performing other activities contrary to the law.

<u>**Uniform**</u>

<u>Article 22</u>
A security company must have the uniform, logo on the uniform of their security staff, and logo on their vehicles approved by the HCB.

<u>**Authority for procurement of equipment and ammunition**</u>

<u>Article 23</u>
**(1)**The security companies must provide details of their communication equipments in accordance with the provision included in paragraph 4 of the 8th article of the Regulation for using Radio Frequencies and Wireless Communication Systems in Afghanistan.

**(2)**The required weapons, ammunitions and equipments of the security companies shall be supplied in accordance with the included provision of paragraph 2 of article 4th of the Law on Firearms, Weapons, Ammunition and Explosives. The way to provide shall be regulated and guided by the HCB in line with the above-mentioned article.

**Rights and privileges**

Article 24

11

CONSTELLISAFG_1435062

**(1)**The security company must  have insurance policy for its staff

**(2)** Salary and other  privileges for the security company staff shall be based on the work contract, Labor Law and other related legal documents .

## Report of any changes

### Article 25

The security company must inform the Ministry of Interior before bringing any changes to the documentation in Article 13 of this procedure.

## Performance report

### Article 26

The security company must report its performance and activities to the HCB  quarterly .

## Loss compensation

### Article 27

The security company is responsible for compensation for losses resulting from unlawful acts of its staff. In a case where the Security Company refuses to pay the compensation the amount shall be  taken   from the bank guarantee, based on the authorized court order.

**Chapter Four**
**Monitoring and Reporting**

## Monitoring authority

### Article 28
**(1)**The HCN must monitor the activities of the security companies through the city police headquarters, national security departments or assigning a mixed assessment body which is to be appointed and announced by board.
**(2)**The police headquarters and department of national security of each province and district are obliged to identify any breaches of law by the security companies and report them through the relevant department to the HCB.

## Presenting of documents

### Article 29
The security companies must maintain the documents and record of their activities and present them to the assigned body on demand.

12

CONSTELLISAFG_1435063

## Chapter Five
## Violations of the Law by the Security Companies

**Investigations of violations**

**Article 30**

Any breaches of the law by security companies and their staff shall be verified by the HCB in accordance with the provisions of this procedure.

**Violations:**

**Article 31**

(1) A security company is to be legally inspected if it breaches the provisions of this procedure and other laws of Afghanistan and the Board can introduce them to the Prosecutor's Office for investigation:

    1- The existence of any unregistered weapon in the offices of the Security Company or the buildings belonging to the security company's officials or the place where the relevant company is in charge of security.

    2- The existence of any kind of unregistered ammunition and equipments in the offices of the security company or the buildings belonging to the security company's officials or the place where the relevant company is in charge of security.

    3- Obtaining weapons of the security company from an unauthorized person.

    4- If a member of the security company is armed but has no license outside of the compound or place where they are duty bound to provide security.

    5- If an armored vehicle is moved without being registered and licensed or is out of the area of operations without having obtained the special permission of the HCB.

    6- If the uniforms of the security company staff are not marked with security company sign or if staff are carrying a weapon without uniform.

    7- Not having the appropriate Security Company sign on a vehicle.

    8- Recruiting a person convicted of a misdemeanor or felony or Or suspect and accused of such crimes .

    9- Using of film and tinted glass in the vehicles without an official license.

    10- Being dressed in national police or national army uniform or similar to it.

    11- Recruiting of more security staff rather than allowed in the license.

    12- Delaying the renewal of the license.

(2) In case of repeated breaches of articles included in paragraph (1) of this article, the activities of the security company will be restricted and, in accordance with the valid laws of Afghanistan, they would be treated as a recidivist.

(4)The lists of weapons, ammunition, equipments and the vehicles included in sections (1-8) first paragraph of this article, shall be submitted to Ministry of Interior Affairs.

(5) For offenses mentioned in sections (1 – 12) of first paragraph of this article, the offender is to be punished in accordance with the laws of Afghanistan.

**Conditions for license cancellation and stopping of company's activities:**

13

CONSTELLISAFG_1435064

**Article 32**

(1) The operational  license of the security company  can be cancelled and their activities can be stopped under the following conditions, based on the decision of the HCB:

    1- If the security company commits the acts included in sections (1, 2, 3, 6,4,7,8 and10) of the 21st article of this procedure.

    2- If the breaches included in paragraph (1) of the article (31) of this procedure are committed more than two times by the security company or its staff.

    3- If the validity period of the security company license has ended and/or no request is made within (10) days for its extension.

    4- If an employer refuses to continue its contract with the security company and meanwhile the security company has no other contracts in addition.

    5- If the security company decides not to continue its operations or does not report to the secretariat of the HCB for a period of six consecutive months, or the given report is considered to be false.

    6- If the Ministry of Interior itself provides the security activities mentioned in the license of the security company and when there is no longer a need for such a company.

**(2)** For action taken under the sections of paragraph (1) of this article, the Ministry of Interior must inform the relevant security company in writing about the decision of the HCB and stop the activities of the company immediately.

**(3)** In the circumstances mentioned in parts (1 and 2) paragraph (1) of this article, all relevant weapons, ammunitions, equipments and vehicles shall be collected and submitted to the Ministry of Interior.

## Implementing the decision of the HCB

**Article 33:**

The decision of the HCB in regards to canceling the license and stopping the activities of a security company shall be enforceable.

14

CONSTELLISAFG_1435065

**Chapter Six**

**Miscellaneous Provisions**

## Utilizing the services of a Security Company

**Article Thirty Four:**

(1) Non-government real and legal persons can utilize the services of a security company within the provisions of this procedure .

(2) Utilizing the services of a security company shall be based on entering into a contract between both parties by taking into consideration the provisions of this Procedure

## Surrendering or Transferring Weapons

**Article Thirty Five:**

(1) In circumstances set forth in parts (3, 4, 5 and 6) of paragraph (1) of Article 32 of this TOR, the security company shall surrender the weapons, ammunitions, armored vehicles and other equipment to the Ministry of Interior against a fixed amount of money determined by the HCB.

(2) If the security company refuses to abide by the provision of paragraph (1) of this Article, the weapons, ammunitions, armored vehicles, and other relevant equipments shall be delivered to Ministry of Interior and the authorities of the security company shall be prosecuted by the Prosecutor's Office.

(3) In circumstances stated in paragraph (1) of this Article, International Security Companies shall either take the weapons, ammunitions, armored vehicles and other relevant equipments out of the country or give them to Ministry of Interior for free. In case of refusal, weapons, ammunitions, armored vehicles and other relevant equipments shall be collected and given to Ministry of Interior and the Authorities of the Security Company shall be prosecuted by the Prosecutor's Office.

## Determining the position of the existing Security Companies

**Article Thirty Six:**

(1) Security companies that had been established prior to the enforcement of this procedure shall present their applications at most within 10 days to HCB in line with the provisions of this Procedure

(2) The HCB shall verify the applications of the Security Companies referred to in paragraph (1) of this article and take decisions based on the provisions of this procedure .

(3) Security Companies shall be obliged to register the weapons, ammunitions and equipments that they have got in violation with the provisions of Law on Weapons, Fire Arms, Ammunitions and Explosive Materials to Ministry of Interior within one month.

15

CONSTELLISAFG_1435066

**Exceptional Licensing**

**Article Thirty Seven:**

If the license of a security company is canceled or either the contractor or security company quits providing security services, the contractor can sign a contract with another international security company. In such cases, the newly-contracted international security company may exceptionally be given a license.

**Establishment of Bills**

**Article Thirty Eight:**

The HCB can establish some special bills and work procedures to regulate Security Companies' affairs and implement provisions of this TOR in a better way.

**Article Thirty Nine:**

This procedure shall be enforced after the approval of the President, and shall be implemented according to the attached guidance; this procedure shall be enforced and valid until the law on private security company is approved and enacted and this TOR is officially announced invalid.

**Article Forty:**

Security companies that were previously licensed as logistic companies in Afghanistan and now are providing security services for organizations or accompanying logistical convoys shall be evaluated very carefully, according to their signed contracts and the valid laws of the country. The HCB shall decide whether to license them or not. In a case where they have breached the terms of their first license, the issue should be handled by the Administration that provided the original license for them.

16

CONSTELLISAFG_1435067

| | | |
|---|---|---|
| Remarks | | |
| Logo of the Company | | |
| Number and type of armored and non-armored vehicles | | |
| Number of Radios | | |
| Type of Weapon | | |
| Quantity of Weapons, Ammunitions and equipments | | |
| Number of Security personnel | | |
| Background of activities of the Company | | |
| Establishment Date of Company | | |
| Location of Security Company | | |
| Type and area of Activity | | |
| Abbreviated name of the Company | | |
| Name of Company | | |
| **Personal Data of the Operative Director** | Work background | |
| | Land Mark of the house | |
| | Visa No | |
| | Passport No | |
| | ID No | |
| | Telephone No | |
| | Present Address | |
| | Permanent Address | |
| | Grandfather's Name | |
| | Father's Name | |
| | Name | |

Signature of the Operative Director of the Security Company
Date

tor of the security company

CONSTELLISAFG_1435068

| Name and Address of the Founder of the Security Company | Work Background | |
| | Visa No | |
| | Passport No | |
| | ID No | |
| | Land Mark of the house | |
| | Telephone No | |
| | Present Address | |
| | Permanent Address | |
| | Grandfather's Name | |
| | Father's Name | |

**Islamic Republic of Afghanistan**

**Ministry of Interior Affairs**

**High Board of Coordination of Security Companies' Activities**

| |
|---|
| Photo of Company's Director |
| Photo of Company's Operative Director |

**Work License of Security Company:**

1.  Director of the Company
2.  Operative Director of the Company
3.  Number and Date of the Cabinet Council's approval
4.  Number and Date of registration
5.  Validity Period
6.  Name of company
7.  Type of company
8.  Area of operation
9.  Number of personnel
10. Number and type of weapon
11. Number of armored and ordinary Vehicles
12. Location of company

18

CONSTELLISAFG_1435069

Minister of Interior Affairs

Signature

19

**CONSTELLISAFG_1435070**

**Section Two**

**Guidance on implementing the procedures on regulating the affairs of Private Security Companies in Afghanistan**

**Processing the Applications in regards with issuing or renewing Licenses for Security Companies**



First Step

Preparation of Documents and Information

- Documents Specifications
- Documents
- Documents duplicates in Dari and Pashto Languages

Second Step

Presentation of Documents

- Submitting 3 copies
- Signing and submitting commitment letters by Head and its Legal Consultant
- Issuing receipt of documents

Third Step

Verification

- Reviewing Documents
- Site visit (at least three regions)
- Confirmed by:

Members of Registration Board (Criminal, Intelligence, Joint Secretariat)

Forth Step

Board Decision

- Presenting confirmed report to the board
- Board Decision

Rejection of the Application

20

CONSTELLISAFG_1435071

| Approval of Cabinet Council and issuing the License |
| --- |

**Phase One**

## Preparation of Essential Documents and Information

- All documents should be written on official letterheads of Security Company.
- All the papers shall be marked with the stamp of the company.
- Should be translated into Dari and Pashto languages.
- All documents shall be presented in files decorated with the logo of the company.
- Since it is essential to have the logo of the company on its vehicles and uniform of personnel, the picture of the company's logo and the uniform shall be placed in file before document #one.
- Complete address and telephone number of the central office of the company should be clear.
- They should have certification of Registration from their own country.

### Document No 1. Formal Application to Get License for private security company:

If you already have the license from AISA and the Ministry of Interior from last year, you have to apply for the renewal of the license in accordance with this TOR. But if you do not have the last year's license, you have to apply to the Ministry of Interior for the license and apply to ASIA for the commercial license. (It is worth mentioning that issuing new licenses is postponed until receiving a direction in this regard, and based on Article No 37, the new licenses are issued only if the Cabinet Council approves). Those companies that obtained licenses as logistics providing companies, but are currently providing security services and escort security convoys shall provide all necessary information as specified in this guidance so that they shall be dealt with in accordance with Article 40 of the this TOR.

All letters shall be addressed to the Minister of Interior who is also the Chairman of the Board:

Interior Minister of Islamic Republic of Afghanistan
Ministry of Interior
Kabul – Afghanistan

### Document No 2. Afghanistan Investment Support Agency License:

An attested copy of the original license of the company shall be approved by AISA (The approval shall be done by AISA – You may refer to the Afghanistan Investment Support Agency so that they re-stamp the issued license in red color).

For further information about registration and obtaining the license from AISA, you can visit http://www.aisa.org.af.

### Document No 3. Issues regarding Coordination (structure of the company):

21

CONSTELLISAFG_1435072

An official document showing that the company is registered in legal entities of its native country shall have the stamp of an authorized official of that country.

## Document No 4. Company's Management:

List of responsibilities, addresses, previous job, E mail, and telephone numbers of the following members shall be provided:

- Page # 1: members of the board ( Main office )
- Page #2:  executive team in country level ( director + at least one high ranking authority including  appointed representatives  in the host country )

## Document No 5. Information about the Company:

Information about the Company's activities outside the country or the countries where the company is operating including Afghanistan:
- Official name of the security company
- complete registration address  , including the map or (Google Earth)
- Detailed contact  address  including Email address and telephone number
- **Report of major activities and contracts in other countries**
- Brief report on financial situation of the security company during the last three years.

## Document No 6. List of Personnel (employees)

Two different lists of the personnel shall be provided (Afghan Personnel and foreign personnel)

Requested information:

Part one – Afghan employees

- full name
- full name of the father
- Date of birth
- Place of birth
- Complete address ( street , house , district )
- pervious Occupation and rank
- Marital status
- Membership in political parties during Jihad/ resistance
- Current position in security company
- Starting and ending dates of contract
- Afghan ID card Number

Part Two – foreign employees

22

CONSTELLISAFG_1435073

- Full name
- Date of birth / Age
- Nationality
- Previous position  and rank
- Current position in security company
- Starting and ending  dates of contract
- Passport number
- Work permit in Afghanistan

**Document No 7 Commitment letter regarding the personnel:**

On the Commitment Letter signed by the chairman of the company, the chairman of the company guarantees that the employed personnel have the following qualifications:

- Have mental and physical health and  their medical checkup is completed
- should be at least 21 years old
- should have Passed the training on use and maintenance  of the  weapon
- Shouldn't have been imprisoned or committed crime
- Shouldn't have contact with terrorism and shouldn't continue relation with other illegal armed groups
- Should not have hired individuals in groups
- All newly  hired employees should have filled and submitted the recruitment forms Document **No 8. Weapons:**

Security companies shall not be permitted to have weapons with more then 7, 62 mm diameter (except pistol)

Security, military institutions functioning directly under ISAF and NATO command should get special permission from coordination board.  Surely in case there would be a need for having bigger caliber weapon it is important to provide complete details so that the board should decide on such issue. These weapons shall be used only under direct supervision and control of ISAF and NATO.

Brief report of weapons and complete list of weapon should be provided as below:

Part one: brief description of the weapon

- Type of weapon
- Diameter of weapon
- Number of weapon

Part two: complete list of weapon

- Type of weapon
- Diameter / model
- Serial number

23

CONSTELLISAFG_1435074

- Country

Note: The Total number of weapons should be in accordance with the brief report of weapons.

## Document No 9. Vehicle List:

Information about imported and purchased vehicles used by Security Companies should be provided in three lists with the stamp of the Security Company. (See attached forms V11)

Vehicles should be listed according to the model:

Requested information for all types of vehicles (imported, purchased, rental vehicles in Afghanistan):

- Made in
- Model
- Year
- Color
- Engine No
- Chassis No

Additional information should be written at the bottom of the chart as notes.

**Note:**

- Make sure that the vehicles are registered in their original color. If the color is changed, additional information should be provided at the bottom of the chart as note.
- Security Companies shall not drive cars with dark glasses/tented cars.
- Security Companies shall not use armored vehicles without permission of Ministry of Interior . (this permission shall be taken from Registration Board)
- All vehicles that Security Companies are using shall have the logo of that Company on all sides of them.

## Document No 10. Summary of Contract:

A copy of every contract that shows the amount of contract shall be provided. In each contract the following information should be mentioned:

- Contracting organization (who has employed you- and what types of activities and where contracting organization is dealing with?)
- Work duration (duration of contract)
- Location (where you will do your work)
- Brief explanation of the contract (staff's security, guards, security of the location, convoys' security)

## Document No 11. Guarantee:

Security Company shall present original copy of Bank Guarantee whose value is not less than Af 1500000 with a document confirming the asset. Bank Guarantee is acceptable if it is from Da

24

CONSTELLISAFG_1435075

Afghanistan Bank or other valid banks whose guarantee is acceptable to the Board. The board independently shall verify the accuracy of each guarantee with its original administration. The presented bank guarantee needs to have one year validity. In case of presenting inaccurate information, the matter shall officially be prosecuted and application of Company regarding the license shall be rejected. This document shall be valid just for one year and shall be renewed annually, and its renewal depends on the period of license.

## Document No 12. Confirmation of Insurance

Based on procedures, the security company shall present the document showing the approval of the Insurance. This document shall be valid for one year and shall be renewed annually and its renewal depends on the license validity period.

## Document No 13: Commitments

Ministry of interior should ask all security companies to sign the agreement. Sample of this agreement is available in annex (2). By signing of this agreement the security companies will be agreed to perform following items.

- Information should be provided in accordance with document (6) section two of the information about the person who will be entered to the country as newly appointed foreign employee.
- Using private security company's formal signs in accordance to the provided index.
- Obeying Afghanistan laws and regulations
- Observing Security Company's   procedure and provided information should be prepared in accordance with existing guideline.
- Fighting against administrative corruption- and committed to not be involved in any type of the administrative corruption.


## Document No 14: Copy of Telecommunication license

- All security companies should get license from the Ministry of telecommunication for the use of the telecommunication equipments.
- Security companies should provide list for type, model and quantity of radios that are going be used.

25

CONSTELLISAFG_1435076

**Phase Two**

### Presenting of Documents

Four original copies of the documents should be provided and submitted (a copy to the board, a copy to DDR commission and at the end commission will submit to the National Security Council and two copies will be submitted to the Ministry of interior (Secretariat and Board Directorate). Documents altogether will be submitted to the secretariat and later through the secretariat will be sent to aforementioned authorities for further executions.

Director and legal consultant of security companies should be present during submission of the documents and while submitting the documents the agreements should be signed and stamped in the registration office of the security companies.

Registration office of the security companies' (Secretariat Board) should scrutinize the documents in accordance with the documents index and when get sufficient information about the completeness of the documents then should issue receipt of the documents.

Registration office of the security companies (Secretariat Board) should immediately and formally inform the director about the formal transferring and submission of the documents by mentioning the exact date and time and the documents should be prepared and sent for the decision of the board by taking the determined period into consideration in the  Procedure

CONSTELLISAFG_1435077

**Phase Three**

**The Ministry of Interior Assessment**

a.  Ensuring conformity of the documents with the guideline

b.  At least three visits should be made from the areas where the security company is operating and in case of necessity the assessment team will be assigned to do additional visits based on the board decision. If the security company requests to get license in accordance with article (37) of the TOR, the issue should be scrutinized with the contractor and ensure their ability. Meanwhile the security company which had previous responsibility should act based on its commitments in accordance with the TOR and its license will be canceled, and the places which will be entrusted to the new company should be visited.

c.  The presented documents should be approved in specific sections by following relevant authorities within two weeks after submission.

- Joint secretariat (Representative of Ministry of Defense, Ministry of Interior, National Directorate of Security and National Security Advisor Office, ISAF, UNAMA)
- The list of individuals who will be hired through the security company should be scrutinized by the Criminal Investigation Department.

27

CONSTELLISAFG_1435078

**Phase Four**

**To Grant License**

- Presenting assessment report of security companies' activities to the high board of coordination.
- Convening board session and to take decision about rejection or acceptance of the application.
- Approval of the ministers council ( brief report shall be presented about each security company by the head of the board to the ministers council and will be approved by the ministers council)
- Paying license fee to the government incomes account in the Da Afghanistan Bank and a copy of the bank receipt shall be present to the secretariat.
- Signing and issuing license

**Method of Performances in Other Cases:**

1. Coordination board of security companies will create a webpage and all the information about the security companies will be available for more information of the public through this webpage. In this webpage following information will be included but will not be limited only to this information.
- Government policy, regular and legal framework to assist the security companies and their license.
- Information about coordination board and registration guideline for security companies
- Key information about licensed security companies and their contact address.
- Announcement on decisions of board.
- Providing contact address in order to receive complaints against private security companies
2. License fee and other payable fees regarding issuance of cards to carry weapons, armored vehicles and other cases which will be payable in accordance with annex No (4) of the guideline and then all collected money in these cases should be deposited to the government income account in the Da Afghanistan Bank and the receipt should be formally submitted to the office of secretariat board (registration office of the security companies).

28

CONSTELLISAFG_1435079

Annex1

## Using of Force

## Law on Using of Force by Private Security Companies in Afghanistan

Using of arms (Force) by the security companies in necessary conditions should be limited to defend their own and should be seriously take into consideration the provision of article (20) of police law and article (59) of general penal code. Therefore, the security companies are duty bound to seriously consider following 7 important points.

### 1. Cooperation with National and International Security Forces

Security companies are duty bound to cooperate with security forces of Islamic Republic of Afghanistan, ISAF forces (NATO) and coalition forces. These companies are duty bound to observe the principles, discipline and security polices and do not have the right without check and control to pass checkpoints of Afghanistan armed forces or international forces which are assigned to ensure better order and security, although they are permitted to carry weapons but do not have the right to target these forces by their weapon but should treat respectfully the responsible persons of these checkpoints.

### 2. Using of Weapon (Eliminating force)

Using of force or weapon mean to cause death or serious body injuries, these types of weapon and force can be used only under the following conditions:

–   In case of self defense in accordance with the law
–   In case of defending a person or property which he/she is formally in charged to protect mentioned person or property or being imposed by terrorists, kidnappers and others attacks.
–   In case when defenseless civilian people get threatened or attacked and there are no any other responsible organizations in the area to help or rescue civilian people in such cases.

### 3. No Use of Force in the Following Cases

Private Security Companies DO NOT Have the Right to Use their Force under the Following Conditions:

–   To defend the accused person which his /her arrests order was issued even though that the accused person is their boss.

29

CONSTELLISAFG_1435080

- To support and ensure security of individuals and persons who are involved in drugs trafficking and smuggling.
- To protect and ensure security of recidivist criminals, government armed insurgents, smugglers of relics and private companies which have not licensed officially.

In case of violation of these principles, the employees of a security company will be counted as rights violators and shall be punished in accordance with the provisions of the penal code. If the employees are imprisoned due to violation of law, their weapon license shall be immediately canceled and all their activities in the security company shall be postponed.

### 4. Employment of trained individuals.

The security companies should assign the trained individuals for fulfilling of their services and before assigning should provide them with training. They should pass a training period before giving them the permission of carrying the weapon.

Those private security companies' individuals who carry weapons should always have Identification card and License of the weapon with themselves.

### 5- Usage of gradual power

For cautionary purpose and prevention of the risk during the daily activity the following measures should be taken:

- **Freezing** : with loud voice should stop individuals
- Physical encumbrance: should stop them from moving forward or their access through taking physical actions on the scene before officially delivering them to the police or relevant authorities.
- **Threat** : in a case the above instances does not prove effective should threaten with the weapon

**Air shoot** : Only in case of severe danger situation and in circumstances that there is no alternative to prevent the danger, air shooting will be the first choice, in case all other possibilities are limited and only for self defence use of firearms and force is allowed according to the laws of Afghanistan.

- .

6- When an unavoidable needs happen to use the firearm in the case the following points should be taken into consideration:

- Shooting should be only toward the goal
- While shooting the safety of innocent individuals who are in the site should be taken into consideration.
- Immediately the local police need to be informed and seek assistance concerning the event.

### 7- Prevention of civilian causalities:

In all situations the civilians should be respected. One of the main factor of inconvenience and unreliability of the people toward the government is the issue of civil causalities. By preventing

30

CONSTELLISAFG_1435081

such casualties trust of the people can be obtained. Hence the following issues should be taken into consideration:

- Should respect the religious values, human rights, tradition and custom of Afghan people.
          - All possible measures should be taken in order to prevent the local individual causalities.


- Workers of the Security companies' can stop or body search the civilians in accordance with the contracts that had been given to them and through which they got the permission of doing body search or stopping civil individuals or it has been a necessary act for the protection of the coverage area.
- The Security companies which have not been given the contract or official assignment of controlling highways do not have the right to stop vehicles and search the passengers.
-  The Security companies do not have the right to block the way of public services centers such as schools, hospitals and so on to the civil people.
-   to prevent civilian casualties, frequently to and fro through crowded areas is restrained to possible extent.
- The security companies should settle their Unit far from the residential civil areas.

31

CONSTELLISAFG_1435082

Annex – 2:

## Commitments

Every Security organization that wants to extend, renew and receive the license activity from Interior Ministry of the Islamic Republic of Afghanistan is obliged to prepare the four commitments with the below contexts in their own letterheads having the title of Ministry of Interior, then the letter should have been signed by the director and the in charge of legal section of the organization.

---

Islamic Republic of Afghanistan                                        Serial No: 001

Ministry of Interior

To: Integration High Board of Security Offices

<u>Commitment Letter</u>

We, the Director general and Legal Advisor to (                              ) security organization, as our identity have been mentioned in the commitment letter below, we hereby obliged  that we will never request or take any  decision to bring foreigners or Afghans to Afghanistan to work in this organization before receiving official permission  from Ministry of Interior of Afghanistan.

In case of violation, we are responsible against laws and obliged to respect this principle.

We hereby would like to officially express our commitment by putting the signature and seal on this document prepared on   /  / 138 day (        ).

**Legal Advisor of the company**          **General Director of Private Security Company (        )**

Name:                                        Name: (                              )

Date: /  / 138                               Date: /  / 138

---

Islamic Republic of Afghanistan                                        Serial No: 002

Ministry of Interior

To: Integration High Board of Security Offices!

**<u>Commitment</u>**

We, as the Director General and Legal Advisor to (                              ) security organization, as our identity have been mentioned in the commitment letter below, we hereby undertake and accept the state policy and its related regulations for the  security organizations of the Islamic republic of Afghanistan and obliged to observe them. In case of violation, we are responsible against laws.

We hereby would like to officially express our commitment by putting the signature and seal on this document prepared on /  / 138 day (        ).

**Legal Advisor of the company**          **General Director of Private Security Company (        )**

Name:                                        Name: (                              )

Date: /  / 138                               Date: /  / 138

---

CONSTELLISAFG_1435083

Islamic Republic of Afghanistan                                              serial No: 003

Ministry of Interior

To: Integration High Board of Security Office!

<u>Commitment Letter</u>

We, as the Director general and Legal Advisor to (                    ) security organization, and our identity have been mentioned in the commitment letter below, we are hereby obliged to put the sign of the organization on the vehicles being used by the office, and will collect all of the weapons along with their ID cards from the security officers and will only give them within the project framework. otherwise; we would be responsible for any legal measures taken against us.

We therefore would like to officially express our commitment by putting the signature and seal on this document prepared on /  / 138 day (        ).

Legal Advisor of the company              General Director of Private Security Company (       )

Name:                                          Name: (                                        )

Date: /  / 138                                Date: /  / 138

---

Islamic Republic of Afghanistan                                              Serial No: 004

Ministry of Interior

To: Integration High Board of Security Offices Activity!

<u>Commitment Letter</u>

We, as the Director General and Legal Advisor to (                    ) security organization, and our identity have been mentioned in the commitment letter below, we hereby undertake that will never offer any gift or bribe to the employees of the Ministry of Interior while receiving and extending the activities license.

In case of any violation, we are responsible for any legal and justice out comes including closing the company and preventing its activities in the future.

We therefore would like to officially express our commitment by putting the signature and seal on this document prepared on /  / 138 day (        ).

Legal Advisor of the company              General Director of Private Security Company (       )

Name:                                          Name: (                                        )

33

CONSTELLISAFG_1435084

Islamic Republic of Afghanistan

Ministry of Interior

PSC Regularity Board

Secretariat

………………………………………………………………………………………………………………………………
……………………………

Application receipt date:  (_____)

Considerable points:

- Lack of exact and complete information will cause the refusal of the registration process.
- Incomplete applications will be rejected.
- International organizations should fill out the forms in one of the national languages (Dari and Pashto) and English and Afghan organizations should only fill out the forms in one of the local national languages.

## **Employer Information**

Application to register the employee for the post:_____ Guard investigative prosecutor ………………………….

1. Office name:————————————        ——————————Date:————

2. Office address :
   _____

   **(Country)**                    **(Post code)**                         **(Street)**

   **(City)**

3. **Telephone No. (**                              **)** ~~**Organization's license No. :**~~

4. **I have informed the employer about the law** ~~on  day/month /year~~————————

**Signature and job title of the director of Organization**

**Name/job**

34

CONSTELLISAFG_1435085

..................................................................................................................................

...................................................................................

ID card number (Tazkira) Security officer Identification #:_____

Applicant's information about the security officer/ investigation officer

5. Full Name:_____ Place of Birth:_____ Date of
Birth:_____

6. Height:_____ Weight:_____ Hear Color:_____ Eye Color_____

7. Complete Address: _____ Telephone
No:_____

9. Residential Address during the three past years:

_____

_____

_____

| Photo |
| 2x2 |

11. Previous Job- Job and Rank, Name and Office Address during the five past years (for required information should use extra paper).

| Employer | Address | Starting Date of Job | Ending Date of Job | Tele No |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

12. Have you ever been accused by the court? Yes/ No. If your answer is Yes, write the whole aspects of convictions including charges, place, date and the detention status, and as well as write the instances of your acquittal in the court.

(for required information should use extra paper).

35

CONSTELLISAFG_1435086

| Date | Accusation | Location (province/district) | Case file Status (fine, imprisonment period, release on bail) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

13. Are you currently detained by the police? Yes……………No…………………

 Any incorrect statements in this form would be prosecuted and punished based on the Penal Code of Afghanistan.

Applicant's Signature

_____

36

CONSTELLISAFG_1435087

<u>For Official Use</u>

This request was approved dated …………………. Or refused dated

………………………….

Investigated by:————————————————        ————————————————————

                (Signature)                    (Grade)     Name/Job/Grade

Reason for the refusal:

Incorrect or incomplete information in application.
Criminal background

Incorrect or incomplete information in fingerprint card
Unrecognizable photos

Fingerprint cards that were rejected by Criminal technique        ————————————
other subjects:

Criminal background (violation of law)

**CONSTELLISAFG_1435088**

Annex No 4:

Chart of Royalty Payment, Letter of Guarantee and Types of Payable Fees

| No | License Type | Royalty | Other payable fees while issuing licenses cards | Letter of Guarantee of Bank (Voucher) | Remarks |
|---|---|---|---|---|---|
| 1 | License of Activity for National Security Companies | 3 million Afs | 0 | 10 million Afs | |
| 2 | License of Activity for International Security Companies | 6 million Afs | 0 | 15 million Afs | |
| 3 | License of carrying weapons for the staff of National Security Companies | 0 | 7500 Afs | 0 | |
| 4 | License of carrying weapons for the staff of International Security Companies | 0 | 12500 | o | |
| 5 | License of using hard/armored vehicles for International Companies | 0 | 30,000 Afs | 0 | |
| 6 | License of using hard/armored | 0 | 20,000 Afs | 0 | |

CONSTELLISAFG_1435089

| | | | | |
|---|---|---|---|---|
| vehicles for National Companies | | | | |

Reminder:

1. At the first step, the Private Security Companies shall pay the royalty payment but while extending the license, they pay one hundred thousand Afs for the expenditure of administrative affairs to the importation account of Afghanistan Bank.
2. Income tax is received by the Ministry of Finance based on the Income Tax Law.
3. The collected money is transferred to the state importation account at Da-Afghanistan bank.
4. The voucher of the money is submitted to the secretariat of the Board.
5.

Annex No 7- part one

**Brief information of Weapon**

Name of Organization: -------------------------                Date: ----------------

Director of Organization: --------------------------

List all type of Weapons which are available at your company

| Number | Diameter /Make | Type of Weapon | Quantity |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |

CONSTELLISAFG_1435090

| | | | |
|---|---|---|---|
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

Annex No 7- Part Two

**List of Weapon**

Name of Organization: --------------------------          Date: ----------------

Director of Organization: --------------------------

Write the type of the weapons and list them in the same column

| No | Type of Weapon | Diameter /Make | Quantity | Serial Number | License number (by Ministry of interior) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

CONSTELLISAFG_1435091

| | | | | |
|---|---|---|---|---|
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

The total weapon list should be consistent with the brief report of the weapon.

- If there are more than 25 weapons, please use additional pages of the same format.

CONSTELLISAFG_1435092

CONSTELLISAFG_1435093

Annex number 8- part one

**List of imported vehicles**

Name of Organization: ------------------------                Date: ----------------

Director of Organization: --------------------------

Cars and Vehicles must be listed based on their models and types

| No | Made | Model | Year | Color | Engine No | Chassis Number |
|----|------|-------|------|-------|-----------|----------------|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |

CONSTELLISAFG_1435094

| 17 | | | | | | |
|----|--|--|--|--|--|--|
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

Additional information should be written as a separate record under the table.

- If more than 25 vehicles were imported, please use additional pages of the same format.

CONSTELLISAFG_1435095

Annex no. 8 –Part two

**List of vehicles purchased in Afghanistan**

Name of Organization: ---------------                    Date: -------------

Director of Organization: ------------------

Cars and Vehicle should be listed based on their models and types

| No | Made | Model | Year | Color | Engine No | Chassis Number |
|----|------|-------|------|-------|-----------|----------------|
| 1  |      |       |      |       |           |                |
| 2  |      |       |      |       |           |                |
| 3  |      |       |      |       |           |                |
| 4  |      |       |      |       |           |                |
| 5  |      |       |      |       |           |                |
| 6  |      |       |      |       |           |                |
| 7  |      |       |      |       |           |                |
| 8  |      |       |      |       |           |                |
| 9  |      |       |      |       |           |                |
| 10 |      |       |      |       |           |                |
| 11 |      |       |      |       |           |                |
| 12 |      |       |      |       |           |                |
| 13 |      |       |      |       |           |                |
| 14 |      |       |      |       |           |                |
| 15 |      |       |      |       |           |                |
| 16 |      |       |      |       |           |                |
| 17 |      |       |      |       |           |                |

CONSTELLISAFG_1435096

| 18 | | | | | | |
|----|---|---|---|---|---|---|
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

Additional information should be written as a separate record under the table.

- If more than 25 vehicles were imported, please use additional pages of the same format.

List of vehicles rented in Afghanistan

CONSTELLISAFG_1435097

Name of organization: ---------------             Date: --------------------

Director of organization: ----------------------------

Vehicles should listed based on their Models and Types

| No | Made | Model | Color | Engine No | Chassis Number | Rent Duration |
|----|------|-------|-------|-----------|----------------|---------------|
| 1  |      |       |       |           |                |               |
| 2  |      |       |       |           |                |               |
| 3  |      |       |       |           |                |               |
| 4  |      |       |       |           |                |               |
| 5  |      |       |       |           |                |               |
| 6  |      |       |       |           |                |               |
| 7  |      |       |       |           |                |               |
| 8  |      |       |       |           |                |               |
| 9  |      |       |       |           |                |               |
| 10 |      |       |       |           |                |               |
| 11 |      |       |       |           |                |               |
| 12 |      |       |       |           |                |               |
| 13 |      |       |       |           |                |               |
| 14 |      |       |       |           |                |               |
| 15 |      |       |       |           |                |               |
| 16 |      |       |       |           |                |               |
| 17 |      |       |       |           |                |               |
| 18 |      |       |       |           |                |               |

CONSTELLISAFG_1435098

| 19 | | | | | | |
|----|----|----|----|----|----|----|
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |

Additional information should be written as a separate record under the table.

- If more than 25 vehicles were imported, please use additional pages of the same format.

CONSTELLISAFG_1435099

Annex No. 6-part two

## International Personnel (employees)

Name of organization/company: ---------------------                    date: -
------------

| No | Complete Name | Date of birth/Age | Nationality | Previous Job | Current Job in Company |
|----|---------------|-------------------|-------------|--------------|------------------------|
| 1  |               |                   |             |              |                        |
| 2  |               |                   |             |              |                        |
| 3  |               |                   |             |              |                        |
| 4  |               |                   |             |              |                        |
| 5  |               |                   |             |              |                        |
| 6  |               |                   |             |              |                        |
| 7  |               |                   |             |              |                        |
| 8  |               |                   |             |              |                        |
| 9  |               |                   |             |              |                        |
| 10 |               |                   |             |              |                        |
| 11 |               |                   |             |              |                        |
| 12 |               |                   |             |              |                        |
| 13 |               |                   |             |              |                        |
| 14 |               |                   |             |              |                        |
| 15 |               |                   |             |              |                        |

- If there are more than 15 employees, please use additional pages of the same format.

**CONSTELLISAFG_1435100**

<u>Request for Armored and Filmed vehicles</u>

Name of company: ----------------------------------------------

Address of the company: ----------------------------------------

Phone No. of the company: ----------------------------------

Vehicles descriptions

Made : ------------------------------

Type: -----------------------------------

Color: ------------------------------------

Engine number: -----------------------

Number plate: -------------------------

Request for   Armored Vehicles (                              )

                        Filmed Vehicles (                          )

Descriptions/Explanations
_____
_____
_____
_____
_____

(Attach the copy of the contract if it is mentioned in the contract)

Applicant Signature and stamp ---------------------------------------------

For use of Ministry of Interior

It is confirmed (                         )                                        Money is paid (
)

CONSTELLISAFG_1435101

Number of exported license: ---------------------------------------------------------------------------------------

**CONSTELLISAFG_1435102**

**EXHIBIT**

**L**

**TRIPLE CANOPY**

A CONSTELLIS COMPANY

# TASK ORDER

| | |
|---|---|
| SELLER: ORYX AFGHANISTAN | TASK ORDER # PO21-00293 |
| CAMP ORYX, KABUL JALALABAD ROAD | T.O. MODIFICATION # |
| NEXT TO IEC – UNOCA, PD09 | VENDOR SERVICES AGREEMENT #: VSA21-0006 |
| KABUL, AFGHANISTAN | TYPE:  FIXED UNIT PRICE |
| PRIME CONTRACT No.: | T.O. VALUE: $120,444.00 |
| DPAS RATING: | T.O.  FUNDING: $60,222.00 |

This Task Order, entered into as of February 19, 2021 between Triple Canopy and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. VSA21-0006. To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Triple Canopy

Project Name: Commercial Overhead

## SECTION 1: TASK ORDER PROVISONS

1) **TYPE OF ORDER:**  This order is issued on a **Fixed Unit Price** basis.

2)   **PRICES/RATES:**

The total price/cost for the work to be performed under this Task Order is $120,444.00

| Line | Description | U/M | Unit price |
|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 |
| 3 | *Container Laydown (each) | Month | $600.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 |
| 5 | Helipad | Month | $5,000.00 |
| 6 | 1/4 Monthly Office Rental (standard) | Month | $450.00 |

CONSTELLISAFG_1170773



## 3) FUNDING:

This Task Order is incrementally funded in the amount of $60,222.00 which is anticipated to cover expenses through July 18, 2021.

The Funding Value shown in the table below is the current available funding provided to this supplier. The Ceiling Value shown in the table below is the estimated amount for the entire Period of Performance.

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|---------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 12 | $4,200.00 | $25,200.00 | $50,400.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | Helipad | Month | $5,000.00 | 1 | $5,000.00 | $30,000.00 | $60,000.00 |
| 6 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| *As utilized | | | | | Totals | $60,222.00 | $120,444.00 |

## 4) PERIOD OR PERFORMANCE

The period of performance for this Task Order is February 19, 2021 – February 18, 2022, unless amended by mutual agreement of the parties. Supplier is not obligated to continue work or provide services and Buyer is not obligated to compensate Seller for expenses incurred or commitments made before or after these dates.

## 5) PLACE OF PERFORMANCE

Kabul, Afghanistan

## 6) INVOICE REQUIREMENTS/PAYMENT TERMS:

The Buyer shall pay the Seller upon the submission of invoices approved by the Buyer as follows:
Seller shall invoice Buyer and Buyer shall pay Seller in accordance with the invoicing instructions contained herein, unless superseded by other invoicing and payment instructions included within a Task Order issued pursuant to this IDIQ.

Buyer will pay the fees expressly set forth in this Agreement. Seller is entitled to no other compensation or reimbursement.

Invoices shall be emailed to apinvoice@constellis.com in accordance with the Agreement's Invoicing Schedule, if applicable. Invoices shall be in form and content reasonably acceptable to Buyer. The following information must be included on the invoice for it to be processed for payment approval:

- Subcontract/Purchase Order number
- Description of goods/services, itemized by Agreement line item

- Hours expended performing service (if applicable)
- Period of performance
- Previous billed amount, current invoice amount, and cumulative billed amount (recurring purchases on the same Agreement only)
- Triple Canopy Representative Names
- Provide signed and accepted backup documents by subcontractor and Triple Canopy representative for products and services provided (such as DD250 or similar receipt). The invoice and backup documentation must clearly correlate the products or services including quantities and unit prices delivered to the amount of the invoice broken down by the Agreement line item. General statements like, "As provided in the Agreement" or "for goods rendered" and etc. are not acceptable and will be grounds for invoice rejection. Failure to provide this information and in clear and understandable language shall constitute grounds for invoice rejection.
- Cost Reimbursable expenses (to include travel) related receipts and supporting documentation (if applicable)
- Re-invoicing for the same service is unauthorized. Once an invoice is submitted and for whatever reason requires a resubmission the subcontractor must state that the original invoice is canceled by the resubmission and assigned a revision number. The subcontractor shall clearly indicate the date and number of the original invoice and state on the invoice that this is a revision of the original invoice and why the invoice is resubmitted. This is to preclude time and effort in researching invoices which results in delayed invoice payment. Resubmissions for the same service are grounds for invoice rejection.
- Applicable federal, state, and local taxes, duties, tariffs, and similar fees imposed by any government, all of which shall be listed separately
- Payment number based upon the Invoicing Schedule (if applicable)
- Wire instructions (non-US bank accounts only)
- The following certification shall be provided with each invoice submitted:

> *"I certify, to the best of my knowledge and belief that the above bill is made in good faith; that the bill is accurate; and the payment has not been received. The supplies and services set forth herein were performed during the period stated and are allowable and allocable in the performance of this subcontract."*

Please note that you may not invoice for compensation or reimbursement that is not expressly set forth in your agreement nor in excess of value or funding ceilings identified in your Agreement or specific line item(s).

In addition to the requirements herein, you may be requested to furnish additional receipts, documents and/or other supporting materials to verify the contents of any invoice.

Triple Canopy shall pay invoices, once approved, in accordance with Triple Canopy standard payment term of net 45 days from the date of submission of a "correctly presented" invoice as set forth above, unless otherwise specified in your Agreement.

All payments will be made in US dollars, unless otherwise specified in your Agreement.

Unless otherwise specified in your Agreement, payment shall be made electronically via direct deposit (ACH). If you are not already signed up to receive payment via ACH, please contact apinvoice@constellis.com for further direction. Insurance Requirements

## 7) INSURANCE REQUIREMENTS

Contractor shall within ten (10) days of signing any subsequent Task Order submit Certificates of Insurance evidencing coverage for DBA Insurance (as needed), Professional Liability, Liability Insurance, and General Liability for Bodily Injury, and Property Damage Insurance in accordance with the greater of the amounts in the following table:

| Required Policy/Coverage | Required Limits |
|---|---|
| Commercial General Liability Insurance | Provide bodily injury insurance coverage of at least $500,000 per occurrence |
| Automobile Liability Insurance | Provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with the performance of this Task Order. The amount of liability coverage shall be commensurate with any legal requirements of the locality and sufficient to meet moral and customary claims.<br><br>Extensions:<br>Policy shall apply to all vehicles including owned, leased, hired, and non-owned used in connection with the Subcontract. Triple Canopy, its officers, and employees shall be named as an additional insured. |
| Workmen's Compensation Insurance | Per Host Nation Statutory Limits required |
| Employers Liability Insurance | Per Host Nation Statutory Limits required |

8) **ADDITIONAL TERMS & CONDITIONS**

a) The Contractor shall maintain all the necessary licensing and registrations for all of the services it performs under this Work Order, and Subcontractor shall without additional reimbursement pay and remit all necessary taxes owed relating to such services in the localities where such services are being performed. In addition, Contractor shall be solely responsible for the payment of all third parties with whom it deals in providing such services including any necessary tax withholdings. Contractor indemnifies and shall be liable to Triple Canopy for all losses, costs, and expenses attributable to any acts of commission or omission by Contractor, its employees, or its agents relating to the Contractor's breach of the work to be performed or Contractor's failure to comply with any applicable local or international laws relating to the Services, including, but not limited to, any fines, penalties, or corrective measures.

b) Contractor agrees that the Contractor is solely responsible for paying all applicable Contractor withholding tax. Contractor understands that as per article 72 of Afghanistan Income Tax Law, Triple Canopy will be withholding the required Contractor withholding tax from each payment. If Contractor has a current tax exemption certificate and provides a copy, no tax shall be withheld.

c) **FORCE MAJEURE.** In the event of a Force Majeure, defined as Acts of God, Civil Unrest, Strikes, Government Actions, Military Actions or other events outside the control of the parties hereto, that affects the performance of the work under this Order, the affected party shall within 24 hours notify the other party. In the event the Force Majeure continues for a period exceeding seven (7) days, the parties shall cooperate to mitigate the impact of the Force Majeure by all reasonable means and negotiate in good faith to reach agreement on alternative means to continue performance of the work under this Order. In the event no mutually agreeable resolution is reached within 21 days of the start of the Force Majeure, Buyer shall have the right to terminate this Order without further obligation or liability, excepting payment for work previously performed.

**TRIPLE CANOPY**
A CONSTELLIS COMPANY

# SECTION II: STATEMENT OF WORK

1) **Background and Purpose:**

   a) Background:

   Triple Canopy provides protective services OCONUS for USAID facilities, buildings, property and employees and their accompanying eligible household members, as well as any Diplomatic Security Services/Regional Security Officer-designated US and foreign dignitaries, diplomats, officials, employees, and others. Camp Oryx will provide the logistical hub for the Afghanistan operation as well as an office which will be registered as EI HQ in accordance with Afghanistan law.

   b) Purpose:

   Oryx Afghanistan shall provide complete life support, office facilities and storage to Triple Canopy and its employees residing at Kabul International container Yard (KICY).

2) **Period of Performance and Performance Locations:**

   a) Period of Performance

      February 19, 2021 – February 18, 2022

   b) Performance Location

      Kabul, Afghanistan

3) **Requirements:**

   a) The services provided will include the following:
   - Furnished office space
   - Single occupancy room (on request). Rate includes:
     o 3 full meals per day
     o 1 case (500mlX6) bottled drinking water per person/per day as needed
     o Three times per week laundry services
     o 24/7 internet
     o 6 days per week room cleaning
     o Fully furnished living quarters
   - Open Bay occupancy room (on request). Rate includes
     o 3 full meals per day
     o 1 case (500mlx6) bottled drinking water per person per day as need,
     o Six days per week room cleaning.
     o Full laundry service (bedding only)
     o Fully furnished living quarters
   - Laundry services, cleaning of accommodations and offices, MWR twenty-four (24) hours as required.
   - Provide dedicated/secured and protected parking space for six (6) vehicles. The space will be

TRIPLE CANOPY
A CONSTELLIS COMPANY

allocated for easy access for Triple Canopy personnel, and the cost excludes any additional services, such as washing, fueling, and monthly servicing

- Storage:
  o Use of secured storage inside warehouse and laydown yard.
- Helipad:
  o Helipad for ISO project, landing, storage of helicopter in event of maintenance.

4) **Reference Documents:**

Procedure for Regulating Activities of Private Security Companies in Afghanistan, Chapter Three – Obligations of a Security Company (Attachment A).

5) **Quantity and Schedule:**

| Line | Description | U/M | QTY Per Month |
|------|-------------|-----|---------------|
| 1 | *Single Occupancy Room | Day | 2 |
| 2 | *Open Bay Occupancy Room (per person) | Day | 3 |
| 3 | *Container Laydown (each) | Month | 7 |
| 4 | *Casual Meals (meals only/per person) | Each | 3 |
| 5 | Helipad | Month | 1 |
| 6 | 1/4 Monthly Office Rental (standard) | Month | 1 |

6) **Security**

a) The contractor will provide the following security services:

- Expat Security Manager
- Armed Guard Force
- Manned Towers
- ECP Control
- Safe Room
- Security Enhancements
- Approach Road Security

7) **Task Coordinators:**

| | Oryx Afghanistan | Triple Canopy |
|---|---|---|
| | | Technical |
| Name | Farhan Yusefzai | |
| Title | CEO | |
| Phone | 00093-700565666 | |
| Email | CEO@Oryx.com | |

**TRIPLE CANOPY**
A CONSTELLIS COMPANY

| | Contractual | |
|---|---|---|
| Name | Eva Schwartz | Stephanie Moser |
| Title | | Subcontract Administrator |
| Phone | | 703-673-5103 |
| Email | info@oryxafg.com | Stephanie.Moser@constellis .com |

The base Task Order and any prior modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and a pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order.

| Oryx Afghanistan: | Triple Canopy: |
|---|---|
| | |
| Signature | Signature |
| | Jennifer Imhoff |
| Print Name Farhan Yusefzai | Print Name |
| | Director, Subcontracts |
| Title CEO | Title |
| | 2-23-2021 |
| Date Feb/20/2021 | Date |

CONSTELLISAFG_1170779





# TASK ORDER

| | |
|---|---|
| SELLER: ORYX AFGHANISTAN | TASK ORDER # PO21-00392 |
| CAMP ORYX, KABUL JALALABAD ROAD | T.O. MODIFICATION # |
| NEXT TO IEC – UNOCA, PD09 | VENDOR SERVICES AGREEMENT #: VSA21-0007 |
| KABUL, AFGHANISTAN | TYPE:  FIXED UNIT PRICE |
| PRIME CONTRACT No.: | T.O. VALUE: $17,244.00 |
| DPAS RATING: | T.O.  FUNDING: $17,244.00 |

This Task Order, entered into as of February 19, 2021 between Academi and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. VSA21-0007.   To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Academi

Project Name: Commercial Overhead

## SECTION 1: TASK ORDER PROVISONS

1) **TYPE OF ORDER:**  This order is issued on a **Fixed Unit Price** basis.

2)  **PRICES/RATES:**

The total price/cost for the work to be performed under this Task Order is $17,244.00.

| Line | Description | U/M | Unit price |
|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 |
| 3 | *Container Laydown (each) | Month | $600.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 |

CONSTELLISAFG_1170780



3)  **FUNDING:**

This Task Order is funded in the amount of $17,244.00 which is anticipated to cover expenses through February 18, 2022.

The Funding Value shown in the table below is the current available funding provided to this supplier. The Ceiling Value shown in the table below is the estimated amount for the entire Period of Performance.

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|---------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $2,160.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $2,160.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 1 | $600.00 | $7,200.00 | $7,200.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $324.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $5,400.00 | $5,400.00 |
| *As utilized | | | | | Totals | $17,244.00 | $17,244.00 |

4)  **PERIOD OR PERFORMANCE**

The period of performance for this Task Order is February 19, 2021 – February 18, 2022,  unless amended by mutual agreement of the parties. Supplier is not obligated to continue work or provide services and Buyer is not obligated to compensate Seller for expenses incurred or commitments made before or after these dates.

5)  **PLACE OF PERFORMANCE**

Kabul, Afghanistan

6)  **INVOICE REQUIREMENTS/PAYMENT TERMS:**

The Buyer shall pay the Seller upon the submission of invoices approved by the Buyer as follows: Seller shall invoice Buyer and Buyer shall pay Seller in accordance with the invoicing instructions contained herein, unless superseded by other invoicing and payment instructions included within a Task Order issued pursuant to this IDIQ.

Buyer will pay the fees expressly set forth in this Agreement.  Seller is entitled to no other compensation or reimbursement.

Invoices shall be emailed to apinvoice@constellis.com in accordance with the Agreement's Invoicing Schedule, if applicable.  Invoices shall be in form and content reasonably acceptable to Buyer.  The following information must be included on the invoice for it to be processed for payment approval:

•  Subcontract/Purchase Order number
•  Description of goods/services, itemized by Agreement line item
•  Hours expended performing service (if applicable)

CONSTELLISAFG_1170781



- Period of performance
- Previous billed amount, current invoice amount, and cumulative billed amount (recurring purchases on the same Agreement only)
- Academi Representative Names
- Provide signed and accepted backup documents by subcontractor and Academi representative for products and services provided (such as DD250 or similar receipt). The invoice and backup documentation must clearly correlate the products or services including quantities and unit prices delivered to the amount of the invoice broken down by the Agreement line item. General statements like, "As provided in the Agreement" or "for goods rendered" and etc. are not acceptable and will be grounds for invoice rejection. Failure to provide this information and in clear and understandable language shall constitute grounds for invoice rejection.
- Cost Reimbursable expenses (to include travel) related receipts and supporting documentation (if applicable)
- Re-invoicing for the same service is unauthorized. Once an invoice is submitted and for whatever reason requires a resubmission the subcontractor must state that the original invoice is canceled by the resubmission and assigned a revision number. The subcontractor shall clearly indicate the date and number of the original invoice and state on the invoice that this is a revision of the original invoice and why the invoice is resubmitted. This is to preclude time and effort in researching invoices which results in delayed invoice payment. Resubmissions for the same service are grounds for invoice rejection.
- Applicable federal, state, and local taxes, duties, tariffs, and similar fees imposed by any government, all of which shall be listed separately
- Payment number based upon the Invoicing Schedule (if applicable)
- Wire instructions (non-US bank accounts only)
- The following certification shall be provided with each invoice submitted:

> *"I certify, to the best of my knowledge and belief that the above bill is made in good faith; that the bill is accurate; and the payment has not been received. The supplies and services set forth herein were performed during the period stated and are allowable and allocable in the performance of this subcontract."*

Please note that you may not invoice for compensation or reimbursement that is not expressly set forth in your agreement nor in excess of value or funding ceilings identified in your Agreement or specific line item(s).

In addition to the requirements herein, you may be requested to furnish additional receipts, documents and/or other supporting materials to verify the contents of any invoice.

Academi shall pay invoices, once approved, in accordance with Academi standard payment term of net 45 days from the date of submission of a "correctly presented" invoice as set forth above, unless otherwise specified in your Agreement.

All payments will be made in US dollars, unless otherwise specified in your Agreement.

Unless otherwise specified in your Agreement, payment shall be made electronically via direct deposit (ACH). If you are not already signed up to receive payment via ACH, please contact apinvoice@constellis.com for further direction. Insurance Requirements

7) **INSURANCE REQUIREMENTS**

Contractor shall within ten (10) days of signing any subsequent Task Order submit Certificates of Insurance evidencing coverage for DBA Insurance (as needed), Professional Liability, Liability Insurance, and General Liability for Bodily Injury, and Property Damage Insurance in accordance with the greater of the amounts in the following table:

CONSTELLISAFG_1170782



| Required Policy/Coverage | Required Limits |
|---|---|
| Commercial General Liability Insurance | Provide bodily injury insurance coverage of at least $500,000 per occurrence |
| Automobile Liability Insurance | Provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with the performance of this Task Order. The amount of liability coverage shall be commensurate with any legal requirements of the locality and sufficient to meet moral and customary claims.<br><br>Extensions:<br>Policy shall apply to all vehicles including owned, leased, hired, and non-owned used in connection with the Subcontract. Academi, its officers, and employees shall be named as an additional insured. |
| Workmen's Compensation Insurance | Per Host Nation Statutory Limits required |
| Employers Liability Insurance | Per Host Nation Statutory Limits required |

8) **ADDITIONAL TERMS & CONDITIONS**

a) The Contractor shall maintain all the necessary licensing and registrations for all of the services it performs under this Task Order, and Subcontractor shall without additional reimbursement pay and remit all necessary taxes owed relating to such services in the localities where such services are being performed. In addition, Contractor shall be solely responsible for the payment of all third parties with whom it deals in providing such services including any necessary tax withholdings. Contractor indemnifies and shall be liable to Academi for all losses, costs, and expenses attributable to any acts of commission or omission by Contractor, its employees, or its agents relating to the Contractor's breach of the work to be performed or Contractor's failure to comply with any applicable local or international laws relating to the Services, including, but not limited to, any fines, penalties, or corrective measures.

b) Contractor agrees that the Contractor is solely responsible for paying all applicable Contractor withholding tax. Contractor understands that as per article 72 of Afghanistan Income Tax Law, Academi will be withholding the required Contractor withholding tax from each payment. If Contractor has a current tax exemption certificate and provides a copy, no tax shall be withheld.

c) **FORCE MAJEURE.** In the event of a Force Majeure, defined as Acts of God, Civil Unrest, Strikes, Government Actions, Military Actions or other events outside the control of the parties hereto, that affects the performance of the work under this Order, the affected party shall within 24 hours notify the other party. In the event the Force Majeure continues for a period exceeding seven (7) days, the parties shall cooperate to mitigate the impact of the Force Majeure by all reasonable means and negotiate in good faith to reach agreement on alternative means to continue performance of the work under this Order. In the event no mutually agreeable resolution is reached within 21 days of the start of the Force Majeure, Buyer shall have the right to terminate this Order without further obligation or liability, excepting payment for work previously performed.



# SECTION II: STATEMENT OF WORK

1) **Background and Purpose:**

   a)  Background:

   Academi provides protective services OCONUS for Department of State facilities, buildings, property and employees and their accompanying eligible household members, as well as any Diplomatic Security Services/Regional Security Officer-designated US and foreign dignitaries, diplomats, officials, employees, training and others.  Camp Oryx will provide the logistical hub for the Afghanistan operation as well as an office which will be registered as Academi HQ in accordance with Afghanistan law.

   b)  Purpose:

   Oryx Afghanistan shall provide complete life support, office facilities and storage to Academi and its employees residing at Kabul International container Yard (KICY).

2) **Period of Performance and Performance Locations:**

   **a)**  Period of Performance

   February 19, 2021 – February 18, 2022

   **b)**  Performance Location

   Kabul, Afghanistan

3) **Requirements:**
   The services provided will include the following:
   - Furnished office space
   - Single occupancy room (on request). Rate includes:
     o  3 full meals per day
     o  1 case (500mlX6) bottled drinking water per person/per day as needed
     o  Three times per week laundry services
     o  24/7 internet
     o  6 days per week room cleaning
     o  Fully furnished living quarters
   -  Open Bay occupancy room (on request). Rate includes

CONSTELLISAFG_1170784



- o  3 full meals per day
- o  1 case (500mlx6) bottled drinking water per person per day as need,
- o  Six days per week room cleaning.
- o  Full laundry service (bedding only)
- o  Fully furnished living quarters
- Laundry services, cleaning of accommodations and offices, MWR twenty-four (24) hours as required.
- Provide dedicated/secured and protected parking space for six (6) vehicles. The space will be allocated for easy access for Academi personnel, and the cost excludes any additional services, such as washing, fueling, and monthly servicing
- Storage:
  - o  Use of secured storage inside warehouse and laydown yard.

4) **Reference Documents:**

Procedure for Regulating Activities of Private Security Companies in Afghanistan, Chapter Three – Obligations of a Security Company (Attachment A)

5) **Quantity and Schedule:**

| Line | Description | U/M | QTY Per Month |
|------|-------------|-----|---------------|
| 1 | *Single Occupancy Room | Day | 2 |
| 2 | *Open Bay Occupancy Room (per person) | Day | 3 |
| 3 | *Container Laydown (each) | Month | 1 |
| 4 | *Casual Meals (meals only/per person) | Each | 3 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | 1 |

6) **Security**

a)  The contractor will provide the following security services:
- Expat Security Manager
- Armed Guard Force
- Manned Towers
- ECP Control
- Safe Room
- Security Enhancements
- Approach Road Security

7) **Task Coordinators:**

| | Oryx Afghanistan | Academi |
|------|------------------|---------|
| | Technical | |
| Name | Farhan Yusefzai | |

CONSTELLISAFG_1170785



| Title | CEO | |
|---|---|---|
| Phone | 00093-700565666 | |
| Email | CEO@Oryx.com | |
| **Contractual** | | |
| Name | Eva Schwartz | Stephanie Moser |
| Title | | Subcontract Administrator |
| Phone | | 703-673-5103 |
| Email | info@oryxafg.com | Stephanie.Moser@constellis .com |

The base Task Order and any prior modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and any pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order.

| Oryx Afghanistan: | Academi: |
|---|---|
| | |
| Signature | Signature |
| | Jennifer Imhoff |
| Print Name: Farhan Yusefzai | Print Name |
| | Director, Subcontracts |
| Title: CEO | Title |
| | 2-23-2021 |
| Date Feb/20/2021 | Date |

CONSTELLISAFG_1170786



**EXHIBIT N**

# TASK ORDER

| | |
|---|---|
| **SELLER: ORYX AFGHANISTAN** | **TASK ORDER # PO21-00131** |
| **CAMP ORYX, KABUL JALALABAD ROAD** | **T.O. MODIFICATION #** |
| **NEXT TO IEC – UNOCA, PD09** | **VENDOR SERVICES AGREEMENT #: VSA21-0002** |
| **KABUL, AFGHANISTAN** | **TYPE:  FIXED UNIT PRICE** |
| **PRIME CONTRACT No.:** | **T.O. Value: $46,044.00** |
| **DPAS RATING:** | **T.O.  FUNDING: $23,022.00** |

This Task Order, entered into as of February 19, 2021 between Olive Group and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA") No. VSA21-0002.   To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Olive Group

Project Name: Commercial Overhead

## SECTION 1: TASK ORDER PROVISONS

1) **TYPE OF ORDER:**  This order is issued on a **Fixed Unit Price** basis.

2)  **PRICES/RATES:**

The total price/cost for the work to be performed under this Task Order is $46,044.00

| Line | Description | U/M | Unit price |
|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 |
| 3 | *Container Laydown (each) | Month | $600.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 |

CONSTELLISAFG_1170766

Olive Group
A CONSTELLIS COMPANY

3) **FUNDING:**

This Task Order is fully funded in the amount of $23,022.00 which is anticipated to cover expenses through July 18, 2021.

The Funding Value shown in the table below is the current available funding provided to this supplier. The Ceiling Value shown in the table below is the estimated amount for the entire Period of Performance.

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|---------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 5 | $3,000.00 | $18,000.00 | $36,000.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| *As utilized | | | | | Totals | $23,022.00 | $46,044.00 |

4) **PERIOD OR PERFORMANCE**

The period of performance for this Task Order is February 19, 2021 – February 18, 2022, unless amended by mutual agreement of the parties. Supplier is not obligated to continue work or provide services and Buyer is not obligated to compensate Seller for expenses incurred or commitments made before or after these dates.

5) **PLACE OF PERFORMANCE**

Kabul, Afghanistan

6) **INVOICE REQUIREMENTS/PAYMENT TERMS:**

The Buyer shall pay the Seller upon the submission of invoices approved by the Buyer as follows:
Seller shall invoice Buyer and Buyer shall pay Seller in accordance with the invoicing instructions contained herein, unless superseded by other invoicing and payment instructions included within a Task Order issued pursuant to this IDIQ.

Buyer will pay the fees expressly set forth in this Agreement. Seller is entitled to no other compensation or reimbursement.

Invoices shall be emailed to apinvoice@constellis.com in accordance with the Agreement's Invoicing Schedule, if applicable. Invoices shall be in form and content reasonably acceptable to Buyer. The following information must be included on the invoice for it to be processed for payment approval:

- Subcontract/Purchase Order number

CONSTELLISAFG_1170767

**Olive Group**
A CONSTELLIS COMPANY

- Description of goods/services, itemized by Agreement line item
- Hours expended performing service (if applicable)
- Period of performance
- Previous billed amount, current invoice amount, and cumulative billed amount (recurring purchases on the same Agreement only)
- Olive Group Representative Names
- Provide signed and accepted backup documents by subcontractor and Olive Group representative for products and services provided (such as DD250 or similar receipt). The invoice and backup documentation must clearly correlate the products or services including quantities and unit prices delivered to the amount of the invoice broken down by the Agreement line item. General statements like, "As provided in the Agreement" or "for goods rendered" and etc. are not acceptable and will be grounds for invoice rejection. Failure to provide this information and in clear and understandable language shall constitute grounds for invoice rejection.
- Cost Reimbursable expenses (to include travel) related receipts and supporting documentation (if applicable)
- Re-invoicing for the same service is unauthorized. Once an invoice is submitted and for whatever reason requires a resubmission the subcontractor must state that the original invoice is canceled by the resubmission and assigned a revision number. The subcontractor shall clearly indicate the date and number of the original invoice and state on the invoice that this is a revision of the original invoice and why the invoice is resubmitted. This is to preclude time and effort in researching invoices which results in delayed invoice payment. Resubmissions for the same service are grounds for invoice rejection.
- Applicable federal, state, and local taxes, duties, tariffs, and similar fees imposed by any government, all of which shall be listed separately
- Payment number based upon the Invoicing Schedule (if applicable)
- Wire instructions (non-US bank accounts only)
- The following certification shall be provided with each invoice submitted:

> *"I certify, to the best of my knowledge and belief that the above bill is made in good faith; that the bill is accurate; and the payment has not been received. The supplies and services set forth herein were performed during the period stated and are allowable and allocable in the performance of this subcontract."*

Please note that you may not invoice for compensation or reimbursement that is not expressly set forth in your agreement nor in excess of value or funding ceilings identified in your Agreement or specific line item(s).

In addition to the requirements herein, you may be requested to furnish additional receipts, documents and/or other supporting materials to verify the contents of any invoice.

Olive Group shall pay invoices, once approved, in accordance with Olive Group standard payment term of net 45 days from the date of submission of a "correctly presented" invoice as set forth above, unless otherwise specified in your Agreement.

All payments will be made in US dollars, unless otherwise specified in your Agreement.

Unless otherwise specified in your Agreement, payment shall be made electronically via direct deposit (ACH). If you are not already signed up to receive payment via ACH, please contact apinvoice@constellis.com for further direction. Insurance Requirements

7) **INSURANCE REQUIREMENTS**

Contractor shall within ten (10) days of signing any subsequent Task Order submit Certificates of Insurance evidencing coverage for DBA Insurance (as needed), Professional Liability, Liability Insurance, and General Liability for Bodily Injury, and Property Damage Insurance in accordance with the greater of

Olive Group
A CONSTELLIS COMPANY

the amounts in the following table:

| Required Policy/Coverage | Required Limits |
|---|---|
| Commercial General Liability Insurance | Provide bodily injury insurance coverage of at least $500,000 per occurrence |
| Automobile Liability Insurance | Provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with the performance of this Task Order. The amount of liability coverage shall be commensurate with any legal requirements of the locality and sufficient to meet moral and customary claims.<br><br>Extensions:<br>Policy shall apply to all vehicles including owned, leased, hired, and non-owned used in connection with the Subcontract. Olive Group, its officers, and employees shall be named as an additional insured. |
| Workmen's Compensation Insurance | Per Host Nation Statutory Limits required |
| Employers Liability Insurance | Per Host Nation Statutory Limits required |

8) **ADDITIONAL TERMS & CONDITIONS**

   a) The Contractor shall maintain all the necessary licensing and registrations for all of the services it performs under this Task Order, and Subcontractor shall without additional reimbursement pay and remit all necessary taxes owed relating to such services in the localities where such services are being performed. In addition, Contractor shall be solely responsible for the payment of all third parties with whom it deals in providing such services including any necessary tax withholdings. Contractor indemnifies and shall be liable to Olive Group for all losses, costs, and expenses attributable to any acts of commission or omission by Contractor, its employees, or its agents relating to the Contractor's breach of the work to be performed or Contractor's failure to comply with any applicable local or international laws relating to the Services, including, but not limited to, any fines, penalties, or corrective measures.

   b) Contractor agrees that the Contractor is solely responsible for paying all applicable Contractor withholding tax. Contractor understands that as per article 72 of Afghanistan Income Tax Law, Olive Group will be withholding the required Contractor withholding tax from each payment. If Contractor has a current tax exemption certificate and provides a copy, no tax shall be withheld.

   c) **FORCE MAJEURE.** In the event of a Force Majeure, defined as Acts of God, Civil Unrest, Strikes, Government Actions, Military Actions or other events outside the control of the parties hereto, that affects the performance of the work under this Order, the affected party shall within 24 hours notify the other party. In the event the Force Majeure continues for a period exceeding seven (7) days, the parties shall cooperate to mitigate the impact of the Force Majeure by all reasonable means and negotiate in good faith to reach agreement on alternative means to continue performance of the work under this Order. In the event no mutually agreeable resolution is reached within 21 days of the start of the Force Majeure, Buyer shall have the right to terminate this Order without further obligation or liability, excepting payment for work previously performed.

**Olive Group**
A CONSTELLIS COMPANY

# SECTION II: STATEMENT OF WORK

1) **Background and Purpose:**

   a) Background:

   Olive Group provides protective services OCONUS for USAID facilities, buildings, property and employees and their accompanying eligible household members, as well as any Diplomatic Security Services/Regional Security Officer-designated US and foreign dignitaries, diplomats, officials, employees, and others.  Camp Oryx will provide the logistical hub for the Afghanistan operation as well as an office which will be registered as EI HQ in accordance with Afghanistan law.

   b) Purpose:

   Oryx Afghanistan shall provide complete life support, office facilities and storage to Olive Group and its employees residing at Kabul International container Yard (KICY).

2) **Period of Performance and Performance Locations:**

   a) Period of Performance

   February 19, 2021 – February 18, 2022

   b) Performance Location

   Kabul, Afghanistan

3) **Requirements:**
   The services provided will include the following:
   - Furnished office space
   - Single occupancy room (on request). Rate includes:
     - 3 full meals per day
     - 1 case (500mlX6) bottled drinking water per person/per day as needed
     - Three times per week laundry services
     - 24/7 internet
     - 6 days per week room cleaning
     - Fully furnished living quarters
   - Open Bay occupancy room (on request). Rate includes
     - 3 full meals per day
     - 1 case (500mlx6) bottled drinking water per person per day as need,
     - Six days per week room cleaning.
     - Full laundry service (bedding only)
     - Fully furnished living quarters
   - Laundry services, cleaning of accommodations and offices, MWR twenty-four (24) hours as required.
   - Provide dedicated/secured and protected parking space for six (6) vehicles. The space will be

Olive Group
A CONSTELLIS COMPANY

allocated for easy access for Olive Group personnel, and the cost excludes any additional
services, such as washing, fueling, and monthly servicing

- Storage:
  - Use of secured storage inside warehouse and laydown yard.

4) **Reference Documents:**

Procedure for Regulating Activities of Private Security Companies in Afghanistan, Chapter Three –
Obligations of a Security Company (Attachment A).

5) **Quantity and Schedule:**

| Line | Description | U/M | QTY Per Month |
|------|-------------|-----|---------------|
| 1 | *Single Occupancy Room | Day | 2 |
| 2 | *Open Bay Occupancy Room (per person) | Day | 3 |
| 3 | *Container Laydown (each) | Month | 5 |
| 4 | *Casual Meals (meals only/per person) | Each | 3 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | 1 |

6) **Security**

a) The contractor will provide the following security services:
- Expat Security Manager
- Armed Guard Force
- Manned Towers
- ECP Control
- Safe Room
- Security Enhancements
- Approach Road Security

7) **Task Coordinators:**

| | Oryx Afghanistan | Olive Group |
|------|------------------|-------------|
| | **Technical** | |
| Name | Farhan Yusefzai | |
| Title | CEO | |
| Phone | 00093-700565666 | |
| Email | CEO@Oryx.com | |
| | **Contractual** | |
| Name | Eva Schwartz | Stephanie Moser |
| Title | | Subcontract Administrator |
| Phone | | 703-673-5103 |
| Email | info@oryxafg.com | Stephanie.Moser@constellis .com |

CONSTELLISAFG_1170771

Olive Group
A CONSTELLIS COMPANY

The base Task Order and any prior modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and a pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order.

| Oryx Afghanistan: | Olive Group: |
|---|---|
| | |
| Signature | Signature |
| | Jennifer Imhoff |
| Print Name Farhan Yusefzai | Print Name |
| | Director, Subcontracts |
| Title CEO | Title |
| | 2-23-2021 |
| Date Feb/20/2021 | Date |





# TASK ORDER MODIFICATION

| | |
|---|---|
| **SELLER: ORYX AFGHANISTAN** | **TASK ORDER # PO21-00293** |
| **CAMP ORYX, KABUL JALALABAD ROAD** | **T.O. MODIFICATION # 01** |
| **NEXT TO IEC – UNOCA, PD09** | **VENDOR SERVICES AGREEMENT #: VSA21-0006** |
| **KABUL, AFGHANISTAN** | **TYPE:  FIXED UNIT PRICE** |
| **PRIME CONTRACT No.: W52P1J19D0005** | **T.O. VALUE: $133,838.10** |
| **DPAS RATING: D0C9** | **T.O.  FUNDING: $91,616.10** |

This Task Order Modification #01, entered into as of May 29, 2021  between Triple Canopy and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. PO21-00293. To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Triple Canopy

Project Name: Security Support Services

This Modification #01 is issued to adjust rate, increase funding, and insert FAR clauses as follows:

## SECTION 1: TASK ORDER PROVISONS

**Section 3:  FUNDING – adjust rate on Line 3 and increase Funded Value and Total Value as follows:**

Adjust Line 3 rate to reflect actual monthly rate as follows:

From

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost |
|---|---|---|---|---|---|
| 3 | *Container Laydown (each) | Month | $600.00 | 12 | $4,200.00 |

To

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost |
|---|---|---|---|---|---|
| 3 | *Container Laydown (each) | Month | $600.00 | 12 | $7,200.00 |

Increase        Fundeed        Value        and        Total        Value        as        follows:



Increase Funded Value from $60,222.00 by $31,394.10 to $91,616.10

Increase Total Value from $120,444.00 by $13,394.10 to $133,838.10

From

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Total Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|-------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 12 | $4,200.00 | $25,200.00 | $50,400.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | Helipad | Month | $5,000.00 | 1 | $5,000.00 | $30,000.00 | $60,000.00 |
| 6 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| *As utilized | | | | | Totals | $60,222.00 | $120,444.00 |

To

| Line | Description | U/M | Unit price | QTY Per Month | Prior Months | Increase / Decrease Months | Months | Prior Funded Value | Increase / Decrease Funded Value | Funded Value | Prior Total Value | Increase / Decrease Total Value | Total Value |
|------|-------------|-----|-----------|---------------|--------------|---------------------------|--------|--------------------|----------------------------------|--------------|-------------------|---------------------------------|-------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | 6.0 | 0.0 | 6.0 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | 6.0 | 0.0 | 6.0 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 12 | $7,200.00 | 3.5 | 2.5 | 6.0 | $25,200.00 | $18,000.00 | $43,200.00 | $50,400.00 | $0.00 | $50,400.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | 6.0 | 0.0 | 6.0 | $162.00 | $0.00 | $162.00 | $324.00 | $0.00 | $324.00 |
| 5 | Helipad | Month | $5,000.00 | 1 | $5,000.00 | 6.0 | 0.0 | 6.0 | $30,000.00 | $0.00 | $30,000.00 | $60,000.00 | $0.00 | $60,000.00 |
| 6 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | 6.0 | 0.0 | 6.0 | $2,700.00 | $0.00 | $2,700.00 | $5,400.00 | $0.00 | $5,400.00 |
| 7 | Withholding tax | Month | | 1 | $2,232.35 | 0.0 | 6.0 | 6.0 | $0.00 | $13,394.10 | $13,394.10 | $0.00 | $13,394.10 | $13,394.10 |
| *As utilized | | | | | | | Totals | $60,222.00 | $31,394.10 | $91,616.10 | $120,444.00 | $13,394.10 | $133,838.10 |

CONSTELLISAFG_1076032



Insert below Section 2: Statement of Work, the following FAR Clauses;

SUBCONTRACTS FOR COMMERCIAL ITEMS (AUG 2019)

(a) *Definitions.* As used in this clause—
*Commercial item* and "commercially available off-the-shelf item" have the meanings contained in Federal Acquisition Regulation 2.101, Definitions.
*Subcontract* includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or non-developmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (*Oct* 2015) (41 U.S.C. 3509), if the subcontract exceeds $5.5 million and has a performance period of more than 120 days. In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (*Jun* 2010) (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (*Jan* 2017).

(iv) 52.204-21, Basic Safeguarding of Covered Contractor Information Systems (*Jun* 2016), other than subcontracts for commercially available off-the-shelf items, if flow down is required in accordance with paragraph (c) of FAR clause 52.204-21.

(v) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (*Jul* 2018) (Section 1634 of Pub. L. 115-91).

(vi) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Aug 2019) (Section 889(a)(1)(A) of Pub. L. 115-232).

(vii) 52.219-8, Utilization of Small Business Concerns (*Oct* 2018) (15 U.S.C.637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(viii) 52.222-21, *Prohibition* of Segregated Facilities (*Apr* 2015).

(ix) 52.222-26, Equal Opportunity (*Sept* 2015) (E.O.11246).

(x) 52.222-35, Equal Opportunity for Veterans (*Oct* 2015) (38 U.S.C.4212(a));

(xi) 52.222-36, Equal Opportunity for Workers with Disabilities (*Jul* 2014) (29 U.S.C.793).

(xii) 52.222-37, Employment Reports on Veterans (*Feb 2016*) (38 U.S.C.4212)

(xiii) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (*Dec* 2010) (E.O. 13496), if flow down is required in accordance with paragraph (f) of FAR clause 52.222-40.

(xiv)
(A) 52.222-50, Combating Trafficking in Persons (*Jan* 2019) (22 U.S.C. chapter 78 and E.O. 13627).
(B) Alternate I (*Mar* 2015) of 52.222-50(22 U.S.C. chapter 78 and E.O. 13627).

(xv) 52.222-55, Minimum Wages under Executive Order 13658 (*Dec* 2015), if flow down is required in accordance with paragraph (k) of FAR clause 52.222-55.

(xvi) 52.222-62, Paid Sick Leave Under Executive Order 13706 (*Jan* 2017) (E.O. 13706), if flow down is required in accordance with paragraph (m) of FAR clause 52.222-62.

(xvii)
(A) 52.224-3, Privacy Training (*Jan* 2017) (5 U.S.C. 552a) if flow down is required in accordance with 52.224-3(f).

(B) Alternate I (*Jan* 2017) of 52.224-3, if flow down is required in accordance with 52.224-3(f) and the agency specifies that only its agency-provided training is acceptable).

CONSTELLISAFG_1076033



(xviii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (*Oct* 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xix) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (*Dec* 2013), if flow down is required in accordance with paragraph (c) of FAR clause 52.232-40.

(xx) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (*Feb* 2006) (46 U.S.C. App.1241 and 10 U.S.C.2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64).

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

(End of clause)

52.204-10 REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS (OCT 2016)

The base Task Order and any pursuant modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and any pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

By its signature hereto, Supplier affirms that, under FAR 52.209-6 and subsequent replacements, it is not debarred, suspended, or proposed for debarment by the Federal Government.

IN WITNESS HEREOF, the parties have executed this Task Order Modification as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order Modification.

| Oryx Afghanistan: | Triple Canopy: |
|---|---|
| | |
| Signature | Signature |
| Farhan Yusefzai | Jennifer Imhoff |
| Print Name | Print Name |
| CEO | Director, Subcontracts |
| Title | Title |
| | |
| Date June/03/2021 | Date 6/14/2021 |

CONSTELLISAFG_1076034



# TASK ORDER MODIFICATION

| | |
|---|---|
| **SELLER: ORYX AFGHANISTAN** | **TASK ORDER # PO21-00392** |
| **CAMP ORYX, KABUL JALALABAD ROAD** | **T.O. MODIFICATION # 01** |
| **NEXT TO IEC – UNOCA, PD09** | **VENDOR SERVICES AGREEMENT #: VSA21-0007** |
| **KABUL, AFGHANISTAN** | **TYPE:  FIXED UNIT PRICE** |
| **PRIME CONTRACT No.:** | **T.O. TOTAL VALUE: $18,344.00** |
| **DPAS RATING:** | **T.O.  FUNDING: $18,344.00** |

This Task Order Modification #01, entered into as of May 29, 2021  between Academi and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. PO21-00293. To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity:Academi

Project Name: Commercial Overhead

This Modification #01 is issued to increase funding as follows:

## SECTION 1: TASK ORDER PROVISONS

**Section 3:  FUNDING –**

Increase Funded Value from $17,244.00 by $1,100.00 to $18,344.00.

Increase Total Value from $17,244.00 by $1,100.00 to $18,344.00

*Continued on following page*

CONSTELLISAFG_1076035

ACADEMI
A CONSTELLIS COMPANY

FROM

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|---|---|---|---|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $2,160.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $2,160.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 1 | $600.00 | $7,200.00 | $7,200.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $324.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $5,400.00 | $5,400.00 |
| * As utilized | | | | | Totals | $17,244.00 | $17,244.00 |

TO

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Prior Months | Increase / Decrease Months | Months | Prior Funded Value | Increase / Decrease Funded Value | Funded Value | Prior Total Value | Increase / Decrease Total Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | 12 | 0 | 12 | $2,160.00 | $0.00 | $2,160.00 | $2,160.00 | $0.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | 12 | 0 | 12 | $2,160.00 | $0.00 | $2,160.00 | $2,160.00 | $0.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 1 | $600.00 | 12 | 0 | 12 | $7,200.00 | $0.00 | $7,200.00 | $7,200.00 | $0.00 | $7,200.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | 12 | 0 | 12 | $324.00 | $0.00 | $324.00 | $324.00 | $0.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | 12 | 0 | 12 | $5,400.00 | $0.00 | $5,400.00 | $5,400.00 | $0.00 | $5,400.00 |
| 6 | Withholding Tax | Month | $185.00 | 1 | $185.00 | 0 | 6 | 6 | $0.00 | $1,100.00 | $1,100.00 | $0.00 | $1,100.00 | $1,100.00 |
| *As utilized | | | | | | | | Totals | $17,244.00 | $1,100.00 | $18,344.00 | $17,244.00 | $1,100.00 | $18,344.00 |

*Continued on following page*

CONSTELLISAFG_1076036



The base Task Order and any pursuant modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and any pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order Modification as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order Modification.

| Oryx Afghanistan: | Academi: |
|---|---|
| | |
| Signature | Signature |
| Farhan Yusefzai | Jennifer Imhoff |
| Print Name | Print Name |
| CEO | Director, Subcontracts |
| Title | Title |
| | |
| Date: June/03/2021 | Date 6/14/2021 |

CONSTELLISAFG_1076037



**EXHIBIT Q**

# TASK ORDER MODIFICATION

| | |
|---|---|
| **SELLER: ORYX AFGHANISTAN** | **TASK ORDER # PO21-00130** |
| **CAMP ORYX, KABUL JALALABAD ROAD** | **T.O. MODIFICATION # 01** |
| **NEXT TO IEC – UNOCA, PD09** | **VENDOR SERVICES AGREEMENT #: VSA21-0001** |
| **KABUL, AFGHANISTAN** | **TYPE:  FIXED UNIT PRICE** |
| **PRIME CONTRACT No.: N/A** | **T.O. VALUE: $41,861.64** |
| **DPAS RATING: N/A** | **T.O.  FUNDING: $22,439.64** |

This Task Order Modification #01, entered into as of May 29, 2021 between Edinburgh International  and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. PO21-00293. To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

Buyer Entity: Edinburgh International

Project Name: Commercial Overhead

This Modification #01 is issued to increase funding as follows:

## SECTION 1: TASK ORDER PROVISONS

**Section 3:  FUNDING –**

Increase Funded Value from $19,422.00 by $3,017.64  to $22,439.64.

Increase Total Value from $38,844.00 by $3,017.64 to $41,861.64.

*Continued on following page*

CONSTELLISAFG_1076025

**Edinburgh International**

A CONSTELLIS COMPANY

FROM

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|---------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 4 | $2,400.00 | $14,400.00 | $28,800.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| * As utilized | | | | | Totals | $19,422.00 | $38,844.00 |

TO

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Prior Months | Increase / Decrease Months | Months | Prior Funded Value | Increase / Decrease Funded Value | Funded Value | Prior Total Value | Increase / Decrease Total Value | Total Value |
|------|-------------|-----|-----------|---------------|--------------|--------------|----------------------------|--------|--------------------|----------------------------------|--------------|-------------------|---------------------------------|-------------|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | 6 | 0 | 6 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | 6 | 0 | 6 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 4 | $2,400.00 | 6 | 0 | 6 | $14,400.00 | $0.00 | $14,400.00 | $28,800.00 | $0.00 | $28,800.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | 6 | 0 | 6 | $162.00 | $0.00 | $162.00 | $324.00 | $0.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | 6 | 0 | 6 | $2,700.00 | $0.00 | $2,700.00 | $5,400.00 | $0.00 | $5,400.00 |
| 6 | Withholding Tax | Month | $502.94 | 1 | $502.94 | 0 | 6 | 6 | 0 | $3,017.64 | $3,017.64 | $0.00 | $3,017.64 | $3,017.64 |
| *As utilized | | | | | | | Totals | | $19,422.00 | $3,017.64 | $22,439.64 | $38,844.00 | $3,017.64 | $41,861.64 |

*Continued on following page*

Constellis Task Order Modification (6/2020)

CONSTELLISAFG_1076026

 

The base Task Order and any pursuant modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and any pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order Modification as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order Modification.

| Oryx Afghanistan: | Edinburgh International: |
|---|---|
| | |
| Signature | Signature |
| Farhan Yusefzai | Jennifer Imhoff |
| Print Name | Print Name |
| CEO | Director, Subcontracts |
| Title | Title |
| | |
| Date: June/03/2021 | Date 6/14/2021 |



**EXHIBIT R**

# TASK ORDER MODIFICATION

| | |
|---|---|
| SELLER: ORYX AFGHANISTAN | TASK ORDER # PO21-00131 |
| CAMP ORYX, KABUL JALALABAD ROAD | T.O. MODIFICATION # 01 |
| NEXT TO IEC – UNOCA, PD09 | VENDOR SERVICES AGREEMENT #: VSA21-0002 |
| KABUL, AFGHANISTAN | TYPE:  FIXED UNIT PRICE |
| PRIME CONTRACT No.: | T.O. TOTAL VALUE: $49,696.92 |
| DPAS RATING: | T.O.  FUNDING: $26,674.92 |

This Task Order Modification #01, entered into as of May 29, 2021 between Olive Group and Oryx Afghanistan applies to the Constellis entity and Project as indicated below, and is issued in accordance with the Terms and Conditions set forth in the Vendor Services Agreement (the "VSA")  No. PO21-00293. To the extent that the terms of this Task Order are inconsistent with any of the terms of the VSA, the terms of the VSA take precedence.

**Buyer Entity:** Olive Group

**Project Name:** Commercial Overhead

This Modification #01 is issued to increase funding as follows:

## SECTION 1: TASK ORDER PROVISONS

**Section 3:  FUNDING** –

Increase Funded value from $23,022.00 by $3,652.92 to $26,674.92

Increase Total Value from $46,044.00 by $3,652.92 to $49,696.92

*Continued on following page*

CONSTELLISAFG_1076028



FROM

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Funded Value | Ceiling Value |
|---|---|---|---|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | $1,080.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | $1,080.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 5 | $3,000.00 | $18,000.00 | $36,000.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | $162.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | $2,700.00 | $5,400.00 |
| * As utilized | | | | | Totals | $23,022.00 | $46,044.00 |

TO

| Line | Description | U/M | Unit price | QTY Per Month | Monthly Cost | Prior Months | Increase / Decrease Months | Months | Prior Funded Value | Increase / Decrease Funded Value | Funded Value | Prior Total Value | Increase / Decrease Total Value | Total Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *Single Occupancy Room | Day | $90.00 | 2 | $180.00 | 6 | 0 | 6 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 2 | *Open Bay Occupancy Room (per person) | Day | $60.00 | 3 | $180.00 | 6 | 0 | 6 | $1,080.00 | $0.00 | $1,080.00 | $2,160.00 | $0.00 | $2,160.00 |
| 3 | *Container Laydown (each) | Month | $600.00 | 5 | $3,000.00 | 6 | 0 | 6 | $18,000.00 | $0.00 | $18,000.00 | $36,000.00 | $0.00 | $36,000.00 |
| 4 | *Casual Meals (meals only/per person) | Each | $9.00 | 3 | $27.00 | 6 | 0 | 6 | $162.00 | $0.00 | $162.00 | $324.00 | $0.00 | $324.00 |
| 5 | 1/4 Monthly Office Rental (standard) | Month | $450.00 | 1 | $450.00 | 6 | 0 | 6 | $2,700.00 | $0.00 | $2,700.00 | $5,400.00 | $0.00 | $5,400.00 |
| 6 | Withholding Tax | Month | $608.82 | 1 | $608.82 | 0 | 6 | 6 | $0.00 | $3,652.92 | $3,652.92 | $0.00 | $3,652.92 | $3,652.92 |
| *As utilized | | | | | | | Totals | | $23,022.00 | $3,652.92 | $26,674.92 | $46,044.00 | $3,652.92 | $49,696.92 |

*Continued on following page*

Constellis Task Order Modification (6/2020)

CONSTELLISAFG_1076029



The base Task Order and any pursuant modifications remain in full force and effect unless amended through a subsequent modification.

All provisions of the original Agreement and any pursuant modifications shall remain in full force and effect.

If the Agreement expires prior to this Task Order, this Task Order, will remain in effect through its expiration date and be governed by the terms and conditions of the expired Agreement.

IN WITNESS HEREOF, the parties have executed this Task Order Modification as of the date and year first written above, and represent and warrant that they have the authority and power to execute this Task Order Modification.

| Oryx Afghanistan: | Olive Group: |
|---|---|
| | |
| Signature | Signature |
| Farhan Yusefzai | Jennifer Imhoff |
| Print Name | Print Name |
| CEO | Director, Subcontracts |
| Title | Title |
| | |
| Date: June/03/2021 | Date 6/14/2021 |

EXHIBIT
S

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEM Offeror To Complete Block 12, 17, 23, 24, & 30 | 1. Requisition Number SEE SCHEDULE | Page 1 Of 48 | |
|---|---|---|---|

| 2. Contract No. W52P1J-19-D-0005 | 3. Award/Effective Date 2018 NOV 07 | 4. Order Number | 5. Solicitation Number | 6. Solicitation Issue Date |
|---|---|---|---|---|

| 7. For Solicitation Information Call: | A. Name ALISSA S. ROHM | B. Telephone Number (No Collect Calls) (309) 782-5838 | 8. Offer Due Date/Local Time |
|---|---|---|---|

**9. Issued By** Code **W52P1J**

ARMY CONTRACTING COMMAND - RI
ROCK ISLAND, IL 61299-8000
BLDGS 60 & 62

Email: ALISSA.S.ROHM.CIV@MAIL.MIL

**10. This Acquisition is** [X] Unrestricted OR [ ] Set Aside: ____ % For:

[ ] Small Business [X] Women-Owned Small Business (WOSB) Eligible Under the Women-Owned Small Business Program

[ ] Hubzone Small Business [ ] EDWOSB

[ ] Service-Disabled Veteran-Owned Small Business  NAICS: 561612

[ ] 8(A)  Size Standard:

| 11. Delivery For FOB Destination Unless Block Is Marked [X] See Schedule | 12. Discount Terms | [X] 13a. This Contract Is A Rated Order Under DPAS (15 CFR 700) | 13b. Rating DOC9 |
|---|---|---|---|
| | | 14. Method Of Solicitation [ ] RFQ [ ] IFB [X] RFP | |

**15. Deliver To** Code ____
SEE SCHEDULE

Telephone No.

**16. Administered By** Code **W91B4N**
W6QL ELE RCC BAGRAM
OPERATION FREEDOM SENTINEL
KO DIRECTORATE OF CONTRACTING
APO AE 09354-0000

**17a. Contractor/Offeror** Code **3K6X2** Facility ____
TRIPLE CANOPY INC
12018 SUNRISE VALLEY DR STE 140
RESTON, VA 20191-3432

Telephone No. (703)673-5110

[ ] 17b. Check If Remittance Is Different And Put Such Address In Offer

**18a. Payment Will Be Made By** Code **HQ0338**
DFAS-COLUMBUS CENTER
SOUTH ENTITLEMENT OPERATIONS
P O BOX 182317
COLUMBUS OH 43218-2264

18b. Submit Invoices To Address Shown In Block 18a Unless Block Below Is Checked [ ] See Addendum

| 19. Item No. | 20. Schedule Of Supplies/Services | 21. Quantity | 22. Unit | 23. Unit Price | 24. Amount |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

(Use Reverse and/or Attach Additional Sheets As Necessary)

| 25. Accounting And Appropriation Data | 26. Total Award Amount (For Govt. Use Only) $0.00 |
|---|---|

[ ] 27a. Solicitation Incorporates By Reference FAR 52.212-1, 52.212-4. FAR 52.212-3 And 52.212-5 Are Attached. Addenda [ ] Are [ ] Are Not Attached.

[X] 27b. Contract/Purchase Order Incorporates By Reference FAR 52.212-4. FAR 52.212-5 Is Attached. Addenda [X] Are [ ] Are Not Attached.

[X] 28. Contractor Is Required To Sign This Document And Return __2__ Copies to Issuing Office. Contractor Agrees To Furnish And Deliver All Items Set Forth Or Otherwise Identified Above And On Any Additional Sheets Subject To The Terms And Conditions Specified.

[ ] 29. Award Of Contract: Ref. ____ Offer Dated ____. Your Offer On Solicitation (Block 5), Including Any Additions Or Changes Which Are Set Forth Herein, Is Accepted As To Items:

| 30a. Signature Of Offeror/Contractor | 31a. United States Of America (Signature Of Contracting Officer) Stephanie A Brown |
|---|---|
| 30b. Name And Title Of Signer (Type Or Print) Michael Weixel, Vice President | 30c. Date Signed 10/31/2018 | 31b. Name Of Contracting Officer (Type Or Print) STEPHANIE A. BROWN STEPHANIE.A.BROWN127.CIV@MAIL.MIL (309)782-6083 | 31c. Date Signed 2018 NOV 07 |

Authorized For Local Reproduction
Previous Edition Is Not Usable

Standard Form 1449 (Rev. 2/2012)
Prescribed By GSA-FAR (48 CFR) 53.212

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEM Offeror To Complete Block 12, 17, 23, 24, & 30 | | 1. Requisition Number SEE SCHEDULE | | Page  1  Of  48 |

| 2. Contract No. W52P1J-19-D-0005 | 3. Award/Effective Date 2018NOV07 | 4. Order Number | 5. Solicitation Number | 6. Solicitation Issue Date |

| 7. For Solicitation Information Call: | A. Name  ALISSA S. ROHM | B. Telephone Number (No Collect Calls) (309)782-5838 | 8. Offer Due Date/Local Time |

**9. Issued By**  Code  W52P1J
ARMY CONTRACTING COMMAND – RI
ROCK ISLAND, IL 61299-8000
BLDGS 60 & 62

Email: ALISSA.S.ROHM.CIV@MAIL.MIL

**10. This Acquisition is**  [X] Unrestricted    OR    [ ] Set Aside:    % For:

[ ] Small Business
[ ] Women-Owned Small Business (WOSB) Eligible Under the Women-Owned Small Business Program
[ ] Hubzone Small Business    [ ] EDWOSB
[ ] Service-Disabled Veteran-Owned Small Business    NAICS: 561612
[ ] 8(A)    Size Standard:

| 11. Delivery For FOB Destination Unless Block Is Marked [X] See Schedule | 12. Discount Terms | [X] 13a. This Contract Is A Rated Order Under DPAS (15 CFR 700) | 13b. Rating DOC9 |
| | | 14. Method Of Solicitation  [ ] RFQ  [ ] IFB  [X] RFP | |

| 15. Deliver To  Code SEE SCHEDULE | 16. Administered By  Code  W91B4N W6QL ELE RCC BAGRAM OPERATION FREEDOM SENTINEL KO DIRECTORATE OF CONTRACTING APO AE 09354-0000 |
| Telephone No. | |

| 17a. Contractor/Offeror  Code 3K6X2  Facility TRIPLE CANOPY INC 12018 SUNRISE VALLEY DR STE 140 RESTON, VA 20191-3432 | 18a. Payment Will Be Made By  Code HQ0338 DFAS-COLUMBUS CENTER SOUTH ENTITLEMENT OPERATIONS P O BOX 182317 COLUMBUS OH  43218-2264 |
| Telephone No.  (703)673-5110 | |
| [ ] 17b. Check If Remittance Is Different And Put Such Address In Offer | 18b. Submit Invoices To Address Shown In Block 18a Unless Block Below Is Checked [ ] See Addendum |

| 19. Item No. | 20. Schedule Of Supplies/Services | 21. Quantity | 22. Unit | 23. Unit Price | 24. Amount |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

**(Use Reverse and/or Attach Additional Sheets As Necessary)**

| 25. Accounting And Appropriation Data | 26. Total Award Amount (For Govt. Use Only) $0.00 |

[ ] 27a.Solicitation Incorporates By Reference FAR 52.212-1, 52.212-4. FAR 52.212-3 and 52.212-5 Are Attached. Addenda [ ] Are [ ] Are Not Attached.

[X] 27b.Contract/Purchase Order Incorporates By Reference FAR 52.212-4. FAR 52.212-5 Is Attached.  Addenda [ ] Are [X] Are Not Attached.

[X] **28. Contractor Is Required To Sign This Document And Return** 2 **Copies to Issuing Office.** Contractor Agrees To Furnish And Deliver All Items Set Forth Or Otherwise Identified Above And On Any Additional Sheets Subject To The Terms And Conditions Specified.

[ ] **29. Award Of Contract: Ref.** _____ **Offer** Dated _____. Your Offer On Solicitation (Block 5), Including Any Additions Or Changes Which Are Set Forth Herein, Is Accepted As To Items:

| 30a. Signature Of Offeror/Contractor | 31a. United States Of America (Signature Of Contracting Officer) /SIGNED/ |
| 30b. Name And Title Of Signer (Type Or Print) | 30c. Date Signed | 31b. Name Of Contracting Officer (Type Or Print) STEPHANIE A. BROWN STEPHANIE.A.BROWN127.CIV@MAIL.MIL (309)782-6083 | 31c. Date Signed 2018NOV07 |

| Authorized For Local Reproduction Previous Edition Is Not Usable | Standard Form 1449 (Rev. 2/2012) Prescribed By GSA-FAR (48 CFR) 53.212 |

CONSTELLISAFG_0813211

| 19. Item No. | 20. Schedule Of Supplies/Services | 21. Quantity | 22. Unit | 23. Unit Price | 24. Amount |
|---|---|---|---|---|---|
| | | | | | |

**32a. Quantity In Column 21 Has Been**

☐ Received    ☐ Inspected    ☐ Accepted, And Conforms To The Contract, Except As Noted: _____

| 32b. Signature Of Authorized Government Representative | 32c. Date | 32d. Printed Name and Title of Authorized Government Representative |
|---|---|---|
| 32e. Mailing Address of Authorized Government Representative | | 32f. Telephone Number of Authorized Government Representative |
| | | 32g. E-Mail of Authorized Government Representative |

| 33. Ship Number | 34. Voucher Number | 35. Amount Verified Correct For | 36. Payment | 37. Check Number |
|---|---|---|---|---|
| ☐ Partial  ☐ Final | | | ☐ Complete  ☐ Partial  ☐ Final | |
| 38. S/R Account No. | 39. S/R Voucher Number | 40. Paid By | | |

| 41a. I Certify This Account Is Correct And Proper For Payment | | 42a. Received By (Print) |
|---|---|---|
| 41b. Signature And Title Of Certifying Officer | 41c. Date | 42b. Received At (Location) |
| | | 42c. Date Rec'd (YY/MM/DD) 42d. Total Containers |

**Standard Form 1449 (Rev. 2/2012)  Back**

CONSTELLISAFG_0813212

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005 | **Page** 2 **of** 48 |
|---|---|---|
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

SUPPLEMENTAL INFORMATION

Buyer Name: ALISSA S. ROHM
Buyer Office Symbol/Telephone Number: CCRC-VC/(309)782-5838
Type of Contract 1: Firm Fixed Price
Kind of Contract: Service Contracts
Type of Business: Large Business Performing in U.S.
Surveillance Criticality Designator: C
Contract Expiration Date:  2023NOV06


*** End of Narrative A0000 ***
The following narrative is included as an addendum to FAR 52.212-4.


*** END OF NARRATIVE A0002 ***

1.  The U.S. Army Contracting Command  Rock Island (ACC-RI), hereby awards Contract W52P1J-19-D-0005 to Triple Canopy, Inc. doing business as Constellis (Triple Canopy) for performance of Security Support Services (SSS).  SSS provides guard and protective security services in support of the Department of Defense (DoD).  Triple Canopy shall support DoD by aiding in the coordination of planning and execution of armed/unarmed security operations throughout the CENTCOM Area of Responsibility (AOR) and other OCONUS COCOMs.  Services include but are not limited to: Static Security Guards; Tower and Perimeter Security; Roving Patrols; Security Escort Teams; Convoy Escort; and Protective Service teams, performed in accordance with (IAW) the Performance Work Statement (PWS) dated 21 February 2018, enclosed as Attachment 0001 to this Contract.

2.  Solicitation W52P1J-17-R-0111, Amendments 0001-0010, and Attachments are hereby incorporated into this contract in their entirety, by reference.

3.  Triple Canopy final proposal revision, dated 07 June 2018, is hereby incorporated by reference.  In the event of inconsistencies between the provisions of the contract and the proposal, the inconsistency shall be resolved by the following order of precedence: (1) the contract excluding the proposal then (2) the technical, past performance, and price proposal.

4.  CONTRACT TYPE AND MAXIMUM.  Contract W52P1J-19-D-0005 is awarded as a Firm Fixed Price (FFP), Indefinite-Delivery-Indefinite-Quantity (IDIQ), Multiple Award Task Order Contract (MATOC).  The ceiling price for the entire SSS program is established as $4,000,000,000.00.  The maximum amount of this award is $3,996,000,000.00.

5.  MINIMUM GUARANTEE.  Task Order 0001 will be issued concurrently with this award, which will result in the award of the guaranteed minimum of $1,000,000.00.  Task Order 0001 will be for Triple Canopy to attend the first site visit.  In addition to site visit attendance, Triple Canopy shall provide the USG with a concept of operations plan (e.g. discuss execution of the work under the first mission, to include a briefing to the USG) and a management of personnel and Combatting Trafficking in Person plan for execution of that specific mission.  Attendance is limited to five contractor employees, per awardee.  Additionally details related to the site visit will be included in Task Order 0001.

Note:  The awards of Task Order 0001 in no way obligates the Government to place additional orders beyond the guaranteed minimum amount.  The Government makes no representation as to the number of task order or actual amount of work to be ordered beyond the guaranteed minimum.

6.  TASK ORDER COMPETITION.  The Government will conduct task order competitions based on incoming requirements in accordance with Attachment 0005  Ordering Guide.

7.  The Period of Performance (PoP) will include five one-year evaluated ordering periods, and an evaluated six-month extension period under FAR 52.217-8, Option to Extend Services.  Additionally, FAR 52.237-3, Continuity of Services, is included in this contract. The Government may exercise option periods, if deemed necessary.  The Government is not obligated to exercise any option period and will notify Triple Canopy of the Governments intent to exercise any option period IAW the terms of this contract.  Each ordering and option period will be funded separately.  The projected ordering periods/PoPs will be as follows:

Ordering Period One:      07 November 2018 to 06 November 2019
Ordering Period Two:      07 November 2019 to 06 November 2020
Ordering Period Three:    07 November 2020 to 06 November 2021
Ordering Period Four:     07 November 2021 to 06 November 2022
Ordering Period Five:     07 November 2022 to 06 November 2023

FAR 52.217-8 Extension:    07 November 2023 to 06 May 2024

CONSTELLISAFG_0813213

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005 | **Page** 3 of 48 |
|---|---|---|
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

8.  The following Contract Line Item Numbers (CLINs) are established for each ordering period:

      0001AA:  Guard Shift Leader U.S. EXPAT
      0001AB:  Internal Roving Security Guard Team Leader
      0001AC:  Internal Roving Security Guard U.S. EXPAT
      0001AD:  Internal Roving Security Guard (OCN/LN)
      0001AE:  Fixed Guards Shift Leader (FVEY/NATO)
      0001AF:  Fixed Guards Shift Leader (OCN/LN)
      0001AG:  Fixed  / Mobile Guard U.S. Expat
      0001AH:  Fixed / Mobile Guard (FVEY/NATO)
      0001AJ:  Fixed / Mobile Guard (OCN)
      0001AK:  Fixed / Mobile Guard (LN)
      0001AL:  Mobile Guard Driver (LN)
      0001AM:  Mobile Guard Medic

      0002AA:  Protective Security Detail (PSD) Shift Leader
      0002AB:  Protective Security Detail (PSD) Leader FVEY
      0002AC:  Protective Security Detail (PSD) U.S. EXPAT
      0002AD:  Protective Security Detail (PSD) Guard FVEY
      0002AE:  Protective Security Detail (PSD) Guard Medic

      0003AA:  Security Reconnaissance Team (SRT) Guard Team Leader U.S. EXPAT
      0003AB:  Security Reconnaissance Team (SRT) Guard Medic
      0003AC:  Security Reconnaissance Team (SRT) U.S. EXPAT
      0003AD:  Security Reconnaissance Team (SRT) FVEY
      0003AE:  Security Reconnaissance Team (SRT) Guard Driver (LN)

      0004AA:  Guard Site Assistant Manager
      0004AB:  Guard Site Manager

      0005AA:  Interpreter

      0006AA:  Planner/Liasion  U.S. Citizen

      0007AA:  Operations Center Chief
      0007AB:  Operations Center Assistant Chief
      0007AC:  Operations Center Watch Officer
      0007AD:  Operations Center Assistant Watch Officer

      0008AA:  NTVs (Daily Rate Required)

      0009AA:  LAVs (Daily Rate Required)

      0010AA:  Housing / Life Support  Kuwait Only

      0011:   Contractor Manpower Reporting

      0012AA:  De-Mob  OCN
      0012AB:  De-Mob  FVEY
      0012AC:  De-Mob  U.S. EXPAT

      0013AA:  Mob  OCN **90 Day Mobilization**
      0013AB:  Mob  FVEY **90 Day Mobilization**
      0013AC:  Mob  US EXPAT **90 Day Mobilization**
      0013AD:  Mob  OCN **120 Day Mobilization**
      0013AE:  Mob  FVEY **120 Day Mobilization**
      0013AF:  Mob  US EXPAT **120 Day Mobilization**

9.  Triple Canopy shall transmit electronic invoices through the Wide Area Workflow system with a Type of 2-in-1 Voucher.  Refer to DFARS Clause 252.232-7006, WAWF Payment Instructions, in Section G of this contract.  Triple Canopy shall also submit invoices to the Administrative Contracting Officer (ACO) and the Procuring Contracting Officer (PCO).

10.  AUTHORIZED TO ORDER.  Only Army Contracting Command  Rock Island is authorized to place orders against the contract.

11.  CURRENCY.  Task Order proposals shall be submitted in U.S. dollars.  Costs for currency exchanges or fluctuations in currency value

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 4 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN      MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

are hereby disallowed.  (Reference FAR 52.214-35)

12. SUBJECT TO AVAILABILITY OF FUNDS.  Solicitation W52P1J-17-R-0111 was issued subject to the Availability of Funds IAW FAR 52.232-18 and was not funded at the time of issuance.  The U.S. Government reserves the right to not fund all CLINs.  This basic contract, ordering periods, and task orders will be subject to the availability of funds.

13.  COMPLIANCE WITH LAWS.  Triple Canopy shall comply with all host nation laws, including labor laws, rules, and regulations, as well as all U.S. laws and regulations, whichever are more restrictive.

14.  DIGITAL SIGNATURES.  The Government may choose to use Digital Signatures generated from a Common Access Card.  This has the same affect and binding authority as a hand signature.

15.  This executive summary is not intended to alter the terms and conditions of the contract in any way.  Any inconsistencies between this executive summary and other contract provisions shall be resolved in the favor of the other contract provisions.


*** END OF NARRATIVE A0001 ***

CONSTELLISAFG_0813215

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 5 **of** 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**               **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

SUPPLIES OR SERVICES AND PRICES/COSTS
Attachment 0002, Triple Canopy Price Matrix, outlines the ceiling prices for each CLIN for each ordering period.


*** END OF NARRATIVE B0001 ***


The following narrative is included as an addendum to FAR 52.212-4.


*** END OF NARRATIVE B0002 ***

CONSTELLISAFG_0813216

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 6 of 48 |
|---|---|---|
| | PIIN/SIIN          MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | FIXED/MOBILE GUARDS | | | | |
| 0001AA | GUARD SHIFT LEADER US EXPAT | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0001AB | INTERNAL ROVING SECURITY GUARD TEAM LEADER | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0001AC | INTERNAL ROVING SECURITY GUARD US EXPAT | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0001AD | INTERNAL ROVING SECURITY GUARD (OCN/LN) | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0001AE | FIXED GUARDS SHIFT LEADER (FVEY/NATO) | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0001AF | FIXED GUARDS SHIFT LEADER (OCN/LN) | | | | $ ** NSP ** |
| | SERVICE REQUESTED: FIXED/MOBILE GUARDS CLIN CONTRACT TYPE: Firm Fixed Price | | | | |

CONSTELLISAFG_0813217

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 7 of 48 |
| | PIIN/SIIN         MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0001AG | FIXED GUARD US EXPAT<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0001AH | FIXED/MOBILE GUARD (FVEY/NATO)<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0001AJ | FIXED/MOBILE GUARD (OCN)<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0001AK | FIXED/MOBILE GUARD (LN)<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0001AL | MOBILE GUARD DRIVER (LN)<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0001AM | MOBILE GUARD MEDIC<br><br>SERVICE REQUESTED: FIXED/MOBILE GUARDS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |

CONSTELLISAFG_0813218

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005<br>PIIN/SIIN          MOD/AMD | Page   8 of 48 |
|---|---|---|

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | PROTECTIVE SECURITY DETAIL | | | | |
| 0002AA | <u>PROTECTIVE SECURITY DETAIL SHIFT LEADER</u><br><br>SERVICE REQUESTED: PROTECTIVE SECURITY DETAIL<br>CLIN CONTRACT TYPE:<br>   Firm Fixed Price | | | | $_____ ** NSP ** |
| 0002AB | <u>PROTECTIVE SECURITY DETAIL LEADER FVEY</u><br><br>SERVICE REQUESTED: PROTECTIVE SECURITY DETAIL<br>CLIN CONTRACT TYPE:<br>   Firm Fixed Price | | | | $_____ ** NSP ** |
| 0002AC | <u>PROTECTIVE SECURITY DETAIL US EXPAT</u><br><br>SERVICE REQUESTED: PROTECTIVE SECURITY DETAIL<br>CLIN CONTRACT TYPE:<br>   Firm Fixed Price | | | | $_____ ** NSP ** |
| 0002AD | <u>PROTECTIVE SECURITY DETAIL GUARD FVEY</u><br><br>SERVICE REQUESTED: PROTECTIVE SECURITY DETAIL<br>CLIN CONTRACT TYPE:<br>   Firm Fixed Price | | | | $_____ ** NSP ** |
| 0002AE | <u>PROTECTIVE SECURITY DETAIL GUARD MEDIC</u><br><br>SERVICE REQUESTED: PROTECTIVE SECURITY DETAIL<br>CLIN CONTRACT TYPE:<br>   Firm Fixed Price | | | | $_____ ** NSP ** |
| 0003 | SECURITY RECONNAISSANCE TEAM | | | | |
| 0003AA | <u>SECURITY RECONNAISSANCE TEAM GUARD TEAM LEADER US EXPAT</u> | | | | $_____ ** NSP ** |

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | | Page 9 of 48 |
|---|---|---|---|
| | **PIIN/SIIN** | **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SERVICE REQUESTED: SECURITY RECONNAISSANCE TEAM CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0003AB | SECURITY RECONNAISSANCE TEAM GUARD MEDIC | | | | $         ** NSP ** |
| | SERVICE REQUESTED: SECURITY RECONNAISSANCE TEAM CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0003AC | SECURITY RECONNAISSANCE TEAM US EXPAT | | | | $         ** NSP ** |
| | SERVICE REQUESTED: SECURITY RECONNAISSANCE TEAM CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0003AD | SECURITY RECONNAISSANCE TEAM FVEY | | | | $         ** NSP ** |
| | SERVICE REQUESTED: SECURITY RECONNAISSANCE TEAM CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0003AE | SECURITY RECONNAISSANCE TEAM GUARD DRIVER (LN) | | | | $         ** NSP ** |
| | SERVICE REQUESTED: SECURITY RECONNAISSANCE TEAM CLIN CONTRACT TYPE: Firm Fixed Price | | | | |
| 0004 | GUARD SITE MANAGER | | | | |
| 0004AA | GUARD SITE ASSISTANT MANAGER | | | | $         ** NSP ** |
| | SERVICE REQUESTED: GUARD SITE MANAGER CLIN CONTRACT TYPE: Firm Fixed Price | | | | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | | Page 10 of 48 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AB | GUARD SITE MANAGER<br><br>SERVICE REQUESTED: GUARD SITE MANAGER<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0005 | INTERPRETERS | | | | |
| 0005AA | INTERPRETER<br><br>SERVICE REQUESTED: INTERPRETERS<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0006 | PLANNER/LIAISON | | | | |
| 0006AA | PLANNER/LIAISON U.S. CITIZEN<br><br>SERVICE REQUESTED: PLANNER/LIAISON<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0007 | OPERATIONS CENTER | | | | |
| 0007AA | OPERATIONS CENTER CHIEF<br><br>SERVICE REQUESTED: OPERATIONS CENTER<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0007AB | OPERATIONS CENTER ASSISTANT CHIEF<br><br>SERVICE REQUESTED: OPERATIONS CENTER<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |

CONSTELLISAFG_0813221

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 11 of 48 |
|---|---|---|
| | PIIN/SIIN          MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007AC | OPERATIONS CENTER WATCH OFFICER | | | | $          ** NSP ** |
| | SERVICE REQUESTED: OPERATIONS CENTER CLIN CONTRACT TYPE:      Firm Fixed Price | | | | |
| 0007AD | OPERATIONS CENTER ASSISTANT WATCH OFFICER | | | | $          ** NSP ** |
| | SERVICE REQUESTED: OPERATIONS CENTER CLIN CONTRACT TYPE:      Firm Fixed Price | | | | |
| 0008 | NON-TACTICAL VEHICLES (NTVS) | | | | |
| 0008AA | NON-TACTICAL VEHICLES (NTVS) | | | | $          ** NSP ** |
| | SERVICE REQUESTED: NON-TACTICAL VEHICLES (NTVS) CLIN CONTRACT TYPE:      Firm Fixed Price | | | | |
| 0009 | LIGHT ARMORED VEHICLES (LAVS) | | | | |
| 0009AA | LIGHT ARMORED VEHICLES (LAVS) | | | | $          ** NSP ** |
| | SERVICE REQUESTED: LIGHT ARMORED VEHICLES (LAVS) CLIN CONTRACT TYPE:      Firm Fixed Price | | | | |
| 0010 | HOUSING/LIFE SUPPORT | | | | |
| 0010AA | HOUSING/LIFE SUPPORT - KUWAIT ONLY | | | | $          ** NSP ** |
| | SERVICE REQUESTED: HOUSING/LIFE SUPPORT CLIN CONTRACT TYPE: | | | | |

CONSTELLISAFG_0813222

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | | Page 12 of 48 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Firm Fixed Price | | | | |
| 0011 | CONTRACTOR MANPOWER REPORTING | | | | $ ** NSP ** |
| | SERVICE REQUESTED: CONTRACTOR MANPOWER REPORTING<br>CLIN CONTRACT TYPE:<br>  Firm Fixed Price | | | | |
| 0012 | DEMOBILIZATION | | | | |
| 0012AA | DEMOB - OCN | | | | $ ** NSP ** |
| | SERVICE REQUESTED: DEMOBILIZATION<br>CLIN CONTRACT TYPE:<br>  Firm Fixed Price | | | | |
| 0012AC | DEMOB - FVEY | | | | $ ** NSP ** |
| | SERVICE REQUESTED: DEMOBILIZATION<br>CLIN CONTRACT TYPE:<br>  Firm Fixed Price | | | | |
| 0012AD | DEMOB - US EXPAT | | | | $ ** NSP ** |
| | SERVICE REQUESTED: DEMOBILIZATION<br>CLIN CONTRACT TYPE:<br>  Firm Fixed Price | | | | |
| 0013 | MOBILIZATION | | | | |
| 0013AA | MOB - OCN (90 DAY) | | | | $ ** NSP ** |
| | SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>  Firm Fixed Price | | | | |

CONSTELLISAFG_0813223

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | | Page 13 of 48 |
|---|---|---|---|
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0013AC | <u>MOB – FVEY (90 DAY)</u><br><br>SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0013AD | <u>MOB – US EXPAT (90 DAY)</u><br><br>SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0013AE | <u>MOB – OCN (120 DAY)</u><br><br>SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0013AG | <u>MOB – FVEY (120 DAY)</u><br><br>SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |
| 0013AH | <u>MOB – US EXPAT (120 DAYS)</u><br><br>SERVICE REQUESTED: MOBILIZATION<br>CLIN CONTRACT TYPE:<br>    Firm Fixed Price | | | | $_____ ** NSP ** |

CONSTELLISAFG_0813224

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005 | **Page** 14 **of** 48 |
|---|---|---|
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

DESCRIPTION/SPECIFICATIONS/WORK STATEMENT
The following are hereby incorporated by addendum:
The Performance Work Statement (PWS) is Attachment 0001 of this contract. This PWS is incorporated as though set forth in its entirety, in the body of this contract.

STATEMENT OF WORK:  CONTRACTOR MANPOWER REPORTING

The contractor shall report ALL contractor labor hours (including subcontractor labor hours) required for performance of services provided under this contract for the Contracting Officer and COR via a secure data collection site. The contractor is required to completely fill in all required data fields using the following web address:http://www.ecmra.mil/  , and then click on "Department of the Army CMRA" or the icon of the DoD organization that is receiving or benefitting from the contracted services.

Reporting inputs will be for the labor executed during the period of performance during each Government fiscal year (FY), which runs October 1 through September 30. While inputs may be reported any time during the FY, all data shall be reported no later than October 31 of each calendar year, beginning with 2013. Contractors may direct questions to the help desk by clicking on Send an email which is located under the Help Resources ribbon on the right side of the login page of the applicable Service/Components CMR website".

*** END OF NARRATIVE C0001 ***

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 5152.225-5902<br>(ECC-A) | FITNESS FOR DUTY AND MEDICAL/DENTAL CARE LIMITATIONS | JUN/2015 |

(a) The contractor shall ensure the individuals they deploy are in compliance with the current USCENTCOM Individual Protection and Individual/Unit Deployment Policy, including TAB A, Amplification of the Minimal Standards of Fitness for Deployment to the CENTCOM AOR, unless a waiver is obtained in accordance with TAB C, CENTCOM Waiver Request.  The current guidance is located at http://www2.centcom.mil/sites/contracts/Pages/GCP.aspx.

(b) The contractor shall perform the requirements of this contract notwithstanding the fitness for duty of deployed employees, the provisions for care offered under this section, and redeployment of individuals determined to be unfit.

(c) Contractor personnel who deploy for multiple tours, which exceed 12 months in total, must be re-evaluated for fitness to deploy every 12 months IAW the current USCENTCOM Individual Protection and Individual/Unit Deployment Policy standards.  An examination will remain valid for 15 months from the date of the physical.  This allows an examination to be valid up to 90 days prior to deployment. Once a deployment begins, the examination will only be good for a maximum of 12 months.  Any medical waivers received will be valid for a maximum of 12 months.  Failure to obtain an updated medical waiver before the expiration of the current waiver renders the employee unfit and subject to redeployment.

(d) The contractor bears the responsibility for ensuring all employees are aware of the conditions and medical treatment available at the performance location. The contractor shall include this information in all subcontracts with performance in the theater of operations.

(e) In accordance with military directives (DoDI 3020.41, DoDI 6000.11, CFC FRAGO 09-1038, DoD Federal Acquisition Regulation Supplement (DFARS) PGI 225.74), resuscitative care, stabilization, hospitalization at a Role 3 military treatment facility (MTF) for emergency life-limb-eyesight care will be provided along with assistance for urgent patient movement.  Subject to availability, an MTF may provide reimbursable treatment for emergency medical or dental services (e.g., broken bones, lacerations, broken teeth or lost fillings).

(f) Routine and primary medical care are not authorized. Pharmaceutical services are not authorized for known or routine prescription drug needs of the individual. Routine dental care, examinations and cleanings are not authorized

(g) Notwithstanding any other provision of the contract, the contractor shall be liable for any and all medically-related services or patient movement rendered. To view reimbursement rates that will be charged for services at all DoD deployed medical facilities please go to the following website:  http://comptroller.defense.gov/FinancialManagement/Reports/rates2014.aspx.

(End of Clause)

| 2 | 5152.225-5907<br>(ECC-A) | MEDICAL SCREENING AND VACCINATION REQUIREMENTS FOR CONTRACTOR<br>EMPLOYEES OPERATING IN THE CENTCOM AREA OF RESPONSIBILITY (AOR) | JUN/2015 |

(a) All contractor employees are required to be medically, dentally, and psychologically fit for deployment and performance of their contracted duties as outlined in the Defense Federal Acquisition Regulation Supplement (DFARS) clause 252.225-7995, Contractor Personnel Performing in the United States Central Command Area of Responsibility.  This clause requires all contractor personnel to meet the

| | | |
|---|---|---|
| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005<br>PIIN/SIIN                    MOD/AMD | **Page** 15 **of** 48 |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

theater specific medical qualifications established by the Geographic Combatant Commander before deploying to, being granted installation access, or performing work under the resultant contract.  In the USCENTCOM Area of Operation (AOR), the required medical screening, immunizations, and vaccinations are specified in the current USCENTCOM individual Protection and Individual Unit Deployment Policy and DoD Instruction (DODI) 3020.41, Operational Contract Support (OCS).  Current medical screening, immunization, and vaccination requirements are available at http://www2.centcom.mil/sites/contracts/Pages/GCP.aspx.  The current DODI is available at http://www.dtic.mil/whs/directives/corres/ins1.html.  The current list of immunization and vaccination requirements are available at http://www.vaccines.mil.

(b) The USCENTCOM policy requires contractors to ensure adequate health management is available for Tuberculosis (TB) screening, diagnosis, treatment, and isolation during the life of the contract.  This includes management and compliance with all prescribed public health actions regarding TB and the responsibility to ensure adequate health management is available at the Contractors medical provider or local economy providers location for all contractor and subcontractor employees throughout the life of the contract.   The contractor shall maintain medical screening documentation, in English, and make it available to the Contracting Officer, military public health personnel, or Base Operations Center installation access badging personnel upon request.

  (1) U.S. Citizens are considered Small-Risk Nationals (SRNs) as the U.S. has less than 25 TB cases per 100,000 persons.  A TB testing method of either a TB skin test (TST) or Interferon Gamma Release Assay (IGRA) may be used for pre-deployment and annual re-screening of all U.S. Citizens employed under the contract.  For a contact investigation, all personnel with a positive TST or IGRA will be evaluated for potential active TB with a symptom screen, exposure history and CXR.  A physical copy of all TST, IGRA, and/or CXRs and radiographic interpretation must be provided at the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deployment and prior to installation access badge renewal.

  (2) Other Country Nationals (OCNs) and Local Nationals (LNs) shall have pre-deployment/employment testing for TB using a Chest x-ray (CXR) and a symptom survey completed within 3 months prior to the start of deployment/employment, with annual re-screening prior to installation access badge renewal.  This is the only way to verify interval changes should an active case of TB occur.  When conducting annual re-screening, the Contractors medical provider or local economy provider will look for interval changes from prior CXRs and review any changes in the symptom survey.  A physical copy of the CXR film with radiographic interpretation showing negative TB results must be provided to the Base Operations Center prior to the start of deployment/employment, with annual re-screening prior to installation access badge renewal.

  (3) After arrival in the USCENTCOM AOR, all cases of suspected or confirmed active TB must be reported to the theater Preventive Medicine (PM) Physician and/or TB Consultant within 24 hours.  Contact tracing, and medical coding, have specific requirements.  After consultation with the Theater PM or TB Consultant, the contractor or sub-contractor with suspected or confirmed TB are required to be evacuated to the closest civilian hospital for treatment.  The Contractor is responsible for management and compliance with all prescribed public health actions.  The employee, contractor/sub-contractor shall be transported out of theater following three (3) consecutive negative sputum smears.

(c) All employees, contractors and sub-contractors, involved in food service, water and/or ice production facilities must be pre-screened prior to deployment and re-screened annually for signs and symptoms of infectious diseases.  This includes a stool sample test for ova and parasites.  Additionally, all employees, contractors and sub-contractors, will have completed:  (1) the full series of immunization for Typhoid and Hepatitis A (full series) immunizations per the Centers for Disease Control and Prevention guidelines (e.g. typhoid vaccination booster is required every 2 years); (2) the required TB tests; and (3) screening for Hepatitis B and C.

(d) Proof of pre-deployment and deployment medical screening, immunizations, and vaccinations (in English) for employees, contractors and sub-contractors shall be made available to the designated Government representative throughout the life of the contract, and provided to  the Contracting Officer, for a minimum of six (6) years and (3) months from the date of final payment under the contract.

(End of Clause)

CONSTELLISAFG_0813226

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 16 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**　　　　　　　**MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

INSPECTION AND ACCEPTANCE
The following are hereby incorporated by addendum:


*** END OF NARRATIVE E0001 ***


| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 52.246-4 | INSPECTION OF SERVICES--FIXED-PRICE | AUG/1996 |

CONSTELLISAFG_0813227

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005<br>**PIIN/SIIN**                    **MOD/AMD** | **Page** 17 **of** 48 |
|---|---|---|

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

DELIVERIES OR PERFORMANCE
The following are hereby incorporated by addendum:


*** END OF NARRATIVE F0001 ***


|   | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 52.242-15 | STOP-WORK ORDER | AUG/1989 |
| 2 | 252.211-7007 | REPORTING OF GOVERNMENT-FURNISHED PROPERTY | AUG/2012 |

CONSTELLISAFG_0813228

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 18 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

CONTRACT ADMINISTRATION DATA
The following are hereby incorporated by addendum:

---

| Contract/Order Payment Clause | Type of Payment Request | Supply | Service | Construction | Payment Office Allocation Method |
|---|---|---|---|---|---|
| 52.212-4 (Alt I), Contract Terms and Conditions-- Commercial Items 52.216-7, Allowable Cost and Payment 52.232-7, Payments under Time-and-Materials and Labor-Hour Contract | Cost Voucher | X | X | N/A | Line item specific proration. If there is more than one ACRN within a deliverable line or deliverable subline item, the funds will be allocated in the same proportion as the amount of funding currently unliquidated for each ACRN on the deliverable line or deliverable subline item for which payment is requested. |
| 52.232-1, Payments | Navy Shipbuilding Invoice (Fixed Price) | X | N/A | N/A | Line item specific by fiscal year. If there is more than one ACRN within a deliverable line or deliverable subline item, the funds will be allocated using the oldest funds. In the event of a deliverable line or deliverable subline item with two ACRNS with the same fiscal year, those amounts will be prorated to the available unliquidated funds for that year. |
| 52.232-1, Payments; 52.232-2, Payments under Fixed-Price Research and Development Contracts; 52.232-3, Payments under Personal Services Contracts; 52.232-4, Payments under Transportation Contracts and Transportation-Related Services Contracts; and 52.232-6, Payments under Communication Service Contracts with Common Carriers | Invoice | X | X | N/A | Line Item specific proration. If there is more than one ACRN within a deliverable line or deliverable subline item, the funds will be allocated in the same proportion as the amount of funding currently unliquidated for each ACRN on the deliverable line or deliverable subline item for which payment is requested. |
| 52.232-5, Payments Under Fixed-Price Construction Contracts | Construction | N/A | N/A | X | Line Item specific by fiscal year. If there is more than one ACRN within a deliverable line or deliverable subline item, the funds will be allocated using the oldest funds. In the event of a deliverable line or deliverable subline item with two ACRNs with the same |

CONSTELLISAFG_0813229

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 19 of 48 |
|---|---|---|
| | PIIN/SIIN W52P1J-19-D-0005     MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| | | | | | |
|---|---|---|---|---|---|
| | | | | | fiscal year, those amounts will be prorated to the available unliquidated funds for that year. |
| 52.232-16, Progress Payments | Progress | X | X | N/A | Contract-wide proration. Funds shall be allocated in the same proportion as the amount of funding currently unliquidated for each ACRN. Progress Payments are considered contract level financing, and the "contract price" shall reflect the fixed price portion of the contract per FAR 32.501-3. |
| 52.232-29, Terms for Financing of Purchases of | Commercial | X | X | N/A | Specified in approved payment. The contracting officer shall specify the amount to be paid and the account(s) to be charged for each payment approval in accordance with FAR 32.207(b)(2) and 32.1007(b)(2). |
| 52.232-32, Performance-Based Payments | Performance Based Payments* | X | X | N/A | Specified in approved payment. The contracting officer shall specify the amount to be paid and the account(s) to be charged for each payment approval in accordance with FAR 32.207(b)(2) and 32.1007(b)(2). |
| 252.232-7002, Progress Payments for Foreign Military | Progress Payment* | X | X | N/A | Allocate costs among line items and countries in a manner acceptable to the Administrative Contracting Officer. |

*Liquidation of Financing Payments. Liquidation will be applied by the payment office against those ACRNs which are identified by the payment instructions for the delivery payment and in keeping with the liquidation provision of the applicable contract financing clause (i.e., progress payment, performance-based payment, or commercial item financing).

---

*** END OF NARRATIVE G0001 ***

| Regulatory Cite | Title | Date |
|---|---|---|
| 1     252.232-7006 | WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS | MAY/2013 |

(a) Definitions. As used in this clause--

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

CONSTELLISAFG_0813230

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 20 of 48 |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(b) Electronic invoicing. The WAWF system is the method to electronically process vendor payment requests and receiving reports, as authorized by DFARS 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall--

  (1) Have a designated electronic business point of contact in the System for Award Management at ; and

  (2) Be registered to use WAWF at  following the step-by-step procedures for self-registration available at this Web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at .

(e) WAWF methods of document submission. Document submissions may be via Web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor must use the following information when submitting payment requests and receiving reports in WAWF for this contract/order:

  (1) Document type. The Contractor shall use the following document type(s).

- 2 in 1 Invoice

  (2) Inspection/acceptance location. The Contractor shall select the following inspection/acceptance location(s) in WAWF, as specified by the contracting officer.

- Inspection:  Destination
- Acceptance:  Destination

  (3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table*

| Field Name in WAWF | Data to be entered in WAWF |
| --- | --- |
| Pay Official DoDAAC | TBD |
| Issue By DoDAAC | W52P1J |
| Admin DoDAAC | W91B4N** |
| Inspect By DoDAAC | W52P1J |
| Ship To Code | N/A |
| Ship From Code | N/A |
| Mark For Code | N/A |
| Service Approver (DoDAAC) | W52P1J |
| Service Acceptor (DoDAAC) | W52P1J |
| Accept at Other DoDAAC | N/A |
| LPO DoDAAC | N/A |
| DCAA Auditor DoDAAC | N/A |
| Other DoDAAC(s) | N/A |

**May vary at the task order level, based on AOR of performance

  (4) Payment request and supporting documentation. The Contractor shall ensure a payment request includes appropriate contract line item and subline item descriptions of the work performed or supplies delivered, unit price/cost per unit, fee (if applicable), and all relevant back-up documentation, as defined in DFARS Appendix F, (e.g. timesheets) in support of each payment request.

  (5) WAWF email notifications. The Contractor shall enter the email address identified below in the "Send Additional Email Notifications" field of WAWF once a document is submitted in the system.

Army Contracting Command – Rock Island Procuring Contracting Officer and Contract Specialist(s)

(g) WAWF point of contact. (1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

CONSTELLISAFG_0813231

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 21 **of** 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**              **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

Army Contracting Command – Rock Island Procuring Contracting Officer and Contract Specailist(s)

   (2) For technical WAWF help, contact the WAWF helpdesk at 866-618-5988.

(End of clause)

CONSTELLISAFG_0813232

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** <br> W52P1J-19-D-0005 | **Page** 22 **of** 48 |
|---|---|---|
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

SPECIAL CONTRACT REQUIREMENTS
The following are hereby incorporated by addendum:

TASK AND DELIVERY ORDER OMBUDSMAN

(a)  An ombudsman has been appointed to hear and facilitate the resolution of concerns from offerors regarding fair opportunity to be considered for task and/or delivery orders under multiple award contracts. When requested, the ombudsman will maintain strict confidentiality as to the source of the concern. The existence of the ombudsman does not affect the authority of the contracting officer, source selection official or program manager. Further, the ombudsman does not participate in the evaluation of proposals, the source selection process, or the adjudication of protests or formal contract disputes. The ombudsman may refer the party to another official who can resolve the concern.

(b)  Before consulting with an ombudsman, interested parties must first address their concerns, issues, disagreements, and/or recommendations to the contracting officer for resolution. Consulting an ombudsman does not alter or postpone the timelines for any other processes (e.g., agency level bid protests, GAO bid protests, requests for debriefings).

(c)  If resolution cannot be made by the contracting officer, concerned parties may contact the appointed/cognizant task and delivery order Ombudsman.

  (1)  For task and/or delivery orders issued by ACC-RI, the ombudsman contact information is:  U.S. Army Sustainment Command, ATTN: AMSAS-GCB/Task and Delivery Order Ombudsman, Rock Island, IL 61299, phone: (309)782-7287, facsimile: (309)782-8469.

  (2)  If other activities are authorized to issue task and/or delivery orders (authority identified elsewhere in the contract), the ombudsman contact information for such orders will be provided in the individual task and delivery order issued by that activity.

(d)  The ombudsman has no authority to render a decision that binds the agency.

(e)  Do not contact the ombudsman to request copies of the solicitation, verify offer due date, or clarify technical requirements. Such inquiries shall be directed to the Contracting Officer.

*** END OF NARRATIVE H0001 ***

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 5152.225-5908 <br> (ECC-A) | GOVERNMENT FURNISHED CONTRACTOR SUPPORT | JUN/2015 |

The following is a summary of the type of support the Government will provide the contractor.  Services will be provided to contractors at the same level as they are provided to military and DoD civilian personnel.  In the event of any discrepancy between this summary and the description of services in the Statement of Work, this clause will take precedence.  Government furnished services will be defined at the task order level; however, provided below are examples of what is currently available for Afghanistan and Iraq performance.

When contractor employees are in transit, all checked blocks are considered authorized.

NOTE:  The services marked in this special clause must be consistent with information marked on the approved GFLSV form.

U.S. Citizens

| | | | | | |
|---|---|---|---|---|---|
| _X__ | APO/MPO/DPO/Postal Service | _X__ | DFACs**** | ____ | Mil Issue Equip |
| _X__ | Authorized Weapon****** | _X__ | Excess Baggage | _X__ | MILAIR (inter/intra theater) |
| _X__ | Billeting*** | ____ | Fuel Authorized | _X__ | MWR |
| _X__ | CAAF* | _X__ | Govt Furnished Meals**** | | |
| _X__ | Controlled Access Card (CAC) | ____ | Military Banking | _X__ | Transportation |
| _X__ | Installation Access Badge | _X__ | Laundry | ____ | Military Clothing |
| _X__ | Military Exchange | ____ | None | | |
| ____ | Embassy Services Kabul** | | | | |

Third-Country National (TCN) Employees

| | | | | | |
|---|---|---|---|---|---|
| ____ | N/A | _X__ | DFACs**** | ____ | Mil Issue Equip |
| _X__ | Authorized Weapon****** | _X__ | Excess Baggage | _X__ | MILAIR (inter/intra theater) |
| _X__ | Billeting*** | ____ | Fuel Authorized | _X__ | MWR |
| _X__ | CAAF* | _X__ | Govt Furnished Meals**** | ____ | Military Clothing |

CONSTELLISAFG_0813233

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 23 **of** 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**              **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| | | | | | |
|---|---|---|---|---|---|
| ___ | Controlled Access Card (CAC) | _X__ | Military Banking | _X__ | Transportation |
| _X__ | Installation Access Badge | _X__ | Laundry | ___ | All |
| ___ | Military Exchange | ___ | None | | |

Local National (LN) Employees

| | | | | | |
|---|---|---|---|---|---|
| ___ | N/A | ___ | DFACs**** | ___ | Mil Issue Equip |
| _X__ | Authorized Weapon****** | ___ | Excess Baggage | ___ | MILAIR (intra theater) |
| ___ | Billeting*** | ___ | Fuel Authorized | ___ | MWR |
| ___ | CAAF* | ___ | Govt Furnished Meals**** | ___ | Military Clothing |
| ___ | Controlled Access Card (CAC) | ___ | Military Banking | ___ | Transportation |
| ___ | Installation Access Badge | ___ | Laundry | ___ | All |
| ___ | Military Exchange | ___ | None | | |

* CAAF is defined as Contractors Authorized to Accompany Forces.
** Applies to US Embassy Life Support in Afghanistan only.  See special note below regarding Embassy support.
*** Afghanistan Life Support.  Due to the drawdown of base life support facilities throughout the country, standards will be lowering to an expeditionary environment.  Expeditionary standards will be base specific, and may include down grading from permanent housing (b-huts, hardened buildings) to temporary tents or other facilities.
****Check the DFAC AND Government Furnished Meals boxes if the contractor will have access to the DFAC at no cost.  Government Furnished Meals (GFM) is defined as meals at no cost to the contractor (e.g, MREs, or meals at the DFAC.  If GFM is checked, DFAC must also be checked.
Due to drawdown efforts, DFACS may not be operational.  Hot meals may drop from three per day to one or none per day.  MREs may be substituted for DFAC-provided meals; however, contractors will receive the same meal standards as provided to military and DoD civilian personnel.
*****Military Banking indicates approved use of military finance offices to either obtain an Eagle Cash Card or cash checks.
******Authorized Weapon indicates this is a private security contract requirement and contractor employees, upon approval, will be authorized to carry a weapon.  If the service is NOT a private security contract, the checking of this box does NOT authorize weapons for self-defense without the approval of the USFOR-A Commander in accordance with USFOR-A policy.  After award, the contractor may request arming for self-defense off a U.S. installation to the Contracting Officers Representative and in CAAMS.

SPECIAL NOTE  US Embassy Afghanistan Life Support:  The type and amount of support that the U.S. Embassy Mission in Kabul, Afghanistan, provides to contractors, if any, must be coordinated in advance between the U.S. Mission and the contracting agency in accordance with Department of State Foreign Affairs Handbook, 2-FAH-2. Contractors are not authorized to deploy personnel requiring US Mission support prior to receiving clearance from the Contracting Officer.

SPECIAL NOTE ON MILAIR  MILAIR is allowed for the transportation of DoD contractor personnel (US, TCN, LN) as required by their contract and as approved in writing by the Contracting Officer or Contracting Officer Representative.  Transportation is also allowed for contractor equipment required to perform the contract when that equipment travels with the contractor employee (e.g., special radio test equipment, when the contractor is responsible for radio testing or repair)

(End of Clause)

2     5152.225-5910     CONTRACTOR HEALTH AND SAFETY                    DEC/2011
      (ECC-A)

(a)  Contractors shall comply with National Electrical Code (NEC) 2008 for repairs and upgrades to existing construction and NEC 2011 standards shall apply for new construction, contract specifications, and MIL Standards/Regulations.   All infrastructure to include, but not limited to, living quarters, showers, and restrooms shall be installed and maintained in compliance with these standards and must be properly supported and staffed to ensure perpetual Code compliance, prevent hazards and to quickly correct any hazards to maximize safety of those who use or work at the infrastructure.

(b) For existing employee living quarters the contractor shall provide maintenance, conduct repairs, and perform upgrades in compliance with NEC 2008 standards.  For new employee living quarters, the contractor shall provide maintenance, conduct repairs, and make upgrades in compliance with NEC 2011 standards.  The government has the authority to enter and inspect contractor employee living quarters at any time to ensure the prime contractor is complying with safety compliance standards.

(c)  The contractor shall correct all deficiencies within a reasonable amount of time of becoming aware of the deficiency either by notice from the government or a third party, or by self discovery of the deficiency by the contractor.  Further guidance can be found on:

CONSTELLISAFG_0813234

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005 | **Page** 24 **of** 48 |
|---|---|---|
| | **PIIN/SIIN**                     **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

UFC: http://www.wbdg.org/ccb.browse_cat.php?o=29&c=4
NFPA 70: http://www.nfpa.org
NESC: http://www.standards.ieee.org/nesc

(End of Clause)

    3     5152.225-5914   COMMODITY SHIPPING INSTRUCTIONS         AUG/2011
        (ECC-A)

(a) USFOR-A FRAGO 10-200. United States Forces Afghanistan (USFOR-A) has directed that all shipments into and out of the Combined Joint Operations Area – Afghanistan (CJOA-A) be coordinated through the Defense Transportation System (DTS) in order to expedite the customs clearance process and facilitate the use of in-transit visibility for all cargo in the CJOA-A

(b) Information regarding the Defense Transportation System (DTS). For instructions on shipping commodity items via commercial means using DTS, see the following websites:

   1. Defense Transportation Regulation Part II Cargo Movement – Shipper,
Trans-shipper, and Receiver Requirements and Procedures:      http://www.transcom.mil/dtr/part-ii/dtr_part_ii_203.pdf

   2. Defense Transportation Regulation Part II 4 Cargo Movement Cargo
Routing and Movement:
http://www.transcom.mil/dtr/part-ii/dtr_part_ii_202.pdf

   3. Defense Transportation Regulation Part V – Department of Defense Customs and Border Clearance Policies and Procedures:
http://www.transcom.mil/dtr/part-v/dtr_part_v_512.pdf

(c) Responsibilities of the vendor carrier representative, shipping expediter, and/or customs broker:

   1. Afghanistan Import Customs Clearance Request Procedures: The carrier, shipping expediter, and/or customs broker is responsible for being knowledgeable about the Afghan Customs Clearance Procedures.

   2. Status of Customs Clearance Requests: All inquiries regarding the status of a customs clearance request prior to its submission to Department of Defense (DoD) Customs and after its return to the carrier representative or shipping expediter should be directed to the carrier or shipping agent.

   3. Customs Required Documents: The carrier representative or shipping expediter is required to provide the DoD Contracting Officer Representative (COR) with all documentation that will satisfy the requirements of the Government of the Islamic Republic of Afghanistan (GIRoA).

(d) Required Customs Documents: Documents must be originals (or copies with a company stamp). Electronic copies or photocopied documents will not be accepted by GIRoA. The carrier is responsible for checking the current requirements for documentation with the Afghanistan Customs Department (ACD) as specified by the U.S. Embassy Afghanistans SOP for Customs Clearance Requests Operations (http://trade.gov/static/AFGCustomsSOP.pdf) and paragraph 4 below.

   1. The U.S Ambassador Afghanistan diplomatic note guarantees that the U.S. Government (USG) shipments are exempt from Afghanistan Customs duties and taxes. USG shipments do not provide commercial carriers with the authority to unnecessarily delay shipments or holdover shipments in commercial storage lots and warehouses while en route to its final destination. The U.S. Embassy expects that shipments will be expedited as soon as customs clearance paperwork is received from the respective GIRoA officials.

   2. Imports: Documentation must list the year, make, model, and color of the commodity, the commodity Identification Number (if applicable) and for vehicles, the Engine Block Number. The following documentation is required for all import shipments:

      a. An original Customs Clearance Request (CCR) prepared by the COR in accordance with Afghanistan customs guidance referenced in paragraph 4 below.

      b. Bills of Lading (for shipments by sea), Airway Bills (for shipments by air) or Commodity Movement Request (CMRs) (for overland shipments). In the consignee block, type in US Military. This will help the Afghan Customs officials to recognize that the shipment belongs to the US Military and, therefore, the shipment is subject to tax exemption provisions as specified under the current Diplomatic Note or Military Technical Agreement (MTA).

      c. Shipping Invoices.

      d. Packing Lists. Required only if the shipping invoice does not list the cargo.

CONSTELLISAFG_0813235

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | Page 25 of 48 |
|---|---|---|
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

    e.  An Afghan Government Tax Exemption Form (Muaffi Nama) purchased from the Department of Customs and Revenue and prepared in the local language by the carrier representative, shipping agent, or customs broker.

    f.  A Diplomatic Note, prepared by DoD Customs, to the Ministry of Foreign Affairs requesting the initiation of customs formalities with the Ministry of Finance, Department of Customs and Exemptions.  Please note that DoD Customs is not responsible for registering vehicles.

    g.  Commercially-owned equipment such as vehicles, construction machinery or generators that are leased and imported to Afghanistan for the performance of a USG contract may be subject to taxes and duties as determined by GIRoA.  If commercially-owned equipment is imported into Afghanistan in a duty-free status, that duty-free status only applies as long as the equipment is under the exclusive use of the USG contract.  If the equipment is released at the end of the contract, applicable GIRoA duties and taxes will apply to the owner if the equipment is not exported from Afghanistan or transferred to another USG contract.

    h.  USG-owned vehicles must be exported at the conclusion of the project period or transferred to another USG entity.  Under certain conditions, the USG may transfer equipment or vehicles to GIRoA.

   3.  Exports:  The following documentation is required for all export shipments:

    a.  An original CCR prepared by the COR.  If COR is not available, the Contracting Officer (KO) will prepare the CCR.

    b.  Invoices.

    c.  Packing Lists.  Required only if the shipping invoice does not list the cargo.

    d.  A Diplomatic Note, prepared by the DoD Customs Cell, to the Ministry of Foreign Affairs requesting the initiation of customs formalities with the Ministry of Finance, Department of Customs and Exemptions.

   4.  Customs requirements from the GIRoA may change with little notice.  For current detailed instructions on customs guidelines in Afghanistan, refer to The Instruction for Customs Clearance Request (Import/Export) Operations.  In all cases, the carrier is required to obtain a copy of this document, found at the following link: http://trade.gov/static/AFGCustomsSOP.pdf

(e)  Point of contact (POC) for customs issues is the USFOR-A Joint Security Office (JSO) J3 at DSN: 318-449-0306 or 449-0302.  Commercial to DSN conversion from the United States is (732) 327-5130, choose option #1, and then dial 88-318 followed by your seven-digit DSN number.

(End of Clause)


   4       5152.225-5915   CONTRACTOR ACCOUNTABILITY AND PERSONNEL RECOVERY                    JUN/2014
       (ECC-A)

(a) Contract performance may require work in dangerous or austere conditions. Except as otherwise provided in the contract, the contractor accepts the risks associated with required contract performance in such operations.

  (1) Unaccounted Personnel: It is the expectation of the USG that any contractor brought into Afghanistan for the sole purposes of performance of work on a USG contract must be accounted for at all times by their respective employers. Additionally, contractors who maintain living quarters on a USG base shall verify the location of each of its employees living quarters a minimum of once a month. If a DoD contracted employee becomes missing and evidence does not indicate foul play, a Personnel Recovery (PR) event is NOT automatically triggered. Such an event will be treated as an accountability battle drill by the employers chain of command or civilian equivalent.

  (2) Contractor Responsibilities: The contractor is responsible to take all necessary steps to locate and investigate the unaccounted for employee(s) whereabouts to the maximum extent practicable. To assist in this process, contractors may use the Operational Contracting Support Drawdown Cell as a resource to track or research employees last known location and/or to view LOAs. All missing personnel will be immediately reported to the installation division Personnel Recovery Officer (PRO), Mayors cell, Military Police Station and/or the Criminal Investigative Division, and the Base Defense Operations Center (BDOC).

  (3) Contractor Provided Information: If it is determined that a potential criminal act has occurred, the USD PRO (or USFOR-A Personnel Recovery Division (PRD) with prior coordination) will attempt to validate the missing persons identity through the employer. The contractor shall provide the information to PRD within 12 hours of request. The required information the contractor should keep on file includes but is not limited to: copy of the individuals Letter of Authorization generated by the Synchronized Pre-deployment and Operational Tracker System (SPOT), copy of passport and visas, housing information of where the individual resides such as room number and location, DD Form 93, Record of Emergency Data, copy of badging, and contact information for known friends or associates.

(b) If USFOR-A PRD determines through investigation that the unaccounted personnel have voluntarily left the installation either seeking

CONSTELLISAFG_0813236

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 26 **of** 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**                    **MOD/AMD** | |

**Name of Offeror or Contractor:**  TRIPLE CANOPY INC

employment with another contractor or other non-mission related reasons, PRD will notify the contractor. The contractor shall ensure that all government-related documents such as LOAs, visas, etc. are terminated/reconciled appropriately within 24 hours of notification by PRD in accordance with subparagraph (a)(8) of DFARS clause 252.225-7997 entitled "Contractor Demobilization". Contractors who fail to account for their personnel or whose employees create PR events will be held in breach of their contract and face all remedies available to the Contracting Officer.

(c) Contractors shall notify the Contracting Officer, as soon as practicable, whenever employee kidnappings, serious injuries or deaths occur. Report the following information:

Contract Number
Contract Description & Location
Company Name

Reporting party:
Name
Phone number
e-mail address

Victim:
Name
Gender (Male/Female)
Age
Nationality
Country of permanent residence

Incident:
Description
Location
Date and time

Other Pertinent Information:

                                        (End of clause)

CONSTELLISAFG_0813237

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** W52P1J-19-D-0005 | **Page** 27 **of** 48 |
|---|---|---|
| | **PIIN/SIIN**                         **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

CONTRACT CLAUSES
The following are hereby incorporated by addendum:


*** END OF NARRATIVE I0001 ***

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 1 | 52.203-3 | GRATUITIES | APR/1984 |
| 2 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | SEP/2006 |
| 3 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | OCT/2010 |
| 4 | 52.203-19 | PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS | JAN/2017 |
| 5 | 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON POSTCONSUMER FIBER CONTENT PAPER | MAY/2011 |
| 6 | 52.204-9 | PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL | JAN/2011 |
| 7 | 52.204-10 | REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS | OCT/2016 |
| 8 | 52.204-13 | SYSTEM FOR AWARD MANAGEMENT MAINTENANCE | OCT/2016 |
| 9 | 52.204-18 | COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE | JUL/2016 |
| 10 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | OCT/2015 |
| 11 | 52.209-9 | UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS | JUL/2013 |
| 12 | 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | APR/2008 |
| 13 | 52.212-4 | CONTRACT TERMS AND CONDITIONS--COMMERCIAL ITEMS | JAN/2017 |
| 14 | 52.215-23 | LIMITATIONS ON PASS-THROUGH CHARGES | OCT/2009 |
| 15 | 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | APR/2015 |
| 16 | 52.222-26 | EQUAL OPPORTUNITY | SEP/2016 |
| 17 | 52.222-50 | COMBATING TRAFFICKING IN PERSONS | MAR/2015 |
| 18 | 52.223-18 | ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING | AUG/2011 |
| 19 | 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | JUN/2008 |
| 20 | 52.228-3 | WORKERS' COMPENSATION INSURANCE (DEFENSE BASE ACT) | JUL/2014 |
| 21 | 52.229-6 | TAXES--FOREIGN FIXED-PRICE CONTRACTS | FEB/2013 |
| 22 | 52.232-1 | PAYMENTS | APR/1984 |
| 23 | 52.232-11 | EXTRAS | APR/1984 |
| 24 | 52.232-18 | AVAILABILITY OF FUNDS | APR/1984 |
| 25 | 52.232-22 | LIMITATION OF FUNDS | APR/1984 |
| 26 | 52.232-23 | ASSIGNMENT OF CLAIMS  (MAY 2014) -- ALTERNATE I  (APR 1984) | APR/1984 |
| 27 | 52.232-39 | UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS | JUN/2013 |
| 28 | 52.232-40 | PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS | DEC/2013 |
| 29 | 52.233-1 | DISPUTES | MAY/2014 |
| 30 | 52.242-13 | BANKRUPTCY | JUL/1995 |
| 31 | 52.245-1 | GOVERNMENT PROPERTY | JAN/2017 |
| 32 | 52.245-9 | USE AND CHARGES | APR/2012 |
| 33 | 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR/1984 |
| 34 | 52.251-1 | GOVERNMENT SUPPLY SOURCES | APR/2012 |
| 35 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |
| 36 | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE | DEC/1991 |
| 37 | 252.203-7000 | REQUIREMENTS RELATING TO COMPENSATION OF FORMER DOD OFFICIALS | SEP/2011 |
| 38 | 252.203-7002 | REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS | SEP/2013 |
| 39 | 252.203-7003 | AGENCY OFFICE OF THE INSPECTOR GENERAL | DEC/2012 |
| 40 | 252.204-7000 | DISCLOSURE OF INFORMATION | OCT/2016 |
| 41 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR/1992 |
| 42 | 252.204-7012 | SAFEGUARDING COVERED DEFENSE INFORMATION AND CYBER INCIDENT REPORTING | OCT/2016 |
| 43 | 252.204-7015 | NOTICE OF AUTHORIZED DISCLOSURE OF INFORMATION FOR LITIGATION SUPPORT | MAY/2016 |
| 44 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC/1991 |
| 45 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY | OCT/2015 |
| 46 | 252.222-7002 | COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) | JUN/1997 |
| 47 | 252.223-7006 | PROHIBITION ON STORAGE, TREATMENT, AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS--BASIC | SEP/2014 |
| 48 | 252.225-7005 | IDENTIFICATION OF EXPENDITURES IN THE UNITED STATES | JUN/2005 |
| 49 | 252.225-7039 | DEFENSE CONTRACTORS PERFORMING PRIVATE SECURITY FUNCTIONS OUTSIDE THE UNITED STATES | JUN/2016 |
| 50 | 252.225-7040 | CONTRACTOR PERSONNEL SUPPORTING U.S. ARMED FORCES DEPLOYED OUTSIDE THE UNITED STATES | OCT/2015 |
| 51 | 252.225-7041 | CORRESPONDENCE IN ENGLISH | JUN/1997 |

CONSTELLISAFG_0813238

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 28 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| 52 | 252.225-7048 | EXPORT-CONTROLLED ITEMS | JUN/2013 |
| 53 | 252.227-7013 | RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS | FEB/2014 |
| 54 | 252.227-7016 | RIGHTS IN BID OR PROPOSAL INFORMATION | JAN/2011 |
| 55 | 252.229-7000 | INVOICES EXCLUSIVE OF TAXES OR DUTIES | JUN/1997 |
| 56 | 252.229-7014 | TAXES--FOREIGN CONTRACTS IN AFGHANISTAN | DEC/2015 |
| 57 | 252.232-7003 | ELECTRONIC SUBMISSION OF PAYMENT REQUESTS AND RECEIVING REPORTS | JUN/2012 |
| 58 | 252.232-7008 | ASSIGNMENT OF CLAIMS (OVERSEAS) | JUN/1997 |
| 59 | 252.232-7010 | LEVIES ON CONTRACT PAYMENTS | DEC/2006 |
| 60 | 252.232-7011 | PAYMENTS IN SUPPORT OF EMERGENCIES AND CONTINGENCY OPERATIONS | MAY/2013 |
| 61 | 252.233-7001 | CHOICE OF LAW (OVERSEAS) | JUN/1997 |
| 62 | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC/1991 |
| 63 | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT | DEC/2012 |
| 64 | 252.245-7001 | TAGGING, LABELING, AND MARKING OF GOVERNMENT-FURNISHED PROPERTY | APR/2012 |
| 65 | 252.245-7002 | REPORTING LOSS OF GOVERNMENT PROPERTY | APR/2012 |
| 66 | 252.245-7003 | CONTRACTOR PROPERTY MANAGEMENT SYSTEM ADMINISTRATION | APR/2012 |
| 67 | 252.245-7004 | REPORTING, REUTILIZATION, AND DISPOSAL | SEP/2016 |
| 68 | 252.246-7004 | SAFETY OF FACILITIES, INFRASTRUCTURE, AND EQUIPMENT FOR MILITARY OPERATIONS | OCT/2010 |
| 69 | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA--BASIC | APR/2014 |
| 70 | 52.217-8 | OPTION TO EXTEND SERVICES | NOV/1999 |

Option to Extend Services (Nov 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

(End of Clause)

| 71 | 252.216-7006 | ORDERING | MAY/2011 |

ORDERING (MAY 2011)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the contract schedule. Such orders may be issued from contract award through contract expiration.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c)(1) If issued electronically, the order is considered issued when a copy has been posted to the Electronic Document Access system, and notice has been sent to the Contractor.

(2) If mailed or transmitted by facsimile, a delivery order or task order is considered issued when the Government deposits the order in the mail or transmits by facsimile. Mailing includes transmittal by U.S. mail or private delivery services.

(3) Orders may be issued orally only if authorized in the schedule.

(End of Clause)

| 72 | 52.212-5 | CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS | NOV/2017 |

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015)

(3) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

CONSTELLISAFG_0813239

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 29 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(4) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

__X_ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Sep 2006), with Alternate I (Oct 1995)(41 U.S.C. 4704 and 10 U.S.C. 2402).

__X_ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

___ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

_X__ (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Oct 2016) (Pub. L. 109-282) (31 U.S.C. 6101 note).

___ (5) [Reserved].

___ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

_X__ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

_X__ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (Oct 2015) (31 U.S.C. 6101 note).

___ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Jul 2013) (41 U.S.C. 2313).

___ (10) [Reserved]

___ (11)(i) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (NOV 2011) (15 U.S.C. 657a).

___ (ii) Alternate I (NOV 2011) of 52.219-3.

___ (12)(i) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (OCT 2014) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

___ (ii) Alternate I (JAN 2011) of 52.219-4.

___ (13) [Reserved]

___ (14)(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2011) (15 U.S.C. 644).

___ (ii) Alternate I (Nov 2011) of 52.219-6.

___ (iii) Alternate II (Nov 2011) of 52.219-6.

___ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003)(15 U.S.C. 644).

___ (ii) Alternate I (Oct 1995) of 52.219-7.

___ (iii) Alternate II (Mar 2004) of 52.219-7.

___ (16) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)).

___ (17)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2017) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (Nov 2016) of 52.219-9.

___ (iii) Alternate II (Nov 2016) of 52.219-9.

___ (iv) Alternate III (Nov 2016) of 52.219-9.

CONSTELLISAFG_0813240

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 30 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

___ (v) Alternate IV (Nov 2016) of 52.219-9.

___ (18) 52.219-13, Notice of Set-Aside of Orders (Nov 2011) (15 U.S.C. 644(r)).

___ (19) 52.219-14, Limitations on Subcontracting (Jan 2017)(15 U.S.C. 637(a)(14)).

___ (20) 52.219-16, Liquidated Damages--Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

___ (21) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (Nov 2011)(15 U.S.C. 657 f)

___ (22) 52.219-28, Post Award Small Business Program Rerepresentation (Jul 2013)(15 U.S.C. 632(a)(2)).

___ (23) 52.219-29 Notice of Total Set-Aside for Economically Disadvantaged Women-Owned Small Business (EDWOSB) Concerns (Dec 2015) (15 U.S.C. 637(m)).

___ (24) 52.219-30 Notice of Total Set-Aside for Women-Owned Small Business (WOSB) Concerns Eligible Under the WOSB Program (Dec 2015) (15 U.S.C. 637(m)).

___ (25) 52.222-3, Convict Labor (June 2003)(E.O. 11755).

___ (26) 52.222-19, Child LaborCooperation with Authorities and Remedies (Oct 2016) (E.O. 13126).

_X__ (27) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

_X__ (28) 52.222-26, Equal Opportunity (Sep 2016)(E.O. 11246).

___ (29) 52.222-35, Equal Opportunity for Veterans (Oct 2015)(38 U.S.C. 4212).

___ (30) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014)(29 U.S.C. 793).

___ (31) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Feb 2016)(38 U.S.C. 4212).

_X__ (32) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496).

_X__ (33)(i) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

__X_ (ii) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

___ (34) 52.222-54, Employment Eligibility Verification (Oct 2015). (Executive Order 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial items as prescribed in 22.1803.)

___ (35)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Items (May 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (ii) Alternate I (May 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

___ (36) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (June, 2016) (E.O. 13693).

___ (37) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (June, 2016) (E.O. 13693).

___ (38)(i) 52.223-13, Acquisition of EPEAT[supreg]-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).

___ (ii) Alternate I (Oct 2015) of 52.223-13.

___ (39)(i) 52.223-14, Acquisition of EPEAT[supreg]-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).

___ (ii) Alternate I (Jun 2014) of 52.223-14.

___ (40) 52.223-15, Energy Efficiency in Energy-Consuming Products (Dec 2007) (42 U.S.C. 8259b).

___ (41)(i) 52.223-16, Acquisition of EPEAT[supreg]-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and 13514).

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 31 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

___ (ii) Alternate I (Jun 2014) of 52.223-16.

__X__ (42) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (AUG 2011) (E.O. 13513).

___ (43) 52.223-20, Aerosols (June, 2016) (E.O. 13693).

___ (44) 52.223-21, Foams (June, 2016) (E.O. 13693).

_X__ (45)(i) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

___ (ii) Alternate I (JAN 2017) of 52.224-3.

___ (46) 52.225-1, Buy American--Supplies (MAY 2014) (41 U.S.C. chapter 83).

___ (47)(i) 52.225-3, Buy American--Free Trade Agreements--Israeli Trade Act (MAY 2014) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

___ (ii) Alternate I (MAY 2014) of 52.225-3.

___ (iii) Alternate II (MAY 2014) of 52.225-3.

___ (iv) Alternate III (MAY 2014) of 52.225-3.

___ (48) 52.225-5, Trade Agreements (Oct 2016) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_X__ (49) 52.225-13, Restrictions on Certain Foreign Purchases (Jun 2008) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

_X__ (50) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

___ (51) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) (42 U.S.C. 5150).

___ (52) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov 2007)(42 U.S.C. 5150).

___ (53) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002)(41 U.S.C. 4505, 10 U.S.C. 2307(f)).

___ (54) 52.232-30, Installment Payments for Commercial Items (Jan 2017)(41 U.S.C. 4505, 10 U.S.C. 2307(f)).

___ (55) 52.232-33, Payment by Electronic Funds Transfer -- System for Award ManageXment (Jul 2013)(31 U.S.C. 3332).

___ (56) 52.232-34, Payment by Electronic Funds Transfer -- Other Than System for Award Management (Jul 2013)(31 U.S.C. 3332).

___ (57) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

___ (58) 52.239-1, Privacy or Security Safeguards (Aug 1996)(5 U.S.C. 552a).

___ (59) 52.242-5, Payments to Small Business Subcontractors (Jan 2017)(15 U.S.C. 637(d)(12)).

___ (60)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006)(46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631).

___ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items:

_X__ (1) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495).

_X__ (2) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

_X__ (3) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

__X__ (4) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards--Price Adjustment (Multiple Year and Option Contracts) (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

___ (5) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards--Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** W52P1J-19-D-0005 | **Page** 32 **of** 48 |
|---|---|---|
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

___ (6) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (MAY 2014) (41 U.S.C. chapter 67).

___ (7) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Requirements (MAY 2014) (41 U.S.C. chapter 67).

___ (8) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

___ (9) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

___ (10) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792).

___ (11) 52.237-11, Accepting and Dispensing of $1 Coin (Sep 2008) (31 U.S.C. 5112(p)(1)).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -- Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractors directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1) in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.219-8, Utilization of Small Business Concerns (Nov 2016) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities.

(iv) 52.222-17, Nondisplacement of Qualified Workers (MAY 2014) (E.O. 13495). Flow down required in accordance with paragraph (l) of FAR clause 52.222-17.

(v) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vi) 52.222-26, Equal Opportunity (Sep 2016) (E.O. 11246).

(vii) 52.222-35, Equal Opportunity for Veterans (Oct 2015)(38 U.S.C. 4212).

(viii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014)(29 U.S.C. 793).

(ix) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

(x) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

(xi) 52.222-41, Service Contract Labor Standards (MAY 2014) (41 U.S.C. chapter 67).

(xii)(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. 7104(g)).

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 33 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(B) Alternate I (Mar 2015) of 52.222-50 (22 U.S.C. 7104(g)).

(xiii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xiv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Requirements (MAY 2014) (41 U.S.C. chapter 67).

(xv) 52.222-54, Employment Eligibility Verification (Oct 2015).

(xvi) 52.222-55, Minimum Wages Under Executive Order 13658 (Dec 2015) (Executive Order 13658).

(xvii) 52.222-62 Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706).

(xviii)(A) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

(B) Alternate I (JAN 2017) of 52.224-3.

(xix) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Jul 2013) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xx) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (MAY 2014) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxi) 52.247-64, Preference for Privately-Owned U.S. Flag Commercial Vessels (Feb 2006)(46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of Clause)

| 73 | 52.216-19 | ORDER LIMITATIONS | OCT/1995 |
| 74 | 52.216-22 | INDEFINITE QUANTITY | OCT/1995 |

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period  stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only  and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering  clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified  in the Schedule up to and including the quantity designated in the Schedule as the maximum. The Government  shall order at least the quantity of supplies or services designated in the Schedule as the minimum.

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no  limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple  destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's  and Government's rights and obligations with respect to that order to the same extent as if the order were  completed during the contracts effective period; provided, that the Contractor shall not be required to make  any deliveries under this contract after one year and six months after contract expiration.

(End of Clause)

| 75 | 252.225-7043 | ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES | JUN/2015 |

(a) Definition. United States, as used in this clause, means, the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall

CONSTELLISAFG_0813244

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 34 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is:

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from PGI 225.7403-1.

(End of clause)

76     252.232-7007     LIMITATION OF GOVERNMENT'S OBLIGATION                         APR/2014

(a) Contract line item(s) "to be filled in on individual task orders as applicable" through "to be filled in on individual task orders as applicable" is/are incrementally funded. For this/these item(s), the sum of "to be filled in on individual task orders as applicable" of the total price is presently available for payment and allotted to this contract. An allotment schedule is set forth in paragraph (j) of this clause.

(b) For item(s) identified in paragraph (a) of this clause, the Contractor agrees to perform up to the point at which the total amount payable by the Government, including reimbursement in the event of termination of those item(s) for the Governments convenience, approximates the total amount currently allotted to the contract. The Contractor is not authorized to continue work on those item(s) beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount allotted to the contract for those item(s) regardless of anything to the contrary in the clause entitled Termination for Convenience of the Government. As used in this clause, the total amount payable by the Government in the event of termination of applicable contract line item(s) for convenience includes costs, profit, and estimated termination settlement costs for those item(s).

(c) Notwithstanding the dates specified in the allotment schedule in paragraph (j) of this clause, the Contractor will notify the Contracting Officer in writing at least ninety days prior to the date when, in the Contractors best judgment, the work will reach the point at which the total amount payable by the Government, including any cost for termination for convenience, will approximate 85 percent of the total amount then allotted to the contract for performance of the applicable item(s). The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of applicable line items up to the next scheduled date for allotment of funds identified in paragraph (j) of this clause, or to a mutually agreed upon substitute date. The notification will also advise the Contracting Officer of the estimated amount of additional funds that will be required for the timely performance of the item(s) funded pursuant to this clause, for a subsequent period as may be specified in the allotment schedule in paragraph (j) of this clause or otherwise agreed to by the parties. If after such notification additional funds are not allotted by the date identified in the Contractors notification, or by an agreed substitute date, the Contracting Officer will terminate any item(s) for which additional funds have not been allotted, pursuant to the clause of this contract entitled Termination for Convenience of the Government.

(d) When additional funds are allotted for continued performance of the contract line item(s) identified in paragraph (a) of this clause, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (d) of this clause will apply in like manner to the additional allotted funds and agreed substitute date, and the contract will be modified accordingly.

(e) If, solely by reason of failure of the Government to allot additional funds, by the dates indicated below, in amounts sufficient for timely performance of the contract line item(s) identified in paragraph (a) of this clause, the Contractor incurs additional costs or is delayed in the performance of the work under this contract and if additional funds are allotted, an equitable adjustment will be made in the price or prices (including appropriate target, billing, and ceiling prices where applicable) of the item(s), or in the time of

CONSTELLISAFG_0813245

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005 | **Page** 35 **of** 48 |
|---|---|---|
| | **PIIN/SIIN**                      **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

delivery, or both. Failure to agree to any such equitable adjustment hereunder will be a dispute concerning a question of fact within the meaning of the clause entitled Disputes.

(f) The Government may at any time prior to termination allot additional funds for the performance of the contract line item(s) identified in paragraph (a) of this clause.

(g) The termination provisions of this clause do not limit the rights of the Government under the clause entitled Default. The provisions of this clause are limited to the work and allotment of funds for the contract line item(s) set forth in paragraph (a) of this clause. This clause no longer applies once the contract is fully funded except with regard to the rights or obligations of the parties concerning equitable adjustments negotiated under paragraphs (d) and (e) of this clause.

(h) Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled Termination for Convenience of the Government.

(i) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

(j) The parties contemplate that the Government will allot funds to this contract in accordance with the following schedule:

On execution of contract.
As applicable will be added to task orders.

(End of clause)

77      252.237-7019    TRAINING FOR CONTRACTOR PERSONNEL INTERACTING WITH DETAINEES        JUN/2013

(a) Definitions. As used in this clause

  Combatant Commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

  Detainee means a person in the custody or under the physical control of the Department of Defense on behalf of the United States Government as a result of armed conflict or other military operation by United States armed forces.

  Personnel interacting with detainees means personnel who, in the course of their duties, are expected to interact with detainees.

(b) Training requirement. This clause implements Section 1092 of the National Defense Authorization Act for Fiscal Year 2005 (Pub. L. 108-375).

  (1) The Combatant Commander responsible for the area where a detention or interrogation facility is located will arrange for training to be provided to contractor personnel interacting with detainees. The training will address the international obligations and laws of the United States applicable to the detention of personnel, including the Geneva Conventions. The Combatant Commander will arrange for a training receipt document to be provided to personnel who have completed the training.

  (2)(i) The Contractor shall arrange for its personnel interacting with detainees to

    (A) Receive the training specified in paragraph (b)(1) of this clause

      (1) Prior to interacting with detainees, or as soon as possible if, for compelling reasons, the Contracting Officer authorizes interaction with detainees prior to receipt of such training; and

      (2) Annually thereafter; and

    (B) Provide a copy of the training receipt document specified in paragraph (b)(1) of this clause to the Contractor for retention.

  (ii) To make these arrangements, the following points of contact apply:

The Combatant Commander, as applicable at the task order level.  Should also be reported to/confirmed with the Procuring Contracting Officer and Administrative Contracting Officer.

(3) The Contractor shall retain a copy of the training receipt document(s) provided in accordance with paragraphs (b)(1) and (2) of this clause until the contract is closed, or 3 years after all work required by the contract has been completed and accepted by the

CONSTELLISAFG_0813246

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued**<br>W52P1J-19-D-0005<br>PIIN/SIIN                    MOD/AMD | **Page** 36 **of** 48 |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

Government, whichever is sooner.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts, including subcontracts for commercial items, that may require subcontractor personnel to interact with detainees in the course of their duties.

(End of clause)

    78    52.203-13    CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT                    OCT/2015
(a) Definitions. As used in this clause--

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"--

  (1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors and investigators' request for documents and access to employees with information;

  (2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require--

    (i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

    (ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

  (3) Does not restrict a Contractor from--

    (i) Conducting an internal investigation; or

    (ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States," means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

  (1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall--

    (i) Have a written code of business ethics and conduct; and

    (ii) Make a copy of the code available to each employee engaged in performance of the contract.

  (2) The Contractor shall--

    (i) Exercise due diligence to prevent and detect criminal conduct; and

    (ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

  (3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

CONSTELLISAFG_0813247

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 37 of 48 |
|---|---|---|
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractors disclosure as confidential where the information has been marked confidential or proprietary by the company. To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organizations jurisdiction.

(iii) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractors standards and procedures and other aspects of the Contractors business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individuals respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractors principals and employees, and as appropriate, the Contractors agents and subcontractors.

(2) An internal control system.

(i) The Contractors internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractors internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractors code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractors code of business ethics and conduct and the special requirements of Government contracting, including--

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

CONSTELLISAFG_0813248

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 38 of 48 |
|---|---|---|
| | **PIIN/SIIN**                          **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,500,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)

79      52.204-19     INCORPORATION BY REFERENCE OF REPRESENTATIONS AND CERTIFICATIONS      DEC/2014
The Contractor's representations and certifications, including those completed electronically via the System for Award Management (SAM), are incorporated by reference into the contract.

(End of clause)

80      52.252-6     AUTHORIZED DEVIATIONS IN CLAUSES      APR/1984

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any DoD Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

81      252.225-7979     ADDITIONAL ACCESS TO CONTRACTOR AND SUBCONTRACTOR RECORDS IN THE      DEC/2017
                         UNITED STATES CENTRAL COMMAND THEATER OF OPERATIONS (DEVIATION 2018-
                         00008)
(a)  In addition to any other existing examination-of-records authority, the Government is authorized to examine any records of the Contractor and its subcontractors to the extent necessary to ensure that funds, supplies, or services available under this contract are not provided, directly or indirectly, to a person or entity that is actively opposing United States or coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities.

(b)  The substance of this clause, including this paragraph (b), is required to be included in subcontracts, including subcontracts for commercial items, under this contract that have an estimated value over $50,000 and will be performed, in whole or in part, in the United States central Command Theater of Operations.

CONSTELLISAFG_0813249

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | Page 39 of 48 |
|---|---|---|
| | **PIIN/SIIN**        **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(End of clause)

    82    252.225-7993    PROHIBITION ON PROVIDING FUNDS TO THE ENEMY (DEVIATION 2015-O0016)    SEP/2015

(a)  The Contractor shall--

  (1)  Exercise due diligence to ensure that none of the funds, including supplies and services, received under this contract are provided directly or indirectly (including through subcontracts) to a person or entity who is actively opposing United States or Coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities;

  (2)  Check the list of prohibited/restricted sources in the System for Award Management at http://www.sam.gov--

    (i)  Prior to subcontract award; and

    (ii)  At least on a monthly basis; and

  (3)  Terminate or void in whole or in part any subcontract  with a person or entity listed in SAM as a prohibited or restricted source pursuant to subtitle E of Title VIII of the NDAA for FY 2015, unless the Contracting Officer provides to the Contractor written approval of the Head of the Contracting Activity to continue the subcontract.

(b)  The Head of the Contracting Activity has the authority to--

  (1)  Terminate this contract for default, in whole or in part, if the Head of the Contracting Activity determines in writing that the contractor failed to exercise due diligence as required by paragraph (a) of this clause; or

  (2)(i)  Void this contract, in whole or in part, if the Head of the Contracting Activity determines in writing that any funds received under this contract have been provided directly or indirectly to a person or entity who is actively opposing United States or Coalition forces involved in a contingency operation in which members of the Armed Forces are actively engaged in hostilities.

    (ii)  When voided in whole or in part, a contract is unenforceable as contrary to public policy, either in its entirety or with regard to a segregable task or effort under the contract, respectively.

(c)  The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts, including subcontracts for commercial items, under this contract that have an estimated value over $50,000 and will be performed outside the United States and its outlying areas.

(End of clause)

    83    252.225-7995    CONTRACTOR PERSONNEL PERFORMING IN THE UNITED STATES CENTRAL COMMAND    SEP/2017
                                  AREA OF RESPONSIBILITY (DEVIATION 2017-O0004)

(a)  Definitions.  As used in this clause--

"Combatant Commander" means the Commander of the United States Central Command Area of Responsibility.

"Contractors authorized to accompany the Force," or "CAAF," means contractor personnel, including all tiers of subcontractor personnel, who are authorized to accompany U.S. Armed Forces in applicable operations and have been afforded CAAF status through a letter of authorization.  CAAF generally include all U.S. citizen and third-country national employees not normally residing within the operational area whose area of performance is in the direct vicinity of U.S. Armed Forces and who routinely are collocated with the U.S. Armed Forces (especially in non-permissive environments).  Personnel collocated with U.S. Armed Forces shall be afforded CAAF status through a letter of authorization.  In some cases, Combatant Commander subordinate commanders may designate mission-essential host nation or local national contractor employees (e.g., interpreters) as CAAF.  CAAF includes contractors previously identified as contractors deploying with the U.S. Armed Forces.  CAAF status does not apply to contractor personnel in support of applicable operations within the boundaries and territories of the United States.

"Designated reception site" means the designated place for the reception, staging, integration, and onward movement of contractors deploying during a contingency.  The designated reception site includes assigned joint reception centers and other Service or private reception sites.

"Law of war" means that part of international law that regulates the conduct of armed hostilities.  The law of war encompasses all international law for the conduct of hostilities binding on the United States or its individual citizens, including treaties and international agreements to which the United States is a party, and applicable customary international law.

CONSTELLISAFG_0813250

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** | **Page** 40 **of** 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

"Non-CAAF" means personnel who are not designated as CAAF, such as local national (LN) employees and non-LN employees who are permanent residents in the operational area or third-country nationals not routinely residing with U.S. Armed Forces (and third-country national expatriates who are permanent residents in the operational area) who perform support functions away from the close proximity of, and do not reside with, U.S. Armed Forces.  Government-furnished support to non-CAAF is typically limited to force protection, emergency medical care, and basic human needs (e.g., bottled water, latrine facilities, security, and food when necessary) when performing their jobs in the direct vicinity of U.S. Armed Forces.  Non-CAAF status does not apply to contractor personnel in support of applicable operations within the boundaries and territories of the United States.

"Subordinate joint force commander" means a sub-unified commander or joint task force commander.

(b)  General.

  (1)  This clause applies to both CAAF and non-CAAF when performing in the United States Central Command (USCENTCOM) Area of Responsibility (AOR).

  (2)  Contract performance in USCENTCOM AOR may require work in dangerous or austere conditions.  Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

  (3)  When authorized in accordance with paragraph (j) of this clause to carry arms for personal protection, contractor personnel are only authorized to use force for individual self-defense.

  (4)  Unless immune from host nation jurisdiction by virtue of an international agreement or international law, inappropriate use of force by contractor personnel authorized to accompany the U.S. Armed Forces can subject such personnel to United States or host nation prosecution and civil liability (see paragraphs (d) and (j)(3) of this clause).

  (5)  Service performed by contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c)  Support.

  (1)(i)  The Combatant Commander will develop a security plan for protection of contractor personnel in locations where there is not sufficient or legitimate civil authority, when the Combatant Commander decides it is in the interests of the Government to provide security because--

    (A)  The Contractor cannot obtain effective security services;

    (B)  Effective security services are unavailable at a reasonable cost; or

    (C)  Threat conditions necessitate security through military means.

  (ii)  In appropriate cases, the Combatant Commander may provide security through military means, commensurate with the level of security provided DoD civilians.

  (2)(i)  Generally, CAAF will be afforded emergency medical and dental care if injured while supporting applicable operations. Additionally, non-CAAF employees who are injured while in the vicinity of U. S. Armed Forces will normally receive emergency medical and dental care.  Emergency medical and dental care includes medical care situations in which life, limb, or eyesight is jeopardized. Examples of emergency medical and dental care include examination and initial treatment of victims of sexual assault; refills of prescriptions for life-dependent drugs; repair of broken bones, lacerations, infections; and traumatic injuries to the dentition. Hospitalization will be limited to stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

  (ii)  When the Government provides emergency medical treatment or transportation of Contractor personnel to a selected civilian facility, the Contractor shall ensure that the Government is reimbursed for any costs associated with such treatment or transportation.

  (iii)  Medical or dental care beyond this standard is not authorized.

  (3)  Contractor personnel must have a Synchronized Predeployment and Operational Tracker (SPOT)-generated letter of authorization signed by the Contracting Officer in order to process through a deployment center or to travel to, from, or within the USCENTCOM AOR. The letter of authorization also will identify any additional authorizations, privileges, or Government support that Contractor personnel are entitled to under this contract.  Contractor personnel who are issued a letter of authorization shall carry it with them at all times while deployed.

  (4)  Unless specified elsewhere in this contract, the Contractor is responsible for all other support required for its personnel engaged in the USCENTCOM AOR under this contract.

(d)  Compliance with laws and regulations.

| **CONTINUATION SHEET** | **Reference No. of Document Being Continued** W52P1J-19-D-0005 | **Page** 41 **of** 48 |
|---|---|---|
| | PIIN/SIIN                           MOD/AMD | |

**Name of Offeror or Contractor:**  TRIPLE CANOPY INC

(1)   The Contractor shall comply with, and shall ensure that its personnel performing in the USCENTCOM AOR are familiar with and comply with, all applicable--

(i)   United States, host country, and third country national laws;

(ii)   Provisions of the law of war, as well as any other applicable treaties and international agreements;

(iii)   United States regulations, directives, instructions, policies, and procedures; and

(iv)   Orders, directives, and instructions issued by the Combatant Commander, including those relating to force protection, security, health, safety, or relations and interaction with local nationals.

(2)   The Contractor shall institute and implement an effective program to prevent violations of the law of war by its employees and subcontractors, including law of war training in accordance with paragraph (e)(1)(vii) of this clause.

(3)   The Contractor shall ensure that CAAF and non-CAAF are aware--

(i)   Of the DoD definition of "sexual assault" in DoDD 6495.01, Sexual Assault Prevention and Response Program;

(ii)   That the offenses addressed by the definition are covered under the Uniform Code of Military Justice (see paragraph (e)(2)(iv) of this clause).  Other sexual misconduct may constitute offenses under the Uniform Code of Military Justice, or another Federal law, such as the Military Extraterritorial Jurisdiction Act, or host nation laws; and

(iii)   That the offenses not covered by the Uniform Code of Military Justice may nevertheless have consequences to the contractor employees (see paragraph (h)(1) of this clause).

(4)   The Contractor shall report to the appropriate investigative authorities, identified in paragraph (d)(6) of this clause, any alleged offenses under--

(i)   The Uniform Code of Military Justice (chapter 47 of title 10, United States Code) (applicable to contractors serving with or accompanying an armed force in the field during a declared war or contingency operations); or

(ii)   The Military Extraterritorial Jurisdiction Act (chapter 212 of title 18, United States Code).

(5)   The Contractor shall provide to all contractor personnel who will perform work on a contract in the deployed area, before beginning such work, information on the following:

(i)   How and where to report an alleged crime described in paragraph (d)(4) of this clause.

(ii)   Where to seek victim and witness protection and assistance available to contractor personnel in connection with an alleged offense described in paragraph (d)(4) of this clause.

(iii)   This section does not create any rights or privileges that are not authorized by law or DoD policy.

(6)   The appropriate investigative authorities to which suspected crimes shall be reported include the following--

(i)   US Army Criminal Investigation Command at
<http://www.cid.army.mil/index.html>;

(ii)   Air Force Office of Special Investigations at <http://www.osi.af.mil>;

(iii)   Navy Criminal Investigative Service at <http://www.ncis.navy.mil/Pages/publicdefault.aspx>;

(iv)   Defense Criminal Investigative Service at <http://www.dodig.mil/HOTLINE/index.html>;

(v)   Any command of any supported military element or the command of any base.

(7)   Personnel seeking whistleblower protection from reprisals for reporting criminal acts shall seek guidance through the DoD Inspector General hotline at 800-424-9098 or <www.dodig.mil/HOTLINE/index.html>.  Personnel seeking other forms of victim or witness protections should contact the nearest military law enforcement office.

(8)   The Contractor shall ensure that Contractor employees supporting the U.S. Armed Forces deployed outside the United States are aware of their rights to--

(i)   Hold their own identity or immigration documents, such as passport or drivers license;

**CONSTELLISAFG_0813252**

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005<br>PIIN/SIIN                    MOD/AMD | Page 42 of 48 |
|---|---|---|

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(ii)  Receive agreed upon wages on time;

(iii)  Take lunch and work-breaks;

(iv)  Elect to terminate employment at any time;

(v)  Identify grievances without fear of reprisal;

(vi)  Have a copy of their employment contract in a language they understand;

(vii)  Receive wages that are not below the legal in-country minimum wage;

(viii)  Be notified of their rights, wages, and prohibited activities prior to signing their employment contract; and

(ix)  If housing is provided, live in housing that meets host-country housing and safety standards.

(e)  Preliminary personnel requirements.

(1)  The Contractor shall ensure that the following requirements are met prior to deploying CAAF (specific requirements for each category will be specified in the statement of work or elsewhere in the contract):

(i)  All required security and background checks are complete and acceptable.

(ii)  All CAAF deploying in support of an applicable operation--

(A)  Are medically, dentally, and psychologically fit for deployment and performance of their contracted duties;

(B)  Meet the minimum medical screening requirements, including theater-specific medical qualifications as established by the geographic Combatant Commander (as posted to the Geographic Combatant Commanders website or other venue); and

(C)  Have received all required immunizations as specified in the contract.

(1)  During predeployment processing, the Government will provide, at no cost to the Contractor, any military-specific immunizations and/or medications not available to the general public.

(2)  All other immunizations shall be obtained prior to arrival at the deployment center.

(3)  All CAAF and, as specified in the statement of work, select non-CAAF shall bring to the USCENTCOM AOR a copy of the U.S. Centers for Disease Control and Prevention (CDC) Form 731, International Certificate of Vaccination or Prophylaxis as approved by the World Health Organization, (also known as "shot record" or "Yellow Card") that shows vaccinations are current.

(iii)  Deploying personnel have all necessary passports, visas, and other documents required to enter and exit the USCENTCOM AOR and have a Geneva Conventions identification card, or other appropriate DoD identity credential, from the deployment center.

(iv)  Special area, country, and theater clearance is obtained for all personnel deploying. Clearance requirements are in DoD Directive 4500.54E, DoD Foreign Clearance Program. For this purpose, CAAF are considered non-DoD contractor personnel traveling under DoD sponsorship.

(v)  All deploying personnel have received personal security training. At a minimum, the training shall--

(A)  Cover safety and security issues facing employees overseas;

(B)  Identify safety and security contingency planning activities; and

(C)  Identify ways to utilize safety and security personnel and other resources appropriately.

(vi)  All personnel have received isolated personnel training, if specified in the contract, in accordance with DoD Instruction 1300.23, Isolated Personnel Training for DoD Civilian and Contractors.

(vii)  Personnel have received law of war training as follows:

(A)  Basic training is required for all CAAF. The basic training will be provided through--

(1)  A military-run training center; or

CONSTELLISAFG_0813253

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 43 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                              MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

(2)  A web-based source, if specified in the contract or approved by the Contracting Officer.

(B)  Advanced training, commensurate with their duties and responsibilities, may be required for some Contractor personnel as specified in the contract.

(2)  The Contractor shall notify all personnel who are not a host country national, or who are not ordinarily resident in the host country, that  such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3261, et seq.);

(3)  The Contractor shall notify all personnel that--

(i)  Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a war crime;

(ii)  Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)) or non-U.S. nationals who commit crimes against U.S. nationals in those places; and

(iii)  In time of declared war or a contingency operation, CAAF are subject to the jurisdiction of the Uniform Code of Military Justice under 10 U.S.C. 802(a)(10).

(iv)  Such employees are required to report offenses alleged to have been committed by or against contractor personnel to appropriate investigative authorities.

(v)  Such employees will be provided victim and witness protection and assistance.

(f)  Processing and departure points.  CAAF shall--

(1)  Process through the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deploying.  The deployment center will conduct deployment processing to ensure visibility and accountability of contractor personnel and to ensure that all deployment requirements are met, including the requirements specified in paragraph (e)(1) of this clause;

(2)  Use the point of departure and transportation mode directed by the Contracting Officer; and

(3)  Process through a designated reception site (DRS) upon arrival at the deployed location.  The DRS will validate personnel accountability, ensure that specific USCENTCOM AOR entrance requirements are met, and brief contractor personnel on theater-specific policies and procedures.

(g)  Contractor Accountability and Personnel Data.

The Synchronized Predeployment and Operational Tracker (SPOT) is the joint web-based database to assist the Combatant Commanders in maintaining awareness of the nature, extent, and potential risks and capabilities associated with contracted support for contingency operations, humanitarian assistance and peacekeeping operations, or military exercises designated by USCENTCOM.

(1)  Contractors shall account for all CAAF and non-CAAF personnel in SPOT by name.

(2)  Registration. The Contractor shall comply with SPOT registration requirements.

(i)  Contractor appointed company administrators for unclassified contracts shall register for a SPOT account at <https://spot.dmdc.mil>.  For classified contracts, users shall access SPOT at <https://spot.dmdc.osd.smil.mil>.

(ii)  Register in SPOT using one of the following log-in methods--

(A)  A Common Access Card (CAC) or a SPOT-approved digital certificate; or

(B)  A Government-sponsored SPOT user ID and password. This type of log-in method is only allowed for those individuals who are not authorized to obtain a CAC or an external digital certificate, and requires SPOT Program Management Office approval.

(iii)  The SPOT Customer Support Team must validate user need.  This process may take 2 business days.  Contractor representatives will be contacted to validate contractor administrator account requests and determine the appropriate level of user access.

(iv)  Refer to the OSD Program Support website at <http://www.acq.osd.mil/log/PS/spot.html> for the SPOT Business Rules, additional

CONSTELLISAFG_0813254

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>W52P1J-19-D-0005 | Page 44 of 48 |
| --- | --- | --- |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

training resources, documentation regarding registration, and use of SPOT.

  (3)  Compliance with SPOT.

   (i)  The Contractor shall comply with the SPOT Business Rules located at <http://www.acq.osd.mil/log/PS/spot.html>.

    (A)  The Contractor shall enter into the SPOT web-based system the required information on Contractor personnel prior to deployment to the designated operational area and shall continue to use the SPOT web-based system to maintain accurate, up-to-date information throughout the deployment for applicable Contractor personnel.

    (B)  The Contractor shall ensure the in-theater arrival date (ITAD), deployment closeout dates and changes to the status of individual Contractor personnel relating to their ITAD and their duty location, to include closing out the deployment with their proper status (e.g., mission complete, killed, wounded) are updated in the system in accordance with the processes and timelines established in the SPOT business rules.

  (ii)  SPOT non-compliance and deficiencies will be relevant to past performance evaluations for future contract opportunities in accordance with FAR subpart 42.15, Contractor Performance Information.
(h)  Contractor personnel.

  (1)  The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any contractor personnel who jeopardize or interfere with mission accomplishment or who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Governments discretion without prejudice to its rights under any other provision of this contract, including the Termination for Default clause.

  (2)  The Contractor shall identify all personnel who occupy a position designated as mission essential and ensure the continuity of essential Contractor services during designated operations, unless, after consultation with the Contracting Officer, Contracting Officers representative, or local commander, the Contracting Officer directs withdrawal due to security conditions.

  (3)  The Contractor shall ensure that contractor personnel follow the guidance at paragraph (e)(2)(v) of this clause and any specific Combatant Commander guidance on reporting offenses alleged to have been committed by or against contractor personnel to appropriate investigative authorities.

  (4)  Contractor personnel shall return all U.S.  Government-issued identification, to include the Common Access Card, to appropriate U.S. Government authorities at the end of their deployment (or, for non-CAAF, at the end of their employment under this contract).

(i)  Military clothing and protective equipment.

  (1)  Contractor personnel are prohibited from wearing military clothing unless specifically authorized in writing by the Combatant Commander.  If authorized to wear military clothing, contractor personnel must--

   (i)  Wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures; and

   (ii)  Carry the written authorization with them at all times.

  (2)  Contractor personnel may wear military-unique organizational clothing and individual equipment (OCIE) required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

  (3)  The deployment center, or the Combatant Commander, shall issue OCIE and shall provide training, if necessary, to ensure the safety and security of contractor personnel.

  (4)  The Contractor shall ensure that all issued OCIE is returned to the point of issue, unless otherwise directed by the Contracting Officer.

(j)  Weapons.

  (1)  If the Contractor requests that its personnel performing in the USCENTCOM AOR be authorized to carry weapons for individual self-defense, the request shall be made through the Contracting Officer to the Combatant Commander, in accordance with DoD Instruction 3020.41.  The Combatant Commander will determine whether to authorize in-theater contractor personnel to carry weapons and what weapons and ammunition will be allowed.

  (2)  If contractor personnel are authorized to carry weapons in accordance with paragraph (j)(1) of this clause, the Contracting Officer will notify the Contractor what weapons and ammunition are authorized.

  (3)  The Contractor shall ensure that its personnel who are authorized to carry weapons--

CONSTELLISAFG_0813255

| CONTINUATION SHEET | Reference No. of Document Being Continued | | Page 45 of 48 |
|---|---|---|---|
| | W52P1J-19-D-0005 | | |
| | PIIN/SIIN | MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

   (i)  Are adequately trained to carry and use them--

   (A)  Safely;

   (B)  With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

   (C)  In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

   (ii)  Are not barred from possession of a firearm by 18 U.S.C. 922;

   (iii)  Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition;

   (iv)  Comply with applicable Combatant Commander and local commander force-protection policies; and

   (v)  Understand that the inappropriate use of force could subject them to U.S. or host-nation prosecution and civil liability.

  (4)  Whether or not weapons are Government-furnished, all liability for the use of any weapon by contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

  (5)  Upon redeployment or revocation by the Combatant Commander of the Contractors authorization to issue firearms, the Contractor shall ensure that all Government-issued weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(k)  Vehicle or equipment licenses.  Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the USCENTCOM AOR.

(l)  Purchase of scarce goods and services.  If the Combatant Commander has established an organization for the USCENTCOM AOR whose function is to determine that certain items are scarce goods or services, the Contractor shall coordinate with that organization local purchases of goods and services designated as scarce, in accordance with instructions provided by the Contracting Officer.

(m)  Evacuation.

  (1)  If the Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide assistance, to the extent available, to United States and third country national contractor personnel.

  (2)  In the event of a non-mandatory evacuation order, unless authorized in writing by the Contracting Officer, the Contractor shall maintain personnel on location sufficient to meet obligations under this contract.

(n)  Next of kin notification and personnel recovery.

  (1)  The Contractor shall be responsible for notification of the employee-designated next of kin in the event an employee dies, requires evacuation due to an injury, or is isolated, missing, detained, captured, or abducted.

  (2)  The Government will assist in personnel recovery actions in accordance with DoD Directive 3002.01E, Personnel Recovery in the Department of Defense.

(o)  Mortuary affairs.  Contractor personnel who die while in support of the U.S. Armed Forces shall be covered by the DoD mortuary affairs program as described in DoD Directive 1300.22, Mortuary Affairs Policy, and DoD Instruction 3020.41, Operational Contractor Support.

(p)  Changes.  In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in the place of performance or Government-furnished facilities, equipment, material, services, or site.  Any change order issued in accordance with this paragraph (p) shall be subject to the provisions of the Changes clause of this contract.

(q)  Subcontracts.  The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts when subcontractor personnel are performing in the USCENTCOM AOR.

(End of clause)


    84     252.225-7997    CONTRACTOR DEMOBILIZATION  (DEVIATION 2013-O0017)        AUG/2013
(a)  Generally, the Contractor is responsible for demobilizing all of its personnel and equipment from the Afghanistan Combined Joint

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 46 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                          MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

Operations Area (CJOA).

(b)  Demobilization plan.  The Contractor shall submit a demobilization plan to the Contracting Officer for approval a minimum of 120 calendar days prior to the end of the current contract performance period or as otherwise directed by the Contracting Officer.  Upon acceptance of the demobilization plan by the Contracting Officer, the demobilization plan becomes a material part of the contract and the Contractor agrees to fully perform its demobilization in accordance with that plan.  The demobilization plan shall address the items specified in this clause and must demonstrate the Contractors plans and ability to remove its personnel and equipment from the CJOA and to return Government property no later than 30 days after the expiration of the current period of performance.

(c)  Demobilization plan implementation.  Every 30 calendar days after incorporation of the plan into the contract, or as otherwise directed by the Contracting Officer, the Contractor shall provide written information to the Contracting Officer and Contracting Officer Representative that addresses the Contractors progress in implementing the plan.  The Contractor shall continue to provide the information in the preceding sentence until the Contractor has completely and properly demobilized.  If the Contracting Officer or Contracting Officer Representative identifies deficiencies with the plan, as approved, or with the implementation of that plan, the Contractor shall submit a corrective action plan (CAP) to those officials within five calendar days to remedy those deficiencies.  The Contracting Officer shall review the CAP within five calendar days to determine whether the CAP is acceptable.  Upon approval by the Contracting Officer, the CAP becomes a material part of the demobilization plan.

(d)  Plan contents

   (1)  The plan shall identify the method of transportation (air, ground) the Contractor intends to use to remove its personnel and equipment from the CJOA and whether that method of transportation is Government or Contractor-furnished.  If Government-furnished transportation is authorized, the plan must identify the contract term or condition which authorizes Government transportation of the personnel and equipment associated with this contract.

   (2)  The plan shall identify the number of Contractor personnel to be demobilized by category (U.S. citizens, Third Country Nationals (TCN), Local Nationals (LN) and, for U.S. and TCN personnel, identify the point of origin or home country to which they will be transported and the timeline for accomplishing that objective.  If U.S. or TCN employees have authorization to remain in the CJOA after completion of demobilization, the plan shall identify the name each individual, their nationality, their location in the CJOA, and provide a copy of the authorization.  The plan shall also identify whether the Contractor needs the Contracting Officer to extend the Letters of Authorization (LOA) for any Contractor personnel to execute the demobilization plan.

   (3)  The plan shall identify all Contractor equipment and the timeline for accomplishing its demobilization.  The Contractor shall identify all equipment, whether or not it is covered by CJTSCC Acquisition Instruction Clause Inbound / Outbound Cargo and Contractor Equipment Census.  The plan shall also specify whether the Contractor intends to leave any equipment in the CJOA, a list of all such equipment, including its location, and the reason(s) therefor.

   (4)  The plan shall identify all Government property provided or made available to the Contractor under this contract or through any separate agreement or arrangement (e.g., Installation Mayors, Garrison Commanders).  The plan shall also identify the timeline for vacating or returning that property to the Government, including proposed dates for conducting joint inspections.

(e)  Demobilization requirements:

   (1)  The Contractor shall demobilize and return its personnel to their point of origin or home country according to the approved demobilization plan.

   (2)  The Contractor is not authorized to use Government-furnished transportation unless specifically authorized in this contract.

   (3)  The Contractor may request an extension of the LOAs only for those Contractor personnel whose presence is required to execute the approved demobilization plan.  The Contractor shall submit its request no later than 30 calendar days prior to the expiration of the current period of performance.  LOAs may only be extended for a period up to 30 calendar days after expiration of the current performance period.  The request may contain the following information:

   (i)  The names of each individual requiring an extension.

   (ii)  The required extension period.

   (iii)  The justification for each extension (e.g., the specific function(s) the individual will perform during the demobilization period).  The Contractor is not entitled to any additional compensation if LOAs are extended.

   (4)  The Contractor shall close out their employees deployments with the proper status entered into the Synchronized Pre-Deployment Operational Tracker (SPOT) database (e.g. active, redeployed, no-shows, killed, injured) within 72 hours of their employees re-deployment and, if applicable, release their personnel in SPOT.

   (5)  All Contractor equipment that is lost, abandoned or unclaimed personal property that comes into the custody or control of the

| CONTINUATION SHEET | Reference No. of Document Being Continued W52P1J-19-D-0005 | Page 47 of 48 |
|---|---|---|
| | **PIIN/SIIN**                              **MOD/AMD** | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

Government after the demobilization period has ended may be sold or otherwise disposed of in accordance with 10 U.S.C. section 2575. Notwithstanding the previous sentence and the Governments authority under 10 U.S.C. section 2575, the Government may exercise any other contractual rights for the Contractors failure to perform in accordance with its demobilization plan.

(6)  If the Contractor waives its interest to all lost, abandoned or unclaimed personal property, the Contractor may still be liable for all costs incurred by the Government to remove or dispose of the abandoned property.

(7)  The Government may dispose of any and all lost, unclaimed, or abandoned personal property in accordance with 10 U.S.C. section 2575.

(8)  The Contractor shall return all Government property provided or made available under this contract or through any separate agreement.  The Contractor shall report all lost or damaged Government property in accordance with DFARS 52.245-1(h) unless other procedures are identified in the contract or separate agreement.  If the Government inspects the property and finds that damages or deficiencies have not been reported by the end of the demobilization period, the Government may reduce payments under the contract by the amounts required to correct the damages or deficiencies or replace the loss.

(9)  The Contractor is liable for all cleanup, clearing, and/or environmental remediation expenses incurred by the Government in returning a Government facility to its original condition.  If damages or deficiencies are discovered during the inspection of said facility, the Contractor shall make the necessary repairs or corrections and then notify the Installation Mayor, Garrison Commander, or their designees to arrange for a re-inspection of the facility.  If the Installation Mayor or Garrison Commander inspects the facility and finds that damages or deficiencies have not been repaired or corrected by the end of the demobilization period, the Government may reduce payments under the contract by the amounts required to correct the damages or deficiencies.

(10)  The Contractor shall ensure that all employees, including all subcontractor employees at all tiers, return installation and/or access badges to the local Access Control Badging Office for de-activation and destruction according to the approved demobilization plan.  The Contractor shall submit a Badge Termination Report to ensure each record is flagged and the badge is revoked.  If an employees badge is not returned, the Contractor shall submit a Lost, Stolen or Unrecovered Badge Report to the appropriate Access Control Badging Office.  Contractor employees in possession of a Common Access Card (CAC) shall be responsible for turning in the CAC upon re-deployment through a CONUS Replacement Center in the United States.  Failure to comply with these requirements may result in delay of final payment.

(f)  Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (f), in all subcontracts.

(End of Clause)

85        252.229-7001    TAX RELIEF--BASIC                                      SEP/2014

(a) Prices set forth in this contract are exclusive of all taxes and duties from which the United States  Government is exempt by virtue of tax agreements between the United States Government and the Contractors  government. The following taxes or duties have been excluded from the contract price:

NAME OF TAX: (Offeror insert) _____ RATE (PERCENTAGE): _____(Offeror insert)

(b) The Contractors invoice shall list separately the gross price, amount of tax deducted, and net price  charged.

(c) When items manufactured to United States Government specifications are being acquired, the Contractor shall  identify the materials or components intended to be imported in order to ensure that relief from import duties  is obtained. If the Contractor intends to use imported products from inventories on hand, the price of which  includes a factor for import duties, the Contractor shall ensure the United States Governments exemption from  these taxes. The Contractor may obtain a refund of the import duties from its government or request the  duty-free import of an amount of supplies or components corresponding to that used from inventory for this  contract.

(End of clause)

| CONTINUATION SHEET | Reference No. of Document Being Continued | Page 48 of 48 |
|---|---|---|
| | W52P1J-19-D-0005 | |
| | PIIN/SIIN                    MOD/AMD | |

**Name of Offeror or Contractor:** TRIPLE CANOPY INC

LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 0001 | SSS PWS | 21-FEB-2018 | 056 | |
| Attachment 0002 | PRICE MATRIX | 28-FEB-2018 | | |
| Attachment 0003 | ADDITIONAL PERFORMANCE DIRECTIVES | 06-FEB-2018 | 007 | |
| Attachment 0004 | ANNEX PRIVATE SECURITY COMPANY WEAPONS QUALIFICATIONS STANDARDS | 09-FEB-2017 | 021 | |
| Attachment 0005 | ORDERING GUIDE | 21-FEB-2018 | 004 | |
| Attachment 0006 | SSS DD FORM 254 | 05-JUL-2017 | 002 | |
| Attachment 0007 | CONTRACT DATA REQUIREMENT LIST MATRIX | 31-JAN-2018 | | |
| Attachment 0008 | INTERAGENCY LANGUAGE ROUNDTABLE | 01-AUG-2017 | 005 | |
| Attachment 0009 | CENTCOM FY17-18 THEATER TRAINING GUIDANCE (MAR 17) | 01-MAR-2017 | 011 | |
| Attachment 0010 | FY17-18 TRAINING REQUIREMENTS ATTACHMENTS 1-5 | 01-MAR-2017 | 074 | |
| Attachment 0011 | THEATER BUSINESS CLEARANCE UPDATE (JANUARY 2015) | 21-JAN-2015 | 005 | |
| Attachment 0012 | ATP 5-19 RISK MANAGEMENT | 14-APR-2014 | 010 | |
| Attachment 0013 | USCENTCOM ARMING POLICY | 16-JAN-2018 | 033 | |
| Attachment 0014 | SPECIAL CONTRACT REQUIREMENTS | 21-FEB-2018 | 003 | |

CONSTELLISAFG_0813259

**PIIN/SIIN** W52P1J-19-D-0005
**MOD/AMD**
**ATT/EXH ID** Attachment 0011
**PAGE** 1

CONSTELLISAFG_0813260

EXHIBIT

T

**PERFORMANCE WORK STATEMENT (PWS)**

**FOR**

**SECURITY SUPPORT SERVICES**

**21 February 2018**

## PERFORMANCE WORK STATEMENT
## TABLE OF CONTENTS

| **PART** | **PAGE #** |
|---|---|
| **PART 1 - DESCRIPTION OF SERVICES** | **PAGE 3** |
| **PART 2 - SPECIFIC TASKS** | **PAGE 4** |
| **PART 3 - TRAINING REQUIREMENTS** | **PAGE 20** |
| **PART 4 - CONTRACT COMPLIANCE INFORMATION** | **PAGE 24** |
| **PART 5 - GENERAL INFORMATION** | **PAGE 32** |
| **PART 6 - MOBILIZATION/DEMOBILIZATION** | **PAGE 34** |
| **PART 7 - GOVERNMENT FURNISHED PROPERTY, EQUIPMENT, AND SERVICES** | **PAGE 36** |
| **PART 8 - CONTRACTOR FURNISHED ITEMS AND SERVICES** | **PAGE 37** |
| **PART 9 - ATTACHMENT/TECHNICAL EXHIBIT LISTING** | **PAGE 40** |
| **PART 10 - REPORTING REQUIREMENTS** | **PAGE 41** |
| **PART 11 - DEFINITIONS** | **PAGE 43** |
| **PART 12 - ACRONYMS** | **PAGE 46** |

**PART 1**

**DESCRIPTION OF SERVICES**

**1.0 OVERVIEW:** Private Security Companies (PSCs) contracted by the U.S. Government (USG) operate as one means of a whole of government approach to support peace and stability initiatives in areas of armed conflict, post conflict, and comparable situations. Where military or other government security forces are unavailable, insufficient, or inappropriate, PSCs protect relief, recovery, and reconstruction activity from theft, extortion, vandalism, terrorism, and other unlawful activities. Effective discipline, training, and oversight of USG contracted PSCs build the confidence of the local population, reduce the risk of civilians and civilian activities becoming military targets, and support the restoration of the rule of law. In order to accommodate this objective, this performance based statement of work provides a full spectrum of private security functions in support of contingency operations, other significant military operations, humanitarian and peace operations or exercises in the CENTCOM Area of Responsibility (CENTCOM AOR).  This Performance Work Statement is for the Security Support Services (SSS) throughout the CENTCOM AOR. However, additional AORs / OCONUS COCOMs may be added to the SSS requirements, if the military posture changes.  Any change to performance requirements will only become effective upon approval from the Procuring Contracting Officer.

**1.1 DESCRIPTION OF SERVICES:** This contract provides guard and protective security services in support of the Department of Defense (DoD). The Contractor shall support DoD by aiding in the coordination of planning and execution of armed/unarmed security operations throughout the CENTCOM AOR.  The Contractor shall provide all management, tools, supplies, equipment, and labor necessary to perform armed or unarmed security guard services within the CENTCOM AOR. This is an Indefinite Delivery/Indefinite Quantity (IDIQ) contract. Specific services will be performed through task orders.

**PART 2**

**SPECIFIC TASKS**

**2.0 SECURITY REQUIREMENTS:** The work performed under this contract and any awarded task orders will provide various security services as defined within this PWS. Specific security services required at specific locations will be defined at the task order level.

**2.1 FIXED SECURITY REQUIREMENTS:** Fixed site security is intended to deter hostile elements from conducting illegal activities against DoD resources. Private security, as part of installation security, protects DoD service members, civilians, contractors, facilities, information, and materiel resources against criminal trespass, terrorism, and other unlawful activities. Security services are primarily performed at fixed locations. Duties may include vehicle and pedestrian security screening, perimeter surveillance, and internal mobile patrols. Private security guards must possess the ability to operate both hand-held and walk-through metal detectors, and high throughput personnel inspection systems (i.e. Rapid Scan). Task performance will conform to the standards of U.S. Army Training Circular 19-210 (Access Control Handbook). Minimum task performance standards are found in U.S. Army Soldier Training Publication 19-31B1-SM; tasks 191-376-5151 (Control Access to a Military Installation), 191-376-5216 (Search a Vehicle for Explosive Devices or Prohibited Items at an Installation Access Control Point), and 191-376-5148 (Search an Individual).

**2.1.1. ACCESS CONTROL POINTS (ACP) and ENTRY CONTROL POINTS (ECPs):** The Contractor shall provide the required personnel at designed ACPs and ECPs to detect, identify, report, and guard against entry of unauthorized personnel and contraband.

**2.1.2 PERIMETER AND TOWER SECURITY:** The Contractor shall provide the required personnel at designed positions to prevent entry of unauthorized personnel and detect, identify, and report threats to the perimeter fencing/wall, building or structure.

**2.1.3 ROVING PATROLS:** The Contractor shall provide the required personnel to perform daily internal security patrols, either mounted or dismounted, to check for breaches in the perimeter barrier and identify threats and/or suspicious activity in the vicinity of the facility perimeter.

**2.1.3.1:** Armed mounted patrol shall receive training specified in FY 17-18 USCENTCOM Theater Training Requirements within ten (10) days of arrival at final duty location. The training includes, but is not limited to, drivers training, crew served weapons employment, self-defense, escalation of force, and rules for the use of force, user level maintenance and recovery operations.

**2.1.4.  ENGLISH PROFICIENCY:**  A level 2 language proficiency is required unless otherwise outlined at the task order level.  See Attachment 0008 – Interagency Language Roundtable (ILR) for the definition.

**2.1.5.  KEY PERSONNEL:**  Below is a list of the Key Personnel positions that are further defined throughout this PWS.

- Guard Site Manager
- Guard Site Assistant Manager
- Guard Shift Leader U.S. Expat
- Guard Shift Leader FVEY/NATO
- Guard Shift Leader (OCN/LN)
- Operations Center Chief
- Internal Roving Security Guard Team Leader
- PSD Shift Leader U.S. Expat
- PSD Team Leader FVEY
- SRT Guard Team Leader U.S. Expat

**2.2 MOBILE SECURITY REQUIREMENT:**  Security services to escort any asset (personnel or cargo) from any US/NATO location to an unsecured outside location and back; or from one US/NATO/secured location to another.  Minimum standards of performance are listed in U.S. Army Soldier Training Publication 19-31B1-SM, task number 191-376-4146 (Perform as a Member of Convoy Security Escort Team). Personnel shall receive training specified in FY 17-18 USCENTCOM Theater Training Requirements within ten (10) days of arrival at final duty location. The training includes, but is not limited to, drivers training, crew served weapons employment, self-defense, escalation of force, and rules for the use of force, user level maintenance and recovery operations.

**2.2.1 Mission Coordination and Movement Requests**: All mobile security movements outside U.S./NATO locations shall coordinate with all appropriate agencies, and shall know all applicable checkpoint policies and procedures. Contractor personnel shall know and follow all CENTCOM, base, and host nation policies, rules, laws, and regulations. The company Operations personnel will maintain communications with Country Operations Center and file Serious Incident Reports IAW USG policy and timelines.

**2.2.2 SECURITY ESCORT TEAMS (SETs):** The SETs shall transport military and civilian personnel conducting administrative duties, contracted services, site inspections, base to base movements, and official liaison missions.  The Contractor security personnel shall provide comprehensive security utilizing all team assets for escorted personnel at all times during movement.  Contractor services shall include all protective/defensive actions required to deter, detect, and respond to threats to

designated personnel through threat analysis, operations security (OPSEC), responsive communications, and integrated team support using armed vehicle escorts as necessary. SETs will include a minimum of two Light Armored Vehicles with drivers for each vehicle, mobile guards, at least one medic (with same qualifications as SRT Medic), and team leader with qualifications as described in paragraph 2.4.2.2 of this PWS. The mission will dictate the specific number of guards. Specific missions or force protection may require more than two vehicles and will be described in the specific task order.  Missions may require multiple day movements.

**2.2.3 CONVOY ESCORT TEAMS (CETs):** CETs Shall be able to protect sustainment and retrograde cargo from attack and other unlawful activities while in transit between Forward Operating Bases (FOBs) and to multiple points of destination within the borders of any country. The Contractor shall provide necessary resources, to include labor and armed vehicles, to support convoy escort teams to meet mission requirements.  A CET will escort from a minimum of one (1) vehicle to a maximum of twenty (20) assets at any given time. The composition of the CET will be determined by the local threat level, but will include a minimum of two Light Armored Vehicles with drivers for each vehicle, mobile guards, at least one medic (with same qualifications as SRT Medic), and team leader with qualifications as described in paragraph 2.4.2.2 of this PWS. Convoy escort teams will coordinate all mission movements with the appropriate Operation Center on the installation, base or location IAW force protection and mission requirements.  CETs standards of performance are IAW Army Tactical Task 6.5.6.1 (Conduct Convoy Security Operations) found in U.S. Army Field Manual 7-15.

**2.3 PROTECTIVE SECURITY SERVICES (PSS):**  Protective security services provide specialized security tasks operating outside of US/NATO secured locations.

**2.3.1 PROTECTIVE SECURITY DETAIL (PSD):** The Contractor shall furnish all labor, materials, weapons, equipment, consumables, transportation, logistical support, management, command and control and supervision, except as stated in this PWS, to provide a continuous, responsive, uninterrupted, and highly skilled protective security services program to safeguard dignitaries, senior government officials, senior military leadership and other designated personnel through the use of specialized, tailored security teams and associated equipment. PSDs are not, under any circumstances, to be involved in or engage in offensive operations or use tactics that provide the appearance of offensive operations.

The Contractor shall provide protective services for personnel in either a dismounted, mounted or travel status.  Specific levels of effort will be outlined in each task order. Responsibility includes actions to deter, detect, and respond to threats to designated personnel using their training (skills) and tools such as: threat analysis, personnel security operations, OPSEC, responsive communications, emergency trauma care/Combat Lifesaver/NREMT EMR, and integrated team support. Task orders may specify overt or low-profile (covert) protection depending on threat and as authorized

under rules applicable to the area of operations. Low profile operations may require special authorizations for concealed carry weapons (specified by task order.) Team members will perform tasks in accordance with Soldier Manual Task 191-379-7029: Participate in a Protective Service (PS) Operation. Duties will typically involve, but not limited to, protection of designated personnel from terrorist attacks or criminal activities during travel to/ while visiting/ from project worksites and while engaged in the performance of duties at project worksites; convoy route briefings; convoy command and control; actions upon contact; and vehicular Preventive Maintenance Checks and Services (PMCS) in accordance with the U.S. Army Standards to help ensure maximum readiness of contractor furnished vehicles.

**2.3.2 SECURITY RECONNAISSANCE TEAMS (SRT):** The main SRT tasks are the provision of project site reconnaissance, project site reporting and liaison with local leaders and populace in support of reconstruction projects. The SRT will also assist in the delivery of Reconstruction Civil Affairs projects. Primary responsibilities include: management of SRT mission planning, execution of infrastructure assessment and civil reconnaissance, completion of Infrastructure Assessment SWEAT-MSO Smart Cards (provided by the Engineer Coordinator)), operational and administrative management of the SRT members and team equipment, management of SRT collective training standards, the provision of administrative and operational reports and returns as required.  The SRT must possess an elementary knowledge of infrastructure assessment IAW Appendix C of ATP 3-34.81 *Engineer Reconnaissance* and civil affairs tasks.

The Contractor shall provide SRT in order to facilitate the completion of construction projects.  The SRTs facilitate construction by liaising with local authorities and leaders and will conduct themselves in a manner that contributes to the development of positive relationships with the communities surrounding the construction sites, meeting with local leaders to coordinate community involvement, security, support for the construction projects, conducting technical inspections of ongoing construction and conducting atmospheric threat assessments as it pertains to reconstruction projects.

Team members will include a mix of local nationals and US or other FVEY expats. Local National (LN) team members are critical for engagement with the local civilian leaders and the population. All team members will have advanced tactical training (as described below) and the ability to operate all team equipment, including any team weapon. (When so equipped, secure communications equipment will be restricted to cleared FVEY citizens.)

In addition to the weapons qualification and other tactical training common to all PSC personnel and otherwise described in this section, Security Reconnaissance Teams will understand and be able to apply:

- Mounted and dismounted reconnaissance techniques

- General engineering reconnaissance techniques listed in ATP 3-34.81 "Engineer Reconnaissance", paragraph 1-10 and described in Chapters 5 and Appendix C of the document

  - Reconstruction support: The Contractor shall provide SRT to facilitate the completion of construction projects. The supported engineering staff officer will brief the SRT Team Leader on specific infrastructure assessment objectives and requirements in preparation for any reconstruction support mission to include providing relevant SWEAT-MSO Smart Cards to be used. Typical team tasks include:

    o Advance reconnaissance of construction sites. Includes collecting information for determining the suitability of construction sites, assessment of site security issues, and engineering photography of the proposed construction site.

    o Quality Assurance Inspection of construction sites including the ability to properly use the SWEAT-MSO infrastructure assessment Smart Cards and photograph key locations and structures for evaluation by qualified engineering staff.

    o Unless otherwise directed by the Engineering Staff Officer, infrastructure assessment shall follow procedures described in the SWEAT/IR Handbook, version 2.1 and supporting SWEAT Volumes published by the United States Army Corps of Engineers (USACE) Reachback Operations Center.

  - Support to Civil-Military Operations (CMO). The Contractor shall provide SRT to support civil security, humanitarian relief, and other Civil Affairs Operations. The supported Civil-Military Operations staff officer or Civil-Military Team Leader will brief the SRT Team Leader on specific civil reconnaissance objectives and debrief the SRT when the mission is complete. CMO supporting tasks may include:

    o Liaison with local authorities and populace to assess the local populace's perceptions, their willingness to support US and friendly forces, and other information related to CMO.

    o Liaison with Non-Governmental Organizations and International Organizations (IO) active in the Area of Operations (AO).

  - Civil Reconnaissance to support other stability operations. The SRT's familiarity with the operational environment, include the terrain, local population, and civilian leaders facilitates the execution of other stability operations. Stability operations

supporting tasks include site reconnaissance of proposed stability operations sites and route reconnaissance ahead of SET, PSD, or convoy movement.

The SRT must include team members with the following knowledge, skills and attributes:

- Basic knowledge of site evaluation and construction inspection, to include use of any specialized equipment necessary for that task
- Civil affairs tasks
- Local language proficiency of at least level 2+, culture and customs
- Reconnaissance techniques, including tactical movement, contact avoidance, and actions on contact
- Advanced combat trauma first aid. Two team members will have current certification as Combat Lifesaver or Lifesaver or Emergency Medical Responder (EMR) equivalent to National Registry of Emergency Medical Technicians (NREMT).. All team members will have training to stabilize trauma injuries.

## 2.4 PRIVATE SECURITY CONTRACTOR QUALIFICATIONS: Unless otherwise indicated, all requirements describes as "must possess", "must be able", or "the ability to" are necessary prior to beginning work under this contract and its associated task orders

### 2.4.1. Physical Abilities Common to All Armed PSC Personnel:
- May be male or female
- Must be 21 years of age or older (supervisory personnel must be 25 years or older.)
- Must be able to perform the following physical tasks
  (1) Drag, carry, lift, and/or pull a person to safety.
  (2) Use physical force to detain a subject or prevent unauthorized entry.
  (3) Prolonged standing and/or sustained patrol on foot or in a vehicle.
  (4) Sustained pursuit of suspect on foot.
  (5) Dodging, crawling, climbing, and/or rapid ascent of stairs.
  (6) Perform the above wearing duty equipment and/or personal protective equipment under adverse environmental conditions.
  (7) Performing the above requires—
      (a) The ability to be stable with regard to consciousness and the control of voluntary motor functions and have the functional capacity to respond appropriately to routine and emergency situations of the job.
      (b) The ability to maintain mental alertness, deductive, and inductive reasoning, memory, and reliable judgment.
      (c)The ability to identify colors and read placards and street signs or see and respond to imminently hazardous situations in less than standard visual lighting conditions.

(d) The ability to temporarily perform minimum required duties in the event eyeglasses are broken or displaced by emergency activity.

(e) The ability to verbally communicate effectively under noisy circumstances with a potential for voice obstruction by PPE.

(f) The ability to distinguish low intensity voice sounds from background noise in order to respond to imminently hazardous situations.

(g) The ability to work in closed or confined spaces.

(h) The ability to judge distances closer than 13 feet demonstrated, either by testing of depth perception or by a practical field test.

(i) The ability to direct traffic or perform crowd control.

(j) The ability to maintain balance under adverse conditions, weight loads, and at above ground heights, and maintain body flexibility

(k) The ability to properly and effectively wear or use PPE, including that used to prevent exposure to chemical, biological, or radiological agents.

(l) Acuity of senses and ability of expression sufficient to allow essential, accurate communication by written, spoken, audible, visible, or other signals while using required personal protective or other equipment.

(m) Adequate motor power, dynamic strength, range of motion, neuromuscular coordination, stamina, gross body coordination, and dexterity.

(n) Must pass an Annual Physical Ability Test per Appendix D-1 AR 190-56

- PSC personnel must be able to perform the following tasks in extreme conditions:

(1) Operate both as a member of a team and independently at incidents of uncertain duration.

(2) Spend extensive time outside exposed to the environmental elements.

(3) Perform physically demanding work in hot (in excess of 100 degrees Fahrenheit) and humid (up to 100 percent humidity) atmosphere while wearing duty equipment and/or Personal Protective Equipment (PPE), which may significantly impair body-cooling mechanisms.

(4) Experience frequent transition from hot to cold and from humid to dry atmospheres.

(5) Work, including walking, running, standing, pulling, and pushing in wet, icy, or muddy areas.

(6) Perform a variety of tasks on slippery, hazardous surfaces, such as on icy pavement, wet grass, or leaves.

(7) Work in areas where sustaining traumatic or thermal injuries are possible.

(8) Face exposure to infectious agents, such as Hepatitis B or Human Immunodeficiency Virus (HIV).

(9) Wear PPE weighing approximately 30 pounds while performing emergency tasks.

(10) Perform physically demanding work while wearing a protective mask or respirator, which increases the resistance of inhalation and reduces the efficiency of air exchange.

(11) Perform complex tasks during life-threatening emergencies.

(12) Work for long periods of time (up to the limits allowed by applicable labor law), requiring sustained physical activity and intense concentration.

(13) Make life or death decisions during emergency conditions.

(14) Be exposed to grotesque sights and smells associated with major trauma and burn victims.

(15) Make rapid transitions from rest to near maximum exertion without warm-up periods.

(16) Freedom from frequent episodes of pain or inability to perform work or sudden incapacitation.

(17) Operate in environments of high noise, poor visibility, limited mobility, above-ground heights, and in closed or confined spaces.

(18) Use manual and power tools in the performance of duties.

(19) Rely on sense of sight, hearing, smell, and touch to help determine the nature of the emergency; maintain personal safety; and make critical decisions in a confused, chaotic, and potentially life-threatening environment throughout the duration of the operation.

(20) Employ and/or manipulate and accurately engage with various assigned weapons systems, radios, flashlights, less lethal implements, etc. while moving and communicating under all the above conditions.

## 2.4.2 FIXED/MOBILE GUARD QUALIFCIATIONS

**2.4.2.1 Guard Shift Leader U.S. Expat:**  Shift supervisors are responsible for an entire internal security shift. The shift leader operates under the direction and control of the Guard site manager. Shift leaders may be required to work in an operations center or equivalent or force protection command watch floor. If required, the Contractor shall provide shift leaders to cover operations center 24 hours per day, seven days per week. Shift supervisors provide operational linkage between the Government force protection elements and the Contractor during the execution of force protection duties of that shift. Duties include issuing direction to those Contractor personnel taking part of the integrated defense of the installation in concert with Government or coalition forces (coordinated via the Contracting Officer's Representative (COR) and Guard site manager). Shift leaders are considered key personnel and shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Must possess  experience of not less than ten (10) years total with at least 4 years of Military background and the remaining can be either military, police, and/or PSC. Must have received an honorable discharge as verified by a form DD-214 (U.S. Military). Shall be a U.S. citizen.

- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Must have reached the grade of E-7 (NATO Code OR-7) or greater or equivalent rank in civilian police or successfully served in a supervisory role for at least one year at the platoon level or equivalent, verified by military or police transcripts and evaluations.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

**2.4.2.2 Internal Roving Security Guard Team Leader:**  Leads, directs and supervises a team of guards performing internal security services through coordinate with U.S. Forces. The Team Leader shall represent all members of the roving patrol team. Guard Team Leaders are considered key personnel shall possess the following qualifications:

- Shall be fluent a level 2+ in English unless otherwise outlined at the task order level.  See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Must possess a Military background with honorable discharge, have reached the grade of E-6 (NATO Code OR-6) or equivalent leadership experience in private security or civilian police and successfully served in a supervisory role for at least one year, verified by military transcripts and evaluations.
- Must possess a valid U.S. driver's license.
- Able to obtain an operator's license on military tactical vehicles.

**2.4.2.3 Internal Roving Security Guard (USEXPAT):**  Performs internal roving guard services and must possess the ability to react to force protection threats. Armed roving security patrol personnel shall possess the following qualifications and be physically able to perform all duties:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Four years' in armed forces, police, or private security company in a contingency area with honorable discharge.
- Must possess a valid U.S. driver's license.
- Able to obtain an operator's license on military tactical vehicles.

**2.4.2.4 Internal Roving Security Guard (OCN/LN):**  Performs internal roving guard services and must possess the ability to react to force protection threats. Armed roving

security patrol personnel shall possess the following qualifications and be physically able to perform all duties:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.

Four years' experience in armed forces, armed police, or armed private security duties in armed conflict, post-conflict, or other comparable areas.

**2.4.2.5 GUARD SHIFT LEADER FVEY/NATO:** Leads, directs and supervises a team of guards performing internal security services.  The shift leader shall represent all members of the Fixed Security Guard shift.  Guard Shift Leader is considered key personnel shall possess the following qualifications:

- Prior experience as officer, non-commissioned officer or team leader in armed forces, police, or private security company in a contingency area.
- Must possess experience of not less than ten (10) years total with at least 4 years of Military background with honorable discharge and the remaining can be either military, police, and/or PSC Must have reached the grade of E-7 [NATO Code OR-7] or greater and successfully served in a supervisory role for at least one year at the platoon level or equivalent, verified by military transcripts and evaluations.
- Shall be a citizen of NATO member state, Australia, or New Zealand.
- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- The Guard Shift Leader shall interface directly with the U.S. Government supervisory personnel who shall be designated as the company POC.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

**2.4.2.6 GUARD SHIFT LEADER OCN/LN**: Leads, directs and supervises a team of guards performing internal security services.  The shift leader shall represent all members of the Fixed Security Guard shift.  Guard Shift Leader is considered key personnel shall possess the following qualifications:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Must possess experience of not less than ten (10) years total with at least 4 years of Military background with honorable discharge and the remaining can be either military, police, and/or PSC Must have reached the grade of E-7 [NATO Code OR-7] or greater and successfully served in a supervisory role for at least one year at the platoon level or equivalent, verified by military transcripts and evaluations.

- Prior experience as officer, warrant officer or non-commissioned officer or team leader in armed forces, police, civilian police, or private security company in a contingency area.
- The Security Guard Shift Leader shall interface directly with the U.S. Government supervisory personnel whom shall be designated as the company POC.

**2.4.2.7 FIXED/MOBILE GUARD U.S. EXPAT:**  All guards shall possess the following qualifications:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Four years' Military experience.  Guard may substitute experience as contract security guard in a contingency area for two of the total four years' experience. Must have received an honorable discharge as verified by a form DD-214 (U.S. Military).
- Screeners shall be proficient at utilizing hand-held metal detectors, a walk-through metal detector, and high throughput personnel inspection systems (Rapid Scan).

**2.4.2.8 FIXED/MOBILE GUARD FVEY/NATO:** All guards shall possess the following qualifications:

- Shall be a citizen of NATO member state, Australia, or New Zealand.
- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Military experience with honorable discharge or four years of equivalent police experience or four years of equivalent private security experience.

**2.4.2.9 FIXED/MOBILE GUARD Other Country Nationals (OCNs)**: All Guards shall possess the following qualifications:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Military experience with honorable discharge or four years of equivalent police experience or four years of equivalent private security experience.

**2.4.2.10 FIXED/MOBILE GUARD Local National (LNs):** All guards shall possess the following qualifications:

- Shall be a citizen of the duty location.

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Military experience with honorable discharge or four years of equivalent police experience or four years of equivalent private security experience.

### 2.4.2.11 MOBILE GUARD DRIVER (LN):

- Military experience with honorable discharge or four years of equivalent police experience or four years of equivalent private security experience.
- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Must possess a valid host nation driver's license.
- Able to obtain an operator's license on military tactical vehicles.

### 2.4.2.12 MOBILE GUARD MEDIC:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Four years' Armed Forces experience or in an emergency response unit (e.g., civil defense, police, fire and rescue).

Current qualification as Emergency Medical Technician equivalent to NREMT EMT.

**2.5 OPERATIONS CENTER:**  The primary purpose of the Operations Center is to provide the military and other government agencies with a central point of contact for monitoring and/or coordination of PSC activities in an area of combat operations or other significant military operations.  As specified in task order, the Operations Center may serve as a central point of contact, at the operational, tactical, or installation level, which allows military commanders and similar government civilian personnel to gain awareness of, track, and coordinate the day-to-day movements and activities of PSC personnel.

Requirements for the Operations Center shall be specified in task order.  In general, an Operations Center shall be designed so as to fulfill one of the following four roles:  (1) an individual or team that provides accountability for PSC personnel assigned to guard an installation and coordinates their activities with military or other government agency personnel on that installation; (2) a team or cell, generally embedded in a military Base Defense Operations Center (BDOC) or other such organization, that provides 24/7 monitoring and coordination of PSC activities; (3) a team that augments the capability of the military or DoD civilian staff assigned to provide government oversight of PSC personnel in an area of operations; (4) an operations cell, either stand-alone or embedded within a military or other government agency operations center, that provides full capability to monitor and coordinate all PSC activities and movements in an assigned area.

As specified in task order, the Contractor will establish, staff, and operate an Operations Center for the purpose of maintaining situational awareness over and relaying information and direction to PSC teams. The operations center will include the communications equipment and information technology sufficient to perform the functions assigned in the task order. Forms of monitoring may include, but are not limited to, electronic, video, and personnel reporting. The operations center will maintain operational capability 24 hours per day, seven days per week with on duty personnel strength adequate to perform the situational awareness and information sharing mission as specified in task order.

As specified in task order, the Operations Center may be required to provide constant monitoring of PSC activities, share and receive relevant threat information with government counterparts, maintain awareness of military and other government activities that have the potential to impact PSC operations, and share information about PSC activities with military and other government agencies, in order to de-conflict PSC and government activities, reduce the potential for fratricide, and improve the military's ability to provide support to PSC personnel should they become engaged in hostilities. Members of the Operations Center may be required to provide status reports, issue emergency notifications/warnings, and coordinate with other contractor and government agencies. As specified in task order, the Operations Center may be required to function as a central point of contact for military and government authorities, through which directions, such as PSC mission cancellation or modification, may be passed to specific PSCs and PSC teams. The Contractor shall provide any needed personnel, equipment, tools, materials, and supervision, as specified by the Contracting Officer, to perform the support functions under this PWS.

**2.5.1 OPERATIONS CENTER FUNCTIONS:** At the installation level there will be an Operations Center to maintain situational awareness over the scheduling, deployment, and activity of the private security guard force on that installation. The Operations Center is also responsible for coordinating PSC guard force activity with military force protection operations. As part of this coordination, operations center personnel shall:

- Provide security-related information from the military force protection officer to appropriate PSC personnel;
- Transmit security related information collected by PSC personnel to the military force protection officer;
- Provide daily accountability of all PSC guard force personnel to the COR;
- Maintain inventory and accountability of all PSC weapons at that installation and provide regular inventory reports to the COR, as specified in task order;
- Maintain accountability for all PSC vehicles, as specified in task order;
- Collect and develop reports and products pertaining to PSC operations as required in orders, directives, guidance, and standard operating procedures (SOPs), or as specified in task order;
- Prepare, maintain and process serious incident reports from the PSC to the COR and military force protection officer

For task orders that include mobile security, such as SETs, Convoy Security, and PSDs, the operations center will require advanced capabilities to assure the safe movement of persons and property protected by PSC personnel.  As specified in task order, the PSC may establish an operations center, or a cell within an existing military/government operations center, in order to facilitate information sharing at the operational level with the Joint Force Commander (JFC), or at subordinate levels in the chain of command, or with other government agencies.  Such operations centers (or cells) will function more effectively if embedded within counterpart military/government operations centers (e.g., JFC Joint Operations Center (JOC), or subordinate command Tactical Operations Center (TOC)).  In these cases, in addition to the tasks listed above, operations center (or cell) personnel shall:

- Share FOUO level intelligence information relevant to private security services and pass tactical information from PSC personnel to military intelligence and analysis centers.
- Coordinate with military and government personnel to maintain awareness of threat information and military/government activities affecting PSCs and Mobile Security/PSS teams within an area of operations.  When appropriate, disseminate information or recommend PSC mission cancellation or modification to the appropriate government authority in order to prevent incidents.
- Receive movement requests from PSCs and disseminate to appropriate battlespace owners for approval/disapproval.  Provide positive confirmation of mission approval/disapproval to the PSC.
- Maintain situational awareness of PSC movements and ensure military forces are aware of PSC movements in their operational area.
- Provide a central point of contact for PSC personnel requesting military assistance.  Assistance requests include but are not limited to support from military Quick Reaction Force (QRF) and medical evacuation (MEDEVAC).
- Facilitate communication between PSC teams and military forces.
- Track PSC movement through a real-time tracking system using global positioning system which includes a communications link with the Reconstruction Operation Center (ROC) if assistance is needed (e.g., Tapestry or similar Blue-Force Tracker compatible systems.)
- Maintain situational awareness of PSCs operating and moving within an assigned operational area, including tracking PSCs entering, transiting, and departing the assigned area.

**2.5.2 OPERATIONS CENTER REQUIREMENTS:**  The Contractor shall establish an operation center to liaise with and receive operational and tactical tasks from the Government, to support mission scheduling, planning, and execution, and to manage the operational, logistical, communications and reporting requirements of SETs, PSDs, CETs and Static Guards.  The operations center shall resolve conflicting requirements according to Government specified prioritization. The operation center must contain at least one US Secret cleared member on duty 24/7 to coordinate threat intelligence and

conduct planning with CJFLCC-I J2, J3 and J3 Protection Cell as specified at the task order level.  Operation center shall be responsible for accounting for Contractor's personnel on a daily basis.  The Contractor personnel accountability will be provided in the format and time specified by the government.  These reporting requirements may change and/or be replaced with another of the USG preference depending on mission needs.

### 2.5.3 OPERATIONS CENTER PERSONNEL QUALIFICATIONS:

**2.5.3.1 OPERATIONS CENTER CHIEF:**  Manages operations center personnel, coordinates with military and government counterparts on matters that relate to PSC activities, coordinates threat intelligence and conducts planning with Intelligence, Operations, and Force Protection personnel (J2, J3 and J3 Force Protection) as appropriate. Responsible for accounting for Contractor's personnel on a daily basis. The Contractor personnel accountability will be provided in the format and time specified by the government.  Responsible for ensuring that the Operations Center, as an organization, fulfills its duties as specified in task order and as applicable in section 2.5.1 of this PWS.  The Operations Center Chief is considered key personnel and shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or senior non-commissioned officer with at least three years of experience at the paygrade of E7 (NATO Code OR-7) or higher or team leader in armed forces, police, or private security company in a contingency area.
- Must possess experience of not less than ten (10) years total with at least 7 years of Military background and the remaining can be either military, police, and/or PSC. Must have received an honorable discharge and shall provide evidence of honorable discharge (form DD356) or release from active duty with honorable character of service  (form DD-214) (U.S. Military) or comparable document from other FVEY military forces.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

**2.5.3.2. OPERATIONS CENTER ASSISTANT CHIEF:**  Assists the Operations Center Chief in the performance of his duties.  The Operations Center Assistant Chief shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.

- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or senior non-commissioned officer (E-7 or higher) or team leader in armed forces, police, or private security company in a contingency area.
- Must possess a Military background of not less than four (4) years.  Must have received an honorable discharge and shall provide evidence of honorable discharge (form DD356) or release from active duty with honorable character of service  (form DD-214) (U.S. Military) or comparable document from other FVEY military forces.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

**2.5.3.3. OPERATIONS CENTER WATCH OFFICER:**  Maintains accountability of all PSC personnel in an area of operations as specified in task order.  Performs the applicable duties specified in section 2.5.1 of this PWS and as specified in task order.  If specified in task order, the PSC must provide sufficient watch officers to cover 24/7 operations.  A Watch Officer shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or senior non-commissioned officer (E-7 or higher) or team leader in armed forces, police, or private security company in a contingency area.
- Must possess a Military background of not less than four (4) years.  Must have received an honorable discharge and shall provide evidence of honorable discharge (form DD356) or release from active duty with honorable character of service  (form DD-214) (U.S. Military) or comparable document from other FVEY military forces.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

**2.5.3.4 OPERATIONS CENTER ASSISTANT WATCH OFFICER:**  Assists the Watch Officer in the performance of his duties.  If specified in task order, the PSC must provide sufficient assistant watch officers to cover 24/7 operations.  An Assistant Watch Officer shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.

- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or non-commissioned officer (E-5 or higher) or team leader in armed forces, police, or private security company in a contingency area.
- Must possess a Military background of not less than four (4) years.  Must have received an honorable discharge and shall provide evidence of honorable discharge (form DD356) or release from active duty with honorable character of service  (form DD-214) (U.S. Military) or comparable document from other FVEY military forces.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

## 2.6 PROTECTIVE SECURITY DETAIL (PSD) QUALIFICATIONS:

**2.6.1 PSD SHIFT LEADER** is considered key personnel and shall possess the following qualifications**:**

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or senior non-commissioned officer with at least three years of experience at the paygrade of (E7 [NATO Code OR-7] or higher ) or team leader in armed forces, police, or private security company in a contingency area
- Must possess experience of not less than ten (10) years total with at least 4 years of Military background with honorable discharge and the remaining can be either military, police, and/or PSC
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, Special Operations Forces, or Civilian Police.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.
- The PSD Shift Leader shall interface directly with the U.S. Government supervisory personnel whom shall be designated as the company POC.

**2.6.2 PSD TEAM LEADER FVEY** is considered key personnel and shall possess the following qualifications**:**

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a citizen of FVEY member state.

- Six years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces. Guard may substitute experience as contract security guard in a contingency area for two of the total six years' experience. Must have received an honorable discharge as verified by a form DD-214 (U.S. Military) or comparable document from other FVEY military forces.
- Advanced combat trauma/first aid equivalent to Combat Lifesaver/NREMT EMR.
- Must have reached the grade of E-7 (NATO Code OR-7) or higher and successfully served in a supervisory role for at least one year at the platoon level or equivalent, verified by military transcripts and evaluations.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.

### 2.6.3 PSD GUARD USEXPAT:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces. Must have received an honorable discharge as verified by a form DD-214 (U.S. Military). Advanced combat trauma/first aid equivalent to Combat Lifesaver/NREMT EMR.
- Must possess a valid U.S. driver's license.
- Able to obtain an operator's license on military tactical vehicles.

### 2.6.4 PSD GUARD FVEY:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a citizen of a FVEY member state.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces.
- Must possess a valid driver's license of the host nation or of the state of nationality.

- Able to obtain an operator's license on military tactical vehicles.

### 2.6.5 PSD GUARD MEDIC:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a citizen of a FVEY member state.
- Four years' Armed Force experience.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated a combat medic or civilian certification equivalent to NREMT EMT.

## 2.7 SECURITY RECONNAISSANCE TEAM (SRT) GUARD QUALIFICATIONS:

**2.7.1 SRT GUARD TEAM LEADER USEXPAT** is considered key personnel and shall possess the following qualifications**:**

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Six years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces. Guard may substitute experience as contract security guard in a contingency area for two of the total six years' experience.  Must have received an honorable discharge as verified by a form DD-214 (U.S. Military).
- Must have reached the grade of E-7 (NATO Code OR-7) or higher and successfully served in a supervisory role for at least one year at the platoon level or equivalent, verified by military transcripts and evaluations.
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.
- The SRT Guard Team Leader shall interface directly with the U.S. Government supervisory personnel whom shall be designated as the company POC.

## 2.7.2 SRT GUARD MEDIC:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a citizen of NATO member state, Australia, or New Zealand.
- Four years' Armed Force experience.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated a combat medic or civilian certification equivalent to NREMT EMT.

## 2.7.3 SRT GUARD USEXPAT:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces. Must have received an honorable discharge as verified by a form DD-214 (U.S. Military).
- Must possess a valid U.S. driver's license.
- Able to obtain an operator's license on military tactical vehicles.

## 2.7.4 SRT GUARD FVEY:

- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a citizen of FVEY member state.
- Four years' experience in Military Occupational Specialty or Armed Force Specialty Codes designated as combat arms, Military Police, or Special Operations Forces.
- Must possess a valid driver's license of the host nation or of the state of nationality.
- Able to obtain an operator's license on military tactical vehicles.

## 2.7.5 SRT GUARD DRIVER (LN):

- Four years Armed Force experience.
- Shall be a level 2 in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Must possess a valid host nation driver's license.
- Able to obtain an operator's license on military tactical vehicles.

**2.8 Guard Site Assistant Manager.** The assistant guard site manager assists the guard site manager in the performance of his duties and executes the duties of the guard site manager in his absence. Guard site assistant managers may be required to work in an operations center or equivalent or force protection command watch floor in periods when the guard site manager is off-duty or otherwise unavailable. At other times the guard site assistant manager will perform supporting managerial duties as directed by the guard site manager at locations determined by the guard site manager. Guard site assistant managers are considered key personnel and shall possess the following qualifications:

- Shall be a level 2+ in English unless otherwise outlined at the task order level. . See Attachment 0008 – ILR.
- Shall be a U.S. citizen.

- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or non-commissioned officer or team leader in armed forces, police, or private security company in a contingency area
- Must possess a Military background of not less than four years
- Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.
- The Assistant Guard Site Manager shall interface directly with the U.S. Government supervisory personnel whom shall be designated as the company POC.

**2.9 Guard Site Manager.**  The guard site manager is responsible to the COR and the installation force protection officer for the scheduling, supervision, and other direction and control of all vendor security personnel at that location. The Guard site manager is the planning and operational linkage between the Government and the Contractor for all contracted security functions. The site manager schedules team composition and shift periods, oversees transfer of responsibility between shifts, and reports to the COR and FPO on the status of the vendor's security force. Guard site managers may be required to work in an operations center or equivalent or force protection command watch floor. If required, the Guard site manager shall provide shift leaders to cover operations center 24 hours per day, seven days per week. Guard site managers are considered key personnel and shall possess the following qualifications**:**

- Shall be a level 2+ in English unless otherwise outlined at the task order level. See Attachment 0008 – ILR.
- Shall be a U.S. citizen.
- If required at the task order level, shall possess an active U.S. Secret or Top Secret Clearance.
- Prior experience as officer, warrant officer or senior non-commissioned officer (E-7 or higher) or team leader in armed forces, police, or private security company in a contingency area.
- Must possess  experience of not less than ten (10) years total with at least 6 years of Military background with honorable discharge and the remaining can be either military, police, and/or PSC Must have demonstrated proficiency of Microsoft Office Suite software to include Outlook, Power Point, Excel, Word, and Internet Explorer.
- The Guard Site Manager shall interface directly with the U.S. Government supervisory personnel whom shall be designated as the company POC.

**2.10 Interpreters**

- Must be a level 3 in English and the language for translation unless otherwise outlined at the task order level.  See Attachment 0008 – ILR.

**PART 3**

**TRAINING REQUIREMENTS**

**3.1. WEAPONS AND WEAPONS TRAINING:** This section is required for all employees who are required to be armed under the scope of this contract and/or personnel who have been granted authorization to be armed for self-defense. Before assuming duties, each employee must be granted arming authorization per applicable CENTCOM and subordinate command arming OPORDs and FRAGOs. The Contractor will also assure that the following training has been conducted and documented for each person working for the Contractor or as a subcontractor.

**3.2. Individual Weapons Training**: All armed personnel are required to qualify semiannually with their assigned weapons. Qualification training must include instructions on safety functions, capabilities, limitations, and maintenance of the firearm to be carried. Personnel must be qualified IAW standards for their assigned weapon as described in the appropriate Department of the Army weapons training manual or training circular for that weapon. DA PAM 350-83 Chapter 8-5 provides guidance regarding minimum acceptable training time and ammunition requirements for this training. Initial individual weapons qualification must be completed prior to deployment pursuant to a specific task order, with correctly completed scorecards per Standard Arming Authorization requirements. Initial qualification will be through live fire. Semi-annual and sustainment training can be by live fire or firearm training device (e.g., EST-2000 or authorized equivalent) as approved by the KO and as resources allow. Units will document quarterly dry fire or simulator marksmanship training. Firearm training device semi-annual sustainment qualification is only permissible if live fire ranges are not available.

Armed personnel will qualify in accordance with the U.S. Army Military Police School publication ST 19-LEWTQ (Law Enforcement Weapons and Training Qualifications) (See Attachment 0007 – Annex Private Security Company Weapons Qualifications Standards). Chapter 4 describes a minimum/threshold requirement for personnel armed with pistols, chapter 6 for rifles, and chapter 8 for shotguns. All PSD members will conduct monthly sustainment training for all weapons used by the team. Training will include quick response drills and off-hand firing. Training will include dry fire drills and live fire or approved simulator training, such as the EST 2000 or approved equivalent.

All armed guards will familiarize themselves with other weapons that they may be required to use while on duty or during response situations (for example, crew served weapons, rifles, shotguns, and nonlethal weapons). Weapons familiarization will be conducted IAW standards for their assigned weapon as described in the appropriate Department of the Army weapons training manual or training circular for that weapon.

Armed personnel who are required by the nature of their duties to carry protective masks will familiarize themselves with firing their assigned weapon while wearing

protective masks at least annually according to the standards described in applicable Department of the Army weapons training manuals or training circulars described above.

**3.3. CREW-SERVED WEAPONS**: Where contractors have access to crew served weapons, certification shall be conducted. Crew served weapons and ammunition are government owned, military organizational equipment. No waivers should be expected.

**3.4. Instructor qualifications**: Firearms instructors will be properly credentialed, having been accredited as firearms instructors by police, military, or a recognized civilian firearms safety and training organization (such as the National Rifle Association or similar organizations with public recognition) of the United States, the vendor company's state of incorporation, or the government of the state where the training is conducted.

**3.5. Rules for the Use of Force (RUF) and Use of Force Training:** The Contractor will document individual training in the particular RUF applicable to the task order, and training in applying the RUF per CJCSI 3121.01 (STANDING RULES OF ENGAGEMENT (SROE)/STANDING RULES FOR THE USE OF FORCE (SRUF) FOR U.S. FORCES). RUF and Use of Force Training will be scenario based and require subjects to apply appropriate levels of force in response to realistic, stress-induced simulations. Subject material must cover information in the applicable Arming Authorization FRAGO and Section A.9.5.3 of ANSI/ASIS PSC, 1-2012. Training will also describe the difference between RUF appropriate to civilian use of force in self-defense and Rules of Engagement applicable to military forces in combat. Training must be accomplished before individuals assume duties and annually thereafter.

**3.6. Other Training:**

**3.6.1. Law of War:** The Contractor will document individual training in the Law of War/Law of Armed Conflict (LOAC) appropriate to armed civilians in conditions of armed conflict. Training will include the status of PSC personnel as civilians under the LOAC, the consequences of direct participation in hostilities by civilians, and individual responsibility for violations of LOAC. Training shall minimally cover the information in Section A.2.2 of ANSI/ASIS PSC,1-2012. Training must be accomplished before individuals assume duties and annually thereafter.

**3.6.2 Tactics Techniques and Procedures:** Contractors will provide quarterly refresher training in the tactics techniques and procedures appropriate to the particular duty position and task order. Training references are included in the list or reference materials incorporated in this PWS.

**3.6.3. Driver's Training:** A Master Driver (MD) will be responsible for the Contractor's drivers training and certification program.  The MD should have least three (3) years of personal security operator experience and provide proof to the Contractor of certification

as a driver instructor.  The MD's certification should cover the concepts and principles of defensive driving, evasive driving, forward and reverse 180 degree turns, mobile and static ramming, offensive driving (front and rear contacts), route selection and planning, route mapping, braking, etc.  They must have experience armored vehicles and the ability to adapt training requirements and driving tactics to the changing threat environment.  The MD must have demonstrated skills and experience as a formal trainer and management skills commensurate with those expected of an officer, warrant officer or senior NCO (NATO code OR-7 or higher).

### 3.6.4. Other Required Annual Training:

Contractors will provide annual training for all contractor personnel and subcontractors in the following areas:

>   a. Contractor standards of conduct and ethics.
>   b. Applicable national law.
>   c. Status of forces agreement applicable to the task order.
>   d. Response force organization, mission, deployment, tactical movement, and use of force.
>   e. Use of and defense against riot control agents.
>   f. Defense against accidental or intentional use of chemical, biological, radiological, nuclear, and high-yield explosive devices, including use of personal protective equipment when provided.
>   g. Hazardous materials awareness.
>   h. Unarmed self-defense and restraint techniques.
>   i. Active Shooter Response.

**3.7. Plans and Exercises:** Contractors will be required to provide a planner/liaison to designated CENTCOM level planning exercises. Contractor representative must possess current clearance of SECRET or higher and competent to provide advice on contractor deployment and employment capabilities. Contractors should anticipate two exercises per year, divided between MacDill AFB FL and Doha, Qatar. Contractor requirements for support to exercises will be announced not later than 30 days prior to the event.

**3.8. Documentation and Review:** The training and qualifications of each individual will be documented by the Contractor and will be readily available for review and .. Documentation will be made available to the KO or his designee Contractor training courses and supporting material will be available for the KO or his designee and installation/facility Force Protection Officer for review. Documentation of all training for PSC personnel will be maintained on file for as long as the individual is employed by or assigned at the installation.

Contractors shall allow the KO or his designee, ACOD or other designated US Government representative to enter any Contractor facility in the CENTCOM-AOR to

review and evaluate the Contractor's performance, training, and/or maintenance of armed Contractor records.

## PART 4

## CONTRACT COMPLIANCE INFORMATION

**4.1 CONTRACTOR COMPLIANCE:** The Contractor shall ensure that all contractor personnel and its subcontractor personnel at all tiers comply, at all times, IAW all applicable DoD regulations, directives, instructions, policies, procedures, and other orders issued by DoD Commander or his/her representative; and (ii) U.S. Host Nation, and international laws and regulations; and (iii) international agreements, (e.g. treaties, conventions, protocols, Status of Forces Agreements, Host Nation Support Agreements, and Defense Technical Agreements); applicable to contractors supporting the U.S. Armed Forces under the facts and circumstances of any Host Nation. The Contractor shall comply with the most current version of ANSI/ASIS PSC.1–2012, American National Standard, Management System for Quality of Private Security Company Operations—Requirements with Guidance or the International Standard ISO 18788, Management System for Private Security Operations—Requirements with Guidance.

In addition, the Contractor shall comply with any Host Nation law and regulations, including traffic, not disturbing local driving patterns.  The Contractor shall follow speed limits, unless mission and safety requires variations.  If the Contractor incurs a fine as the result of violating speed laws it will be the Contractor's responsibility. The Contractor shall drive with the intent of sharing the road rather than owning the road.  The Contractor shall also fully comply with the required documents listed below:

| REGULATIONS/ MANUALS/ PUBLICATIONS | TITLE | DATE |
|---|---|---|
| DOD Directive 5210.56 | Carrying of Firearms and the Use of Force by DoD Personnel Engaged in Security, Law and Order, or Counterintelligence Activities | 1 Apr 2011 |
| DoD Directive 5220.22-M | National Industrial Security Program Operating Manual (NISPOM) | |
| DoD Directive 5252.5 | DoD Cooperation with Civilian Law Enforcement Officials | 15 Jan 1986 |
| DoDI 1000.13, Volume 1 | DoD Identification (ID) Cards: ID Card Life-Cycle | 23 Jan 2014 |
| DODI 3020.41 | Operational Contract Support | 20 Dec 2011 |
| DODI 3020.50 | Private Security Contractors (PSCs) Operating in Contingency Operations | 1 Aug 2011 |
| DODI 5210.84 | Security of DoD Personnel at US Missions Abroad | 22 Jan 1992 |

| DoDI 6055.4 | DoD Traffic Safety Program | |
| | DoD Guidebook for CAC-Eligible Contractors http://www.acq.osd.mil/dpap/pdi/gca/DoD_Contractor_Guidebook_UNCLAS_NETWORK_Access_11_21_2014_FINAL.pdf | 21 Nov 2014 |
| DoDI 5525.11 | Criminal Jurisdiction Over Civilians Employed By or Accompanying the Armed Forces Outside the United States, Certain Service Members, and Former Service Members | 3 Mar 2005 |
| | Convention Respecting the Laws and Customs of War on Land (Hague IV) and its Annex: Regulation Concerning the Laws and Customs of War on Land | 18 Oct 1907 |
| AJP 2.5 | Handling of Captured Personnel, Equipment and Documents | Sep 2001 |
| | Military Extraterritorial Jurisdiction Act of 2000 (MEJA), Chapter 212, (18 USC 3261-3267) | 22 Nov 2000 |
| Army Regulation 190-11 | Physical Security of Arms, Ammunition and Explosives | 5 Sep 2013 |
| Army Regulation 190-13 | The Army Physical Security Program | 25 Sep 2011 |
| Army Regulation 190-16 | Physical Security | 31 May 1991 |
| Army Regulation 195-5 | Evidence Procedures | 28 Aug 1992 |
| Army Regulation 380-5 | Department of the Army Information Security | 21 Sep 2000 |
| Army Regulation 385-10 | The Army Safety Program | 27 Nov 2013 |
| Army Regulation 385-40 | Accident Reporting and Records | 18 Mar 2014 |
| Training Circular 3-22.9 | Rifle and Carbine | May 2016 |
| USFOR-A FRAGO 16-143 | Arming Procedures For DoD Contractors | Mar 2016 |
| | Civilian Expeditionary Workforce, US CENTCOM, *Pre*-Deployment Guide | Jan 2016 |
| | USCENTCOM 021502z Dec 13 Mod Twelve To USCENTCOM Individual Protection And Individual-Unit Deployment Policy | Dec 2013 |
| | Rules For The Use of Force and Law of Armed Conflict Training | 22 Aug 2010 |
| | ANSI/ASIS PSC.1–2012, American National Standard, Management System for Quality of Private Security Company Operations—Requirements with Guidance | 5 March 2012 (or most current version) |

| | ISO 18788, Management System for Private Security Operations—Requirements with Guidance | 15 September 2015 |
|---|---|---|
| TC 19-120R | Access Control Handbook | |
| DAPAM 385.30 | Risk Management | 2 DEC2014 |
| DODD 5210.56 | Arming and Use of Force | Nov 2016 |
| ST-LEWTAQ | Law Enforcement Weapons and Training Qualifications | May 2015 |

**The following documents are informational and will be considered in Contractor training programs and operational practices:**

| REGULATIONS/ MANUALS/ PUBLICATIONS | TITLE | DATE |
|---|---|---|
| DoDD 3000.3 | Policy for Non-Lethal Weapons | 9 July 1996 |
| Army Regulation 190-14 | Carrying of Firearms and Use of Force for Law Enforcement and Security Duties | 12 Mar 1993 |
| FM 3-39 | Military Police Operations | 26 Aug 2013 |
| AR 190-56 | The Army Civilian Police and Security Guard Program | 15 March 2013 |
| ADRP 3-37 | Protection | August 2012 |
| | The Montreux Document on International Legal Obligations and Good Practices for States Relating to Operations of Private Military and Security Companies During Armed Conflict. | September 2008 |

**The following table includes Soldier's Manual tasks relevant to guard functions in this PWS:**

| Task | Description |
|---|---|
| 071-COM-0003 | Load an M9 Pistol |
| 071-COM-0004 | Unload an M9 Pistol |
| 071-COM-0005 | Correct Malfunctions of an M9 Pistol |
| 071-COM-0006 | Engage Targets with an M9 Pistol |

| 071-COM-4027 | Load an M249 Machine Gun |
| 071-COM-4028 | Unload an M249 Machine Gun |
| 071-COM-4024 | Engage Targets with an M249 Machine Gun |
| 071-COM-4026 | Perform a Function Check on an M249 Machine Gun |
| 071-312-4004 | Lay an M249 Machine Gun Using Field Expedients |
| 071-025-0002 | Perform a Function Check on an M240B Machine Gun |
| 071-025-0003 | Load an M240B Machine Gun |
| 071-025-0004 | Unload an M240B Machine Gun |
| 071-025-0007 | Engage Targets with an M240B Machine Gun |
| 071-025-0001 | Maintain an M240B Machine Gun |
| 071-025-0005 | Correct Malfunctions of an M240B Machine Gun |
| 071-025-0006 | Zero an M240B Machine Gun |
| 071-COM-0501 | Move as a Member of a Team |
| 071-COM-3002 | React to Indirect Fire While Mounted |
| 551-88M-1352 | Perform Preventive Maintenance Checks |
| 551-88M-1361 | Operate Vehicle Under Adverse Conditions |
| 551-88M-1359 | Operate Vehicle in Convoy |
| 071-COM-1011 | Orient a Map Using a Lensatic Compass |
| 071-329-1014 | Locate an Unknown Point on a Map and on the Ground |
| 071-329-1015 | Locate an Unknown Point on a Map and on the Ground by Resection |
| 191-376-4131 | Operate a Checkpoint as a Member of a Team |
| 191-376-4133 | Control Traffic at a Holding Area as a Member of a Team |
| 191-376-4105 | Operate a Traffic Control Post (TCP) |
| 191-376-4146 | Perform as a Member of Convoy Security Escort Team |
| 191-376-5162 | Recognize a Hazardous Materials (HAZMAT) Incident |
| 191-376-5114 | Determine if a Search and Seizure is Authorized |
| 191-376-5132 | Respond to a Bomb Threat |
| 191-376-5136 | Respond To a Hostage Situation |
| 191-376-5148 | Search an Individual |
| 191-376-5150 | Subdue an Unarmed Violent Subject |

**4.2 SPECIFIC HOST NATION LAWS & REGULATIONS:** All host nation laws, policies, decrees, doctrines, etc. shall be applicable to this contract. Any task order issued for any specific country, will incorporate and identify that Host Nation's laws, polices and regulations applicable to the task order.

**4.2.1 HOST NATION BUSINESS LICENSES:** Contractor's performing work under this contract shall possess any required Business and/or PSC Licenses from the Host Nation. All contractors shall submit a current copy of their licenses with proposal for the first task order competition for that country. Host Nation Business Licenses will be determined at the Task Order level. All copies must be Statement Licenses submitted in English; as available, English version should include proof of translation from a certified translation service.

**4.3 ARMING AUTHORIZATIONS:** The Contractor shall not be permitted to carry weapons until an arming authorization is granted. Such arming authorization shall meet requirements described in 32 CFR 159.6, Enclosure 3 of DODI 3020.50, and the implementing orders of Commander USCENTCOM and the relevant Joint Force

Commander.  The arming authorization is contingent on the Contractor submitting acceptable acknowledgement, forms, and information as required in any applicable CENTCOM and subordinate OPORD or FRAGOs or Arming Procedures for DoD contractors.

**4.3.1.** The Contractor shall ensure contract security guards carry the arming authorization memorandum on their person while performing armed duties.

**4.3.2:** Contractors shall Submit an electronic monthly "Civilian Arming Roster" to the KO and the COR.

**4.3.3.** Armed contractor authorization to possess weapons and ammunition may be suspended or revoked for noncompliance with US or Host Nation laws and/or DOD mandates, including during the period of investigation following an incident or allegation.

**4.4 BIOMETRIC COLLECTION:** Collection of Local National (LN) and Other Country National (OCN) Biometric information as a condition of employment protects USG and USG-contracted personnel from the threat of insider/terrorist attacks. All LNs and OCNs shall participate in Biometric Collections in order to facilitate local badging requirements, base access, and authorization to carry weapons in a theater of operations. This participation is voluntary, but refusal could preclude access to USG or Coalition Forces facilities.

In order to facilitate collection, the Contractor shall submit a written request for Biometric enrollment to the COR identifying the names and National Identification Numbers (e.g., SSN, Taskera) of all LNs and OCNs requiring enrollment/screening within 5 days of their arrival in theater. After the employees are biometrically enrolled, the local USG Biometrics office (e.g., Task Force Biometrics) or other appropriate authority shall provide a memorandum certifying such enrollment per applicable CENTCOM or subordinate commander orders, directives, or procedures.

Biometric enrollment and vetting of all LNs and OCNs shall be required prior to issuing arming authorization. It is incumbent upon the company to submit the request for Biometric enrollment as quickly as possible in order to minimize delays in the arming authorization process.

**4.4.1 SCREENING AND BADGING:** The Contractor shall provide all employees with a Company unique identification badge that shall not resemble the local installation badging scheme or color.  The Contractor shall submit an acceptable unique badging scheme to the COR & KO within 10 days of task order award.  All Contractors shall be enrolled/screened and receive a Government installation badge prior to performance. Screening processes that include background investigations can vary by location, grade/responsibility level of employees, and alternate areas of concerns.  The contractor shall be advised of such processes and requirements at the time of task order issuance.

**4.5 MEDICAL SCREENING (REF PWS Par 2.8 D001)**:  All Contractor employees will be medically screened per applicable CENTCOM and subordinate command OPORDs and FRAGOs at the Contractor's expense.  All Security Guards will be medically screened for Tuberculosis (TB).  Any security guard that tests positive for TB will not be employed by the Contractor.  Security guards who are known to be or show symptoms of infectious disease or contagious conditions will not be deployed or permitted access to the installation until cleared by competent medical authority. Records certifying good health shall be made available to the KO and COR within 20 days of employee being hired and prior to biometric enrollment request or as requested by the Government so the local U.S. Forces medical officer can determine eligibility of employment.

**4.6 SECURITY CLEARANCE REQUIREMENTS:** The work performed under this contract and awarded task orders may involve the Contractor having access to and/or the potential safeguarding of classified information/material and shall require a SECRET clearance, as specified per task order requirement and may be granted access to the SIPRNET and NIPRNET.  If required by the task order, the security policies, procedures, and requirements stipulated by the National Industrial Security Program (NISP) and DoD 5220.22-M, National Industrial Security Program Operating Manual (NISPOM) (28 February 06) and supplements thereto are applicable to include the following security requirements and/or guidance whenever contract performance will occur on a DoD installation or within a DoD-controlled facility or activity.

**4.7 PERSONAL SECURITY CLEARANCE (PCL) AND BACKGROUND CHECKS:** The Contractor shall comply with DD Form 254 and DoD 5220.22-M, NISPOM http://www.dss.mil/documents/odaa/NISPOM2006-5220.pdf. The Contractor shall ensure all employees have the required security clearances and/or required background checks equal to or greater than the classified information to which they are granted access.  The Contractor shall work with the Information Security Program Manager (ISPM) on all security related issues, and shall act appropriately to prevent the unauthorized disclosure of classified information and material to unauthorized individuals, In Conjunction With (ICW) the supported organization(s).

**4.7.1** For all personal positions requiring either SECRET or TOP SECRET clearances, the Contractor will provide a copy of approved clearance to the KO and COR.

**4.7.2** LNs and OCNs will not be eligible for a U.S. security clearance; therefore, will not be expected to have access to U.S. SECRET classified material.  Where appropriate, OCNs should have at a minimum a Favorable Background check.

**4.7.3** FACILITIES SECURITY CLEARANCE FACILITIES ACCESS: A DD Form 254 Contract Security Classification Specification is required to be held by the Contractor. The Contractor shall have and maintain a U.S. SECRET facilities clearance.  The Contractor shall provide the ISPM a Visitor Authorization List (VAL) and comply with specific ISPM and other Government agencies requirements in order for employees to

gain access to specific Government facilities. The Contractor shall provide an Entry Authorization List (EAL) to facility Security Managers (SM) and alarm monitoring agency in order to gain access to customer limited access areas. The Contractor shall develop and maintain EALs for authorized personnel granted access to contractor-limited access areas. The Contractor shall perform occasional escort duties for contractor work centers. The Contractor is responsible to ensure all employees meet the requirements to receive badges and gain access to facilities.

**4.7.4** The Contractor shall immediately notify the appropriate ISPM when employees no longer require access and/or contract termination and the Contractor shall return all Government identification and access badges. The Contractor shall immediately notify the COR and the appropriate ISPM when Government identification and access badges are lost or stolen.

## 4.8 WEAPONS ACCOUNTABILITY AND CONTROL:

**4.8.1** The Contractor shall maintain a serialized weapons accountability list and maintain weapons accountability at all times. Weapons and ammunition will be inventoried every shift change and reported to the COR and Base Defense Operation Center (BDOC) (or equivalent Force Protection agency); contractor report shall be submitted in writing via email.

**4.8.1.1** Contractor security personnel shall only be armed when on duty and shall carry a weapons authorization card on their person. The Contractor shall not authorize nor allow any employee to carry a weapon or use a weapon for security until the Arming Authority Approval has been granted for that employee. Initial weapons qualifications must be completed prior to deployment into theater with correctly completed scorecards per Standard Arming Authorization requirements.

**4.8.2 WEAPON INVENTORY:** The Contractor shall maintain a serialized weapons accountability list and maintain weapons accountability at all times. Weapons and ammunition shall be inventoried every shift change and reported to COR, Base Defense Operations Center (BDOC) or equivalent Force Protection agency. The Contractor shall submit to the COR an initial weapons/ammunition inventory list within five (5) days after mobilization is complete and before performance begins. The weapons/ammunition inventory list shall break out weapons by both models and serial numbers. Additionally, the weapons/ammunition inventory list shall break out ammunition by quantity for each type.

**4.8.3 WEAPON MAINTENANCE:** All weapons shall be checked and cleaned daily. All armed personnel shall ensure their weapons are in proper working order at all times. All armed personnel shall conduct daily function checks on all assigned weapons prior to assuming duties. If an employee knows, or should know that his/her weapon is not in the proper working condition, the employee shall immediately report to their Security

Guard Supervisor or the Contractor's appropriate chain of command for repair and/or approved replacement.

**4.9 AMMUNITION SUPPLY.** Ammunition may or may not be provided by the Government and maintained by the Contractor and will be defined at task order level. The Contractor shall immediately notify the COR upon determining that on-hand ammunition is unserviceable. The Contractor shall not stock, carry or employ any ammunition other than Government provided or authorized ammunition.

**4.9.1** While on duty, all guards shall have a basic load (to be defined at task order level) of ammunition on their person for their assigned individual weapon and the required basic load for crew served weapons systems (if any). Ammunition shall not be modified in any way.

# PART 5

## GENERAL INFORMATION

**5.1 HOURS OF OPERATION:** Contractors may be required to provide security services 24 hours a day, seven days per week, 365 days per year to include all holidays. The hours of operation shall be defined at task order level. The Contractor must at all times maintain an adequate work force to ensure uninterrupted performance of all tasks defined within this PWS.

**5.2 PERIOD OF PERFORMANCE:** The period of performance will be defined in the basic contract(s) and will include FAR 52.217-8. Additional periods of performance will be defined at the task order level.

**5.3 QUALITY ASSURANCE:** The government shall evaluate the Contractor's performance under this contract in accordance with the Quality Assurance Surveillance Plan (QASP). This plan is primarily focused on what the Government must do to ensure that the Contractor has performed IAW the performance standards. It defines how the performance standards will be applied, the frequency of surveillance, and the minimum acceptable defect rate(s).

> 5.3.1. Quality Control: The Contractor shall develop quality control procedures that address the areas identified in the QASP. After acceptance of the quality control plan, any proposed changes must receive written approval by the contracting officer. Quality control plan is to be delivered after award but prior to the beginning of performance period. The Contract shall share information collected pursuant to Article 10 of ANSI/ASIS PSC.1 or Article 9 of ISO 18788 with the Government. Shared information will be limited to performance under this contract and its associated task orders.

> 5.3.2. Early Alerts (EAs). Early alerts are required for individual task orders. The EAs are intended to provide the Government with immediate feedback regarding matters that may pose a potential risk to the contractor's ability to complete the work as planned (either scope of coverage or timeline), to identify new impediments, or to otherwise communicate critical matters to the Government that have not been specifically defined as a contract deliverable. The EAs should provide enough information regarding the background (criteria), scope of the issue, condition, cause and effect, to enable decisions to be made regarding alternate or additional procedures. It is expected that EAs may be communicated either in a written report or through a briefing. In the case of a briefing, the documentation for the issues will be detailed briefing charts.

**5.4 POST AWARD CONFERENCE/PERIODIC PROGRESS MEETINGS:** The Contractor agrees to attend any post award conference convened by the contracting activity or contract administration office in accordance with Federal Acquisition

Regulation Subpart (FARS) 42.5. The KO, COR, and other Government personnel, as appropriate, may meet periodically with the Contractor to review the Contractor's performance.  At these meetings the KO will apprise the Contractor of how the government views the Contractor's performance and the Contractor will apprise the Government of problems, if any, being experienced.  Appropriate action shall be taken to resolve outstanding issues.  These meetings shall be at no additional cost to the government.

**5.5 CONTRACTING OFFICER'S REPRESENTATIVE (COR):**  The COR will be identified by separate letter.  The COR monitors all technical aspects of the contract and assists in contract administration The COR is authorized to perform the following functions: assure that the Contractor performs the technical requirements of the contract: perform inspections necessary in connection with contract performance: maintain written and oral communications with the Contractor concerning technical aspects of the contract: issue written interpretations of technical requirements, including Government drawings, designs, specifications: monitor Contractor's performance and notifies both the KO and Contractor of any deficiencies; coordinate availability of government furnished property, and provide site entry of Contractor personnel.  A letter of designation issued to the COR, a copy of which is sent to the Contractor, states the responsibilities and limitations of the COR, especially with regard to changes in cost or price, estimates or changes in delivery dates.  The COR is not authorized to change any of the terms and conditions of the resulting order.

**5.6 IDENTIFICATION OF CONTRACTOR EMPLOYEES:**  All contract personnel attending meetings, answering Government telephones, and working in other situations where their contractor status is not obvious to third parties are required to identify themselves as such to avoid creating an impression in the minds of members of the public that they are Government officials.  They must also ensure that all documents or reports produced by contractors are suitably marked as contractor products or that contractor participation is appropriately disclosed.

# PART 6

## MOBILIZATION/DEMOBILIZATION

**6.1 OPERATIONAL CAPABILITY:** Each task order will define 100% operational capability. Contractor shall fulfill the personnel requirement outlined in the specific Task Order. The contractor shall maintain a pool of qualified personnel to mitigate shortfalls due to R&R, emergency leave, and other unforeseen restrictions.

**6.2 MOBILIZATION:** The Contractor shall provide an initial mobilization plan within 24 hours upon award and finalize within 5 days upon award. Full Operational Capability (FOC) timelines will be defined at task order award.

**6.2.1** The Contractor is responsible for mobilizing all personnel. For U.S. citizens, mobilization includes travel to the Government approved CONUS Replacement Center (CRC) from an individual's home of record prior to deployment to location of base defined at task order award.

For personnel who are not U.S. citizens and other OCNs, mobilization details will be provided at task order level.

Anticipated mobilization periods will likely be either 90 or 120 days, therefore, the fully operational status will be either 275 or 245 days to make the balance of the initial ordering period. Transition-in amount of days will be determined based on each individual Task Order. Reference Attachment 0004, Price Matrix.

**6.2.2** In accordance with DoD guidance, all U.S. Contractor personnel deploying to, or redeploying from, theater in support of forward-deployed troops are required to process through CRC at a CONUS site designated by the Government. The Contractor shall comply with Headquarters Department of the Army EXORD 171-14 CONUS Replacement Center (CRC) consolidation. CRC cannot be conducted in contractor owned and/or operated facilities.

**6.2.3** The Contractor shall be responsible for scheduling all MILAIR flights departing from CRC for all deploying contractor personnel to the in-country performance location. Military airlift usage is restricted to the deployment and re-deployment of contractor personnel only, and does not include travel for leave, R&R, sick leave, emergency leave, etc. unless alternative travel arrangements are made with KO concurrence. Military air is not authorized for use by contractor personnel who require travel due to debarment from the installation or relief for cause unless alternative travel arrangements are made with KO concurrence.

**6.2.4** The Contractor shall participate in weekly conference calls with the contracting office, and COR to facilitate transition and initiation of contractor duties to better understand the mission and transition of the team successfully.

**6.2.5** The Contractor is responsible for providing all training as is detailed in the PWS for all personnel prior to the arrival at the in-country performance location. Training for sites that require any crew-served weapons qualification (familiarization training must be provided by the contractor prior to the arrival in theater) will take place once employees arrive at performance location.

**6.2.6** The Contractor shall ensure all deploying contracted personnel, prior to entering Host Nation, have been issued contractor-provided protective gear, helmet, gas mask, and any other personal protective equipment required at the time of deployment.

**6.2.7**. **MOBILIZATION IMPLEMENTATION:** After submission of the mobilization plan, the Contractor shall provide written information to the KO and COR weekly that addresses the Contractor's mobilization progress. The Contractor shall continue to provide the information in the preceding sentence until the Contractor has completely mobilized. If deemed necessary by the KO or COR, the Contractor will attend weekly conference calls to discuss progress against mobilization timeline, discuss any issues that may impact completing milestones on-time in the mobilization plan, and provide revised plans for authorized deviation from the initially approved mobilization plan. At the option of the in-theater commander, mobilization calls will be attended by appropriate plans (J5), operations (J3), and operational contract support (OCS) personal.

**6.3. DEMOBILIZATION:**. The Contractor shall submit a demobilization plan IAW DFARS clause 252.225-7997 to the KO for approval a minimum of 120 calendar days prior to the end of the current contract performance period or as otherwise directed by the KO. The content plan shall address the items specified in this clause and must demonstrate the Contractor's plans and ability to remove its personnel and equipment from the Host Nation/CENTCOM-AOR and to return Government property no later than 30 days after the expiration of the current period of performance. Prime contractors are responsible and accountable to ensure their subcontractor(s) at all tiers comply with responsible and timely exit from Host Nation immediately following contract performance completion or termination.

**6.3.1. EXIT FROM HOST NATION:** The prime contractor shall follow the exit guidance issued by the United States Embassy or Host Nation, and shall ensure subcontractor(s) at all tiers also follow the exit procedures. The prime contractor is responsible to remain cognizant of Host Nation laws regarding exit from each country. Currently, all foreigners traveling out of certain countries via commercial air transportation must have exit visas.

**6.3.2. BADGING:** The prime contractor is responsible to ensure all employee badges, including subcontractor employees at all tiers, are returned to the local Access Control Badging Office for de-activation and destruction. The prime contractor shall submit a Badge Termination Report to ensure each record is flagged and the badge is revoked. If a prime and/or subcontractor employee's badge is not returned, the prime contractor

shall submit a Lost, Stolen or Unrecovered Badge Report to the appropriate Access Control Badging Office. Contractor employees in possession of a Common Access Card (CAC) shall be responsible for turning in the CAC upon re-deployment through a CONUS Replacement Center in the U.S. Failure to return employee badges in a timely manner may result in delay of final payment.

**PART 7**

**GOVERNMENT FURNISHED PROPERTY, EQUIPMENT, AND SERVICES**

**7.1 GOVERNMENT FURNISHED ITEMS AND SERVICES:** All information for government furnished items and services will be defined at the Task Order level if required.

## PART 8

## CONTRACTOR FURNISHED ITEMS AND SERVICES

**8.1 CONTRACTOR FURNISHED ITEMS AND RESPONSIBILITIES:**  All information for contractor furnished items and responsibilities will be determined at the Task Order level.

## 8.2 CONTRACTOR PROVIDED VEHICLES

All contractor provided vehicles shall be licensed and registered IAW with all host nation laws and policies.  The Contractor is responsible for all repair and maintenance services to any contractor provided vehicle for the entire life of the contract.  The Contractor shall maintain a Vehicle Acquisition, Operation, Maintenance and Recovery Plan that addresses vehicle registration, licensing, permit requirements, make and model of vehicles, and type of maintenance performed. The KO and/or authorized representative shall have the right to inspect vehicles and maintenance work. Vehicles used by the Contractor personnel while performing services under this contract shall not be painted or marked to resemble US/Coalition or host nation military and police force vehicles. The Contractor shall be responsible for registering all vehicles used in performance of this contract IAW local laws and policies.

**8.2.1 LIGHT ARMORED VEHICLES (LAVs):**  For task orders requiring mobile security teams in areas of armed conflict or other significant military operations, the Contractor will be required to provide Level III/B6 armored LAVs. The LAVs shall be 2014 or newer and the number of vehicle will be specified at the task order level. The LAVs shall be equipped with:

One (1) Fire Extinguisher
Run-flat and/or roadworthy tires
Side view mirrors
Seat belts
One (1) spare tire
First Aid kit
Sufficient electrical power to run required equipment such as radios and ITV
Factory installed heating/cooling system
3-ton trolley jack
Wheel brace (aka "lug wrench")
Jumper cables
Tow strap (including d-shackles)

**8.2.2**. **NON-TACTICAL VEHICLES (NTVs):**  For operations supporting peacetime engagement and in other environments supporting Contractor administrative purposes

and and within base compounds, In area of combat operations contractor NTVs will not be allowed to travel outside U.S./NATO locations.  The Contractor shall provide unarmored NTVs in good mechanical condition. These vehicles will be used by the. All vehicles shall be equipped with the following at a minimum:

    a. Fire Extinguisher
    b. Red Cross-approved first aid kit
    c. All terrain flat free steel belted radial tires
    d. 1 Inflated (full size) spare tires
    e. Commercial/heavy duty factory installed heating/cooling system
    f. Side view mirrors
    g. Seat belts
    h. Safety glass on all windows

**8.2.3 On Board Equipment:**  Contractor Furnished Vehicle, Maintenance and Escort. The Contractor shall furnish all Non-Tactical Vehicles needed to transport employees to and from the work site.  The Contractor shall be required to provide at least one (1) vehicle for transportation to and from the installation ECP to pick up and drop off Security Service employees as required. The Contractor shall be required provide and maintain such vehicles at their expense.

**8.2.4. NTV Maintenance:**  The Contractor shall maintain NTV vehicles in accordance with vehicle manufacture's maintenance schedules while ensuring they meet all contract and regulatory safety standards. The Contractor will fix or remove inoperable vehicles from the installation within 30 days.

**8.2.5. Master Vehicle List (MVL) Report:**  The Contractor shall maintain and produce an MVL report as required per task order. The Contractor will submit the MVL to the COR weekly. The COR shall approve the contents and format of the MVL. The MVL will include at a minimum the following information:

    a. Location
    b. Supported Team or Capability
    c. Vehicle Make
    d. Model
    e. VIN
    f. Mission Capability Status
    g. Services
    h. Inspections
    i. Repairs
    j. Work Orders
    k. Date and odometer reading of last service
l. Date and odometer reading of last inspection

**8.2.6 In-transit Visibility (ITV):**  All contractor provided vehicles that travel outside the base shall be equipped with ITV compatible with Operations Center. Contractor will be responsible to obtain airtime and ensure tracking of movements within contractor operation center.  Contractor will ensure Operations Centers are provided full visibility on movements of contractor operated vehicles with installation of headquarters system into Operations Center. Contractor will provide all maintenance of ITV systems operated by the Contractor.

**8.3. Communications.** Specific communications device requirements, such as computers, telephones and radio's, may be a requirement of contract performance and will be specifically addressed at the release of task order solicitation

**8.4 UNIFORMS & EQUIPMENT (The Contractor shall provide uniforms for all employees):**  The Contractor shall issue all work force personnel a minimum of two complete sets of uniforms (to include boots), weapons and magazines as defined at task order level, body armor with Small Arms Protective Insert (SAPI) inserts with enhanced small arms, front and back; side 6x8 plates, Kevlar helmets, ammunition, ESS Profile Night Vision Goggles (NVG); M40A1 Protective Mask and canister(filter) with carrier; Night Vision device (PSV-14 or equivalent), aiming devices (LA-5 or equivalent); and gear and other individual equipment as required. The Contractor will replace worn, tattered or unusable items as needed. Uniforms shall have a standardized color scheme and shall be easily distinguishable and not possess any similarities to current Coalition military members' uniforms. Contractor's uniform must be recognizable on sight and properly worn and must be marked with a clear visible sign/logo of the employing company. Logo t-shirts are prohibited unless part of a company issued uniform.  Contractor's uniform shall be approved by the COR, to ensure the color scheme is distinguishable and does not conflict with coalition uniforms.

**8.4.1 PERSONNEL IDENTIFICATION:**  The Contractor shall furnish an Identification (ID) badge to each employee, which shall include as a minimum, a recent photograph, name, and name of the Contractor.

**8.5  HOUSING:**  The Contractor shall furnish housing for each employee, if applicable. Housing requirements will be determined at the Task Order level, but will have to be provide for certain countries, such as Kuwait.

# PART 9

## ATTACHMENT/TECHNICAL EXHIBIT LISTING

### 9.1 ATTACHMENTS AND TECHNICAL EXHIBITS:

Attachment 0007 – Annex Private Security Contractor Weapons Qualifications Standards

Attachment 0008 – Interagency Language Roundtable (ILR)

Attachment 0013 – CENTCOM FY 17-18 Theater Training Guidance

Attachment 0014 – FY 17-18 Training Requirements Attachments 1-5

Attachment 0018 – USCENTCOM Arming Policy

# PART 10

# REPORTING REQUIREMENTS

**10.0 Deliverables:** The Contractor will be required to submit the deliverables set forth. Where a deliverable is identified as a task order deliverable, this shall be accomplished for each task order. The deliverables described herein are minimum requirements only and additional deliverables or modifications to these deliverables may be required for specific task orders.

| Deliverable | Contract Reference | IDIQ Proposal / TO/ After Award | Required Submission Date | Frequency | Medium | Submit To |
|---|---|---|---|---|---|---|
| Business License as required by host nation. | | TO | Submission of TO Proposal | Updates as directed by the Contracting Officer | Electronic | Contracting Officer |
| PSC Operating License as required by host nation. | | TO | Submission of TO Proposal | Updates as directed by the Contracting Officer | Electronic | Contracting Officer |
| Quality Control Plan (QCP) | | After Award | After Award | Updates as directed by the Contracting Officer / ACO | Electronic | Contracting Officer / ACO |
| Facilities Security Clearance | | IDIQ Proposal | Submission of TO Proposal | Updates as required (e.g., expiration, new personnel) | Electronic | Contracting Officer / ACO |
| Mobilization Plan | | After Award of TO | After Award of Task Order | One Time | Electronic | Contracting Officer |
| Communication Plan | | TO | Submission of TO Proposal | As required with each TO Proposal | Electronic | Contracting Officer / ACO |
| Property Control Plan/System | | TO | Initial Plan submitted with TO Proposal | As required with each TO Proposal | Electronic | Contracting Officer / ACO |
| Daily Situation Report | | TO | Begins NLT 1800 the day after full task order performance | Daily | Electronic | COR / KO |
| WEAPONS/AMMUNITION INVENTORY LIST | | TO | First Report NLT 5 days after mobilization completion. As required within 48 hours of any updates/changes to the | As Required | Electronic | COR |

| Deliverable | Contract Reference | IDIQ Proposal / TO/ After Award | Required Submission Date | Frequency | Medium | Submit To |
|---|---|---|---|---|---|---|
| | | | weapons/amm unition inventory list. | | | |
| Weapons Training & Documentation | | TO | Within 15 days of personnel entering AOR | As required when new personnel are added to TO | Electronic | COR |
| Serious Incident Report as defined by USCENTCOM Policy | | TO | Immediately upon occurrence | As Required | Initial Report Submitted in Electronic Form Final report submitted Hard Copy | COR, Contracting Officer, ACO, PSC Operations Center |
| Contractor Personnel Records | | TO | Weekly | As required by Contracting Officer/COR | Electronic | COR |
| Weapons Signature of Acknowledgement | | TO | Within 24 hours of request | As required by Contracting Officer/COR | Electronic | COR |
| Accident Report | | TO | Within 24 hours of occurrence | As Required | Electronic | COR |
| Government Property List | | TO | Within 24 hours of request | As required by Contracting Officer/ACO | Electronic | Contracting Officer / ACO & COR |
| Serious Accident/Incident Report - Sexual Harassment/Assault | | | Immediately upon occurrence | As Required | Electronic | Contracing Officer/ACO /COR |
| Sexual Harassment Training Plan | | IDIQ | After Award | As required by Contracting Officer | Electronic | Contracting Officer/ACO /COR |

## 10.1 Contractor Manpower Reporting:

The contractor shall report ALL contractor labor hours (including subcontractor labor hours) required for performance of services provided under this contract for the Contracting Officer and COR via a secure data collection site. The contractor is required to completely fill in all required data fields using the following web address: http://www.ecmra.mil/, and then click on "Department of the Army CMRA" or the icon of the DoD organization that is receiving or benefitting from the contracted services.

Reporting inputs will be for the labor executed during the period of performance during each Government fiscal year (FY), which runs October 1 through September 30. While inputs may be reported any time during the FY, all data shall be reported no later than October 31 of each calendar year, beginning with 2013. Contractors may direct questions to the help desk by clicking on Send an email which is located under the Help Resources ribbon on the right side of the login page of the applicable Service/Components CMR website".

## PART 11

## DEFINITIONS

<u>Anti-terrorism/Force Protection (AT/FP) Specialist</u> - Contractor personnel tasked to advise on matters impacted by the full spectrum of threats within theatre which can impact the security of TFBSO personnel and assets.

<u>Armored Vehicles</u> - An armored vehicle (AV) is one that the entire passenger compartment is enclosed in lightweight composite armors that are impervious to all handgun and submachine gun munitions up to and including .30 caliber / 7.62 mm, i.e. B6 level.

<u>Commercial Armored Vehicle (CAV)</u> - A commercially manufactured armored vehicle. These are generally mid or full size SUVs that have been up-armored in accordance with National Institute of Justice (NIJ) Level 3 (B6) standards.

<u>Contracting Officer's Representative (COR)</u> - A representative from the requiring activity assigned by the KO to perform surveillance and to act as liaison to the Contractor

<u>Contractor</u> - Contractor and its sub-Contractors at any tier.

<u>Daylight Hours</u> - Daylight hours are generally the hours between 0600 and 2100 in the summer and 0700-1800 in the winter.

<u>Deadly Force</u> - That force which is intended or is likely to cause death or a grave injury that may result in death.

<u>Defective Service</u> - A service output that does not meet the standard of performance associated with it in the Performance Work Statement.

Dismounted – Movement of personnel and equipment mainly by foot, with limited support by vehicles.

<u>Emergency Medical Care</u> - Immediate medical care required to sustain life while acute medical care addresses urgent care that requires medical assistance.

<u>Graduated Force Response</u> - The sequential actions which begin with non-lethal force measures (visual and audible signals) and graduate to lethal measures (warning, disabling the vehicle, or "kill" shots) in order to defeat a threat and protect the force.

<u>Gun Platform (GP)</u> - A gun platform (GP) is an armored vehicle with the ability to shoot from both sides and rear of the vehicle.

Hostile Act - An attack or other use of force against US Forces or other designated persons or property. It also includes force used directly to preclude or impede the mission and/or duties of US forces, including the recovery of US personnel or vital US Government (USG) property.

Hostile Intent - The imminent threat of the use of force against US forces or other designated persons or property. It also includes the threat of force to preclude or impede the mission and/or duties of US forces, including the recovery of US personnel or vital USG property.

Hostile Personnel - Hostile personnel are all people that commit, threaten to commit, or support hostile acts against TFBSO//Security Force personnel.

Local National (LN) - Any individual who is a citizen of the country of which the contract is being performed.

Mine Resistant Ambush Protected (MRAP) - Armored Vehicle (Military Vehicle):  A non-commercially manufactured armored vehicle.

Mine Protected Vehicle (MPV) - A 'demilitarized' MRAP for use by the Contractor provided by the Government as Government Furnished Equipment.

Minor Medical Care - First-Aid, non-surgical, non-recurring field-level care.

Mounted (activity) – Operating from a mobile platform such as an armored car or truck.

Mounted (system) – A device which is affixed to another piece of equipment. Example: A combat Coptic affixed to an M-4 carbine is mounted.

Other Country National (OCN) /  Third Country National (TCN) - Any individual who is employed by a U.S. mission abroad and is neither a citizen of the United States nor of the country to which assigned for duty.

PWS - Performance Work Statement. A statement of work for performance-based acquisitions that describes the required results in clear, specific and objective terms with measurable outcomes.

Personal Security Details - (Close Protection Details) Bodyguards and security advisors.

Protective Detail Drivers - Contractor personnel tasked with conducting motorcades in a safe yet tactical manner.

Quality Assurance - Those actions taken by the government to assure services meet the requirements of the Performance Work Statement.

<u>Quality Assurance Surveillance Plan (QASP)</u> - An organized written document specifying the surveillance methodology to be used for surveillance of contractor performance.

<u>Quality Control</u> - Those actions taken by a contractor to control the performance of services so that they meet the requirements of the PWS.

<u>Quality Control Plan (QCP)</u> – A plan which defines the Contractor's quality control program and is the means by which he assures himself that his work complies with the requirement of the contract.

<u>Rules for the Use of Force (RUF)</u> - Term used for non-Military entities when an accelerated show of force against possible enemy action or imminent threat is used. The following are graduated techniques to use that will not unnecessarily endanger you or others:

SHOUT: verbal warning to Halt.
SHOVE: physically restrain, block access, or detain
SHOW: your weapon and demonstrate intent to use
SHOOT: to remove the threat only where necessary.  Fire only aimed shots so not to harm innocent bystanders

<u>Security Escort Teams</u> - Contractor personnel specifically responsible for providing security for personnel during travel to, from and at construction sites anywhere in Iraq. AKA SET

<u>Static Security Guards (posted and patrolling)</u> - Contractor personnel responsible for providing physical protection of facilities, personnel, property and materials.

<u>Security Program Management</u> - Contractor personnel responsible for supervision and administration of security forces.

<u>Tapestry</u> - Satellite link communication system that tracks vehicular movements within theater.

<u>Threat Environment</u> - The Contractor shall be aware of the changing threat conditions and of the environment. This threat shall be continuously monitored by the Contractor through its Anti-Terrorism and Force Protection Specialists who shall be responsible for reviewing information available (TFBSO Security, U.S. Military, U.S. Government Agencies, and other sources) on the potential threat environment in Iraq, and recommending to the appropriate Government personnel any adjustments of the security force and technical training procedures (TTPs) based upon the changing threat environment.

# PART 12

## ACRONYMS

| | |
|---|---|
| ACO | Administrative Contracting Officer |
| ACOD | Armed Contractor Oversight Directorate |
| ACP | Access Control Point |
| AO | Area of Operations |
| AOR | Area of Responsibility |
| AR | Army Regulation |
| AT/FP | Anti-terrorism/Force Protection |
| AV | Armored Vehicle |
| BATS | Biometric Automated Toolset |
| BDOC | Base Defense Operations Center |
| CAC | Common Access Card |
| CAV | Commercial Armored Vehicle |
| CENTCOM | Central Command |
| CET | Convoy Escort Team |
| CIMIO | Civil-Military Operations |
| CMCOORD | Civil-Military Coordinator |
| CIMIO | Civil-Military Operations Officer |
| CONUS | Continental United States |
| COR | Contracting Officers Representative |
| CRC | CONUS Replacement Center |
| DFARS | Defense Federal Acquisition Regulation Supplement |
| DoD | Department of Defense |
| DoDI | Department of Defense Instruction |
| EAL | Entry Authorization List |
| ECP | Entry Control Point |
| EMT | Emergency Medical Team |
| FAR | Federal Acquisition Regulations |
| FOB | Forward Operating Base |
| FOC | Full Operational Capability |
| FOUO | For Official Use Only |
| FRAGO | Fragmentation Order |
| FVEY | Five Eyes (Australia, Canada, New Zealand, the United Kingdom and the United States) |
| GP | Gun Platform |
| HAZMAT | Hazardous Materials |
| HIV | Human Immunodeficiency Virus |
| IAW | In Accordance With |

| ICW | In Conjunction With |
|---|---|
| ID | Identification |
| IDIQ | Indefinite Delivery/Indefinite Quantity |
| IO | International Organizations |
| ISPM | Information Security Program Manager |
| ITV | In-Transit Vehicle |
| J3 | Joint Plans Officer |
| J5 | Joint Operations Officer |
| KO | Contracting Officer |
| LAV | Light Armored Vehicle |
| LN | Local National |
| LOAC | Law of Armed Conflict |
| MD | Master Driver |
| MEJA | Military Extraterritorial Jurisdiction Act |
| MPV | Mine Protect Vehicle |
| MRAP | Mine Resistant Ambush Protected |
| MVL | Master Vehicle List |
| NATO | North Atlantic Treaty Organization |
| NGO | Non-Governmental Organization |
| NIJ | National Institute of Justice |
| NIPRNET | Non-Secure Internet Provided Network |
| NISP | National Industrial Security Program |
| NISPOM | National Industrial Security Program Operating Manual |
| NTV | Non-Tactical Vehicles |
| NVG | Night Vision Goggles |
| OCN | Other Country National |
| OCS | Operational Contract Support |
| OPORD | Operations Order |
| OPSEC | Operations Personnel Security |
| PCL | Personal Security Clearance |
| PMCS | Preventive Maintenance Checks and Services |
| POC | Point of Contact |
| PPE | Personal Protective Equipment |
| PS | Protective Security |
| PSC | Private Security Companies |
| PSD | Personal Security Detail |
| PSS | Protective Security Service |
| PST | Protective Security Teams |
| PWS | Performance Work Statement |
| QASP | Quality Assurance Surveillance Plan |
| QCP | Quality Control Plan |

| ROC | Reconstruction Operations Center |
| ROE | Rules Of Engagement |
| RUF | Rules for the Use of Force |
| SAPI | Small Arms Plate Insert |
| SET | Security Escort Team |
| SIPRNET | Secure Internet Provider Network |
| SM | Security Manager |
| SOP | Standard Operating Procedures |
| SROE | Standing Rules of Engagement |
| SRUF | Standing Rules for the Use of Force |
| SRT | Security Reconnaissance Teams |
| SSS | Reconstruction Security Support Services |
| SSS-C | Security Support Services- CENTCOM |
| TAPESTRY | Registered trademark of a Tracking System |
| TB | Tuberculosis |
| TCN | Third Country National |
| TCP | Traffic Control Post |
| TFBSO | Task Force for Business Stability Operations |
| TTP | Tactics, Techniques, and Procedures |
| US | United States |
| USACE | United States Army Corps of Engineers |
| USEXPAT | US Expatriate |
| USG | U. S. Government |
| VAL | Visitor Authorization List |

**EXHIBIT U**

**From:** Kelvin Windsor on behalf of Kelvin Windsor <Kelvin.Windsor@constellis.com>
**Sent:** Sunday, March 22, 2020 10:20 AM EDT
**To:** Anthony Lynch <Anthony.Lynch@constellis.com>
**Subject:** Re: Academi/TC Weapons @ Oryx

Hey Tony,

For general clarification:

- Are we not allowed to hold any weapons that are unassigned to a project? I.e. no 'spare' in the armoury?
- How are weapons assigned to a project? I imagine if one project closes down then there is a mechanism of Approved transfer from old to new project, but what if there is a new project with additional weapons required, where do they come from?

BR

Kelvin

---

**From:** Anthony Lynch <Anthony.Lynch@constellis.com>
**Sent:** 22 March 2020 05:58
**To:** Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; Aaron Edwards <Aaron.Edwards@constellis.com>; Lee Gortman <LEE.GORTMAN@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Paul Furlong <Paul.Furlong@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>; Kelvin Windsor <Kelvin.Windsor@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Thanks Ian,

And my added comments, and recommendation based on the realities of the Afg Directorate(s) dysfunctional approach compounded by the COVID-19 situation:

> *From: Ian Mcfadyen <Ian.Mcfadyen@constellis.com>*
> *Sent: 17 March 2020 21:35*
> *To: Aaron Edwards <Aaron.Edwards@constellis.com>; Lee Gortman <LEE.GORTMAN@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>*
> *Cc: Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>*
> *Subject: RE: Academi/TC Weapons @ Oryx*
>
> *Good evening all,*
>
> *The CMT has given direction on this previously but there seems to be confusion regarding procedure at contract end which depends on weapon type and their status regarding whether they are registered or not to a project. The MOI directive has not changed in this regard*
> *If a weapon has been assigned to a contract and registered against the said contract with the MOI – CTD the options open on demob is as follows*
>
> 1. *Hand over to the Afghan authorities. Only AK47s, PKMs, Pistols are permitted. M4 and other specialist like weapons are not permitted* **Agreed, and this is the best COA for registered weapons given the cancellation of Oryx by TC.**
>
> 2. *Transfer to another project in country on the same license and company but not as a means of excess holdings against contracted weapon totals. Given the draw down and no fresh government contract, transferring weapons is a moot point at this stage.*
>
> 3. *Destruction under the correct guidelines by an authorized entity. The commercial arm has no mechanism to destroy, or legitimately certify any weapon destruction; the question may be whether state has the facility for this? Surrender is the best COA.*
>
> 4. *Exported back to company HQ - As long as all the correct documentation has been completed and submitted to the MOI CTD for approval. Can be done, though this process will likely run into next year, and not the preferred option, considering point. 1.*
>
> *The weapons which are currently in storage are legacy weapons that we do not have any information on. They were inherited by OG when we moved from Camp integrity. Let's close out as part of the in-country weapon holding review and prepare lists of weapons to be surrendered to MOI-CTD.*
>
> *From what has been explained they belonged to Gamberi and KAF ASP contracts until they were demobbed or the weapons swapped out with later weapons purchased by TC. Guesswork and needs to be confirmed with ISO.*
>
> *The other group of weapons is the snub-nosed AK47 and the MP5 which we understand as being illegal because there is no information on these and it is unlikely you would able to register them in the first place with the MOI CTD. Covered further on, and will be closed out this week.*
>
> *Unless we can be given proof that these weapons have been registered with the correct authority then the only option is for them to be destroyed as they will not be able to be handed over to the Afghans, nor exported to another contract. Agree in part, though as mentioned earlier weapon destruction cannot be done by commercial, our only option is for our local partner or for higher level executives to negotiate an amnesty with the Afghan Government to be able to hand these over to the Afghan authorities; the option of CMT trying to handover unregistered and unassigned weapons will be a significant issue for all concerned. Meanwhile, CMT will manage as part of the review what it can and seek support on what it cannot manage through the ordinary route.*
>
> **For planning, the following is to be completed:**
>
> · ***Reconcile Weapon Holdings.*** *To be completed by in-country logs and ISO; this must happen without delay; CMT requires confirmation of what legacy weapons were assigned to what contract. We are hugely behind the curve on this critical understanding, and need to resolve, and confirm status ASAP.*
>
> · ***Surrender of Contract Weapons.*** *Once the CMT is clear of what TC weapons are assigned to a contract, we will then commence surrendering to DIAG (MOI-CTD). Weapons that cannot be matched to a contract will need to be surrendered based on an amnesty, or risk further aggravation and likely significant penalties; this will be addressed separately.*
>
> · ***Illegal Weapon Variants.*** *There was talk of 5 (Dave 1 of which feature as part of the 167 being managed separately). Ian, I am certain that there is some confusion regarding this matter, and that actually there is only the 1 known anomaly; none the less we will close out this week as part of the*

*broader weapon review.*

Let's get this requirement managed as soon as possible.  Thank you in advance!

Best regards



**Anthony Lynch | Country Manager**
House # 5 & 6, Nashenas Street, Shash Darak, PD9, Kabul, Afghanistan
M: +93 (0) 798 104 780
Email:Anthony.Lynch@constellis.com
constellis.com | facebook | twitter | LinkedIn

---

**From:** Ian Mcfadyen <Ian.Mcfadyen@constellis.com>
**Sent:** 17 March 2020 21:35
**To:** Aaron Edwards <Aaron.Edwards@constellis.com>; Lee Gortman <LEE.GORTMAN@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Good evening all,

The CMT has given direction on this previously but there seems to be confusion regarding procedure at contract end which depends on weapon type and their status regarding whether they are registered or not to a project. The MOI directive has not changed in this regard
If a weapon has been assigned to a contract and registered against the said contract with the MOI – CTD the options open on demob is as follows

1. Hand over to the Afghan authorities. Only AK47s, PKMs, Pistols are permitted. M4 and other specialist like weapons are not permitted
2. Transfer to another project in country on the same license and company but not as a means of excess holdings against contracted weapon totals
3. Destruction under the correct guidelines by an authorized entity.
4. Exported back to company HQ - As long as all the correct documentation has been completed and submitted to the MOI CTD for approval.

The weapons which are currently in storage are legacy weapons that we do not have any information on. They were inherited by OG when we moved from Camp integrity.

From what has been explained they belonged to Gamberi and KAF ASP contracts until they were demobbed or the weapons swapped out with later weapons purchased by TC

The other group of weapons is the snub-nosed AK47 and the MP5 which we understand as being illegal because there is no information on these and it is unlikely you would able to register them in the first place  with the MOI CTD.

Unless we can be given proof that these weapons have been registered with the correct authority then the only option is for them to be destroyed as they will not be able to be handed over to the Afghans, nor exported to another contract.

Best regards

Ian



**IAN McFADYEN**
Operations Manager, Afghanistan
Olive Group Villa
Nashenas Street, Shash Darak, PD9,
Kabul, Afghanistan
Mobile: Roshan +93 (0)79-091-3061
Email:  Ian.Mcfadyen@constellis.com
constellis.com | facebook | twitter | linkedin

**From:** Aaron Edwards <Aaron.Edwards@constellis.com>
**Sent:** Tuesday, March 17, 2020 8:52 PM
**To:** Lee Gortman <LEE.GORTMAN@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron

CONSTELLISAFG_1314218

Barrow <Aaron.Barrow@constellis.com>
**Subject:** Re: Academi/TC Weapons @ Oryx

Lee - the are checking.

Get Outlook for iOS

---

**From:** Lee Gortman <LEE.GORTMAN@constellis.com>
**Sent:** Tuesday, March 17, 2020 12:21:51 PM
**To:** Aaron Edwards <Aaron.Edwards@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Ok, I don't think the MOI Directive in AF has changed or at least I haven't heard about it, the CMT should know the answer.



**LEE GORTMAN, CIP, PMP, CPPM**
VP, Supply Chain Operations / Facilities
ITAR Empowered Official / ATF Responsible Person
13530 Dulles Technology Drive, Suite 500, Herndon, VA 20171
Office: +1 703-673-5081 | Mobile: +1 703-732-1134
constellis.com | facebook | twitter | linkedin

---

**From:** Aaron Edwards <Aaron.Edwards@constellis.com>
**Sent:** Tuesday, March 17, 2020 12:18 PM
**To:** Lee Gortman <LEE.GORTMAN@constellis.com>; Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Lee – the CMT is verifying with GIRoA on what to do with the IO AK47s because there hasn't been clear direction on what to do with them once the contract ends.

John - I am doubtful that Afghanistan would let us ship out unregistered weapons. Can anyone confirm this? If we can't export, we'll need to destroy, but don't do that just yet.

Regards,



**AARON EDWARDS, PMP**
Director, International Operations
13530 Dulles Technology Drive | Herndon, VA 20171
Office +1 703-673-5746
constellis.com | facebook | twitter | linkedin

---

**From:** Lee Gortman <LEE.GORTMAN@constellis.com>
**Sent:** Tuesday, March 17, 2020 10:16 AM
**To:** Bill Kirkland <bkirkland@constellis.com>; John Burkhart <John.Burkhart@constellis.com>; Aaron Edwards <Aaron.Edwards@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Aaron Barrow <Aaron.Barrow@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

We are not bringing anything back that we didn't export. AF doesn't allow the export of AK-47's out of their country, unless they have changed their laws.  We should not have MP5 and Snub Nose AK 47's, are these legally registered with the MOI?



**LEE GORTMAN, CIP, PMP, CPPM**
VP, Supply Chain Operations / Facilities
ITAR Empowered Official / ATF Responsible Person
13530 Dulles Technology Drive, Suite 500, Herndon, VA 20171
Office: +1 703-673-5081 | Mobile: +1 703-732-1134
constellis.com | facebook | twitter | linkedin

---

**From:** Bill Kirkland <bkirkland@constellis.com>
**Sent:** Tuesday, March 17, 2020 10:11 AM
**To:** John Burkhart <John.Burkhart@constellis.com>; Aaron Edwards <Aaron.Edwards@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>; Lee Gortman <LEE.GORTMAN@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

The only ones that are showing up in the ATF bound book for Triple Canopy are the nine IO rifles They start with S0
Bill

---

**From:** John Burkhart <John.Burkhart@constellis.com>
**Sent:** Tuesday, March 17, 2020 2:32 AM
**To:** Aaron Edwards <Aaron.Edwards@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>; Bill Kirkland <bkirkland@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>; Kedrick Legg <Kedrick.Legg@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Aaron,

Unfortunately, if they were not registered to a contract or if they were and the lists are not accurate we would not be able to surrender them. I believe our best options are to either destroy them or ship them out of country. That being said, we just need your direction on what you would like to do with these weapons and we will start inquiries from our side.

Bill,

Can you check the below referenced weapons please?

Respectfully,



**John Burkhart**
Sr Logistics Manager
House # 5 & 6
Nashenas Street
Shash Darak, PD9
Kabul, Afghanistan
Roshan: 079 087 5850

---

**From:** Aaron Edwards <Aaron.Edwards@constellis.com>
**Sent:** Monday, March 16, 2020 9:28 PM
**To:** John Burkhart <John.Burkhart@constellis.com>; Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>
**Subject:** RE: Academi/TC Weapons @ Oryx

Has the turn in process been worked out or has the Government stated whether or not they will allow these to be exported out of country? I am not sure where the Canik's or MP5 originated from. Has this been run through the Armory?

Regards,



**AARON EDWARDS, PMP**
Director, International Operations
13530 Dulles Technology Drive | Herndon, VA 20171
Office +1 703-673-5746

CONSTELLISAFG_1314220

constellis.com | facebook | twitter | linkedin

---

**From:** John Burkhart <John.Burkhart@constellis.com>
**Sent:** Saturday, March 14, 2020 5:40 AM
**To:** Anthony Ramos <anthony.ramos@constellis.com>; Erin Coppinger <erin.coppinger@constellis.com>; Aaron Edwards <Aaron.Edwards@constellis.com>
**Cc:** Anthony Lynch <Anthony.Lynch@constellis.com>; Paul Furlong <Paul.Furlong@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; David Elliott <david.elliott@constellis.com>
**Subject:** Academi/TC Weapons @ Oryx
**Importance:** High

Anthony, Erin,

With all of the recent developments and the reduction of use of Oryx I need to bring back to the table the Academi/TC weapons that we have stored at Oryx in the armory. In addition to the current information needed about the ISO weapons being utilized, we need to know what Academi/TC would like to do with the weapons we have stored at Oryx. There are a total of 75 weapons from KAF-ASP and Gamberi as well as a few others that we cannot place which contracts they originated from. The issue we have with these is that some of the AKs are US manufactured and a couple of weapons that are out of "allowance" so to speak, including an MP-5 and a couple of snub-nosed AKs.

I have attached the spreadsheet for you review and guidance. Please let me know what we intend to do with these weapons so that we may take the necessary steps for compliance in-country. Thank you in advance.

Respectfully,

✧ **constellis**

**John Burkhart**
Sr Logistics Manager
House # 5 & 6
Nashenas Street
Shash Darak, PD9
Kabul, Afghanistan
Roshan: 079 087 5850

**EXHIBIT V**

**From:** /O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D2885A983B474480A1A714A37309E40A-KELVIN WIND
**To:** Kenneth Padfield <Kenneth.Padfield@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>
**CC:** Paul Furlong <Paul.Furlong@constellis.com>
**Subject:** Potential exact strategies and current/post business continuity
**Attachment(s):** "Ensuring Business Continuity Plan and Extraction strategies.docx","Annex 1 Business Continuity and extraction.xlsx"

Gents,

We need to have something in place in the event things deteriorate quickly; we can't ignore what is happening around us and leave things until the last moment.
I'm sure you will agree that we don't want to best guess everything until it goes flash to bang with little warning.
This is not the detail of an extraction plan but more of a planning document that includes pre extraction activates to protect business continuity and potential liabilities

There are 2 main areas I want us to have planning in place for:

1. Exit/extraction strategies
   o Country Level
      § Generic higher level planning and considerations applicable to all- eg if we are chartering a plane to get out, then this will include project level personnel
   o Project level
      § Specific planning prior to the above and pertinent to their client, their villa, their extraction from that villa to the next safe haven or airport-clearly for the PMs to plan
2. Business continuity-pre extraction
   o Consideration for equipment, weapons, back up documentation, computers etc
   o Adequate supplies prior to extracting
   o Sending hard copies to the states
   o Preparation on the chance we return where we don't have to face legacy weapons issues from '2021' where the weapons have been stolen for example

Attached is my head emptying and an extended version of what was requested by corporate a few weeks back. With your SME knowledge I'd like we come up with something whereby we are ahead of the game and even if it all comes to nothing, we were at least prepared.
I know I have tickled the surface only but its food for thought and in this, these are questions that I'd like comfort in knowing these and more are addressed.
Ken, I reckon you are perhaps best to lead- I don't care if its undone, started afresh or whatever, so long as we are planning for the worst before September 11.

I also think at some stage it is worth getting the other PMs together so we are all on a similar page.

Is a first draft by Sunday reasonable?


**Best Regards**

**Kelvin**



**Kelvin Windsor | Country Manager**
House 307,
1st Street,
Shirpoor,
Kabul, Afghanistan
**Mobile:** Roshan +93 798 104 780
**Email:**  kelvin.windsor@constellis.com
constellis.com | facebook | twitter | Linkedin

## **ENSURING BUSINESS CONTINUITY AND EXTRACTION STRATEGIES**

**Outline:**

Given the proposed completion of the planned withdrawal of US and NATO troops by September 1 2021, the threat of insurgence either from the Taliban or even ISIS to a lesser degree, is high.

Uncertainty prevails on a) the strength and resilience of the ANA to repel advances b) the strength of the Taliban fighters and arsenal c) time scales of if and when insurgence will penetrate Kabul.

In reflection of all the above, the CMT must consider the reality of the situation and to have mitigation plans for a) Business continuity in any event b) welfare of clients, employees, and contractors located at each project location c) extraction measures in the event of Kabul falling.


Summary:


Abstract:
- Intelligence regarding Taliban land gains is conflicting where as of yesterday for example the *Business Insider* is claiming that Taliban have control of 85% of Afghanistan but realistically this is not the case.
- It is a fact that a number of ports and provinces have exchanged control over the past few weeks
- The situation is changeable daily with many examples to be referenced from both daily and weekly int reporting, what is clear however is that insurgent activity continues to increase and the situation is being monitored closely by all international players.
- It is notable that both Afghans and businesses are responding to the potential crisis at varying levels.
  - Afghans
    - § The passport office is visibly swarming with nationals applying for passports and visas
    - § CMT are receiving an unusual increase of Afghans (ex-employees) pleading for assistance to help them out of the country, or monies owed to them from previous years' service.
  - Business
    - § The appetite for risk is both unknown by us and will undoubtedly vary, however what is known:
      - Australian Embassy has closed down permanently. Our Checci client are operating from Dubai but continue to pay for services
      - BDO, Ericsson and HKIA continue as normal
      - CEK, although project comes to an end on July 31, are undoubtedly concerned, more so due to the fact that HART are looking increasingly unlikely to be able to transition without added risk to the mobilization i.e. weapons sourcing, legal transition of personnel
- Government

- o There is clear evidence of the governments increase to generate revenue by any means that they can, predominantly in the form of penalties that can present itself as an opportunity and this is being leveraged by obstructing the business through freezing accounts, suspending processing of visas/WP or any underhand instruction that will force our hand to pay with a view to pointlessly challenge later. Clear examples are from MOI, MOLA, MOFA who have openly admitted they are under enormous pressure to generate funds-although this is partly claimed to be under the auspices of "WHO Funding targets", one cannot ignore the possibility that this is potentially to help fund the ANA during further conflict.

## **Threats:**

*See Annex 1 for specific mitigation treatment for all locations*

Threats are applicable to all projects

- Kabul Siege
  - o Supply chain: Fuel, food and water are all likely be affected if Kabul comes under siege. Prices will undoubtedly escalate. The speed of which this could happen is uncertain.
    - § Adequate measured to be in place for sustainability
  - o Electricity supply: since fuel will be under short supply, there is a high likelihood that electricity
    - § Maintaining fuel supply and adequate storage paramount
  - o Communications: Communications will be severely disrupted, both wifi and GSM
    - §
  - o Airport closure: Most likely a primary target for control; highly likely that all commercial flights will cease immediately
  - o Roads: Depending on the strengths, roads in and out could be blocked
- Villa Siege:
  - o Depending on ANA,ANP checkpoint defences, the villa could be sieged
    - § Adequate supplies in storage
  - o Further hardening of security
- Oryx Siege:
  - o Equipment at risk
  - o Weapons at risk

- Business Continuity
  - o If the situation worsens, the remote projects will likely be unable to perform
  - o Documentation:
    - § SharePoint storage
    - § OneDrive storage of laptops
    - § Hardcopies exported
  - o Assets will be under threat
  - o People will be under threat

CONSTELLISAFG_1263352

- Personnel

    - Expats
        - CMT:
            - CMT expats will most likely be the last to extract as they monitor activities and coordinate Project activities, extraction etc and management of equipment, documentation, clients, etc
        - Project
            - Depending on both client requirements and Constellis company directives, extraction of Project expats and disposal of assets will be managed accordingly in line with reality of the situation. Project expat extraction will most likely precede CMT expats
    - Local Nationals

        Conscious of both insider threat and direct threat to HCNs

        - CMT
            - Depending on the proximity of Taliban activities, we should assume that some LNs may extract themselves Adhoc and without prior warning if the risk of Taliban control is real.
            - LNs will most likely want to disassociate all connections to Constellis in fear of retribution from the Taliban
        - Project
            - As above but it is possible that clients may require a level of custodianship to be in place; guaranteeing this is uncertain for obvious reasons as LNs will have their own concerns.

## Extraction Strategies:

Extraction strategy at a macro level will be the same for each project however project specific detail will vary

What are Corporates guidelines and directives regarding internal strategy given the various scenarios regarding extraction and trigger points for extraction.

## Trigger Point for extraction:
- xx

CONSTELLISAFG_1263353

|   | A | B | C | D | E | Likelihood | Impact | G | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | **Threat** | | | **Likelihood** | **Impact** | **Mitigation** | **Comments** |
| 4 | | Kabul Seige | Supply Chain | Fuel | | | Generator continuity | Adequate storage | |
| 5 | | | | | | | Vehicle exit strategy | Adequate storage | |
| 6 | | | | Food | | | shortages | Adequate storage | |
| 7 | | | | Water | | | shortages | Adequate storage | |
| 8 | | | Electricity | | | | No power no comms | Sufficent fuel | |
| 9 | | | Comms | | | | Comms cut | Sat Phones charged? | |
| 10 | | | Airport | Destroyed | | | Cant fly out | | |
| 11 | | | | no fly | | | Cant fly out | Charter? | Obtain prices |
| 12 | | | Roads | blocked | | | Can't drive | | Exit strategy? |
| 13 | | Villa Siege | Checkpoint collapse | | | | | | |
| 14 | | | Outside perimiter pentrated | | | | | Stand off | |
| 15 | | | Inside penitrated | | | | | Safe room | |
| 16 | | Oryx Siege | Weapons & Ammunition theft | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | Equipment theft | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | Business Continuity | Documentation preservation | HR | | | • Lost Records | • Back up to SharePoint | |
| 23 | | | | Finance | | | • Legacy issues with Ministries if returning | • Ship out hardcopies to States | |
| 24 | | | | Legal | | | | • One drive backups of all personal laptops | |
| 25 | | | | Logs | | | | | |
| 26 | | | Clear financial obligations | Taxes | | | | | |
| 27 | | | | Saleries | | | | | |
| 28 | | | | Severance | | | | | |
| 29 | | | Local custodianship | | | | | | |
| 30 | | | Equipment in villa | | | | | | |
| 31 | | | Local Nationals | | | | Direct threat | | |
| 32 | | | | | | | Insider threat | | |
| 33 | | | Weapons in villas | | | | | | |

CMT

CONSTELLISAFG_1263350

**EXHIBIT**

**W**

**From:** Kenneth Padfield
**Sent:** Monday, August 09, 2021 7:01 AM EDT
**To:** Ian Mcfadyen <Ian.Mcfadyen@constellis.com>; Kelvin Windsor <Kelvin.Windsor@constellis.com>
**CC:** Paul Furlong <Paul.Furlong@constellis.com>
**Subject:** RE: Potential exact strategies and current/post business continuity
**Attachment(s):** "cont plan _v3.09_05_2021.docx"

Kelvin,

See attached the latest copy ready for the 16:00 meeting

Regards,



**Ken Padfield | Operations Manager**
House 307,
1ˢᵗ Street,
Sherpur,
Kabul, Afghanistan
M: +93 (0) 79 022 9999
Skype: ken.padfield1
E-mail: **Kenneth.padfield@constellis.com**
constellis.com | facebook | twitter | linkedin

---

**From:** Ian Mcfadyen <Ian.Mcfadyen@constellis.com>
**Sent:** Sunday, August 8, 2021 6:37 PM
**To:** Kenneth Padfield <Kenneth.Padfield@constellis.com>; Kelvin Windsor <Kelvin.Windsor@constellis.com>
**Cc:** Paul Furlong <Paul.Furlong@constellis.com>
**Subject:** RE: Potential exact strategies and current/post business continuity

Hi Ken

Please see attached. You may have some of these points in your head so add or delete as required

With regards to the section on the charter flights. I may have some more to add on Tuesday but as this is a live document it will just fall in place if it has any relevance

Best regards

Ian



**IAN McFADYEN**
Operations Manager, Afghanistan
Olive Group Villa
House 307,
Street 1, Shirpur Rd
Kabul, Afghanistan
Mobile: Roshan +93 (0)79-091-3061
Email:  Ian.Mcfadyen@constellis.com
constellis.com | facebook | twitter | linkedin

---

**From:** Kenneth Padfield <Kenneth.Padfield@constellis.com>
**Sent:** Sunday, August 8, 2021 5:48 PM
**To:** Kelvin Windsor <Kelvin.Windsor@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>
**Cc:** Paul Furlong <Paul.Furlong@constellis.com>
**Subject:** RE: Potential exact strategies and current/post business continuity

Gents,

See attached rough draft of the continuity plan.

Please have a look over to see if you want any other headings added.

I will add and reword most headings tomorrow, once I have some suggestions/comments.

Trigger points will be important, I've added some I'm sure you'll all have you own view and this of course will require more direction from above, depending on what their tolerance is.

CONSTELLISAFG_0783567

Once completed I will also add the phases, flow chart and tasks to the bottom Annex's

**Regards,**



**Ken Padfield | Operations Manager**
House 307,
1st Street,
Sherpur,
Kabul, Afghanistan
M: +93 (0) 79 022 9999
Skype: ken.padfield1
E-mail: **Kenneth.padfield@constellis.com**
constellis.com | facebook | twitter | linkedin

---

**From:** Kelvin Windsor <Kelvin.Windsor@constellis.com>
**Sent:** Monday, August 2, 2021 3:56 PM
**To:** Kenneth Padfield <Kenneth.Padfield@constellis.com>; Ian Mcfadyen <Ian.Mcfadyen@constellis.com>
**Cc:** Paul Furlong <Paul.Furlong@constellis.com>
**Subject:** Potential exact strategies and current/post business continuity
**Importance:** High

Gents,

We need to have something in place in the event things deteriorate quickly; we can't ignore what is happening around us and leave things until the last moment.
I'm sure you will agree that we don't want to best guess everything until it goes flash to bang with little warning.
This is not the detail of an extraction plan but more of a planning document that includes pre extraction activates to protect business continuity and potential liabilities

There are 2 main areas I want us to have planning in place for:

1. Exit/extraction strategies
   o Country Level
     § Generic higher level planning and considerations applicable to all- eg if we are chartering a plane to get out, then this will include project level personnel
   o Project level
     § Specific planning prior to the above and pertinent to their client, their villa, their extraction from that villa to the next safe haven or airport-clearly for the PMs to plan
2. Business continuity-pre extraction
   o Consideration for equipment, weapons, back up documentation, computers etc
   o Adequate supplies prior to extracting
   o Sending hard copies to the states
   o Preparation on the chance we return where we don't have to face legacy weapons issues from '2021' where the weapons have been stolen for example

Attached is my head emptying and an extended version of what was requested by corporate a few weeks back. With your SME knowledge I'd like we come up with something whereby we are ahead of the game and even if it all comes to nothing, we were at least prepared.
I know I have tickled the surface only but its food for thought and in this, these are questions that I'd like comfort in knowing these and more are addressed.
Ken, I reckon you are perhaps best to lead- I don't care if its undone, started afresh or whatever, so long as we are planning for the worst before September 11.

I also think at some stage it is worth getting the other PMs together so we are all on a similar page.

Is a first draft by Sunday reasonable?

**Best Regards**

**Kelvin**



**Kelvin Windsor | Country Manager**
House 307,
1st Street,

CONSTELLISAFG_0783568

Shirpoor,
Kabul, Afghanistan
**Mobile:** Roshan +93 798 104 780
**Email:**   **kelvin.windsor@constellis.com**
constellis.com | facebook | twitter | Linkedin

CONSTELLISAFG_0783569



| Document Type: | Procedure |
|---|---|
| Dept./Program: | Afghanistan Commercial Operations |
| Issued Date | 05/08/21 |
| Effective Date: | 05/08/21 |
| Version No.: | 1.0 |

**Olive Group Business Continuity Plan Afghanistan**

## Table of Contents

1.0 PROCEDURE ..................................................................................................2

  1.1   Scope ..................................................................................................2

2.0   Responsibilities ..................................................................................2

  2.1   General ..............................................................................................2

  2.2   Country Manager (CM) ......................................................................2

  2.3   Programme Director (PD) ...................................................................2

  2.4   Operations Manager (OM) ..................................................................2

  2.5   Multi-purpose Operator (MPO) ...........................................................2

3.0   PROCEDURE ....................................................................................2

  3.1   Introduction .......................................................................................2

4.0   Trigger Points ...................................................................................3

5.0   Considerations Before leaving Afghanistan ......................................3

  5.1   Expats ................................................................................................3

  5.2   Local Nationals ..................................................................................3

  5.3   Completion Of Contracted Responsibilities ........................................3

6.0   Finance .............................................................................................4

7.0   EQUIPMENT ....................................................................................4

    7.1.1   Olive Group Weapons At Oryx. .....................................................5

    7.1.2   Olive Group Weapons Longdon Villa ..............................................5

8   VEHICLES .............................................................................................5

    12.1   Work permits-cancellation ..............................................................6

  13.1   Assist with deregistration .................................................................6

  13.2   Connection to the MOI - all communication will be sent via ECG ...........6

  13.3   Complete tax payments .....................................................................6

14   DOCUMENTATION ..............................................................................6

15   EXTRACTION OPTIONS ......................................................................6

16   ACTIONS TO HAVE IN PLACE ...........................................................7

Annex A .....................................................................................................9

Annex B ....................................................................................................11

Annex C ...................................................................................................13

| **Olive Group Business Continuity Plan** | Page 2 of 13 |

## 1.0 PROCEDURE

The purpose of the Continuity Plan is to detail how, Constellis, OG (Olive Group) and EI (Edinburgh International) will ensure business continuity if Afghanistan does fall to a terrorist organization and the team need to be evacuated. Highlighted are some of the areas and concerns that will be addressed before leaving the country, to enable Constellis to return and commence operations should the opportunity present itself.  This document will act in tandem with the company HRE plan.

### 1.1 Scope

This Procedure applies to all Olive Group projects, highlighting the actions required before a full departure of the company from Afghanistan.

NOTE: This document does not include the extraction of TC personnel; it is assumed they will have their own driven by the US Embassy.

## 2.0 Responsibilities

### 2.1 General
Listed below are the general responsibilities for staff. Specific responsibilities are detailed in each part of the plan.

### 2.2 Country Manager (CM)

To distribute, implement, review and at appropriate times to complete actions and report to VP commercial operations progress.

Review and authorize the plan. Ensure its effective implementation is effective through an internal audit of the outlined measures implemented.

Alongside the PD, OM, MPO, chair strategic meetings as follows and rationalize decisions when not unanimous:
- Weekly review of the status
- Emergency COBRA style meetings in the event of a trigger point is reached.

Act as immediate communications PoC for VP/corporate engagement whilst remaining team lead the evacuation.

### 2.3 Programme Director (PD)

### 2.4 Operations Manager (OM)

To ensure all key actions are carried out by projects before departure and ensure that the CM directions are completed by all staff.

Provide direction for project managers and disseminate information as required.

Continued monitoring of the security situation across Kabul and the surrounding area.

Coordinate with any external providers as required

### 2.5 Multi-purpose Operator (MPO)

To organize RMC weapon collection from projects and conduct and control any secure moves required.

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0783571

| Olive Group Business Continuity Plan | Page 3 of 13 |
|---|---|

## 3.0 PROCEDURE

### 3.1 Introduction

Given the proposed completion of the planned withdrawal of US and NATO troops by September 1 2021, the threat of insurgence either from the Taliban, Haqqani network or even ISIS to a lesser degree is high. Uncertainty prevails on:

    A. the strength and resilience of the ANA to repel advances
    B. the strength of the Taliban fighters and arsenal
    C. time scales of if and when insurgence will penetrate Kabul.

In reflection of all the above, the CMT must consider the reality of the situation and to have mitigation plans for

    A. Business continuity in any event
    B. the welfare of clients, employees, and contractors located at each project location
    C. extraction measures in the event of Kabul falling to the Taliban

## 4.0 Trigger Points

Trigger points need to be identified to enact this document, with the gradual advance of the Taliban towards Kabul, key actions/ground needs to be highlighted. In the event of the below areas or actions happening, this plan will be initiated by the CM

**4.1** Fall of Bagram
Bagram is situated 70KM from Kabul and can be considered a key point for the Taliban advance to Kabul, if Bagram was to fall the Taliban would be at the outskirts of Kabul within 48Hrs, based on the current rate of advance and previous district trends, when advancing.

**4.2** All embassies close and leave
**4.3** NKIA receives notice to close
**4.4** Commercial airlines announce flights will stop
**4.5** Afghan Government ask ex-pats to leave
**4.6** Significant attacks increase across Kabul
**4.7** Food and fuel shortages

## 5.0 Considerations Before leaving Afghanistan

### 5.1 Expats

All ex-pats in the country will require repatriation to their home HUB. Below are the options:

1. Commercial Airlines if available, initially to any safe hub
2. Chartered flight- details in Annex A. Then onward commercial flights from Dubai
3. Road options as highlighted in the HRE

### 5.2 Local Nationals

All local nationals employed will fall into two categories before departure, Annex B has a full list of local employees at Longdon villa, all highlighted red will be dismissed:

1. Termination of Contract
2. Continuation of contract-Catagories in Annex B

The employees terminated will require a severance payment. Current redundancy calculation payments are held with the PD and CM and are updated monthly

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

### 5.3    Completion Of Contracted Responsibilities

Existing clients, landlords and vendors will be notified of extraction and contracts cancelled if required. CM to lead after extraction.

### 5.4    Custodianship

Consideration to be given to local national taking on short term custodianship of business responsibilities, management, coordination

### 5.5    SIV Departures

With the numerous amount of applications, consideration is to be given if key staff leave during the lead up to evacuations, or even post evacuation if assigned custodianship. HR has begun to process local national vetting information to prepare a standby list of possible employees should a quick replacement be required

## 6.0  Finance

### 6.1    Banks

Constellis entities use a number of banks to support operations in Afghanistan if Kabul falls to the Taliban, the local banks would be at risk of closure and all funds would be lost. Banks currently being used by Constellis can be found in Annex C. The head of finance holds a current statement for each account, therefore, an overview can be requested at any time by one of the CMT or VP commercial operations. For the foreseeable future, a cash count will be carried out at the COB each day and keys for safes retained by a member of the CMT.

### 6.2    Cash at Longdon Villa

Longdon Villa holds cash on site US $ and AFN. If the requirement to leave Afghanistan does arise, there are a number of options that can be used to bring the funds back onto the Constellis accounts:

1.  All funds paid into NBP if accepted and still open
2.  Funds divided between the team leaving the country, not exceed $10.000. Upon arrival in the UK the CM to collect and hand in at the Tunnel to be processed back into Constellis accounts
3.  If time permits, permission for the CM to carry the full amount will be requested from the MOF, upon arrival in the UK the cash will be handed to the Tunnel for processing into Constellis accounts.

### 6.3   Outstanding financial liabilities

All outstanding invoices can be processed by the US, with the support of the CM, to confirm the validity of the invoice after exiting Afghanistan. Some vendors may instruct NOT to pay into Afghanistan bank for fear of funds being confiscated

### 6.4    Local staff salaries.

All local staff that remain on payroll will remain to be paid via bank transfer, pay roles can be signed remotely and processed. Severance pay will also be processed remotely.

### 6.5    Vendor cancellation-

All vendors will receive notice to cancel services once the team depart the country, this will be overseen by the CM

### 6.6   Taxes. It is highly Unlikely that taxes would be cleared before leaving the country

### 6.7   Outstanding penalties.

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0783573

Unlikely to be settled, if Kabul falls to the Taliban, government departments will be closed until further notice, however, based on past experience if Constellis were to return, the Afghan Government would increase the penalties further and additional penalties imposed.

## 7.0 EQUIPMENT

### 7.1    IT

All IT equipment being used on project requires to be stored or destroyed(corporate decision) before departure. Oryx will be used to facilitate this need. Excluding the management laptops, all management laptops will be carried by the current user if possible and centralized at the Tunnel upon return to the UK, this will allow the opportunity for all remaining project documentation to be finalized. Additionally, all documents are to be loaded onto share point or scanned (I.e. ECG documents) and sent to Constellis address and uploaded to SP or One drive, ensuring if the laptops are lost/destroyed for any reason, data is retained by Constellis.  Destruction of extra equipment held should be considered, authorization would be required from corporate.

### 7.2    Weapons

Weapons are broken into three categories, Olive Group in storage at Oryx, Olive group weapons at Longdon villa and NPPF leased weapons. If OG plans to return, the fate of the weapons must be accurately recorded as it is likely they will be answerable to in the future.

### 7.1.1    Olive Group Weapons At Oryx.

Olive currently use Oryx to store over 1000 weapons. If the option to leave Afghanistan is acted upon the weapons will need to be handed to the MOI, destroyed in place or left at risk to facilitate a return of Constellis to Afghanistan. Currently, there is an IP camera at oryx that monitors the weapons are still secure. The login details will be given to GCOC to allow the continuous monitoring of the location, should the need to exit the country arise. If corporate authorize some of the weapons could be handed to the MOI, this would be assessed on age and state. Highlighted is the fact any weapons handed over to the MOI would not be returned to Olive if required in the future.  Decisions need to be made in a timely manner in line with Taliban advances along the Jalalabad road

### 7.1.2    Olive Group Weapons Longdon Villa

Olive Group weapons at Longdon villa will be damaged beyond use and left secured in the safes at Longdon villa. All ammunition will be disposed of in an appropriate manner prior to departure.

### 7.1.3    NPPF leased weapons

EI lease 26 weapons from the NPPF, all will be handed over to the NPPF commander located at Longdon villa

### 7.3  General operational Equipment

Constellis hold a large amount of operational kit, eg Med bags, trackers, PPE, radios. A  Full equipment table is held by logistics. All equipment that can be moved will be stored at Oryx, if time permits equipment could be destroyed or handed to the MOI, this would require authorization from corporate, all equipment would never be returned, therefore, if required in the future all items would require purchasing again.

## 8    VEHICLES

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

- **Leased vehicles**. All leased vehicles are provided by AMINO, when exiting the country all vehicles will be handed over at the airport.
- **Owned vehicles**. All owned vehicles will be stored at Oryx

## 9   COMMUNICATIONS

**9.1   Radios-** all radios to be purged and stored at Oryx
**9.2   Sim Cards-** once staff have left Afghanistan, IT will be informed to cancel the sim cards, apart from critical staff that remain employed by Constellis.
**9.3   Sat Phones**. Sat phones are being reactivated and will be distributed to key personnel. If the Taliban do take control of Kabul, critical infrastructure could be destroyed, including GSM. Sat phones will allow communications to carry on between projects, CMT and higher

## 10   VILLAS

Longdon villa will be secured before departure, the guard will remain and a dedicated custodian will ensure the villa is still secure. Reporting daily to the CM. All offices and stores in the villa will be sealed before departure. If possible the front villa cage will be welded shut.

Longdon villa if safe to do so will act as the staging area for all projects before leaving county. If unsafe to do so, then Zoak will be used as a safe haven until departure for all ex-pats

Academi villas: Landlords will be notified of departure

## 11   PROJECT VILLAS
**11.1   BDO**
**11.2   Ericsson**
**11.3   Checchi**
**11.4   NKIA**
A meeting is planned on the 15th of August with the RSO**,** Constellis intend to ask if the PM of the project can be evacuated with the last flight supplied to the US contingency. This will allow the airport project to continue until the last safe moment.

**11.5   AMK9**

## 12   HR

**12.1**   Work permits-cancellation once expired to ensure no future fines are incurred
**12.2**   Visa Cancellation-if required
**12.3**   MOI deregistration
**12.4**   Termination of contracts for local staff
**12.5**   Custodian for Longdon villa
**12.6**   Destruction of all P file hard copies
**12.7**   Once all contractors are returned to their HUBS, TOCs will be required. Maryn Brooks to lead with the support of the CM & PD

## 13   ECG

**13.1**   Assist with deregistration
**13.2**   Connection to the MOI  - all communication will be sent via ECG
**13.3**    Complete tax payments

## 14   DOCUMENTATION

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

| **Olive Group Business Continuity Plan** | Page 7 of 13 |

**14.1**   Department heads are to ensure that their depart has backed up all the hard copies held to SharePoint before boxing moving it to Oryx
**14.2**    Instructions from the EMT regarding forwarding of company documents to the USA
**14.3**   Destruction of any documents deemed non-essential
**14.4**   Ops room to destroy all name boards and photos of HCN staff.
**14.5**   Ops room dismantled, maps etc destroyed

## 15    EXTRACTION OPTIONS

Applicability: Project and Country management staff:
- 7 CMT (CM,PD,OM,MPO, AMK9,Dog handlers x 2
- 4  Checchi
- 1 BDO
- 3 Ericsson
- 1 NKIA
- Total 16

Options:
- Commercial Flights
- Private charter- not opportunity to offer seats to other evacuating companies
- Through NKIA
- Through TC

## 16    ACTIONS TO HAVE IN PLACE

- Engagement with companies that provide charter flights
- Adequate stocks of fuel, water and food
- Reviewed security measures
- Plan for documentation removal
- Plan for equipment destruction if decided
- Other….

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0783576

| Olive Group Business Continuity Plan | Page 8 of 13 |
|---|---|

**VERSION HISTORY**

| | Version | Version Date | Author | Description |
|---|---|---|---|---|
| 1 | 1.0 | 05/08/21 | Ken Padfield | Initial Version |

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0783577

**Olive Group Business Continuity Plan**

| | Threat | | Likelihood | Impact | Mitigation | Comments |
|---|---|---|---|---|---|---|
| Kabul Seige | Supply Chain | Fuel | | Generator continuity | Adequate storage | |
| | | | | Vehicle exit strategy | Adequate storage | |
| | | Food | | shortages | Adequate storage | |
| | | Water | | shortages | Adequate storage | |
| | Electricity | | | No power no comms | Sufficent fuel | |
| | Comms | | | Comms cut | Sat Phones charged? | |
| | Airport | Destroyed | | Cant fly out | | |
| | | no fly | | Cant fly out | Charter? | Obtain prices |
| | Roads | blocked | | Can't drive | | Exit strategy? |
| Villa Siege | Checkpoint collapse | | | | | |
| | Outside perimter pentrated | | | | Stand off | |
| | Inside penitrated | | | | Safe room | |
| Oryx Siege | Weapons & Ammunition theft | | | | | |
| | | | | | | |
| | Equipment theft | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Business Continuity | Documentation preservation | HR | | • Lost Records | • Back up to SharePoint | |
| | | Finance | | • Legacy issues with Ministries if | • Ship out hardcopies to States | |
| | | Legal | | returning | • One drive backups of all personal | |
| | | Logs | | | laptops | |
| | Clear financial obligations | Taxes | | | | |
| | | Saleries | | | | |
| | | Severance | | | | |
| | Local custodianship | | | | | |
| | Equipment in villa | | | | | |
| | Local Nationals | | | Direct threat | | |
| | | | | Insider threat | | |
| | Weapons in villas | | | | | |
| | | | | | | |

OLIVE GROUP PROPRIETARY & CONFIDENTIAL INFORMATION

CONSTELLISAFG_0783582







